AP-75,794

Thursday 23rd, July 2009

ATTN: Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 28 2009
Louise Pearson, Clerk

Dear Judge,

Greetings, I am writing to complain that there are some issues in my case that were not raised in the appellate brief filed by my court-appointed attorney, C. Wayne Huff, SB 10180600. After reviewing the brief that he has filed through the CCA, I strongly feel that numerous key issues were not included. Since this is a death penalty case, it's very important that all issues be raised. This is of great concern to me being that any decision will ultimately affect my fate. The following are the main issues that I feel should have been raised, but were not are:

1.) There was insufficient evidence to prove that I will be a future danger.
2.) The testimony of A.P. Merrilat should not have been admitted. My trial attorney objected to his testimony which was allowed anyway.
3.) My attorney objected to my statement being admitted, which was not raised in my brief.
4.) My attorney also made a motion to change the venue for my trial. This issue was also not raised in the brief.
5.) The testimony of Bryan Conner concerning his expertise.
6.) The testimony of Dawn Tate during victim impact.

I feel that these issues should have been raised, as there are other issues that

I feel too, should not have been neglected. These are the main ones that I've identified.

    I was never given the opportunity to ensure that these matters were resolved, because the brief itself was filed by the time I was provided with a copy. That was the only instance of communication between me & my appellate attorney, and I was not informed beforehand that the brief was to be filed.

    I would like the courts permission to file my own prose brief or to get another attorney appointed that would raise these issues. I ask that you please consider this and afford me this plea that I send you. Dum Spiro Spero.

Sincerely,
Kosoul Chanthakoummane

Kosoul CHANTHAKOUMMANE #999529
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TX 77351