

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

August 1, 2012

Presiding Judge
380th District Court
Collin County
2100 Bloomdale Rd., Ste 30132
McKinney, TX 75071

       Re:  Kosoul Chanthakoummane
          AP-75,794

Dear Judge:

  Enclosed herein is an order entered by this Court regarding the above-referenced applicant.

  Thank you for your assistance in this matter. Please let me know if you have any questions.

           Sincerely,

           Sian R. Schilhab
           General Counsel

cc: District Attorney
   Collin County
   2100 Bloomdale Rd., Ste 20004
   McKinney, TX 75071

   C. Wayne Huff
   Attorney at Law
   P. O. Box 2334
   Boerne, TX 78006



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,107-01

### EX PARTE KOSOUL CHANTHAKOUMMANE

## ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS CAUSE NO. 380-81972-07 IN THE 380TH DISTRICT COURT COLLIN COUNTY

*Per Curiam.*

### ORDER

In October 2007, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. On November 20, 2009, the State filed in this Court its brief on applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b)[1], applicant's

---

[1] Unless otherwise indicated all references to Articles refer to the Code of Criminal Procedure.

initial application for a writ of habeas corpus was due to be filed in the trial court on or before April 5, 2010, assuming a motion for extension was timely filed and granted. It has been more than two years since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues within 90 days from the date of this order. The clerk shall then transmit the complete writ record to this Court within 120 days from the date of this order. Any extensions of time shall be obtained from this Court.

      IT IS SO ORDERED THIS THE 1ST DAY OF AUGUST, 2012.


Do Not Publish



| SHARON KELLER<br>PRESIDING JUDGE | COURT OF CRIMINAL APPEALS<br>P.O. BOX 12308, CAPITOL STATION<br>AUSTIN, TEXAS 78711 | LOUISE PEARSON<br>CLERK<br>512-463-1551 |
|---|---|---|
| LAWRENCE E. MEYERS<br>TOM PRICE<br>PAUL WOMACK<br>CHERYL JOHNSON<br>MIKE KEASLER<br>BARBARA P. HERVEY<br>CATHY COCHRAN<br>ELSA ALCALA<br>JUDGES | May 1, 2012 | SIAN R. SCHILHAB<br>GENERAL COUNSEL<br>512-463-1597 |

Presiding Judge
380th District Court
Collin County
2100 Bloomdale Rd., Ste 30132
McKinney, TX 75071

       Re: Kosoul Chanthakoummane
          AP-75,794

Dear Judge:

  Kosoul Chanthakoummane was convicted of capital murder and received a death sentence in your court. The Court of Criminal Appeals affirmed the conviction on April 28, 2010. The Court has asked me to inquire as to the status of any post-conviction proceedings in the case and to request a response from you within thirty days of the date of this letter.

  Thank you for your assistance in this matter. Please let me know if you have any questions.

          Sincerely,

          Sian R. Schilhab
          General Counsel

cc: District Attorney
   Collin County
   2100 Bloomdale Rd., Ste 20004
   McKinney, TX 75071

   C. Wayne Huff
   Attorney at Law
   P. O. Box 2334
   Boerne, TX 78006