AP-75794

TRIAL COURT CAUSE NO: 380-81972-07
A REINDICTMENT OF NO: 380-82629-06

IN THE 380TH DISTRICT COURT
OF COLLIN COUNTY, TEXAS,
HONORABLE CHARLES SANDOVAL JUDGE PRESIDING

KOSOUL CHANTHAKOUMMANE                           APPELLANT

FILED IN
COURT OF CRIMINAL APPEALS

FEB 26 2008

Louise Pearson, Clerk

VS.

THE STATE OF TEXAS                               APPELLEE

APPEALED TO THE
COURT OF CRIMINAL APPEALS IN AUSTIN, TEXAS

ATTORNEY FOR APPELLANT:
NAME:  C WAYNE HUFF
ADDRESS: P O BOX 2334
        BOERNE   TX  78006-2334
TELEPHONE: (214)803-4127
FAX NO: (830)230-5567
SBOT NO: 10180600

ATTORNEY FOR APPELLEE:
NAME:    JOHN R ROACH
ADDRESS: 2100 BLOOMDALE RD
         MCKINNEY TX  75069
TELEPHONE:  (972) 548-4323
FAX NO:     (972) 548-4388
SBOT NO:    90001601

DELIVERED TO THE COURT OF CRIMINAL APPEALS IN AUSTIN, TEXAS
ON THE 13TH DAY OF FEBRUARY 2008
SIGNATURE OF CLERK: _____
NAME OF CLERK:  CAROLYN MCCARLEY
TITLE:  DEPUTY CLERK

APPELLATE COURT CAUSE NO. AP-75,794

FILED IN THE COURT OF CRIMINAL APPEALS IN AUSTIN, TEXAS

ON THE_____DAY OF_____20__.

_____, CLERK

BY_____,DEPUTY

CRIMINAL DOCKET

JAIL.

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | OFFENSE |
|---|---|---|---|
| 380-82629-06 | | DISTRICT ATTORNEY | Capital Murder In Comm of Cited Offenses FX 94 |
| DATE OF FILING MONTH DAY YEAR | THE STATE OF TEXAS | | |
| 09 21 06 | CHANTHAKOUMMANE,KOSOUL vs. | MIEARS,STEVEN R        CAA  Keith Starr STEVEN R. MIEARS P.O. BOX 736 BONHAM, TX 75418 (903) 640-4963        DEFENDANT | |
| DATE OF ORDERS MONTH DAY YEAR | ORDERS OF COURT | | INFORMATION OR INDICTMENT |

| | | |
|---|---|---|
| 9 25 06 | BOND AMOUNT SET AT $ 1,000,000 00 | |
| 9 25 06 | FIRST APPEARANCE SET FOR OCTOBER 10,2006 | |
| 10 6 06 | arro - scheduling hearing set 12-15-06 @ 9:00am _____ | |
| 10 6 06 | all attys - conference order due Chambers) scheduling order due 12/15/06. Ct to meet w/ atty 12/15/06 at 9:00 a.m. Ct to meet w/ D atty on 12/11/06 to review budget) gag trial set for 7/9/07. Or return jury. Pretrial hearing 7/30/07 (at) 9:00 a.m. Clm | |
| 11 17 06 | meeting w/ atty. Ct reset for 10/11/07 jury selection to be given | |
| | 10/11/07 Clm | |
| | 9/10/07 Clm | |

| DEFENDANT | CHANTHAKOU` `1ANE, KOSOUL | CH` `2GE | CAP MURDER jail |
|---|---|---|---|

DEFENDANT   CHANTHAKOU` `1ANE, KOSOUL        CH` `2GE   CAP MURDER

ADDRESS   COLLIN COUNTY JAIL        CAUSE#   380-82629-06

DESCRIPTION   10/11/80, AM, 5'8, 180, BRN/BLK        AGENCY/#   MCKINNEY 06-34122

ARREST INFORMATION   09/06/06 ON W219-09052006-1

C/C        witness:  DIANA TILTON

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:  The Grand Jury of Collin

County, State of Texas, duly organized at the     JULY     Term, A.D.,   2006   of the   199th

District Court of said county, in said court at said term, do present that

KOSOUL CHANTHAKOUMMANE  HEREINAFTER CALLED DEFENDANT

on or about the   8TH   day of   JULY       A.D.  2006, in said county and State, did then and there

intentionally and knowingly cause the death of Sarah Walker, an individual hereinafter called deceased, by stabbing and cutting deceased with a knife, a deadly weapon, while the defendant was in the course of committing or attempting to commit the offense of robbery of deceased;

against the peace and dignity of the State.

_____
Foreman of the Grand Jury

FILED

06 SEP 21  PM 3: 56

HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY _____ DEPUTY

TEXAS FAIR DEFENSE ACT

```
+---------------------------+
|                           |
|        YOU HAVE BEEN      |
|       UN-APPOINTED        |
|     AT COLLIN COUNTY!     |
|        (972) 547-5200     |
|                           |
+---------------------------+
```

## ATTORNEY INFORMATION

Bar Card #. . . . . . . : 11555550
Attorney First M Last . : DAVID M KLECKNER
Attorney Address Line 1 : 850 EAST CENTRAL PARKWAY
Attorney Address Line 2 : STE 120
Attorney Address Line 3 :
City, State, Zip. . . . : PLANO, TX      75074-0000

| | (xxx) | xxx-xxxx | Extension | Type | Valid Types |
|---|---|---|---|---|---|
| Tele #/Tele Type 1. . . : | 469 | 733 2794 | | O | O=Office |
| Tele #/Tele Type 2. . . : | 972 | 578 8412 | | F | F=Fax |
| Tele #/Tele Type 3. . . : | | | | | |
| Tele #/Tele Type 4. . . : | | | | | |
| Tele #/Tele Type 5. . . : | | | | | |
| Tele #/Tele Type 6. . . : | | | | | |
| Tele #/Tele Type 7. . . : | | | | | |
| Tele #/Tele Type 8. . . : | | | | | |
| Tele #/Tele Type 9. . . : | | | | | |
| Tele #/Tele Type 10 . . : | | | | | |

## DEFENDANT INFORMATION

Defendant First M Last. : KOSOUL CHANTHAKOUMMANE
Defendant Address Line 1: 3613 FRANKFORD 223
Defendant Address Line 2:
Defendant City, St. Zip : DALLAS, TX      75287-
Defendant Telephone#. . : 214    909 6647
Defendant DOB . . . . . : 10/11/1980
Date/Time of Appointment: 09/06/2006     12:45 PM
Person Who Appointed. . : GIDNEY, Ashley
User-Id of Who Appointed: ASHLEY3
Term Where Appointed. . : JP1026S1

| Case# | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | Fel Mis |
|---|---|---|---|---|---|
| -   - | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | F |

Bond Amount/Arresting Agency: $1,000,000.00 McKinney PD

```
+------------------------+
|                        |
| YOU HAVE BEEN APPOINTED |
|      TO AN INMATE      |
|    AT COLLIN COUNTY!   |
|      (972) 547-5200    |
|                        |
+------------------------+
```

### ATTORNEY INFORMATION

Bar Card #. . . . . . . : 11555550
Attorney First M Last . : DAVID M KLECKNER
Attorney Address Line 1 : 850 EAST CENTRAL PARKWAY
Attorney Address Line 2 : STE 120
Attorney Address Line 3 :
City, State, Zip. . . . : PLANO, TX      75074-0000

Email Address 1 . . . . : DMKLEGAL@YAHOO.COM
Email Description 1 . . :
Email Address 2 . . . . :
Email Description 2 . . :
Email Address 2 . . . . :
Email Description 3 . . :

|                      | (xxx) | xxx-xxxx | Extension | Type | Valid Types |
|----------------------|-------|----------|-----------|------|-------------|
| Tele #/Tele Type 1. . . : | 469 | 733 2794 | | O | O=Office |
| Tele #/Tele Type 2. . . : | 972 | 578 8412 | | F | F=Fax |
| Tele #/Tele Type 3. . . : | | | | | C=Cellular |
| Tele #/Tele Type 4. . . : | | | | | P=Pager |
| Tele #/Tele Type 5. . . : | | | | | H=Home |
| Tele #/Tele Type 6. . . : | | | | | R=Other |
| Tele #/Tele Type 7. . . : | | | | | |
| Tele #/Tele Type 8. . . : | | | | | |
| Tele #/Tele Type 9. . . : | | | | | |
| Tele #/Tele Type 10 . . : | | | | | |

### DEFENDANT INFORMATION

Defendant First M Last. : KOSOUL CHANTHAKOUMMANE
Defendant Address Line 1: 3613 FRANKFORD 223
Defendant Address Line 2:
Defendant City, St. Zip : DALLAS, TX      75287-
Defendant Telephone#. . : 214  909 6647
Defendant DOB . . . . . : 10/11/1980
Date/Time of Appointment: 09/06/2006   12:45 PM
Person Who Appointed. . : AARON, Ashley
User-Id of Who Appointed: ASHLEY3
Term Where Appointed. . : JP1026S1

| Case# | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | Fel Mis |
|-------|-----------|-----------|----------|------------------------------|---------|
| - - | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | F |

Bond Amount/Arresting Agency: $1,000,000.00 McKinney PD

FILED

06 SEP 22  AM 10: 10

HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____ DEPUTY



COLLIN
COUNTY

**Indigency Flowsheet**

Name of Inmate: _Chanthatoummane, Kosoul_

| | Task or Status | Name of Person Completing Task | Date | Comments |
|---|---|---|---|---|
| ☑ | Received Magistrate's Warning | P. Raloeh | 9-6-06 | |
| ☑ | Affidavit of Indigency Received | J Bryant | 9-6-06 | |
| ☑ | Affidavit of Indigency Reviewed | J Bryant | 9-6-06 | |
| ☐ | Found "INDIGENT" by designee | | | |
| ☑ | Found "NOT INDIGENT" by designee | J Bryant | 9-6-06 | |
| ☐ | Reviewed by LAJ | MC | 9-12-06 — Do Not Appoint — |
| ☑ | Sent to Administrator/Clerk for Appointment | ajg | 9.6.06 | |
| ☑ | Sent to Clerk for retention until indicted | ajg | 9.6.06 | |
| ☐ | Review in 30 / 60 / 90 days | | | |
| ☐ | Indigency Review hearing scheduled by Court for | | | |
| ☐ | Found "INDIGENT" by designee or Court | | | |
| ☐ | Found "NOT INDIGENT" by designee or Court | | | |
| ☐ | Attorney NOT APPOINTED – Clerk to retain attached documents in sealed envelope in file. | | | |
| ☑ | Attorney Appointed | ajg | 9.6.06 | |
| ☑ | Name of Attorney Appointed | David M. Kluthner | | |
| ☐ | Clerk shreds attached supporting documents | | | |
| ☐ | | | | |

06 SEP 22 AM 10: 09

HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____ DEPUTY

2006 SEP -7 PM 1: 45

BY
COLLIN COUNTY, TEXAS

# Order for Court Appointed Attorney

Name: CHANTHAKOUMMANE, KOSOUL          A/M          DOB 10/11/1980

As the Magistrate in this case, I hereby certify that:

1. The law enforcement agency having custody of the accused brought the accused before this Magistrate not later than (24) (48) hours after arrest.
2. I have informed the accused of his / her right to request appointment of counsel and the procedures for requesting appointment of counsel.
3. If the accused does not speak and/or understand the English language or is deaf, I have informed the accused in a manner consistent with Texas Code Criminal Articles 38.30 and 38.31.
4. I have ensured that all reasonable assistance in completing the necessary forms for requesting appointment of counsel has been provided.
5. A record (written forms, electronic recordings, or other documentation as authorized) of the Magistrate's advising the accused of right to appointed counsel has been prepared in accordance with the law and such record consists of this document signed by me as Magistrate, a copy of which was placed in the accused jail and/or court packet.

I further certify that I have reviewed the accused's Affidavit of Indigency that is attached hereto, and that:
The accused is charged with the offense(s) of CAPITAL MURDER

_____ ACCUSED has announced his/her intends to waive his/her right to counsel and to proceed representing himself/herself in any proceedings in this case.

_____ The accused has announced he/she is not indigent and intends to hire an attorney to represent him/her in any proceedings in this case.

✓ I hereby find that the ACCUSED IS INDIGENT, has requested counsel, and I hereby appoint the attorney named below to represent the accused in this case and said counsel is ordered to contact the accused not later than the end of the first working day after this appointment and to interview the accused as soon as practicable:
*Per Ralein*

_____ I hereby find the accused is NOT indigent at this time.

_____ The accused was released on bond before I could make a determination of indigency.

I hereby certify that I have given notice of this Order to the appointed attorney and that a copy of this Order has been faxed or e-mailed to the appointed attorney no later than the next business day.

Signed this **September 6, 2006**

Magistrate, Collin County, Texas
Phone Number 972-548-4100

Rev. 9/6/06

THE STATE OF TEXAS                         LE# 202167
County of Collin

    I, the undersigned Magistrate, do hereby certify that
CHANTHAKOUMMANE,KOSOUL appeared before me at the County Jail
at _____.M. on the 6th day of September,2006 in McKinney,
Collin County, Texas, and at that time, after determining said person
was arrested in Collin County, Texas, I warned said Defendant of the
accusation against him and of the affidavit, if any, filed in support
of such accusation; that he had the right to retain counsel; that he
had the right to remain silent and not say anything; that he had the
right to a reasonable time and opportunity to consult counsel prior
to and/or during any interview with peace officers or attorneys
representing the State; that he had the right to terminate the inter-
view at any time; that he had the right to request the appointment
of counsel if he was indigent and could not afford counsel; that he had
the right to an examining trial; that he was not required to make a
statement and that any statement made by him could be used in evidence
against him; and that he had the right to bail if allowed by law.

    Sufficient facts have been presented to me to show that probable
cause exists for the above named prisoner's continued detention in the
Collin County Jail on the below charge(s).

    In witness whereof I have subscribed by name this the
6th day of September,2006.

_____         _____
Signature of Magistrate           Court Name

| CHARGES | AUTHORITY | BOND | FINE |
|---------|-----------|------|------|
| Capital Murder<br>ON-VIEW | McKinney PD | 1000000.00 | _____ |

END OF CHARGES

```
+-----------------------+
|                       |
| YOU HAVE BEEN APPOINTED|
|    AT COLLIN COUNTY!   |
|     (972) 547-5200     |
|                       |
+-----------------------+
```

### ATTORNEY INFORMATION

| | |
|---|---|
| Bar Card #. . . . . . . : | 11555550 |
| Attorney First M Last . : | DAVID M KLECKNER |
| Attorney Address Line 1 : | 850 EAST CENTRAL PARKWAY |
| Attorney Address Line 2 : | STE 120 |
| Attorney Address Line 3 : | |
| City, State, Zip. . . . : | PLANO, TX      75074-0000 |

| | (xxx) | xxx-xxxx | Extension | Type | Valid Types |
|---|---|---|---|---|---|
| Tele #/Tele Type 1. . . : | 469 | 733 2794 | | O | O=Office |
| Tele #/Tele Type 2. . . : | 972 | 578 8412 | | F | F=Fax |
| Tele #/Tele Type 3. . . : | | | | | |
| Tele #/Tele Type 4. . . : | | | | | |
| Tele #/Tele Type 5. . . : | | | | | |
| Tele #/Tele Type 6. . . : | | | | | |
| Tele #/Tele Type 7. . . : | | | | | |
| Tele #/Tele Type 8. . . : | | | | | |
| Tele #/Tele Type 9. . . : | | | | | |
| Tele #/Tele Type 10 . . : | | | | | |

### DEFENDANT INFORMATION

| | |
|---|---|
| Defendant First M Last. : | KOSOUL CHANTHAKOUMMANE |
| Defendant Address Line 1: | 3613 FRANKFORD 223 |
| Defendant Address Line 2: | |
| Defendant City, St. Zip : | DALLAS, TX      75287- |
| Defendant Telephone#. . : | 214  909 6647 |
| Defendant DOB . . . . . : | 10/11/1980 |
| Date/Time of Appointment: | 09/06/2006    12:45 PM |
| Person Who Appointed. . : | GIDNEY, Ashley |
| User-Id of Who Appointed : | ASHLEY3 |
| Term Where Appointed. . : | JP1026S1 |

| Case# | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | Fel Mis |
|---|---|---|---|---|---|
| -     -   | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | F |

Bond Amount/Arresting Agency: $1,000,000.00 McKinney PD



**Hannah Kunkle**

**District Clerk**
P.O. Box 578
McKinney, Texas 75070
(972) 548-4320
972-424-1460 Ext. 4320 (Metro)

# COLLIN COUNTY

Cause 380-82629-06

THE STATE OF TEXAS
vs
CHANTHAKOUMMANE, KOSOUL

In the 380th District Court
of Collin County, Texas

### NOTICE TO APPEAR

You, the defendant, are hereby ordered to appear before

> The Honorable Chas. Sandoval
> 380th District Court
> Collin County Courthouse
> 4th Floor
> McKinney, Texas

on the 10th day of  October A.D. 2006, at  9:00 o'clock A.M.,
to answer criminal charges pending in that Court, to wit:

> Capital Murder In Comm of Cited Offenses  FX    94

and there remain until discharged by that Court.

Witness my official signature at McKinney, Texas this 25th day of
September 2006.

> HANNAH KUNKLE
> District Clerk
> Collin County, Texas
> by *Jeanie Copeland*
> Deputy Clerk

Your failure to respond to this notice will result in a warrant for
your arrest being issued.  If convicted or placed on Deferred
Probation, the defendant should be prepared to pay court cost, fines,
restitution and appointed attorney fees at the time of disposition.

Mailed to: file

CC: DA
*Steven Miears CAA*

CHANTHAKOUMMANE, KOSOUL
3613 FRANKFORD 223
DALLAS, TX  75287

Cause 380-82629-06

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE, KOSOUL               July Term, 2006
Capital Murder                                FX

TO THE CLERK OF SAID COURT, GREETINGS:

    Comes now the State by her Criminal District Attorney and makes
application for the issuance of subpoenas for the following named
persons to compel their attendance as witnesses for the State; place of
residence, exact location and vocation of said witnesses (where known),
appears opposite the respective names, as follows, to wit:

| Witness Name | Residence | Exact Location | Vocation |
|---|---|---|---|
| SUBPOENA COMPLIANCE OFFICE | PHILADELPH | WACHOVIA BANK | |

    Said persons are witnesses in behalf of the State in the above
entitled and numbered case, and the testimony of said witnesses is
material for the State on the trial of said case.
    Applicant prays that said subpoenas be made returnable on the
13th day of   OCTOBER  A.D. 2006 at  9:00 o'clock A.M.


                                                                   _____
                                                             Criminal District Attorney

Filed District ClerkSEPTEMBER  28, 2006
Hannah Kunkle, Clerk
Collin County, Texas

                                     Issued 9-28-06

Cause 380-82629-06

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE,KOSOUL                July Term, 2006
Capital Murder                                FX

TO THE CLERK OF SAID COURT, GREETINGS:

Comes now the State by her Criminal District Attorney and makes application for the issuance of subpoenas for the following named persons to compel their attendance as witnesses for the State; place of residence, exact location and vocation of said witnesses (where known), appears opposite the respective names, as follows, to wit:

| Witness Name | Residence | Exact Location | Vocation |
|---|---|---|---|
| LT. SHEELY | | COLLIN COUNTY JAIL | |

Said persons are witnesses in behalf of the State in the above entitled and numbered case, and the testimony of said witnesses is material for the State on the trial of said case.

Applicant prays that said subpoenas be made returnable on the 15th day of SEPTEMBER  A.D. 2007 at  9:00 o'clock A.M.

_____
Criminal District Attorney

Filed District ClerkSEPTEMBER   28, 2006
Hannah Kunkle, Clerk
Collin County, Texas

Issued 9-28-06

IN THE 380th DISTRICT COURT OF COLLIN COUNTY, TEXAS
Criminal Cause Number 380-82629-06

THE STATE OF TEXAS
vs
KOSOUL CHANTHAKOUMMANE

CAPIAS IN FELONY CASE

The State of Texas, to Any Sheriff of the State of Texas, GREETING:

You are hereby commanded to arrest

KOSOUL CHANTHAKOUMMANE                    HGT/508 EYE/BRO RAC/A SEX/M
3613 FRANKFORD 223                        DOB/101180
DALLAS, TX 75287- 0000

and him safely keep so that you have him before the 380th District
Court of Collin County, in said state, at the courthouse of said
county, in the city of McKinney, forthwith, then and there to answer
the State of Texas upon an indictment pending in said court, charging
him with Capital Murder In Comm of Cited Offenses FX 94.
Date of Offense 07/08/06.

Herein fail not, but due return make hereof to this court,
forthwith.

Witness my signature and official seal on this the 27 day of
_____ AD 200.Y

_____                   HANNAH KUNKLE
Judge Presiding                           Clerk of the District Court
                                          Collin County, Texas
                                          by_____
                                               Deputy

The amount of bond fixed by the court in this case is $ 1,000,000.00

SHERIFF'S RETURN

     Came to hand _____ day of _____, _____, at _____ o'clock _M,
and executed the _____ day of _____, _____, at _____ o'clock _M,
by arresting the within named KOSOUL CHANTHAKOUMMANE and
*placing him in jail at _____
*accepting his bond.

                         _____
                         Constable or Sheriff

                         _____ County, Texas

                    by _____ Deputy
* strike one according to facts



**Honorable Charles Sandoval**
**380ᵗʰ District Court**
**210 S. McDonald, Suite 434**
**Collin County Courthouse**
**McKinney, Texas 75069**

**962/548-4762, Metro 972/424-1460 ext. 4762**
**Fax: 972-547-5733**

September 29, 2006

Gregory Davis
Assistant District Attorney
210 S. McDonald Street
Third Floor
McKinney, Texas 75069

Steven Miears
P.O. Box 736
Bonham, Texas 75418

Keith Gore
321 N. Central Expressway
Suite 255
McKinney, Texas 75070

*In Re: Cause No. 380-82629-06; State of Texas v.*
*Kosoul Chanthakoummane*

Dear Counsel:

Please be advised that the court has set a meeting in chambers on Friday, the 6ᵗʰ
of October, 2006, at 9:00 a.m. All counsel are advised to be present.

Very truly yours,

*Charles Sandoval*
Charles Sandoval

At _____ M

**FILED**

SEP 29 2006

HANNAH KUNKLE
Clerk District Court Collin County, Texas
By _____

| STATE OF TEXAS | § | IN THE 380TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## ORDER APPOINTING ATTORNEY

On September 15, 2006, came on to be considered the above named defendant's request for court-appointed attorney, and the Court, having found the defendant to be indigent,

IT IS THEREFORE ORDERED that STEVEN MIEARS, Attorney at Law, whose address is P.O. Box 736, Bonham, Texas, 75418, and whose phone number is (903) 640-4963, who is a practicing attorney of this State, is appointed to represent the aforementioned individual.

SIGNED this the 18 day of September, 2006.

_Cindi Sandoval_

Judge, 380th Judicial District Court

CAUSE NO. 380-82629-06

| STATE OF TEXAS | § | IN THE 380TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT OF |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## ORDER APPOINTING ATTORNEY

On September 29, 2006, came on to be considered the above named defendant's request for court-appointed attorney, and the Court, having found the defendant to be indigent,

IT IS THEREFORE ORDERED that KEITH GORE, Attorney at Law, whose address is 321 N. Central Expressway, Suite 255, McKinney, Texas, 75070, and whose phone number is (972) 529-2220, who is a practicing attorney of this State, is appointed to represent the aforementioned individual.

SIGNED this the _29_ day of September, 2006.

_[signature]_

Judge, 380th Judicial District Court

THE STATE OF TEXAS

vs

CHANTHAKOUMMANE, KOSOUL
Capital Murder

380th District Court

of Collin County, Texas

July Term, 2006
FX

TO THE CLERK OF SAID COURT, GREETINGS:

Comes now the State by her Criminal District Attorney and makes application for the issuance of subpoenas for the following named persons to compel their attendance as witnesses for the State; place of residence, exact location and vocation of said witnesses (where known), appears opposite the respective names, as follows, to wit:

| Witness Name | Residence | Exact Location | Vocation |
|---|---|---|---|
| T-MOBILE USA | BELLEVUE | LAW ENFORCEMENT RELA | |
| BANK OF AMERICA | DALLAS | 901 MAIN ST. 18TH FL | |
| SPRINT SPECTRUM | OVERLAND P | SPRINT NEXTEL COMM. | |

Said persons are witnesses in behalf of the State in the above entitled and numbered case, and the testimony of said witnesses is material for the State on the trial of said case.

Applicant prays that said subpoenas be made returnable on the 27th day of OCTOBER A.D. 2006 at 9:00 o'clock A.M.

_____
Criminal District Attorney

Filed District Clerk   OCTOBER   4, 2006
Hannah Kunkle, Clerk
Collin County, Texas

Issued 10-4-06

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE,KOSOUL                July Term, 2006
Capital Murder                                    FX

TO THE CLERK OF SAID COURT, GREETINGS:

    Comes now the State by her Criminal District Attorney and makes
application for the issuance of subpoenas for the following named
persons to compel their attendance as witnesses for the State; place of
residence, exact location and vocation of said witnesses (where known),
appears opposite the respective names, as follows, to wit:

| Witness Name | Residence | Exact Location | Vocation |
|---|---|---|---|
| CINGULAR WIRELESS | WEST PALM | NATIONAL COMPLIANCE | |
| SPRINT SPECTRUM, L.P. | OVERLAND P | COPORATE SECURITY - | |
| T-MOBILE USA | BELLEVUE | CUSTODIAN OF RECORDS | |

    Said persons are witnesses in behalf of the State in the above
entitled and numbered case, and the testimony of said witnesses is
material for the State on the trial of said case.
    Applicant prays that said subpoenas be made returnable on the
27th day of   OCTOBER A.D. 2006 at  9:00 o'clock A.M.

_____
    Criminal District Attorney

Filed District Clerk  OCTOBER   4, 2006
Hannah Kunkle, Clerk
Collin County, Texas                 issued 10-4-06

TEXAS FAIR DEFENSE ACT

+--------------------------+
|                          |
| YOU HAVE BEEN **APPOINTED** |
|    TO AN INMATE          |
|   AT COLLIN COUNTY!      |
|     (972) 547-5200       |
|                          |
+--------------------------+

## ATTORNEY INFORMATION

```
Bar Card #. . . . . . . :  14025600
Attorney First M Last . :  STEVEN R MIEARS
Attorney Address Line 1 :  P.O. BOX 736
Attorney Address Line 2 :
Attorney Address Line 3 :
City, State, Zip. . . . :  BONHAM, TX      75418-0000


Email Address 1 . . . . :  STEVENMIEARS@MSN.COM
Email Description 1 . . :
Email Address 2 . . . . :
Email Description 2 . . :
Email Address 2 . . . . :
Email Description 3 . . :
```

|                          | (xxx) | xxx-xxxx | Extension | Type | Valid Types |
|--------------------------|-------|----------|-----------|------|-------------|
| Tele #/Tele Type 1. . . :| 903   | 640 4963 | METRO     | O    | O=Office    |
| Tele #/Tele Type 2. . . :| 903   | 640 4964 |           | F    | F=Fax       |
| Tele #/Tele Type 3. . . :| 903   | 664 3501 |           | O    | C=Cellular  |
| Tele #/Tele Type 4. . . :|       |          |           |      | P=Pager     |
| Tele #/Tele Type 5. . . :|       |          |           |      | H=Home      |
| Tele #/Tele Type 6. . . :|       |          |           |      | R=Other     |
| Tele #/Tele Type 7. . . :|       |          |           |      |             |
| Tele #/Tele Type 8. . . :|       |          |           |      |             |
| Tele #/Tele Type 9. . . :|       |          |           |      |             |
| Tele #/Tele Type 10 . . :|       |          |           |      |             |

## DEFENDANT INFORMATION

```
Defendant First M Last. :  KOSOUL CHANTHAKOUMMANE
Defendant Address Line 1:  3613 FRANKFORD 223
Defendant Address Line 2:
Defendant City, St. Zip :  DALLAS, TX      75287-
Defendant Telephone#. . :  214  909 6647
Defendant DOB . . . . . :  10/11/1980
Date/Time of Appointment:  10/05/2006    12:58 PM
Person Who Appointed. . :  RENFRO, Lisa
User-Id of Who Appointed:  RENFROLISA
Term Where Appointed. . :  DC3809S2
```

|            |            |           |           |          |                          | Fel |
|            |            |           |           |          |                          | Mis |
| Case#      | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | F |
|------------|------------|-----------|----------|------------------------------|-----|
| 380-82629-06 | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | |

Bond Amount/Arresting Agency:  $1,000,000.00 McKinney PD

CAUSE NO. 380-82629-06

THE STATE OF TEXAS                         IN THE 380TH DISTRICT COURT

v.

CHANTHAKOUMMANE KOSOUL                      COLLIN COUNTY, TEXAS


ATTORNEYS
NOTICE OF NEXT COURT SETTING


The Court Has Appointed You as the Attorney to the Above Named Defendant.
Attached is the Defendants Information and a List of the Charges, Offense,
and Arrest Dates.

Your Clients Next Court Date is at 8:30 A.M. or 9:00 A.M. on the _5_ Day
of OCTOBER , 2006.


YOU AND YOUR CLIENT ARE REQUIRED TO APPEAR FOR ALL COURT APPEARANCES.  YOUR
CLIENT IS ALSO REQUIRED TO ATTEND EVEN IF YOU ARE NOT AVAILABLE.

TEXAS FAIR DEFENSE ACT

+------------------------+
|                        |
| YOU HAVE BEEN **APPOINTED** |
| AT COLLIN COUNTY!      |
| (972) 547-5200         |
|                        |
+------------------------+

## ATTORNEY INFORMATION

Bar Card #. . . . . . . : 14025600
Attorney First M Last . : STEVEN R MIEARS
Attorney Address Line 1 : P.O. BOX 736
Attorney Address Line 2 :
Attorney Address Line 3 :
City, State, Zip. . . . : BONHAM, TX     75418-0000

| | (xxx) | xxx-xxxx | Extension | Type | Valid Types |
|---|---|---|---|---|---|
| Tele #/Tele Type 1. . . : | 903 | 640 4963 | METRO | O | O=Office |
| Tele #/Tele Type 2. . . : | 903 | 640 4964 | | F | F=Fax |
| Tele #/Tele Type 3. . . : | 903 | 664 3501 | | O | |
| Tele #/Tele Type 4. . . : | | | | | |
| Tele #/Tele Type 5. . . : | | | | | |
| Tele #/Tele Type 6. . . : | | | | | |
| Tele #/Tele Type 7. . . : | | | | | |
| Tele #/Tele Type 8. . . : | | | | | |
| Tele #/Tele Type 9. . . : | | | | | |
| Tele #/Tele Type 10 . . : | | | | | |

## DEFENDANT INFORMATION

Defendant First M Last. : KOSOUL CHANTHAKOUMMANE
Defendant Address Line 1: 3613 FRANKFORD 223
Defendant Address Line 2:
Defendant City, St. Zip : DALLAS, TX     75287-
Defendant Telephone#. . : 214  909 6647
Defendant DOB . . . . . : 10/11/1980
Date/Time of Appointment: 10/05/2006     12:58 PM
Person Who Appointed. . : RENFRO, Lisa
User-Id of Who Appointed: RENFROLISA
Term Where Appointed. . : DC3809S2

| Case# | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | Fel | Mis |
|---|---|---|---|---|---|---|
| 380-82629-06 | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | F | |

Bond Amount/Arresting Agency: $1,000,000.00 McKinney PD

Bar#/ First Mid Last Name  : 24002164 KEITH GORE
Address Line# 1. . . . . . : 321 N CENTRAL EXPWY
Address Line# 2. . . . . . : SUITE 255
City/State/Zip . . . . . . : MCKINNEY, TX     75070-0000
Email 1: GORELAW@SBCGLOBAL.NET
Desc. 1:

| (xxx) | xxx-xxxx | Extension | Type | (xxx) | xxx-xxxx | Extension | Type | Valid Phone Types | |
|-------|----------|-----------|------|-------|----------|-----------|------|-------------------|---|
| 972 | 529 2220 | | O | 972 | 542 2350 | | F | C=Cellular | P=Pager |
| 972 | 670 6288 | | C | | | | | F=Fax | H=Home |
| | | | | | | | | O=Office | O=Other |

Defendant First Mid Last . : KOSOUL CHANTHAKOUMMANE
Defendant Address. . . . . : 3613 FRANKFORD 223
Defendant City, ST  Zip. . : DALLAS, TX     75287
Defendant Telephone# . . . : 000  000 0000     Defendant DOB. . . . : 10/11/1980

| | | | | | Lev |
|---|---|---|---|---|---|
| Case# | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | Sev |
| 380-82629-06 | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | FX |

                                                          Bottom
F1=Help      F3=Exit      F5=View FULL Atty Info      F6=Print/Fax/Email Atty Info

TEXAS FAIR DEFENSE ACT

```
+-------------------------+
|                         |
| YOU HAVE BEEN APPOINTED  |
|      TO AN INMATE        |
|    AT COLLIN COUNTY!     |
|      (972) 547-5200      |
|                         |
+-------------------------+
```

## ATTORNEY INFORMATION

Bar Card #. . . . . . . : 24002164
Attorney First M Last . : KEITH GORE
Attorney Address Line 1 : 321 N CENTRAL EXPWY
Attorney Address Line 2 : SUITE 255
Attorney Address Line 3 :
City, State, Zip. . . . : MCKINNEY, TX    75070-0000

Email Address 1 . . . . : GORELAW@SBCGLOBAL.NET
Email Description 1 . . :
Email Address 2 . . . . :
Email Description 2 . . :
Email Address 2 . . . . :
Email Description 3 . . :

|                          | (xxx) | xxx-xxxx | Extension | Type | Valid Types |
|--------------------------|-------|----------|-----------|------|-------------|
| Tele #/Tele Type 1. . . :| 972   | 529 2220 |           | O    | O=Office    |
| Tele #/Tele Type 2. . . :| 972   | 542 2350 |           | F    | F=Fax       |
| Tele #/Tele Type 3. . . :| 972   | 670 6288 |           | C    | C=Cellular  |
| Tele #/Tele Type 4. . . :|       |          |           |      | P=Pager     |
| Tele #/Tele Type 5. . . :|       |          |           |      | H=Home      |
| Tele #/Tele Type 6. . . :|       |          |           |      | R=Other     |
| Tele #/Tele Type 7. . . :|       |          |           |      |             |
| Tele #/Tele Type 8. . . :|       |          |           |      |             |
| Tele #/Tele Type 9. . . :|       |          |           |      |             |
| Tele #/Tele Type 10 . . :|       |          |           |      |             |

## DEFENDANT INFORMATION

Defendant First M Last. : KOSOUL CHANTHAKOUMMANE
Defendant Address Line 1: 3613 FRANKFORD 223
Defendant Address Line 2:
Defendant City, St. Zip : DALLAS, TX    75287-
Defendant Telephone#. . : 214  909 6647
Defendant DOB . . . . . : 10/11/1980
Date/Time of Appointment: 10/05/2006    12:57 PM
Person Who Appointed. . : RENFRO, Lisa
User-Id of Who Appointed: RENFROLISA
Term Where Appointed. . : DC3809S2

| Case# | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | Fel Mis |
|-------|-----------|-----------|----------|-------------------------------|---------|
| 380-82629-06 | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | F |

Bond Amount/Arresting Agency: $1,000,000.00 McKinney PD

TFDPRINTPE

CAUSE NO. 380-82629-06

THE STATE OF TEXAS                          IN THE 380TH DISTRICT COURT

v.

CHANTHAKOUMMANE KOSOUL                      COLLIN COUNTY, TEXAS


ATTORNEYS
NOTICE OF NEXT COURT SETTING

The Court Has Appointed You as the Attorney to the Above Named Defendant.
Attached is the Defendants Information and a List of the Charges, Offense,
and Arrest Dates.

Your Clients Next Court Date is at 8:30 A.M. or 9:00 A.M. on the _5 Day
of OCTOBER  , 2006.


YOU AND YOUR CLIENT ARE REQUIRED TO APPEAR FOR ALL COURT APPEARANCES.  YOUR
CLIENT IS ALSO REQUIRED TO ATTEND EVEN IF YOU ARE NOT AVAILABLE.

TEXAS FAIR DEFENSE ACT

```
+-----------------------------+
|                             |
| YOU HAVE BEEN APPOINTED      |
|    AT COLLIN COUNTY!         |
|      (972) 547-5200          |
|                             |
+-----------------------------+
```

## ATTORNEY INFORMATION

Bar Card #. . . . . . . : 24002164
Attorney First M Last . : KEITH GORE
Attorney Address Line 1 : 321 N CENTRAL EXPWY
Attorney Address Line 2 : SUITE 255
Attorney Address Line 3 :
City, State, Zip. . . . : MCKINNEY, TX    75070-0000

|  | (xxx) | xxx-xxxx | Extension | Type |  | Valid Types |
|---|---|---|---|---|---|---|
| Tele #/Tele Type 1. . . : | 972 | 529 2220 | | O | | O=Office |
| Tele #/Tele Type 2. . . : | 972 | 542 2350 | | F | | F=Fax |
| Tele #/Tele Type 3. . . : | | | | | | |
| Tele #/Tele Type 4. . . : | | | | | | |
| Tele #/Tele Type 5. . . : | | | | | | |
| Tele #/Tele Type 6. . . : | | | | | | |
| Tele #/Tele Type 7. . . : | | | | | | |
| Tele #/Tele Type 8. . . : | | | | | | |
| Tele #/Tele Type 9. . . : | | | | | | |
| Tele #/Tele Type 10 . . : | | | | | | |

## DEFENDANT INFORMATION

Defendant First M Last. : KOSOUL CHANTHAKOUMMANE
Defendant Address Line 1: 3613 FRANKFORD 223
Defendant Address Line 2:
Defendant City, St. Zip : DALLAS, TX    75287-
Defendant Telephone#. . : 214  909 6647
Defendant DOB . . . . . : 10/11/1980
Date/Time of Appointment: 10/05/2006    12:57 PM
Person Who Appointed. . : RENFRO, Lisa
User-Id of Who Appointed: RENFROLISA
Term Where Appointed. . : DC3809S2

| Case# | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | Fel Mis |
|---|---|---|---|---|---|
| 380-82629-06 | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | F |

Bond Amount/Arresting Agency: $1,000,000.00 McKinney PD

Bar#/ First Mid Last Name  : 14025600 STEVEN R MIEAR
Address Line# 1. . . . . . : P.O. BOX 736
Address Line# 2. . . . . . :
City/State/Zip . . . . . . : BONHAM, TX     75418-0000
Email 1: STEVENMIEARS@MSN.COM
Desc. 1:

| (xxx) | xxx-xxxx | Extension | Type | (xxx) | xxx-xxxx | Extension | Type | Valid Phone Types | |
|-------|----------|-----------|------|-------|----------|-----------|------|-------------------|---|
| 903 | 640 4963 | METRO | O | 903 | 640 4964 | | F | C=Cellular | P=Pager |
| 903 | 664 3501 | | O | | | | | F=Fax | H=Home |
| | | | | | | | | O=Office | O=Other |

Defendant First Mid Last . : KOSOUL CHANTHAKOUMMANE
Defendant Address. . . . . : 3613 FRANKFORD 223
Defendant City, ST  Zip. . : DALLAS, TX     75287
Defendant Telephone# . . . : 000  000 0000     Defendant DOB. . . . : 10/11/1980

| Case# | Offn. Date | Arrest Dat | Chg Code | Description of Charge (Abbrv.) | Lev Sev |
|-------|-----------|-----------|----------|-------------------------------|---------|
| 380-82629-06 | 00/00/0000 | 09/06/2006 | 09990020 | Capital Murder | FX |

                                                                              Bottom
F1=Help      F3=Exit      F5=View FULL Atty Info      F6=Print/Fax/Email Atty Info

IN THE 380 TH DISTRICT COURT
COLLIN COUNTY, TEXAS

THE STATE OF TEXAS )(

VS. )( CAUSE NO.(S) 380-82629-06

KOSON CHANHAKOMANNE )(

## SPEEDY TRIAL WAIVER

NOW COMES THE DEFENDANT in the above styled and numbered cause(s) and would show the court the following:

1. The defendant (IS NOT in jail.) (HAS BEEN in jail since _____.)

2. The defendant (IS)    (IS NOT)   present in court this date.

3. The State having announced ready, the defendant further expressly, with the consent and agreement of his attorney, (DOES — DOES NOT) waive all rights to a speedy trial afforded by Articles 1.03, 1.05, 13.15, 17.151, 28.061, 42.12(8), and 51.14, Texas Code of Criminal Procedure, Article I, §10, Texas Constitution, and the 6th and 14th Amendments to the Constitution of the United States, and specifically (DOES — DOES NOT) waive his right to move for discharge and/or release under said articles, and consents to the continuance of this cause to the date shown below.

_____          _____
Defendant                                Attorney for Defendant

| PLEA BARGAIN OFFER | COURT DOCKET SETTING |
|---|---|

### PLEA BARGAIN OFFER

On a plea of guilty, the District Attorney will recommend, in addition to cost and fees:

_____ years T.D.C.J./S.J.F.

_____ years T.D.C.J./S.J.F. probated for _____ years

_____ days (T.D.C.J.) (Collin County Jail) (S.J.F.)

$_____fine  $_____restitution

_____evaluation and counseling

Other_____

_____

_____

_____

Offer is withdrawn on _____

Today's date _____

_____
Assistant District Attorney

### COURT DOCKET SETTING

This case is passed to 12-15-06 for
                        date

__✓__ appearance with an attorney
__✓__ announcement SCHEDULING HEARING
_____ plea (guilty) (open) (no contest)
       (true) (untrue)
_____ pre-trial hearing (motions due _____)

This case is set for trial on _____
                              date

_____ before the Court
_____ by a jury

The defendant (IS) (IS NOT) required to be present at the next setting.

Today's date_____ 10-6-06

_____
Defendant

_____
Defense Attorney

903-640-4963
Telephone number

NO. 380-82629-06

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## NOTICE OF INTENT TO SEEK DEATH PENALTY

TO THE HONORABLE JUDGE OF SAID COURT:

      COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S.

Davis, and files this Notice of Intent to Seek Death Penalty, and respectfully shows:

I.

The State of Texas hereby gives notice of its intent to seek the death penalty in this cause.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

2006 OCT 27 AM 10: 35

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 27th day of October, 2006.

GREGORY S. DAVIS

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## STATE'S PRODUCTION OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S. Davis, and respectfully shows:

I.

The State of Texas has on this 27th day of October, 2006, delivered by certified mail to opposing counsel the following items:

1. CD containing copies of autopsy photos taken by Collin County Medical Examiner and crime scene photos taken by McKinney Police Department.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

STATE'S PRODUCTION OF DOCUMENTS - Page 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 27th day of October, 2006.

GREGORY S. DAVIS

Cause 380-82629-06

THE STATE OF TEXAS

vs

CHANTHAKOUMMANE,KOSOUL
Capital Murder

380th District Court

of Collin County, Texas

July Term, 2006
                    FX

TO THE CLERK OF SAID COURT, GREETINGS:

    Comes now the State by her Criminal District Attorney and makes application for the issuance of subpoenas for the following named persons to compel their attendance as witnesses for the State; place of residence, exact location and vocation of said witnesses (where known), appears opposite the respective names, as follows, to wit:

| Witness Name | Residence | Exact Location | Vocation |
|---|---|---|---|
| CINGULAR WIRELESS | | WEST PALM | NATIONAL COMPLIANCE |

    Said persons are witnesses in behalf of the State in the above entitled and numbered case, and the testimony of said witnesses is material for the State on the trial of said case.
    Applicant prays that said subpoenas be made returnable on the 17th day of NOVEMBER A.D. 2006 at 9:00 o'clock A.M.

_____
Criminal District Attorney

Filed District Clerk   OCTOBER   30, 2006
Hannah Kunkle, Clerk
Collin County, Texas

*Issued 10-30-06*

NO. 380-82629-06

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## STATE'S FIRST SUPPLENTAL PRODUCTION OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S.

Davis, and respectfully shows:

I.

The State of Texas has on this 7th day of November, 2006, delivered by certified mail to

opposing counsel the following items:

1. Two (2) CD's containing copies of photos taken by McKinney Police Department (crime scene photos produced on October 27, 2006 and labeled as taken by McKinney Police Department were instead taken by Collin County Medical Examiner's Office).
2. Two (2) CD's containing remaining photos taken by various law enforcement agencies.
3. One (1) CD containing video of defendant being examined by forensic dentist pursuant to search warrant.
4. One (1) CD containing video of crime scene taken by McKinney Police Department, 911 call, audio interview of Defendant.

FILED

2006 NOV -7 AM 10: 45

HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____ DEPUTY

STATE'S FIRST SUPPLEMENTAL PRODUCTION
OF DOCUMENTS - Page 1

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 7th day of November, 2006.

_____
GREGORY S. DAVIS

**CAUSE NO. 380-82629-06**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 380TH JUDICIAL DISTRICT |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## PRETRIAL SCHEDULING AND DISCOVERY ORDER

The State shall make available to the defense all of the following information and materials as are in the possession, custody or control of the State or any of its agencies or otherwise reasonably available to the prosecution. Absent agreement of the parties, this information and these materials shall be produced at the main reception office of the prosecutor. The Court authorizes and urges the parties to agree upon a place and a time within the said period that may be more mutually convenient.

Unless otherwise provided herein, the State of Texas shall produce and make available to the Defense by no later than April 15, 2007, the following materials and information for inspection, photographing, photocopying and duplication, to-wit:

### I. RELATING TO DEFENDANT

1.    All confessions, incriminating statements and *res gestae* statements purportedly made by the Defendant, including all recordings, writings, memos, notes and reports that refer to such confessions or statements. Any oral statements of the defendant that have not been recorded or reduced to writing shall be reduced to writing and produced.

2.    All photographs, sketches, oral recordings and visual recordings of the Defendant.

3.    The criminal history of the Defendant as recorded in the TCIC records together with all other crimes, wrongs and acts of which the Prosecution has actual knowledge, including NCIC records reasonably available to the State.

4.    Statements by all co-defendants, those persons who could be considered accomplices in fact or law, and co-conspirators, whether indicted or unindicted, that mentions the Defendant by name or other description.

### II. RELATING TO WITNESSES

5.    The criminal history of all witnesses who could within reasonable probability be called as witnesses for the Prosecution as recorded in the TCIC or Texas DPS records together with all other purported criminal activities of which the Prosecution has actual or constructive knowledge.

6. All NCIC records of all witnesses who could within reasonable probability be called as witnesses for the Prosecution in the possession of or reasonably available to the Prosecution or peace officers and their administrative support officers involved in the prosecution of the Defendant.

7. All plea agreements, deals, offers of plea agreements or suggestions of plea agreements, suggestions of deals or understandings (whether formal or informal), made by or for the Prosecution or any of its agents to each and all of the witnesses whose testimony could be offered against the Defendant.

8. The complete witness list for the Prosecution shall be produced to the Defense on or before April 15, 2007. Such list shall include the names, dates of birth, and contact information of all witnesses, whether lay or expert, including witnesses under Rule 701 Texas Rules of Evidence, together with all rebuttal witnesses whose use can be reasonably anticipated by the State.

9. The names of all witnesses who appeared before the Grand Jury shall be endorsed upon the indictment or information by the Prosecutor by April 15, 2007. In the alternative, a separate pleading may be filed which identifies these persons.

## III. RELATING TO EVIDENCE

10. All physical, demonstrative, or tangible evidence or exhibits that could be offered at trial against the Defendant including but not limited to weapons, clothing, fingerprints, video recordings, audio recordings, documents, papers, books accounts, records stored in any fashion including by electronic means, letters, photographs, objects or tangible things not privileged, which constitute or contain evidence material to any matter involved in this case and which are in the possession, custody or control of the State or any of its agencies; this does not include work product of the Prosecutor or the Prosecutor's staff or investigators unless such material contains impeachment material or exculpatory evidence or is otherwise ordered to be disclosed.

Documents or tangible evidence produced in response to a subpoena or obtained by use of a subpoena issued by the authority of this court shall be furnished to the Defendant or the State at the same time that such material is made available to the Defendant or State.

11. The complete offense reports of any and all local, state or federal agents that investigated the crime made the basis of the indictment, or any extraneous offense alleged to have been committed by the defendant that are in the possession, custody or control of the prosecution. If the prosecution knows of offense reports that exist, but which are not in their possession, custody, or control, then the state shall make the defense aware of such facts.

12.  All witness statements concerning any fact or opinion relevant to the identification of the defendant, or the crime made the basis of the indictment, or any extraneous offense alleged to have been committed by the defendant.

13.  All exculpatory and mitigatory evidence known to the Prosecution in accordance with the "Brady Rule".

## IV. RELATING TO EXPERT WITNESSES

14.  All scientific reports regarding any and all evidence or opinions that could be offered at trial against the Defendant; if such reports are not in existence the State is required to reduce same to writing on or before April 15, 2007; such reports must include the qualifications of the expert, the materials and underlying data considered by the expert and bases for the opinions and conclusions of the expert.

With prior court approval the Defense is also permitted to have experts inspect such materials at reasonable times and places. The Defense may not conduct testing, destructive or otherwise, on any of the materials in the absence of an agreement with the Prosecution or a further order of this Court.

It is recognized that the State may not be able to produce complete evidence or opinions from a mental health expert unless and until the State is afforded the opportunity to have the defendant examined by a psychiatrist or psychologist. The Defense shall make known to the State its decision on whether it will present evidence of a mental health expert which would entitle the State to have the defendant examined by their expert on or before September 10, 2007.

15.  Challenges to expert witnesses or testimony to be offered through such witnesses—that is a Daubert/Kelly hearing—shall be held on July 6, 2007. If a hearing on a challenge to an expert witness occurs the witness shall bring the underlying facts and data that support such opinion to the hearing. Provided, however, the hearing may be set for another time by the Court for good cause shown.

16.  Pursuant to Art. 39.14(b) C.C.P., the Court orders that each party shall disclose to the other the name and address of each person that party may use at trial to present evidence under Rules 702, 703 and 705 Texas Rules of Evidence. The Prosecution and the Defendant must both disclose to the other party on or before April 15, 2007 the name and address of each person that party may use at trial to present evidence under Rules 702, 703 and 705 Texas Rules of Evidence.

Each party shall list witnesses in a document containing the caption of the case and serve it upon the opposing party as provided by Rule 21a, Texas Rules of Civil Procedure. The subject matter of the expert's testimony and a summary of the opinions to be offered into evidence shall also be filed on that date sufficient so that a determination may be made by a challenging party of whether a Daubert/Kelly hearing is required.

The prosecution remains under a continuing duty to discover and make immediately available for inspection, copying and duplication all additional information and materials similar to that which is described above after they become available to the Prosecution or its agents. There is also a continuing obligation to provide names and addresses of witnesses forthwith after discovery whose names were not reasonably available to the party at a prior time. However, discovery provided pursuant to Art. 39.14(b) C.C.P. may be supplemented only by motion and order for good cause shown.

17.  The State of Texas shall give notice to the Defense of evidence and materials under Rule 404(B) T.R.E. AND ART. 37.07 SEC. 3 C.C.P. on or before April 15, 2007.

18.  All "GASKIN RULE" MATERIALS shall be brought by witnesses to Court at the time of the witness's testimony at either a pretrial hearing or at trial; The parties are encouraged to turn over to their opponent all Gaskin material prior to trial or a pretrial hearing so that the pace of trial is not interrupted unnecessarily.

## V. RELATING TO DEFENDANT'S CONSTITUTIONAL CHALLENGES TO THE INDICTMENT, THE LAW CONCERING THE DEATH PENALTY, AND THE DEFENDANT'S PRETRIAL MOTIONS TO SUPPRESS EVIDENCE, MOTIONS IN LIMINE, AND MOTIONS TO QUASH THE INDICTMENT

19.  The Defendant's pretrial motions to suppress evidence, motions in limine, motions to quash the indictment, and motions challenging the law and the indictment, as well as the State's pre-trial motions, shall be filed by June 22, 2007. Any evidentiary hearings on such motions shall be held on July 6, 2007.

## VI. RELATING TO JUROR QUESTIONNAIRES

20. The State and the Defendant shall present to the Court a proposed juror questionnaire on or before July 23, 2007. In the event the parties cannot agree on a questionnaire then the parties will meet in chambers with the Presiding Judge on July 27, 2007.

21. The Collin County District Clerk shall cause the juror questionnaires to be distributed by mail to prospective jurors on or before August 10, 2007, with instructions that the questionnaires shall be returned to the Court on or before August 24, 2007.

## VII. RELATING TO TRIAL

22. Any party's motion to change venue of the trial shall be filed by August 17, 2007 and a hearing on such motion, if necessary, shall be held on August 30, 2007.

23. The State and the Defendant shall be supplied with a list of prospective jurors by the Collin County District Clerk on or before August 10, 2007.

24. The general panel of total prospective jurors shall be assembled by their appearance on August 31, 2007.

25. Individual voir dire shall commence on September 10, 2007.

26. Jury trial shall commence on October 8, 2007.

Signed this ___5___ day of _____, 200_7_.

CHARLES SANDOVAL
PRESIDING JUDGE
380TH JUDICIAL DISTRICT COURT
COLLIN COUNTY, TEXAS

Cause 380-82629-06

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE, KOSOUL               January Term, 2007
Capital Murder                                FX

TO THE CLERK OF SAID COURT, GREETINGS:

    Comes now the State by her Criminal District Attorney and makes
application for the issuance of subpoenas for the following named
persons to compel their attendance as witnesses for the State; place of
residence, exact location and vocation of said witnesses (where known),
appears opposite the respective names, as follows, to wit:

| Witness Name | Residence | Exact Location | Vocation |
|---|---|---|---|
| T-MOBILE | BELLEVUE | LAW ENFORCEMENT RELA | |

    Said persons are witnesses in behalf of the State in the above
entitled and numbered case, and the testimony of said witnesses is
material for the State on the trial of said case.
    Applicant prays that said subpoenas be made returnable on the
22nd day of   JANUARY  A.D. 2007 at  9:00 o'clock A.M.

                                    _____
                                    Criminal District Attorney

Filed District Clerk   JANUARY   2, 2007
Hannah Kunkle, Clerk
Collin County, Texas                Issued 1-2-07

101

Authorization for WARRANT CANCELLATION

Defendant Name:   CHANTHAKOUMMANE KOSOUL

Offense:          Capital Murder In Comm of Cited Offenses   FX       94
                  ALIAS CAPIAS
Cause Number:     380-82629-06

Talked to:        _____

I, the undersigned authority, do hereby authorize the cancellation of the
warrant on the above named defendant, this the   10th day of   January  , 2007.

                              HANNAH KUNKLE


                    by:  _____
                         JEANNIE COPELAND
                         District Clerk, Collin County, Texas

OFFICE

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
|---|---|---|
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## STATE'S SUPPLENTAL PRODUCTION OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S.

Davis, and respectfully shows:

I.

The State of Texas has on this 26th day of March, 2007, delivered by certified mail to

opposing counsel CD's containing copies of the following items:



1. Cell phone records relating to Nos. 214-585-6399, 214-397-8859, 214-909-6647, 214-618-0341, 214-334-0615.
2. Video tape from Bank of America in Frisco, Texas, relating to Sarah Walker made on July 8, 2006.
3. Witness statements of all persons interviewed by any law enforcement agency or their representative.
4. All typed and handwritten investigators' notes.
5. Notes of CID meetings at McKinney Police Department.
6. Audio recordings relating to leads.
7. Photos of Jeremy Miller's car.
8. Photos of defendant's residence.
9. Photos of Lisa Tate's necklace.
10. Photos of possible work locations.
11. Documents relating to tips.
12. Transcript and notes relating to interview of defendant.
13. Documents and photos related to forensics on defendant's cell phone and computer.

**STATE'S SUPPLEMENTAL PRODUCTION**
**OF DOCUMENTS - Page 1**



14. Defendant's correspondence to Talishia Dorsey.
15. Talishia Dorsey's correspondence to defendant.
16. Defendant's parole records.
17. Records of Apartment Express.
18. Pawn shop documents.
19. Employment records of defendant.
20. Photos of defendant on date of arrest.
21. Defendant's My Space photos.
22. Photos of defendant's computer.
23. Photos of Sarah Walker.
24. Reports relating to contents of Sarah Walker's purse from Porsche.
25. Documents and photos relating to Rolex watch.
26. Documents found at crime scene.
27. Forensic results on Sarah Walker's computers.
28. Lab report of Texas Department of Public Safety (8-3-06).
29. Reports of CCSO and McKinney PD relating to finger prints lifted at crime scene.
30. SWIFS DNA report (10-24-06).
31. SWIFS DNA report (8-7-06).
32. North Carolina DNA report.
33. Forensic dentistry reports.
34. Collin County ME's investigative report.
35. Evidence lists of McKinney PD.
36. Supplemental reports by McKinney PD officers.
37. Consent to search forms.
38. Search warrants.
39. Law enforcement communications.
40. Records of McKinney FD.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 26th day of March, 2007.

_____
GREGORY S. DAVIS

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
|---|---|---|
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## STATE'S SUPPLENTAL PRODUCTION OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S.

Davis, and respectfully shows:

I.

The State of Texas has on this 10th day of April, 2007, delivered by certified mail to opposing

counsel CD's containing copies of the following items:

1. Sarah Walker's journal.
2. Photos from Sarah walker's funeral.
3. Video from Sarah Walker's funeral.
4. McKinney Police Department Property/Evidence Reports.
5. Video of hypnosis and sketch session at DPS.
6. Texas Ranger reports of hypnosis and sketch session at DPS.
7. Video from search at 3616 Frankford Road.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 10th day of April, 2007.

_____
GREGORY S. DAVIS

No. 380-82629-06

THE STATE OF TEXAS                              IN DISTRICT COURT

vs.                              (              380 Judicial District

KOSOUL CHANTHAKOUMMANE      )              COLLIN County, Texas

..............................................      (              ......................Term, 20......

To the Clerk of said Court:

...............................................................................................................

the defendant*
the defendant's attorney*

herein being duly sworn, states on oath that the testimony of the following named witnesses is material to the defense, and that the name, location, and vocation, where known, of each such witness, is as follows:

| Names of Witnesses | County of Residence | Exact Location | Vocation |
|---|---|---|---|
| VIC LATIMORE | COLLIN | LATIMORE MATERIALS CO. | |
| | | 1700 REDBUD BLVD. | |
| | | MCKINNEY, TX 75069 | |
| | | | |
| | | | |
| | | | |
| | | | |

FILED
07 APR 12 PM 2:08
HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY _____ DEPUTY

Wherefore ....he applies for subpoena to issue forthwith to compel attendance of the above named witness for the defense in this cause, such subpoena to be made returnable on the 26 ...............................day

of APRIL ...............................9:00 A.M. A.D., 20 07

W8m Keith Gore
~~Defendant~~          (Attorney for defendant)

972-529-2220

Subscribed and sworn to before me by ...............................................................................

......................................., this the .......................................................................day of

......................................................... A.D. 20...........

By ..............................., Deputy.    District Clerk, Hannah Kunkle, ...........................County, Texas.

*Strike out according to facts.      Constable to Serve

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | COLLIN COUNTY, TEXAS |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | 380TH JUDICIAL DISTRICT |

## MOTION FOR DISCOVERY AND INSPECTION
## OF THE ALLEGED CRIME SCENE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, KOSOUL CHANTHAKOUMMANE, the Defendant in the above-styled

and numbered cause, and pursuant to the 5th, 6th, 8th & 14th Amendments to the United States

Constitution and Article 1, sections 3, 10, 13 & 19 of the Texas Constitution, and moves the

Court for discovery and inspection of the premises alleged to be the crime scene herein and in

support thereof shows as follows:

I.

The Defendant has been indicted by the Collin County Grand Jury for the offense of

capital murder. The State is seeking the death penalty. The Eight Amendment requires a greater

degree of accuracy and fact finding than would be true in a noncapital case. *Gilmore v. Taylor*,

508 U.S. 333, 113 S.Ct. 2112, 124 L. Ed.2d 306 (1993) and *Woodson v. North Carolina*, 428

U.S. 280, 305 (1976).

II.

The alleged crime scene is located at 5700 Conch Train Drive, McKinney, Collin County,

Texas. The Collin County Central Appraisal District lists the owner of said property as Vic

Latimore. Mr. Latimore has refused defense counsel's request to inspect the property.

The prosecution has had an opportunity to view and inspect the alleged crime scene. The

Defendant is entitled to equal access to the alleged crime scene. The prosecution has provided

the Defense with photographs and video of the alleged crime scene; however, those items are not adequate to answer questions relevant to a defensive theory. The Defendant's right to a fair trial will be violated if he is denied the opportunity to view and inspect the alleged crime scene.

III.

Inspection of the alleged crime scene is both necessary and material to the preparation of the defense of this case. The request is made pursuant to the 5th, 6th, 8th & 14th Amendments to the United States Constitution and Article 1, sections 3, 10, 13 & 19 of the Texas Constitution, and *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963); and *United States v. Bagley*, 473 U.S. 667, 105 S. Ct. 3375, 87 L. Ed. 2d 481 (1985).

The Defendant cannot safely go to trial without viewing and inspecting the alleged crime scene. The Defendant's rights and the death penalty he potentially faces herein outweigh any property rights Mr. Latimore has in the said property.

Justification for discovery and inspection stands or falls on the equitable determination of whether it makes the truth easier to determine or gives a party an advantage. Justification for discovery and inspection must be viewed from the former standpoint.

A criminal trial like a civil trial is a quest for the truth. That quest will more often be successful if both sides have an equal opportunity to view and inspect all relevant information and evidence from which the truth may be determined. The current tendency, and the better reasoned approach, dictates complete discovery of the facts before the trial and the elimination of surprise at the trial.

The Defendant should be given all discovery to which he would be entitled if he were a civil litigant. Any denial of discovery to this Defendant on the grounds that the criminal rules of discovery are not as broad as the civil rules of discovery is a violation of the Defendant's rights

under the due process and equal protection clauses of the United States Constitution.

Without the requested discovery and inspection the Defendant will be deprived of his right to due process under the Fourteenth Amendment to the Constitution and the effective assistance of counsel under the Sixth Amendment to the Constitution of the United States, and his similar rights under the Texas Constitution.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that the relief sought herein be in all respects granted, together with such other and further relief as may be just and proper.

Respectfully submitted,

Keith Gore
State Bar No. 24002164
2301 West Virginia Parkway
McKinney, Texas 75071
Telephone: 972-529-2220
Telefax: 972-562-2839
Steven R. Miears
State Bar No. 14025600
Post Office Box 736
211 North Main
Bonham, Texas 75418
Telephone: 903-640-4963
Telefax: 903-640-4964
Attorneys for Kosoul Chanthakoummane

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to counsel for the State by hand-delivery on this the 12TH day of April, 2007.

Keith Gore

CAUSE NUMBER 380-82629-06

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | COLLIN COUNTY, TEXAS |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | 380TH JUDICIAL DISTRICT |

## NOTICE OF SETTING

The foregoing Motion for Discovery and Inspection of the Alleged Crime Scene is set for

a hearing in the 380th Judicial District Court, Collin County, Texas, at 9:00 a.m. on the 26 day

of _____April_____, 2007.

_Charles Sandoval_

_____
Judge Presiding

CAUSE NUMBER 380-82629-06

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | COLLIN COUNTY, TEXAS |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | 380TH JUDICIAL DISTRICT |

## <u>NOTICE OF SETTING</u>

The foregoing Motion for Discovery and Inspection of the Alleged Crime Scene is set for

a hearing in the 380th Judicial District Court, Collin County, Texas, at 9:00 a.m. on the *ID* day

of __M A Y__ _, 2007.

_____

Judge Presiding

CAUSE NUMBER 380-82629-06

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | COLLIN COUNTY, TEXAS |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | 380TH JUDICIAL DISTRICT |

<u>**ORDER OF THE COURT**</u>
<u>**ON THE DEFENDANT'S MOTION FOR DISCOVERY**</u>
<u>**AND INSPECTION OF THE ALLEGED CRIME SCENE**</u>

On this day the Court considered the foregoing Motion for Discovery and Inspection of

the Alleged Crime Scene, and after considering the same, the Court finds that it should be and it

is hereby: **GRANTED**.

Accordingly, the owner of 5700 Conch Train Drive, McKinney, Collin County, Texas,

namely Vic Latimore, is hereby Ordered to make the said property available for physical

inspection by the Defense at mutually agreeable dates and times, or if the parties cannot agree

upon dates and times, then physical inspection by the Defense shall occur on June 7, 2007,

between the hours of 9:30 a.m. and 4:30 p.m.

So Ordered on this the ____ day of _____, 2007.

_____
Judge Presiding

CAUSE NUMBER 380-82629-06

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | COLLIN COUNTY, TEXAS |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | 380TH JUDICIAL DISTRICT |

**ORDER OF THE COURT**
**ON THE DEFENDANT'S MOTION FOR DISCOVERY**
**AND INSPECTION OF THE ALLEGED CRIME SCENE**

On this day the Court considered the foregoing Motion for Discovery and Inspection of

the Alleged Crime Scene, and after considering the same, the Court finds that it should be and it

is hereby:

_____, GRANTED.  Accordingly, the owner of 5700 Conch Train Drive,

McKinney, Collin County, Texas, namely Vic Latimore, is hereby Ordered to make the said

property available for physical inspection by the Defense within twenty days of the date of this

Order for a period of time not less than eight hours.

**-OR-**

_____, DENIED, to which the Defendant except.

So Ordered on this the ___ day of _____, 2007.

_____
Judge Presiding

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## STATE'S DESIGNATION OF WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney,

Gregory S. Davis, and pursuant to the Court's Pretrial Discovery and Scheduling Order files this

State's Designation of Witnesses, and respectfully shows:

I.

In addition to the expert witnesses designated by separate pleading, the following individuals

may testify as witnesses at the trial of this cause

1.   MCKINNEY POLICE DEPARTMENT (972) 547-2700

| | |
|---|---|
| Copin, Pete | Lane, John |
| Tilton, Diana | Patton, Randy |
| Hudson, Kathy | Walterscheid, Brett |
| Jones, Darlene | May, Russell |
| Roland, Randy | Waltschmidt, David |
| Norton, Randy | Taylor, Jeff |
| Riley, Steve | Harrison, Russ |
| Ellenburg, Joe | Moyle, Mark |
| Robles, Marco | Thornhill, Roger |
| Amedee, John | Morrison, Terry |
| Arp, Joe | Soto, G |
| Grollneck, Chris | Geerrero, Damian |

.

**STATE'S DESIGNATION OF WITNESSES - Page 1**

2. COLLIN COUNTY SHERIFF'S OFFICE (972) 547-5100
   Stubbs, Diane                    Selman, Mitch

3. TEXAS DEPARTMENT OF PUBLIC SAFETY
   A. P. Davidson (214) 733-5390
   Richard Shing (214) 861-2360

4. ALLEN POLICE DEPARTMENT cid@cityofallen.org
   Wigzell. Elizabeth               White, Blake
   Robertson, Snow

5. FRISCO POLICE DEPARTMENT (972) 292-6000
   Williams, Joe                    Ward, Greg
   Hobbs, Lance                     McNuelty, Debi
   Ellis, Jason                     Shirley, Jeremy
   Davis, Jennifer                  Calder, Dywayne
   Springer, Chad                   Stansell, Debra
   Endicott, Ken                    Ward, Gloria
   Jenkins, Jason                   Stevens, Darren

6. CARROLLTON POLICE DEPARTMENT (972) 466-3313
   Putnam, Travis                   Rogers, Kent
   Taylor, Anthoby

7. ROWLETT POLICE DEPARTMENT (972) 412-6220
   Clark, Ray

8. MCKINNEY FIRE DEPARTMENT (972) 547-2850
   Roberts, Chris                   Hockett, Jason
   Shofner, Dale                    Stinson, J. C.
   Baroni, Jim

9. COLLIN COUNTY MEDICAL EXAMINER (972) 548-3775
   Laughon, Robert

10. UNION COUNTY N.C. SHERIFF'S OFFICE (704) 283-3789
    Hearne, C.                      Farris, T.
    Browning, L.                    Allen, T.
    Cox, J.                         Stewart, G.
    Easley, M.                      Rollins, R.
    Tucker, B.                      Braswell, T.
    Lucore, P.                      Marsh, R.
    B. Mongan                       Wilson, M.
    Rushing, T.                     Honeycutt, R.

**STATE'S DESIGNATION OF WITNESSES - Page 2**

|                 |                  |
|-----------------|------------------|
| Fuss, H.        | Simpson, M.      |
| Webb, E.        | Keziah, S.       |
| Inganiy, J.     |                  |

11. TDCJ- Parole Division (940) 566-1116
    Dorsey, Tedrick

12. U.S. MARSHAL'S SERVICE (214) 767-6700

    |                      |                    |
    |----------------------|--------------------|
    | Mitchell, Mike       | Thompson, Wendell  |
    | Tabor, Brian         | Hibbits, Kurt      |
    | Frazier, Frederick   | Allen, Pat         |
    | Dodson, Clint        |                    |

13. SWIFS (214) 920-5900
    Wynn, S.

14. U.S. SECRET SERVICE (972) 868-3106

    |                    |                  |
    |--------------------|------------------|
    | Robert Sheffield   | Jeff Shaffer     |
    | John Day           | Jimmy Johnson    |

15. FBI
    McNamara, James (703) 632-4325
    Saldivar, Tisha (214) 213-8421

16. DEPARTMENT OF HOMELAND SECURITY
    Lee, Bari (972) 548-4395

17. NORTH CAROLINA DEPARTMENT OF CORRECTIONS
    2020 Tonkers Road, 4226 MSC, Raleigh, North Carolina 27699
    Employees who witnessed or have personal knowledge of Defendant's infractions
    listed in certified records of North Carolina Department of Corrections (filed by
    separate pleading). Full names of each employee will be provided as soon as known by
    the State of Texas.

18. HARRIS COUNTY SHERIFF'S OFFICE (713) 755-7334
    Gayle Mills

19. CIVILIANS

    | Lilliston, David Andrew | 10/15/52 | 972-618-3567 |
    |-------------------------|----------|--------------|
    | Lilliston, Jane         | 9/24/52  | 214-763-0433 |
    | Grinnon, Adrian         | 1-15-74  | 972-849-4434 |
    | Clasen, Amy             | 7-23-68  | 972-772-4940 |
    | Tate, Randall           | 8-19-56  | 972-378-4042 |
    | Kamra, Pankaj           | 11-30-61 | 214-495-3859 |

| | | |
|---|---|---|
| Underwood, Ronnie | Unknown | 972-529-6151 |
| Johnson, Barbara | 8-15-44 | 972-250-2029 |
| Gillaspy, Jennifer | 5-26-75 | 972-386-5228 |
| Allen, Martha | 7-17-45 | 10517 Elmridge Ct, Dallas, Texas |
| Musgrove, Dana | 10-24-61 | 972-461-4854 |
| Sharpless, Mamie | 7-26-51 | 972-964-5654 |
| Jones, Dusty | 12-21-70 | 972-877-5339 |
| Wilburn, Scott | 9-5-69 | 214-607-4244 |
| Villaviciencio, Nelson | 11-21-51 | 972-964-5654 |
| Allen, Jessica | 04-29-78 | 214-334-0615 |
| Corley, Daniel | 5-13-47 | 8808 Paradise, McKinney, Texas |
| Eudy, L. F. | 8-3-38 | 972-231-6980 |
| Williams, Brian | 07-15-70 | 972-238-8954 |
| Todd, Janet | 11-27-70 | 214-647-5440 |
| Morrison, Michelle | 04-24-68 | 214-647-5440 |
| Wheatley, Jeremy | 12-22-79 | 214-647-5440 |
| Herrin, Jason | 2-27-69 | 469-583-0146 |
| Stiger, Marcus | 5-3-81 | 214-394-7563 |
| Chanthakoummane, Sopha | 2-19-79 | 972-416-8396 |
| Mull, Jacqueline | 2-13-62 | jmull@mullusa.com |
| Mull, Stephen | 1-8-65 | jmull@mullusa.com |
| Alvarez-Rocha, Ismael | 5-2-80 | 469-744-5497 |
| Alvizo-Lope, Jose | 1-25-82 | No Phone |
| Franco-Lagunas, Niceforo | 2-9-79 | 972-339-8802 |
| Hernandez, Dimas | 8-28-79 | No Phone |
| Ibarra, Jose | 7-22-86 | No Phone |
| Amaya-Lopez, Lorenzo | 6-11-84 | No Phone |
| Varga, Elias | 2-16-82 | 972-881-7096 |
| Moore, Christina | 8-3-82 | 214-587-0805 |
| Brentise, Troy | 6-24-71 | 11700 Lebanon Apt 324 Frisco 75035 |
| Dorsey, Talishia | 11-4-84 | 254-865-7226 |
| Barker, Suzanne | 5-11-62 | 972-529-2067 |
| Bissell, Kevin | 6-17-63 | 972-442-1893 |
| Wagner, Peter, | 3-9-41 | 214-264-3047 |
| Bernstein, Monica | 10-16-43 | 972-392-9900 |
| Spivey, Jesse | 2-27-76 | 972-529-8159 |
| Russell, Evangeline | 12-1-59 | 214-662-7714 |
| Leonard, Michelle | 10-11-74 | 214-385-7573 |
| Rouse, Shawn | 4-28-71 | 817-205-6084 |
| Appleton, Jim | 5-12-48 | 214-653-8352 |
| McDonald, Bobby | Bank of America | |
| Custodian of Records for Bank of America | | |

Respectfully submitted,

_____
GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 13th day of April, 2007.

GREGORY S. DAVIS

NO. 380-82629-06

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## STATE'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney,

Gregory S. Davis, and pursuant to Art. 39.14 of the Code of Criminal Procedure files this State's

Designation of Expert Witnesses, and respectfully shows:

I.

The following individuals may testify as expert witnesses at the trial of this cause:

1.  William Rohr, M.D.
    Collin County Medical Examiner
    7008 Wilmeth Road
    McKinney, Texas 75069
    (972) 424-1460
    Autopsy results, autopsy photos, cause of death.

2.  Brent Hutson, D.D.S., M.S.
    3302 Gaston Avenue
    Dallas, Texas 75246
    (214) 828-8957
    Opinions contained in written report regarding the bitemark on deceased.

3.  William W. Schell, D.D.S., F.A.G.D., F.A.A.S.
    6150 Independence Pkwy., Suite H
    Plano, Texas 75023
    (972) 618-0084
    Opinions contained in written report regarding the bitemark on deceased

4.    Stacy R. McDonald, Ph.D.
      SWIFS
      5230 Medical Center Drive
      Dallas, Texas 75234
      (214) 920-5834
      Opinions contained in written reports regarding sources of DNA.

5.    Timothy Sliter, Ph.D.
      SWIFS
      5230 Medical Center Drive
      Dallas, Texas 75234
      (214) 920-5834
      Opinions contained in McDonald's written reports regarding sources of DNA.

6.    Ismael Parra
      SWIFS
      5230 Medical Center Drive
      Dallas, Texas 75234
      (214) 920-5952
      Opinions contained in written report regarding serology.

7.    James Nichols
      Texas Department of Public Safety
      350 W IH30
      Garland, Texas 75043
      (214) 881-2190
      Opinions contained in written report regarding sources of DNA.

8.    A. P. Merillat
      Special Prosecution Unit
      340 State Hwy 75 N, Suite A
      Huntsville, Texas 77320
      (936) 291-2369
      Acts of violence that has and/or may occur in Texas prison system.

9.    Royce Smithey
      Special Prosecution Unit
      340 State Hwy 75 N, Suite A
      Huntsville, Texas 77342
      (936) 291-2369
      Acts of violence that has and/or may occur in Texas prison system.

10.     Beverly Stewart
        Manager, Classification Operations
        P.O. Box 99
        Huntsville, TX 77342-0099
        (936) 437-6405
        The classification system in Texas prison system.

11.     Becky Price
        Assistant Director, Classification and Records
        P.O. Box 99
        Huntsville, TX 77342-0099
        (936) 437-6231
        The classification system in Texas prison system.

12.     Larry Leflore
        Chairman, Classification and Records
        P.O. Box 99
        Huntsville, TX 77342-0099
        (936) 437-6571
        The classification system in Texas prison system.

13.     Pete Copin
        McKinney Police Department
        McKinney, Texas
        Finger print comparison.

                            Respectfully submitted,


                            _____
                            GREGORY S/DAVIS
                            First Assistant District Attorney
                            Collin County, Texas
                            Bar No. 05493550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by fax to opposing counsel on the 13th day of April, 2007.

_____
GREGORY S. DAVIS

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

FILED 07 APR 13 PM 3: 28
HANNAH KUHNKE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY _____ DEPUTY

## NOTICE OF INTENT TO USE
## EXTRANEOUS AND UNADJUDICATED OFFENSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S. Davis, and pursuant to Rule 404(b), Texas Rules of Criminal Procedure and Art. 37.07, Code of Criminal Procedure files this Notice of Intent to Use Extraneous and Unadjudicated Offenses and respectfully shows:

I.

The State of Texas may offer proof of the following bad acts or unadjudicated offenses committed by Defendant at the guilt/innocence or punishment stage of this case:

1.  Date: On or about July 7, 2006
    County: Denton, TX
    Victim: Barbara Johnson
    Offense or Act: Attempted Burglary/Attempted Sexual Assault

2.  Date: On or about July 17, 1997
    County: Union, NC
    Victim: Gertrude Reid/Betty Jean Cash
    Offense or Act: Aggravated Robbery/Aggravated Kidnapping

**NOTICE OF INTENT TO USE EXTRANEOUS**
**AND UNADJUDICATED OFFENSES - Page 1**

3. Date: On or about April 10, 1999 – February 25, 2002
   County: NC
   Victim: State of North Carolina
   Offense or Act: Infractions listed in Defendant's records from North Carolina
   Department of Corrections.

## II.

The State of Texas reserves the right to supplement this notice if new information

becomes available.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified

mail to opposing counsel on the 13th day of April, 2007.

GREGORY S. DAVIS

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
|---|---|---|
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## STATE'S SUPPLENTAL PRODUCTION OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S.

Davis, and respectfully shows:

I.

The State of Texas has on this 1th day of April, 2007, delivered by certified mail to opposing

counsel the following items:

1. CD containing interviews of Randy Tate, Lisa Tate, Talishia Dorsey, Brandi Glover, John Jenkins, and Pete Kamra.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 13th day of April, 2007.

GREGORY S. DAVIS

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## NOTICE OF FILING OF BUSINESS RECORDS PURSUANT TO RULE 902 (10)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas, by and through its Assistant District Attorney, Gregory S. Davis, and files this Notice of Filing of Business Records Pursuant to Rule 902 (10), Rules of Criminal Evidence, and respectfully shows unto the Court the following:

I.

The State hereby files self-authenticated business records from the following persons or entities more than fourteen (14) days prior to the commencement of trial:

1. Bank of America (CD).
2. Wachovia Bank.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing instrument and business records were delivered via certified mail to opposing counsel on the 13h day of April, 2007.

GREGORY S. DAVIS

380-82629-06

| THE STATE OF TEXAS | § | IN THE 380TH DISTRICT |
|---|---|---|
| VS. | § | COURT OF |
| CHANTHAKOUMMANE, KOSOUL | § | COLLIN COUNTY, TEXAS |

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared the herein named affiant, who, being by me duly sworn, deposed as follows:

My name is _Bobby McDonald_, I am the affiant herein and I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _Bank of America_, hereinafter referred to as "Business". Attached hereto are _/_ pages _CD_ of records from said Business. These said pages of records are kept by the said Business in the regular course of business, and it was in the regular course of business of the said Business for an employee or representative of the said Business, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion, or diagnosis recorded, or reasonably soon thereafter. The records attached hereto are original or exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _10th_ day of _October_, _2006_.

_Cindy Hunt_
Notary Public in and for
_Dallas_ County, Texas
My Commission Expires _07-07-10_

**CINDY HUNT**
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-07-10

380-82629-06

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 380TH DISTRICT |
| VS. | § | COURT OF |
| CHANTHAKOUMMANE, KOSOUL | § | COLLIN COUNTY, TEXAS |

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared the herein named affiant, who, being by me duly sworn, deposed as follows:
My name is _John Balkin_, I am the affiant herein and I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _Wachovia Bank_, hereinafter referred to as "Business". Attached hereto are _39_ pages of records from said Business. These said pages of records are kept by the said Business in the regular course of business, and it was in the regular course of business of the said Business for an employee or representative of the said Business, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion, or diagnosis recorded, or reasonably soon thereafter. The records attached hereto are original or exact duplicates of the original.

_John Balkin_

AFFIANT

SWORN TO AND SUBSCRIBED before me on the _2_ day of _Nov_, _2006_.

_Jeanette Quinones_
Notary Public in and for
_____ County, ~~Texas~~ Pennsylvania
My Commission Expires _May 27, 2008_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jeanette Quinones, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires May 27, 2008
Member, Pennsylvania Association of Notaries

SAVINGS DEPOSIT

DATE  4/5/06

SIGN HERE FOR CASH RECEIVED IF REQUIRED

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

⑆54280525⑆:300008180825 7⑈

CASH

C H E C K S

C H E C K S

CHECK OR
TOTAL FROM
OTHER SIDE

SUB TOTAL

LESS CASH
RECEIVED

$  1010.00

⑈'0000101000⑈'

(010 00

CHECKS
LIST SINGLY

TOTAL

►063107513◄
WACHOVIA NA SVC281 49157
ORLANDO FL 04032046 032%
026042322 0

CENTS

REQUEST 00001874217000000 1010.00
ROLL ECIA  20060403  000000260423820
JOB ECIA  P  ACCT 0283000081808257
REQUESTOR A214288
15397

Summons & Subpoenas
PA4292
Philadelphia PA 19101

**Wachovia Bank, N.A.**

USE BLACK OR BLUE INK ONLY - If "Device" changes appear and account IF NONE LEFTM: may be made as a debit or

**Deposit**

Name and account number will be verified when presented

Name KOSOL N. CHINTHAKOMMINE Date 4-11-06

Address 1220 INDIANRUN DR. N° 718

Signature Kosol Chlathte

Store Number (Commercial Accounts Only)

Account Number (For CAP Accounts, use 10-digit number )

| ITEMS DEPOSITED | DOLLARS | CENTS |
|---|---|---|
| Currency | 500.00 | |
| Coin | | |
| Checks 1 | | |
| 2 | | |
| Sub Total | | |
| Less Cash | | |
| Total Deposit | 50000 | |

Sign here only if cash is received from deposit

\* 3 0 0 0 0 8 1 8 0 8 2 5 7 $

0000 561153 (500 pkg Rev 06)
04195324

ORG# 028    ACCT# 3000081808257
AMOUNT              $500.00
51532   0215  4   12

⑈540008 263⑈ ⑈3000081808 257⑈         ⑈00000 50000⑈

Total This Side

25 24 23 22 21 20 19 18 17 16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

Checks

Record of Checks for Deposit

Dollars

Cents

▶063107513◀
WACHOVIA NA SN-201 4924T
ORLANDO,FL 04112006 4454K

0260901781

REQUEST 00001874217000000 500.00
ROLL ECIA   20060411  000000260901781
JOB ECIA  P  ACCT 0283000081808257
REQUESTOR A214288
15397

Summons & Subpoenas
PA4292
Philadelphia PA  19101

**Wachovia Bank, N.A.**

USE QUICK OR BULK INK ONLY - IF DISKED  (Deposits will not be acknowledged until  of items further  items charged to your limit)    **Deposit**

*Name and account number will be verified when presented.*

Name  *KCBCLL CHANTHAKOUMHANE*  date  *04-27-06*

Address

Signature

Store Number (Commercial Accounts Only)          Account Number (For CAP Accounts, use 10-digit number.)

| ITEMS DEPOSITED | DOLLARS | CENTS |
|---|---|---|
| Currency | 900 | 00 |
| Coin | | |
| Checks 1 | | |
| 2 | | |
| Sub Total | | |
| Less Cash | | |
| Total Deposit | 900 | 00 |

★                ★  *300008I808257*  $

*900.00*

0000 561153 (590 rkg Rev 06)
05558261

```
ORG# 028    ACCT# 3000081808257
AMOUNT                    $900.00
   00930  8981  =5060912
   04/27/06   03:09 PM
```
⑈540006263⑈  300008I808257⑈       I⁚'0000090000⑈'

Sign here only if cash is
received from deposit.



```
0206
C 2758
```

```
▶063107513◀
WACHOVIA NA SW281 3699T
ORLANDO FL 04272006 04PK
0261872081
```

*2*

REQUEST 00001874217000000 900.00
ROLL ECIA   20060427  000000261872081
JOB ECIA  P  ACCT 0283000081808257
REQUESTOR A214288
15397

Summons & Subpoenas
PA4292
Philadelphia  PA  19101



**Wachovia Bank, N.A.**

Name and account number will be verified when presented

Name

Address

Signature

Store Number (Commercial Accounts Only)

0000 561153 (500/pkg Rev 06)
05384291

**Deposit**

Date 5/12/06

Sign here only if cash is received from deposit

Account Number (For CAP Accounts, use 10-digit number)

★    ★ 300008 1808257    $

| ITEMS DEPOSITED | DOLLARS | CENTS |
|---|---|---|
| Currency | | |
| Coin | | |
| Checks 1 | 120 | 50 |
| 2 | | |
| Sub Total | | |
| Less Cash | | |
| Total Deposit | 120 | 50 |

⑆540006263⑆ 300008 1808 257⑈ ⑈000001 20 50⑈

REQUEST 0000187421700000 120.50
ROLL ECIA    20060512  000000162397762
JOB ECIA P  ACCT 0283000081808257
REQUESTOR A214288
15397

Summons & Subpoenas
PA4292
Philadelphia PA 19101



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

UPSILON LP
DBA NORTH TEXAS NISSAN
PH. 940-382-6755 METRO 817-267-6411
5650 SOUTH STEMMONS FREEWAY
CORINTH, TX. 76210

NORTHSTAR BANK OF TEXAS
P.O. Box 636, Lake Dallas, Texas 75065
Denton · Corinth · Lake Dallas
940-321-4684

CHECK# 95790

95790

PAY **TWO HUNDRED TWENTY DOLLARS AND 50/100**

| DATE | AMOUNT |
|------|--------|
| 05/11/06 | $220.50 |

TO THE
ORDER
OF

KOSOUL CHANTHAKOUMMANE
1220 INDIAN RUN DR
CARROLLTON TX 75010

*Stephanie Helgas*
*Betty Shoemake*

⑈095790⑈ ⑆111904817⑆ ⑈105 064 8⑈ ⑈00000 220 50⑈

ENDORSE HERE

FEB 27 06

0206 9 8 0 2 5

▶063107513◀
WACHOVIA NA SW201 3753T
ORLANDO FL 05122006 139X
0162397763

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|-------------|-------------|----------|--------------|---------------|------------|-----------|
| $220.50 | 000000000095790 | 11190481 | 1050648 | 162397763 | | Transit |

Wachovia Bank N.A certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia National Bank or its predecessors.

**Wachovia Bank, N.A.**

USE BLACK OR BLUE INK ONLY - If TYPING - Change positions at return - If HAND ENTRY Keep characters within boxes

**Deposit**

| | ITEMS DEPOSITED | DOLLARS | CENTS |
|---|---|---|---|
| | Currency | | . |
| | Coin | | . |
| | Checks | 132 | .25 |
| | 2 | | . |
| | Sub Total | | . |
| | Less Cash | | . |

Name and account number will be verified when presented

Name KOSOUL CHANTHAKOUMMANE

Address 1720 INDIAN RUN DR APT. 718

CARROLLTON TX 75010

Date 5-19-06

Signature

Sign here only if cash is received from deposit.

Store Number (Commercial Accounts Only)      Account Number (For CAP Accounts, use 10-digit number )

★     ★ 3000081808257     $     Total Deposit     132.25

0000 561153 (500/pkg Rev 06)
05334669

DEPOSIT TO ACCT#   3xxxxxxx8257
AMOUNT             $132.25
99124    0032    K0000207    0
05/19/06   03:59 03 Cal Date:  05/19/06

⑆540006263⑈ 3000081808257⑆     ⑈00000013225⑈

Total This Side

25 24 23 22 21 20 19 18 17 16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

Checks     Dollars     Cents

Record of Checks for Deposit

JAN-0-88

5109

▶063107513◀
WACHOVIA WAISVC201 3761T
ORLANDO FL  6192006 04PK

0162959917

4009

5

REQUEST 0000187421700000 132.25
ROLL ECIA   20060519  000000162959917
JOB ECIA  P  ACCT 0283000081808257
REQUESTOR A214288
15397

Summons & Subpoenas
PA4292
Philadelphia  PA  19101

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**UPSILON LP**
DBA NORTH TEXAS NISSAN
PH. 817-382-6755 METRO  817-267-6411
5650 S. STEMMONS FRWY
CORINTH, TEXAS 76210

NORTHSTAR BANK OF TEXAS
P.O. Box 838, Lake Dallas, Texas 75065
Denton • Corinth • Lake Dallas
940 - 321 - 4684

30327

PAY **TWO HUNDRED THIRTY TWO DOLLARS AND 25/100**

| DATE | AMOUNT |
|------|--------|
| 05/19/06 | $232.25 |

TO THE                                1 DET    850
ORDER
OF

KOSOUL N CHANTHAKOUMMANE
1220 INDIAN RUN DR #718
CARROLLTON, TX 75010

*Patty Shoemake*

⑊030327⑊ ⑊111904817⑊ ⑊105 064 8⑊                    ⑊0000023225⑊

063107513◄
WACHOVIA NA SYC291 3761T
ORLANDO FL 05192006 13PK
0162959919

3109
6000

ENDORSE HERE
X

| Item Amount | Item Serial | Item R/T | Item Account | Item Sequence | Item Group | Item Type |
|-------------|-------------|----------|--------------|---------------|------------|-----------|
| $232.25 | 000000000030327 | 11190481 | 1050648 | 162959919 | | Transit |

Wachovia Bank N.A certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia National Bank or its predecessors.



32-1515/1110

97

5-20-06
DATE

PAY TO THE ORDER OF   The Coglteria                    $ 35.00

Thirty-five   no cents                    DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

Kmch Chnthlams   MP

MEMO

⑆1110151591⑆101013451442211⑆ 0097 ⑈0000003500⑈



FOR DEPOSIT ONLY
CREEKWOOD CAPITAL CORP,
GALLERIA TOWNHOMES
OPERATING ACCOUNT
# 001390001214

BANK OF AMERICA,NA DAL
111000025 E7399 94 663
5/22/06

903052320

* FEDERAL RESERVE BOARD OF GOVERNORS REG CC

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000001010134514422 | 5/24/2006 | $35.00 | 000000000000097 | 00000000000652899840 | Posted Items |

Wachovia Bank N.A certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia National Bank or its predecessors.

# WACHOVIA

## Customer Access Agreement

To help fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account

This Agreement (Signature Card) is designed to eliminate most subsequent signature cards and authorizations when opening future accounts. Your signature on this Agreement will give you the convenience of banking anywhere and anytime over the phone

This Agreement, both now and as it may be amended from time to time by Wachovia, is applicable to any deposit account that you open with any Wachovia Bank either now or in the future for yourself or jointly with another person or authorized signer. I understand this agreement does not apply to accounts on which my name may appear and I am not the authorized signer. However, if you open an account on behalf of another person (for example, if you open an account as custodian, guardian, trustee), you will need to complete a separate Agreement for that account. If you have any questions, please call a Wachovia Specialist toll- free at **1-800-WACHOVIA (800-922-4684).**

**Instructions:**

By signing this Agreement, I authorize any Wachovia Bank ("Wachovia") with which I open an account now or in the future to accept and act upon instructions from me to do the following

- to open deposit accounts with Wachovia,
- to transfer all or any portion of the balance of my accounts (including credit
- to close deposit accounts, process changes of account information or otherwise service any of my Wachovia accounts,
- to obtain related services offered by Wachovia

As used in this Agreement, the terms "products", "services" and "accounts" include various deposit products, services and accounts made available to you by Wachovia

If more than one person is named in the title for any account, such account will be considered a joint account. Instructions which affect any of my joint accounts may be given by any joint account owner. References to me in this Instructions section shall also refer to the joint account holder(s).

I may give instructions orally or in writing, in person, by mail, messenger, telephone, facsimile, computer terminal, wire service, automated teller machine, or by any other reasonable method. Wachovia may accept and act upon such instructions which do not contain my signature with the same effect as if such instructions were signed by me. However, I acknowledge that Wachovia may, at its option, require my original signature or any other documentation before accepting and acting upon any instructions. Your signature on this Agreement authorizes Wachovia to honor verbal stop payment orders up to six (6) months. To extend stop payment orders, Wachovia must receive a verbal order for such extension before the expiration of this six month period. I authorize Wachovia to record and monitor any telephone calls for various purposes, including to ensure accuracy, to provide a record of such conversations and to improve the quality of service to me

I agree to follow such security procedures as Wachovia may require. The security procedure agreed upon for verifying the authenticity of instructions which are not delivered in person by me for any purpose (including, but not limited to, the wire transfer of money from any of my accounts) is one or more of the following at the option of Wachovia (1) delivery of a personal identification code by me or a person purporting to be me, (2) a callback, (3) a recitation by me or a person purporting to be me of one or more items of my personal information which Wachovia has in its records about me, or (4) voice recognition or one combined with the use of certain probing questions. The telephone number(s) to which callbacks shall be made shall be any telephone number(s) Wachovia may have for me in its records or any telephone number assigned to me by a telephone service provider. I agree that this security procedure constitutes a commercially reasonable method of providing security against unauthorized instructions. I agree to maintain the confidentiality of any personal identification code and will prevent the unauthorized dissemination of such code

I agree to indemnify and hold Wachovia harmless from any losses, damages, suits and expenses, of whatever kind, including any reasonable attorneys' fees, that Wachovia may incur as a result of relying upon instructions from me, or anyone purporting to be me, provided that Wachovia has complied with the applicable security procedures

I acknowledge receipt of the Wachovia rules and regulations governing money transfer requests and agree to be bound by its terms as may be amended from time to time

**Acceptance of Terms and Conditions:**

I agree to be bound by the terms and conditions including, but not limited to Wachovia's Deposit Agreement and Disclosures applicable to each product or service which I obtain from Wachovia now or in the future, which terms and conditions will be provided to me. I also agree to pay all fees associated with such products, accounts and services in accordance with the fee schedules which will be provided to me by Wachovia

☐ By checking this box I am requesting issuance of an ATM Card or CheckCard

---

**If you are claiming Foreign Exemption Status, the appropriate W-8 Foreign Certification Form must be completed for each account owner.**

---

**RIGHT OF SURVIVORSHIP (NC AND TN ACCOUNTS ONLY):**

I understand that by signing below and establishing a joint account under the provisions of North Carolina General Statute 53-146.1 and Tennessee Code 42-2-703 that

1 Wachovia may pay the money in the account to, or on the order of, any person named in the account unless we have agreed with the bank that withdrawals require more than one signature, and

2 Upon the death of one joint owner the money remaining in the account will belong to the surviving joint owners and will not pass by inheritance to the heirs of the deceased joint owner or be controlled by the deceased joint owner's will. I DO elect to create the Right of Survivorship for any joint account.

Signature

---

**FORM W9 SOCIAL SECURITY NUMBER OR EMPLOYER IDENTIFICATION NUMBER CERTIFICATION (Not applicable for Non-Resident Aliens):**

(The Social Security Number or Employer Identification Number should match the first name listed on the account and will be used for tax reporting purposes )

I Social Security Number or Employer Identification Number:

093667124

II. If exempt from backup withholding check this box ☐ EXEMPT

III Certification - Under penalties of perjury, I certify that

1. The number set forth above is my correct social security number or employer identification number (or I have applied for and I am waiting for a number to be issued to me), and

2 I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding

3 I am a U S person (including a U S resident alien)

**Certification Instructions** - You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

---

X _Kosoul Chanthakoummane_

**Customer Signature (above line)** — Only one signature per agreement

Date: **04/03/2006**

Print Name: **KOSOUL CHANTHAKOUMMANE**

Address: **1220 INDIAN RUN DR 718
CARROLLTON TX 75010**

 **WACHOVIA**

Use for Texas and Alabama Checking/Savings/Certificate of Deposit

Account Title KOSOUL CHANTHAKOUMMANE     Account Number 3000081808257

## UNIFORM SINGLE-PARTY OR MULTIPLE-PARTY ACCOUNT SELECTION NOTICE:

The type of account you select may determine how property passes on your death. Your will may not control the disposition of funds held in some of the following accounts:

> Instructions: Select ONE of the following accounts by checking the box next to the account selected and printing the name of the party(ies), as appropriate. Each account owner must sign and date this form at the bottom. Separate forms are acceptable.

**Single Account**

a. ☐ SINGLE-PARTY ACCOUNT WITHOUT PAYABLE ON DEATH (POD) DESIGNATION. On the death of the account owner, ownership of the account passes as a part of the owner's estate under the owner's will or by intestacy.

b. ☑ SINGLE-PARTY ACCOUNT WITH PAYABLE ON DEATH (POD) DESIGNATION(S). On the death of the account owner, ownership of the account passes to the POD beneficiary(ies). The account is not a part of the owner's estate. If more than one POD beneficiary, on the death of a POD beneficiary thereafter and before closing the account, ownership of the account passes to the surviving POD beneficiary(ies).

PRINT POD BENEFICIARY NAMES: _Sopha Chanthakoummane_    _Phongsamont Chanthakoummane_
         _Mason Chittavong_       _Konnoph Chanthakoummane_

**Multiple Party Account (Joint Account)**

c. ☐ MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP. On the death of an account owner, the deceased owner's ownership of the account passes to the surviving party(ies).

PRINT ACCOUNT OWNERS NAMES: _____ _____     _____
       _____     _____ -

d. ☐ MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND PAYABLE ON DEATH (POD) BENEFICIARY(IES). On the death of the last surviving account owner, ownership of the account passes to the designated POD beneficiary(ies). The account is not a part of the owner's estate. On the death of a POD beneficiary thereafter and before closing the account, ownership of the account passes to the surviving POD beneficiary(ies).

PRINT ACCOUNT OWNERS NAMES: _____    ___ _____
       _____    _____

PRINT POD BENEFICIARY NAMES: _____    _____
       _____    _____

e. ☐ MULTIPLE-PARTY ACCOUNT WITHOUT RIGHT OF SURVIVORSHIP (ROS). Parties to a multiple-party account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in any multiple party account selected below to a party or a party's personal representative at any time. On the death of a party, the deceased party's ownership interest in the account passes as a part of the deceased party's estate under the party's will or by intestacy.

PRINT ACCOUNT OWNERS NAMES: _____    _____

ACCOUNT OWNER SIGNATURE(S):    X _Kosoul Chanthakoummane_ Date _4/3/06_
       X _____ Date _____
       X _____ Date _____
       X _____ Date _____



**WACHOVIA**

Consolidated Statement  4/3/2006 thru 4/6/2006

01    1010134514422  281  30    0 203    SAFEKEPT    Replacement Statement

KOSOUL CHANTHAKOUMMANE
1220 INDIAN RUN DR 718          PB
CARROLLTON TX  75010

Summary of Accounts

Checking _Savings

| Account number | Account | Balance | As of | Interest rate | Maturity date |
|---|---|---|---|---|---|
| 1010134514422 | FR CHECKING | 850.00 | 4/06 | | |
| 3000081808257 | PREMIUM SAVINGS | 1,010.08 | 4/06 | | |
| Total | | $1,860.08 | | | |



**WACHOVIA**

Consolidated Statement  4/3/2006 thru 4/6/2006

02     1010134514422  281  30      0 203     SAFEKEPT     Replacement Statement

Free Checking

Account number:        1010134514422
Account owner(s):      KOSOUL CHANTHAKOUMMANE

Account Summary

Opening balance 4/03                $0.00

Deposits and other credits       1,000.00 +

Other withdrawals and service fees    150.00 -

Closing balance 4/06               $850.00

Deposits and Other Credits

Date       Amount  Description

4/03     1,000.00  DEPOSIT

Total     $1,000.00

Other Withdrawals and Service Fees

Date       Amount  Description

4/06       150.00  COUNTER WITHDRAWAL

Total     $150.00

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 04/03 | 1,000.00 | 04/06 | 850.00 | | |

Premium Savings

Account number:        3000081808257
Account owner(s):      KOSOUL CHANTHAKOUMMANE

Account Summary

Opening balance 4/03                $0.00

Deposits and other credits       1,010.00 +

Interest paid                        0.08 +

Closing balance 4/06            $1,010.08



**WACHOVIA**

Consolidated Statement  4/3/2006 thru 4/6/2006

03    1010134514422  281  30      0 203      SAFEKEPT      Replacement Statement

**Premium Savings**

Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
| 4/03 | 1,010.00 | DEPOSIT |
| 4/06 | 0.08 | INTEREST FROM 04/03/2006 THROUGH 04/06/2006 |
| Total | $1,010.08 | |

Interest

| | |
|---|---|
| Number of days this statement period | 4 |
| Annual percentage yield earned | 0.73 % |
| Average interest balance | $1,004.97 |
| Interest earned this statement period | $0.08 |
| Interest paid this statement period | $0.08 |
| Interest paid this year | $0.08 |

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 04/03 | 1,010.00 | 04/06 | 1,010.08 | | |



**WACHOVIA**

Consolidated Statement  4/3/2006 thru 4/6/2006

04    1010134514422  201 30    0 203    SAFEKEPT    Replacement Statement

Customer Service Information

|  | Phone number | Address |
|---|---|---|
| Checking _Savings Accounts, | 800-WACHOVIA | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Check Card _ATM Card | 800-922-4684 | NC8502 |
|  |  | P O BOX 563966 |
| TDD  (For the Hearing Impaired) | 800-835-7721 | CHARLOTTE NC 28262-3966 |
| En español para cuentas corrientes | 800-326-8977 |  |
| y de ahorros |  |  |
|  |  |  |
| Bank By Mail (Deposits Only) |  | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA3289 |
|  |  | P O BOX 26090 |
|  |  | RICHMOND VA  23260-6090 |
|  |  |  |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA0343 |
|  |  | P O BOX 13327 |
|  |  | ROANOKE VA  24040-0343 |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502,
P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or
receipt is wrong or if you need more information about a transfer on the statement or
receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement
on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. AND WACHOVIA BANK OF DELAWARE, N.A. ARE MEMBERS FDIC



**WACHOVIA**

Consolidated Statement  4/7/2006 thru 5/5/2006

01   1010134514422  281  30      0 203     SAFEKEPT    Replacement Statement


KOSOUL CHANTHAKOUMMANE
1220 INDIAN RUN DR 718            PB
CARROLLTON TX  75010


Summary of Accounts


Checking _Savings

| Account number | Account | Balance | As of | Interest rate | Maturity date |
|---|---|---|---|---|---|
| 1010134514422 | FR CHECKING | 335.25 | 5/05 | | |
| 3000081808257 | PREMIUM SAVINGS | 503.58 | 5/05 | | |
| Total | | $838.83 | | | |



**WACHOVIA**

Consolidated Statement   4/7/2006 thru 5/5/2006

02   1010134514422  281  30    0 203    SAFEKEPT    Replacement Statement

Free Checking

Account number:      1010134514422
Account owner(s):    KOSOUL CHANTHAKOUMMANE

Account Summary

| | |
|---|---|
| Opening balance 4/07 | $850.00 |
| Deposits and other credits | 2,901.31 + |
| Other withdrawals and service fees | 3,416.06 - |
| Closing balance 5/05 | $335.25 |

Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 4/11 | 200.00 | COUNTER DEPOSIT |
| 4/13 | 250.00 | TRNSFR 3000081808257                    04/13 ONLINE TRNSFR CONFIRMATION # VY041310412960 |
| 4/14 | 200.00 | TRNSFR 3000081808257                    04/14 ONLINE TRNSFR CONFIRMATION # VY041418590830 |
| 4/19 | 300.00 | COUNTER DEPOSIT |
| 4/24 | 250.00 | TRNSFR 3000081808257                    04/22 ONLINE TRNSFR CONFIRMATION # VY042201123810 |
| 4/24 | 400.00 | TRNSFR 3000081808257                    04/24 ONLINE TRNSFR CONFIRMATION # VY042400490310 |
| 4/26 | 39.00 | OVERDRAFT PROTECTION TRANSFER FROM  028      3000081808257 |
| 4/27 | 500.00 | COUNTER DEPOSIT |
| 4/28 | 156.31 | TRNSFR 3000081808257                    04/28 ONLINE TRNSFR CONFIRMATION # VY042818390310 |
| 5/01 | 250.00 | TRNSFR 3000081808257                    05/01 ONLINE TRNSFR CONFIRMATION # VY050100065550 |
| 5/02 | 175.00 | TRNSFR 3000081808257                    05/02 ONLINE TRNSFR CONFIRMATION # VY050203571320 |
| 5/03 | 75.00 | TRNSFR 3000081808257                    05/03 ONLINE TRNSFR CONFIRMATION # VY050301591510 |
| 5/05 | 6.00 | ATM SURCHARGE REBATE |
| 5/05 | 100.00 | TRNSFR 3000081808257                    05/05 ONLINE TRNSFR CONFIRMATION # VY050511500910 |
| Total | $2,901.31 | |



**WACHOVIA**

Consolidated Statement  4/7/2006 thru 5/5/2006

03     1010134514422  281  30      0 203      SAFEKEPT      Replacement Statement

Free Checking

Other Withdrawals and Service Fees

| Date | Amount | Description | | | |
|------|--------|-------------|---|---|---|
| 4/10 | 100.00 | COUNTER WITHDRAWAL | | | |
| 4/12 | 35.88 | PURCHASE | SOU FOLEY'S #52 | 9623 | 04/11 |
| | | PLANO | TX 1014I829195 | | |
| 4/12 | 40.52 | PURCHASE | SAM GOODY | 0394 | 04/11 |
| | | 4828900140481 | PLANO | | TX 1014V251344 |
| 4/13 | 10.83 | PURCHASE | COLOR CUSTOM INC | | 04/12 |
| | | PLANO | TX 1014I001028 | | |
| 4/13 | 34.95 | PURCHASE | PAYCOM.NET *RedLi | | 04/12 |
| | | 4828900140481 | 800-893-8871 CA 1014Z270008 | | |
| 4/14 | 5.62 | PURCHASE | AVERAGE1040.COM | | 04/12 |
| | | 4828900140481 | 770-5928954 GA 1014V209004 | | |
| 4/14 | 25.01 | PURCHASE | QT 930 | | 04/13 |
| | | CARROLLTON | TX 1014I935931 | | |
| 4/14 | 91.79 | PURCHASE | SOU FOLEY'S #27 | 0619 | 04/13 |
| | | LEWISVILLE | TX 1014I691818 | | |
| 4/14 | 192.78 | PURCHASE | DILLARD'S # 711 | | 04/13 |
| | | LEWISVILLE | TX 1014I799755 | | |
| 4/17 | 4.88 | PURCHASE | PAYCOM.NET *Inter | | 04/15 |
| | | 4828900140481 | 800-893-8871 CA 1014Z290001 | | |
| 4/17 | 15.03 | PURCHASE | EXXONMOBIL POS | | 04/16 |
| | | CARROLLT | TX 1014I761148 | | |
| 4/17 | 19.90 | PURCHASE | IPAY-FRIENDFINDER | | 04/16 |
| | | 4828900140481 | 650-8473100 | 1014Z720106 | |
| 4/17 | 20.00 | PURCHASE | 7-ELEVEN | | 04/14 |
| | | LEWISVILLE | TX 1014I355759 | | |
| 4/17 | 20.00 | PURCHASE | QT 930 | | 04/17 |
| | | CARROLLTON | TX 1014I902301 | | |
| 4/17 | 21.29 | PURCHASE | Wal-Mart Super Center | | 04/16 |
| | | LEWISVILLE ( TX 1014I353293 | | | |
| 4/17 | 28.05 | PURCHASE | TARGET | 0001 | 04/14 |
| | | 4828900140481 | LEWISVILLE  TX 1014V220910 | | |
| 4/17 | 28.52 | PURCHASE | SAM GOODY | 0394 | 04/14 |
| | | 4828900140481 | PLANO | | TX 1014V211344 |
| 4/17 | 28.88 | PURCHASE | IPAY-FRIENDFINDER | | 04/16 |
| | | 4828900140481 | 650-8473100 | 1014Z760106 | |
| 4/17 | 33.71 | PURCHASE | KROGER 4038 OLD DENTON | | 04/14 |
| | | CARROLTON | TX 1014I645731 | | |
| 4/17 | 34.88 | PURCHASE | PAYCOM.NET *Inter | | 04/15 |
| | | 4828900140481 | 800-893-8871 CA 1014Z260001 | | |

Other Withdrawals and Service Fees continued on next page.



**WACHOVIA**

Consolidated Statement 4/7/2006 thru 5/5/2006

04    1010134514422  281 30      0 203      SAFEKEPT      Replacement Statement

**Free Checking**

Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|------|--------|-------------|
| 4/17 | 107.99 | PURCHASE     SOU CHAMPS #4170   7316 04/14<br>LEWISVILLE   TX 10141036606 |
| 4/17 | 160.00 | WITHDRAWAL   WILLOW BEND OFFICE     04/15<br>3336 EAST HEBRON  CARROLLTON   TX 1014WD09126 |
| 4/18 | 3.91   | PURCHASE     FEDEX KINKO'S #113     04/17<br>4828900140481    LEWISVILLE   TX 1014V284333 |
| 4/18 | 37.88  | PURCHASE     FINISH LINE #0681      04/14<br>4828900140481    PLANO        TX 1014V224331 |
| 4/18 | 101.50 | WITHDRAWAL   1st FED ATM -VAULT CAS  04/18<br>301 W FM 3040    LEWISVILLE   TX 1014N010615 |
| 4/19 | 6.89   | PURCHASE     KROGER 4038 OLD DENTON  04/18<br>CARROLTON    TX 10141161656 |
| 4/19 | 12.00  | PURCHASE     HMD*MARIE CLAIRE        04/18<br>4828900140481    877-273-2322 NC 1014Z280003 |
| 4/19 | 35.95  | PURCHASE     IPAY-FRIENDFINDER       04/18<br>4828900140481    650-8473100   10142770108 |
| 4/20 | 59.95  | PURCHASE     US SEARCH               04/19<br>4828900140481    888-9994384  FL 1014V261180 |
| 4/21 | 5.39   | PURCHASE     FEDEX KINKO'S #113      04/20<br>4828900140481    LEWISVILLE   TX 1014V284361 |
| 4/21 | 25.91  | PURCHASE     FAMZZ 309               04/20<br>4828900140481    LEWISVILLE   TX 1014V211211 |
| 4/21 | 41.75  | WITHDRAWAL   BANK OF AMERICA         04/20<br>*STORE #0787     CARROLLTON   TX 1014N117755 |
| 4/21 | 64.79  | PURCHASE     RADIO SHACK             04/20<br>LEWISVILLE   TX 10141507974 |
| 4/24 | 1.61   | PURCHASE     KROGER 4038 OLD DENTON  04/22<br>CARROLTON    TX 10141948228 |
| 4/24 | 7.95   | PURCHASE     INTELIUS-INTELIUS.      04/21<br>4828900140481    425-974-6100 WA 10142260006 |
| 4/24 | 13.38  | PURCHASE     Wal-Mart Super Center   04/23<br>CARROLLTON   TX 10141739618 |
| 4/24 | 20.01  | PURCHASE     WHIP IN                 04/20<br>4828900140481    LEWISVILLE   TX 1014V284370 |
| 4/24 | 20.20  | PURCHASE     WALDENBOOKS  0101       04/20<br>4828900140481    LEWISVILLE   TX 1014V292883 |
| 4/24 | 28.23  | TRNSFR 300008180B257                 04/22<br>ONLINE TRNSFR CONFIRMATION # VY042201135980 |
| 4/24 | 37.90  | PURCHASE     INTELIUS-INTELIUS.      04/21<br>4828900140481    425-974-6100 WA 10142230006 |

Other Withdrawals and Service Fees continued on next page.



**WACHOVIA**

**Free Checking**

**Other Withdrawals and Service Fees continued**

| Date | Amount | Description |
|------|--------|-------------|
| 4/24 | 100.00 | TRNSFR 3000081808257                04/24<br>ONLINE TRNSFR CONFIRMATION # VY042400494910 |
| 4/24 | 165.14 | PURCHASE    SOU ROSS STORES #797310 04/21<br>LEWISVILLE   TX 10141302887 |
| 4/24 | 201.50 | WITHDRAWAL   SUPERTARGET #1395        04/22<br>725 HEBRON PARKWA LEWISVILLE    TX 1014N004519 |
| 4/26 | 10.00  | MISCELLANEOUS FEE<br>OVERDRAFT PROTECTION TRANSFER |
| 4/26 | 15.01  | PURCHASE    QT 930                04/25<br>CARROLLTON   TX 10141971991 |
| 4/26 | 43.29  | PURCHASE    O'REILLY/HI-LO #53    04/24<br>4828900140481     CARROLTON    TX 1014V260810 |
| 4/26 | 49.00  | PURCHASE    AUTO/TRK/BOAT TRAD    04/25<br>4828900140481     972-988-0044 TX 1014Z275242 |
| 4/26 | 69.96  | PURCHASE    NATIONWIDE INS AGE    04/25<br>4828900140481     800-276-4981 OH 10142280009 |
| 4/28 | 202.00 | WITHDRAWAL   BANK OF AMERICA      04/28<br>*VISTA RIDGE MALL LEWISVILLE    TX 1014N100560 |
| 4/28 | 248.62 | PURCHASE    COSERV                04/27<br>4828900140481     800-967-9649 TX 1014V230001 |
| 5/01 | 5.23   | PURCHASE    Whole FoodsPlano   0336 04/30<br>PLANO        TX 10141612535 |
| 5/01 | 10.01  | PURCHASE    QT 930                04/30<br>CARROLLTON   TX 10141694995 |
| 5/01 | 12.04  | PURCHASE    KROGER 4038 OLD DENTON  04/30<br>CARROLTON    TX 10141409735 |
| 5/01 | 20.00  | PURCHASE    QT 930                04/28<br>CARROLLTON   TX 10141653505 |
| 5/01 | 37.23  | PURCHASE    SPORTS AUTHORITY #    04/29<br>4828900140481     LEWISVILLE   TX 1014V274453 |
| 5/01 | 42.00  | WITHDRAWAL   BANK OF AMERICA      04/29<br>*VISTA RIDGE MALL LEWISVILLE    TX 1014N198862 |
| 5/01 | 59.99  | PURCHASE    CRUTCHFIELD.COM       04/29<br>4828900140481     800-955-9091 VA 10142234570 |
| 5/01 | 80.00  | WITHDRAWAL   PARK AND PARKWOOD     04/30<br>5925 WEST PARK BL PLANO        TX 1014W002764 |
| 5/01 | 100.00 | WITHDRAWAL   PARK AND PARKWOOD     04/28<br>5925 WEST PARK BL PLANO        TX 1014W002673 |
| 5/03 | 74.95  | PURCHASE    YAHOO  *PERSONALS     05/02<br>4828900140481     866-458-8744 CA 10142230006 |

Other Withdrawals and Service Fees continued on next page.



WACHOVIA

Consolidated Statement  4/7/2006 thru 5/5/2006

06    1010134514422  281 30    0 203    SAFEKEPT    Replacement Statement

**Free Checking**

Other Withdrawals and Service Fees continued

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 5/04 | 10.00 | PURCHASE<br>CARROLLTON | QT 930<br>TX 1014I318047 | 05/03 |
| 5/04 | 39.95 | PURCHASE<br>LEWISVILLE | 7-ELEVEN<br>TX 1014I363204 | 05/03 |
| 5/04 | 41.75 | WITHDRAWAL<br>7902 ESTERS BLVD  IRVING | SHELL PIZZA INN | 05/04<br>TX 1014N607654 |
| 5/04 | 169.99 | PURCHASE<br>4828900140481 | CRUTCHFIELD.COM<br>800-955-9091 VA 10142224570 | 05/03 |
| 5/05 | 10.00 | PURCHASE<br>CARROLLTON | QT 930<br>TX 1014I484403 | 05/04 |
| 5/05 | 12.69 | PURCHASE<br>CARROLLTON | QT 930<br>TX 1014I849891 | 05/05 |

Total    $3,416.06

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 04/10 | 750.00 | 04/19 | 541.36 | 05/01 | 338.58 |
| 04/11 | 950.00 | 04/20 | 481.41 | 05/02 | 513.58 |
| 04/12 | 873.60 | 04/21 | 343.57 | 05/03 | 513.63 |
| 04/13 | 1,077.82 | 04/24 | 397.65 | 05/04 | 251.94 |
| 04/14 | 962.62 | 04/26 | 249.39 | 05/05 | 335.25 |
| 04/17 | 439.49 | 04/27 | 749.39 | | |
| 04/18 | 296.20 | 04/28 | 455.08 | | |

**Premium Savings**

Account number:       3000081808257
Account owner(s):     KOSOUL CHANTHAKOUMMANE

Account Summary

| | |
|---|---|
| Opening balance 4/07 | $1,010.08 |
| Deposits and other credits | 1,531.23 + |
| Interest paid | 0.58 + |
| Other withdrawals and service fees | 2,038.31 - |
| Closing balance 5/05 | $503.58 |



**WACHOVIA**

Consolidated Statement 4/7/2006 thru 5/5/2006

07    1010134514422  281 30      0 203      SAFEKEPT      Replacement Statement

Premium Savings

Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
| 4/11 | 500.00 | COUNTER DEPOSIT |
| 4/24 | 28.23 | TRNSFR 1010134514422                                04/22<br>ONLINE TRNSFR CONFIRMATION # VY042201135980 |
| 4/24 | 100.00 | TRNSFR 1010134514422                                04/24<br>ONLINE TRNSFR CONFIRMATION # VY042400494910 |
| 4/27 | 900.00 | COUNTER DEPOSIT |
| 5/05 | 0.58 | INTEREST FROM 04/07/2006 THROUGH 05/05/2006 |
| 5/05 | 3.00 | ATM SURCHARGE REBATE |
| Total | $1,531.81 | |

Interest

| | |
|---|---|
| Number of days this statement period | 29 |
| Annual percentage yield earned | 0.75 % |
| Average interest balance | $973.00 |
| Interest earned this statement period | $0.58 |
| Interest paid this statement period | $0.58 |
| Interest paid this year | $0.66 |

Interest Rate Summary

| Dates | Rate % | Dates | Rate % | Dates | Rate % |
|-------|--------|-------|--------|-------|--------|
| 4/07 - 5/05 | 0.75 | | | | |

Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 4/13 | 250.00 | TRNSFR 1010134514422                                04/13<br>ONLINE TRNSFR CONFIRMATION # VY041310412960 |
| 4/14 | 200.00 | TRNSFR 1010134514422                                04/14<br>ONLINE TRNSFR CONFIRMATION # VY041418590830 |
| 4/24 | 250.00 | TRNSFR 1010134514422                                04/22<br>ONLINE TRNSFR CONFIRMATION # VY042201123810 |
| 4/24 | 400.00 | TRNSFR 1010134514422                                04/24<br>ONLINE TRNSFR CONFIRMATION # VY042400490310 |
| 4/26 | 39.00 | OVERDRAFT PROTECTION<br>TRANSFER TO  028    1010134514422 |
| 4/26 | 61.50 | WITHDRAWAL   CHASE                            04/25<br>1528 W. HEBRON PK CARROLLTON   TX 1014P000206 |
| 4/27 | 81.50 | WITHDRAWAL   CHASE                            04/27<br>1528 W. HEBRON PK CARROLLTON   TX 1014P000275 |
| 4/28 | 156.31 | TRNSFR 1010134514422                                04/28<br>ONLINE TRNSFR CONFIRMATION # VY042818390310 |

Other Withdrawals and Service Fees continued on next page.



**WACHOVIA**

Consolidated Statement 4/7/2006 thru 5/5/2006

08    1010134514422  201 30       0 203      SAFEKEPT      Replacement Statement

Premium Savings

Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|------|--------|-------------|
| 5/01 | 250.00 | TRNSFR 1010134514422                    05/01 |
|      |        | ONLINE TRNSFR CONFIRMATION # VY050100065550 |
| 5/02 | 175.00 | TRNSFR 1010134514422                    05/02 |
|      |        | ONLINE TRNSFR CONFIRMATION # VY050203571320 |
| 5/03 |  75.00 | TRNSFR 1010134514422                    05/03 |
|      |        | ONLINE TRNSFR CONFIRMATION # VY050301591510 |
| 5/05 | 100.00 | TRNSFR 1010134514422                    05/05 |
|      |        | ONLINE TRNSFR CONFIRMATION # VY050511500910 |

Total    $2,038.31

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 04/11 | 1,510.08 | 04/26 | 437.81 | 05/02 | 675.00 |
| 04/13 | 1,260.08 | 04/27 | 1,256.31 | 05/03 | 600.00 |
| 04/14 | 1,060.08 | 04/28 | 1,100.00 | 05/05 | 503.58 |
| 04/24 | 538.31 | 05/01 | 850.00 | | |



**WACHOVIA**

Consolidated Statement  4/7/2006 thru 5/5/2006

09    1010134514422  281 30      0 203      SAFEKEPT     Replacement Statement

Customer Service Information

|  | Phone number | Address |
|---|---|---|
| Checking _Savings Accounts, | 800-WACHOVIA | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Check Card _ATM Card | 800-922-4684 | NC8502 |
|  |  | P O BOX 563966 |
| TDD  (For the Hearing Impaired) | 800-835-7721 | CHARLOTTE NC 28262-3966 |
| En español para cuentas corrientes | 800-326-8977 |  |
| y de ahorros |  |  |
| Bank By Mail (Deposits Only) |  | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA3289 |
|  |  | P O BOX 26090 |
|  |  | RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA0343 |
|  |  | P O BOX 13327 |
|  |  | ROANOKE VA  24040-0343 |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502,
P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or
receipt is wrong or if you need more information about a transfer on the statement or
receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement
on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. AND WACHOVIA BANK OF DELAWARE, N.A. ARE MEMBERS FDIC



**WACHOVIA**

Consolidated Statement  5/6/2006 thru 6/6/2006

01      1010134514422  281  30      0 203      SAFEKEPT      Replacement Statement

KOSOUL CHANTHAKOUMMANE
1220 INDIAN RUN DR 718              PB
CARROLLTON TX  75010

Summary of Accounts

Checking _Savings

| Account number | Account | Balance | As of | Interest rate | Maturity date |
|---|---|---|---|---|---|
| 1010134514422 | FR CHECKING | 82.27 - | 6/06 | | |
| 3000081808257 | PREMIUM SAVINGS | 1.00 | 6/06 | | |
| **Total** | | **$81.27 -** | | | |



**WACHOVIA**

Consolidated Statement  5/6/2006 thru 6/6/2006

02    1010134514422   281  30     0 203     SAFEKEPT    Replacement Statement

Free Checking

Account number:      1010134514422
Account owner(s):    KOSOUL CHANTHAKOUMMANE

Account Summary

| Opening balance 5/06 | $335.25 |
|---|---|
| Deposits and other credits | 690.33 + |
| Checks | 35.00 − |
| Other withdrawals and service fees | 1,072.85 − |
| Closing balance 6/06 | $82.27 − |

Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 5/09 | 100.00 | TRNSFR 3000081808257 | 05/09 |
| | | ONLINE TRNSFR CONFIRMATION # VY050910181210 | |
| 5/10 | 55.00 | TRNSFR 3000081808257 | 05/10 |
| | | ONLINE TRNSFR CONFIRMATION # VY051004122090 | |
| 5/11 | 48.00 | TRNSFR 3000081808257 | 05/11 |
| | | ONLINE TRNSFR CONFIRMATION # VY051110481160 | |
| 5/12 | 100.00 | COUNTER DEPOSIT | |
| 5/15 | 50.00 | TRNSFR 3000081808257 | 05/14 |
| | | ONLINE TRNSFR CONFIRMATION # VY051422181330 | |
| 5/17 | 43.00 | TRNSFR 3000081808257 | 05/16 |
| | | ONLINE TRNSFR CONFIRMATION # VY051621305630 | |
| 5/19 | 100.00 | COUNTER DEPOSIT | |
| 5/22 | 23.00 | TRNSFR 3000081808257 | 05/20 |
| | | ONLINE TRNSFR CONFIRMATION # VY052009493290 | |
| 5/22 | 55.00 | OVERDRAFT PROTECTION | |
| | | TRANSFER FROM 028     3000081808257 | |
| 5/23 | 61.00 | OVERDRAFT PROTECTION | |
| | | TRANSFER FROM 028     3000081808257 | |
| 5/24 | 49.33 | OVERDRAFT PROTECTION | |
| | | TRANSFER FROM 028     3000081808257 | |
| 6/06 | 6.00 | ATM SURCHARGE REBATE | |
| Total | $690.33 | | |

Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0097 | 35.00 | 5/24 | Total | $35.00 | | | | |



**WACHOVIA**

Consolidated Statement 5/6/2006 thru 6/6/2006

03    1010134514422  281 30    0 203    SAFEKEPT    Replacement Statement

Free Checking

Other Withdrawals and Service Fees

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 5/08 | 10.00 | PURCHASE    QT 930    05/05 | |
| | | CARROLLTON    TX 1014I339917 | |
| 5/08 | 10.05 | PURCHASE    SHELL OIL  9100267    05/04 | |
| | | 4828900140481    DALLAS    TX 1014V270008 | |
| 5/08 | 15.02 | PURCHASE    QT 930    05/06 | |
| | | CARROLLTON    TX 1014I957887 | |
| 5/08 | 61.50 | WITHDRAWAL    SUPERTARGET #1395    05/07 | |
| | | 725 HEBRON PARKWA LEWISVILLE    TX 1014N004850 | |
| 5/08 | 130.65 | PURCHASE    CIRCUIT CITY SS #4    05/05 | |
| | | 4828900140481    LEWISVILLE    TX 1014V294509 | |
| 5/09 | 100.00 | WITHDRAWAL    HEBRON _OLD DENTON FC    05/09 | |
| | | 4037 OLD DENTON R CARROLLTON    TX 1014W004503 | |
| 5/10 | 21.50 | WITHDRAWAL    7-ELEVEN    05/09 | |
| | | 724 HEBRON PARKWA LEWISVILLE,    TX 1014N002310 | |
| 5/10 | 41.50 | WITHDRAWAL    CHASE    05/09 | |
| | | 1528 W. HEBRON PK CARROLLTON    TX 1014P000835 | |
| 5/11 | 21.50 | WITHDRAWAL    CHASE    05/10 | |
| | | 1528 W. HEBRON PK CARROLLTON    TX 1014P000868 | |
| 5/12 | 24.37 | PURCHASE    QT 932    05/11 | |
| | | DALLAS    TX 1014I498499 | |
| 5/15 | 7.57 | PURCHASE    O'REILLY/HI-LO #53    05/12 | |
| | | 4828900140481    CARROLLTON    TX 1014V220810 | |
| 5/15 | 9.97 | PURCHASE    KROGER 4038 OLD DENTON    05/14 | |
| | | CARROLLTON    TX 1014I528708 | |
| 5/15 | 26.02 | PURCHASE    QT 930    05/14 | |
| | | CARROLLTON    TX 1014I012655 | |
| 5/15 | 35.59 | PURCHASE    MEENA PERFUME SHOP    05/11 | |
| | | 4828900140481    LEWISVILLE    TX 1014V211321 | |
| 5/15 | 40.00 | WITHDRAWAL    HEBRON _OLD DENTON FC    05/13 | |
| | | 4037 OLD DENTON R CARROLLTON    TX 1014W004630 | |
| 5/15 | 40.00 | WITHDRAWAL    HEBRON _OLD DENTON FC    05/13 | |
| | | 4037 OLD DENTON R CARROLLTON    TX 1014W004681 | |
| 5/15 | 48.24 | PURCHASE    ALBERTSONS    1704  05/12 | |
| | | CARROLLTON    TX 1014I280619 | |
| 5/16 | 10.04 | PURCHASE    #4269 ALBERTSONS F 2519  05/15 | |
| | | CARROLLTON    TX 1014I476288 | |
| 5/16 | 21.50 | WITHDRAWAL    RACETRAC #244    05/16 | |
| | | 1725 E HWY 356    IRVING    TX 1014N008102 | |
| 5/17 | 10.00 | PURCHASE    KROGER FUEL #7460    05/15 | |
| | | 4828900140481    CARROLLTON    TX 1014V284609 | |

Other Withdrawals and Service Fees continued on next page.



Consolidated Statement  5/6/2006 thru 6/6/2006

04    1010134514422  281  30     0 203     SAFEKEPT     Replacement Statement

Free Checking

Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|------|--------|-------------|
| 5/18 | 13.01 | PURCHASE      WHIP IN                     05/17 |
|      |       | 4828900140481      LEWISVILLE   TX 1014V224617 |
| 5/19 | 20.00 | WITHDRAWAL    HEBRON _OLD DENTON FC    05/18 |
|      |       | 4037 OLD DENTON R CARROLLTON   TX 1014W004829 |
| 5/22 | 1.51 | PURCHASE      FEDEX KINKO'S #113         05/20 |
|      |       | 4828900140481      LEWISVILLE   TX 1014V244650 |
| 5/22 | 10.00 | MISCELLANEOUS FEE |
|      |       | OVERDRAFT PROTECTION TRANSFER |
| 5/22 | 10.99 | PURCHASE      WHIP IN                     05/18 |
|      |       | 4828900140481      LEWISVILLE   TX 1014V214635 |
| 5/22 | 21.50 | WITHDRAWAL    CHASE                       05/19 |
|      |       | 1528 W. HEBRON PK CARROLLTON   TX 1014P001225 |
| 5/22 | 41.50 | WITHDRAWAL    7-ELEVEN                    05/20 |
|      |       | 17605 MIDWAY RD    DALLAS,     TX 1014W000924 |
| 5/23 | 10.00 | MISCELLANEOUS FEE |
|      |       | OVERDRAFT PROTECTION TRANSFER |
| 5/23 | 33.45 | PURCHASE      CVS 7196 4100 State Hig  05/22 |
|      |       | Carrollton    TX 1014I059761 |
| 5/23 | 35.00 | PURCHASE      GREENTREE  TX              05/22 |
|      |       | 4828900140481      972-323-1525 TX 1014V268207 |
| 5/23 | 61.50 | WITHDRAWAL    7-ELEVEN                    05/22 |
|      |       | 18078 MARSH LN     DALLAS,     TX 1014W002759 |
| 5/24 | 9.82 | PURCHASE      CVS PHARMACY #7196         05/22 |
|      |       | 4828900140481      CARROLLTON   TX 1014V264671 |
| 5/24 | 10.00 | MISCELLANEOUS FEE |
|      |       | OVERDRAFT PROTECTION TRANSFER |
| 5/24 | 16.30 | PURCHASE      CVS 7196 4100 State Hig  05/23 |
|      |       | Carrollton    TX 1014I654645 |
| 5/24 | 21.50 | WITHDRAWAL    CHASE                       05/23 |
|      |       | 1528 W. HEBRON PK CARROLLTON   TX 1014P001463 |
| 5/24 | 21.75 | WITHDRAWAL    BANK OF AMERICA            05/24 |
|      |       | *STORE #0787       CARROLLTON   TX 1014N449335 |
| 5/24 | 50.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE |
|      |       | 2 TRANSACTION(S) AT    $25.00 EACH |
| 5/25 | 0.00 | INQUIRY       4037 OLD DENTON ROAD   1014-005053 |
| 5/25 | 0.00 | INQUIRY       1528 W. HEBRON PKWY    1014-001493 |
| Total | $1,072.85 | |



**WACHOVIA**

Consolidated Statement  5/6/2006 thru 6/6/2006

05     1010134514422  281  30      0 203      SAFEKEPT     Replacement Statement

Free Checking

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 05/08 | 108.03 | 05/15 | 44.77  | 05/22 | 105.72 |
| 05/09 | 108.03 | 05/16 | 13.23  | 05/23 | 26.77  |
| 05/10 | 100.03 | 05/17 | 46.23  | 05/24 | 88.27 − |
| 05/11 | 126.53 | 05/18 | 33.22  | 05/25 | 88.27 − |
| 05/12 | 202.16 | 05/19 | 113.22 | 06/06 | 82.27 − |

Premium Savings

Account number:       3000081808257
Account owner(s):     KOSOUL CHANTHAKOUMMANE

Account Summary

Opening balance 5/06                 $503.58

Deposits and other credits           258.75 +

Other withdrawals and service fees   761.33 −

Closing balance 6/06                 $1.00

Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
| 5/12 | 120.50 | COUNTER DEPOSIT |
| 5/19 | 132.25 | COUNTER DEPOSIT |
| 6/06 | 6.00   | ATM SURCHARGE REBATE |
| Total | $258.75 | |

Other Withdrawals and Service Fees

| Date | Amount | Description | |
|------|--------|-------------|---|
| 5/09 | 100.00 | TRNSFR 1010134514422 | 05/09 |
|      |        | ONLINE TRNSFR CONFIRMATION # VY050910181210 | |
| 5/10 | 55.00  | TRNSFR 1010134514422 | 05/10 |
|      |        | ONLINE TRNSFR CONFIRMATION # VY051004122090 | |
| 5/11 | 48.00  | TRNSFR 1010134514422 | 05/11 |
|      |        | ONLINE TRNSFR CONFIRMATION # VY051110481160 | |
| 5/12 | 22.00  | WITHDRAWAL   BANK OF AMERICA | 05/11 |
|      |        | *VISTA RIDGE MALL LEWISVILLE   TX 1014N311988 | |
| 5/12 | 42.00  | WITHDRAWAL   Community CU | 05/11 |
|      |        | 4038 OLD DENTON R CARROLLTON   TX 1014P865922 | |
| 5/12 | 42.00  | WITHDRAWAL   BANK OF AMERICA | 05/11 |
|      |        | *VISTA RIDGE MALL LEWISVILLE   TX 1014N319830 | |

Other Withdrawals and Service Fees continued on next page.



**WACHOVIA**

Consolidated Statement 5/6/2006 thru 6/6/2006

06    1010134514422  281  30     0 203     SAFEKEPT     Replacement Statement

Premium Savings

Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|------|--------|-------------|
| 5/15 | 21.50 | WITHDRAWAL   7-ELEVEN              05/14<br>3040 E. HEBRON PK CARROLLTON   TX 1014N000078 |
| 5/15 | 50.00 | TRNSFR 1010134514422              05/14<br>ONLINE TRNSFR CONFIRMATION # VY051422181330 |
| 5/17 | 43.00 | TRNSFR 1010134514422              05/16<br>ONLINE TRNSFR CONFIRMATION # VY051621305630 |
| 5/18 | 0.00 | INQUIRY    3040 E. HEBRON PKWY   1014-000173 |
| 5/18 | 41.50 | WITHDRAWAL   7-ELEVEN              05/17<br>3040 E. HEBRON PK CARROLLTON   TX 1014N000172 |
| 5/22 | 23.00 | TRNSFR 1010134514422              05/20<br>ONLINE TRNSFR CONFIRMATION # VY052009493290 |
| 5/22 | 40.00 | WITHDRAWAL   HEBRON _OLD DENTON FC   05/19<br>4037 OLD DENTON R CARROLLTON   TX 1014W004881 |
| 5/22 | 55.00 | OVERDRAFT PROTECTION<br>TRANSFER  TO  028     1010134514422 |
| 5/23 | 61.00 | OVERDRAFT PROTECTION<br>TRANSFER  TO  028     1010134514422 |
| 5/24 | 0.00 | INQUIRY    18078 MARSH LN       1014-002866 |
| 5/24 | 41.50 | WITHDRAWAL   7-ELEVEN              05/24<br>18078 MARSH LN     DALLAS,    TX 1014N002865 |
| 5/24 | 49.33 | OVERDRAFT PROTECTION<br>TRANSFER  TO  028     1010134514422 |
| 5/25 | 0.00 | INQUIRY    1528 W. HEBRON PKWY   1014-001494 |
| 5/25 | 21.50 | WITHDRAWAL   CHASE                 05/24<br>1528 W. HEBRON PK CARROLLTON   TX 1014P001495 |
| 6/06 | 5.00 | SERVICE FEE |
| Total | $761.33 | |

Service Fees

| Description | Quantity | Amount | Total |
|-------------|----------|--------|-------|
| SERVICE FEE | | 5.00 | 5.00 |
| Total Fee(s) | | | $5.00 |
| Average balance | | | $173.02 |
| Minimum balance | | | $0.00 |



WACHOVIA

Consolidated Statement  5/6/2006 thru 6/6/2006

07    1010134514422  201 30      0 203      SAFEKEPT      Replacement Statement


Premium Savings

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 05/09 | 403.58 | 05/17 | 200.58 | 05/24 | 21.50 |
| 05/10 | 348.58 | 05/18 | 159.08 | 05/25 | 0.00 |
| 05/11 | 300.58 | 05/19 | 291.33 | 06/06 | 1.00 |
| 05/12 | 315.08 | 05/22 | 173.33 | | |
| 05/15 | 243.58 | 05/23 | 112.33 | | |

You can own a home.  Wachovia makes it affordable.  With
My-Community-Mortgage you can
enjoy reduced closing costs, better rates, and 100% financing.  Visit
wachovia.com/homeloans
today.

Wachovia Mortgage Corporation, Equal Housing Lender
Subject to credit approval.  Not available in all states.




**WACHOVIA**

Consolidated Statement  5/6/2006 thru 6/6/2006

08    1010134514422  201  30      0 203      SAFEKEPT    Replacement Statement

Customer Service Information

|  | Phone number | Address |
|---|---|---|
| Checking _Savings Accounts, | 800-WACHOVIA | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Check Card _ATM Card | 800-922-4684 | NC8502 |
|  |  | P O BOX 563966 |
| TDD  (For the Hearing Impaired) | 800-835-7721 | CHARLOTTE NC 28262-3966 |
| En español para cuentas corrientes | 800-326-8977 |  |
| y de ahorros |  |  |
| Bank By Mail (Deposits Only) |  | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA3289 |
|  |  | P O BOX 26090 |
|  |  | RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA0343 |
|  |  | P O BOX 13327 |
|  |  | ROANOKE VA  24040-0343 |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502,
P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or
receipt is wrong or if you need more information about a transfer on the statement or
receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement
on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. AND WACHOVIA BANK OF DELAWARE, N.A. ARE MEMBERS FDIC



**WACHOVIA**

Consolidated Statement  6/7/2006 thru 7/7/2006

01    1010134514422  281  30      0 203      SAFEKEPT      Replacement Statement


KOSOUL CHANTHAKOUMMANE
1220 INDIAN RUN DR 718              PB
CARROLLTON TX  75010


Summary of Accounts


Checking _Savings

| Account number | Account | Balance | As of | Interest rate | Maturity date |
|---|---|---|---|---|---|
| 1010134514422 | FR CHECKING | 82.27 - | 7/07 | | |
| 3000081808257 | PREMIUM SAVINGS | 0.00 | 7/07 | | |
| Total | | $82.27 - | | | |



WACHOVIA

Consolidated Statement  6/7/2006 thru 7/7/2006

02     1010134514422  201  30     0 203     SAFEKEPT     Replacement Statement

Free Checking

Account number:        1010134514422
Account owner(s):      KOSOUL CHANTHAKOUMMANE

Account Summary

Opening balance 6/07                    $82.27 -

Closing balance 7/07                    $82.27 -

Premium Savings

Account number:        3000081808257
Account owner(s):      KOSOUL CHANTHAKOUMMANE

Account Summary

Opening balance 6/07              $1.00

Other withdrawals and service fees    1.00 -

Closing balance 7/07             $0.00

Deposits and Other Credits

| Date | Amount | Description |
|------|--------|-------------|
| 6/14 | 0.00 | AUTOMATED CREDIT STOCKTON ENTERPR PAYROLL CO. ID. 1010758247 060614 PPD |
| Total | $0.00 | |

Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 7/07 | 1.00 | SERVICE FEE |
| Total | $1.00 | |

Service Fees

| Description | Quantity | Amount | Total |
|-------------|----------|--------|-------|
| SERVICE FEE | | 5.00 | 5.00 |
| Total Fee(s) | | | $5.00 |
| Total fees charged | | 1.00 | 1.00 |
| Total fees not charged | | 4.00 | 4.00 |
| Average balance | | | $1.00 |
| Minimum balance | | | $1.00 |

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 06/14 | 1.00 | 07/07 | 0.00 | | |



**WACHOVIA**

Consolidated Statement  6/7/2006 thru 7/7/2006

03    1010134514422  281 30     0 203     SAFEKEPT    Replacement Statement

Customer Service Information

| | Phone number | Address |
|---|---|---|
| Checking _Savings Accounts, | 800-WACHOVIA | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Check Card _ATM Card | 800-922-4684 | NC8502 |
| | | P O BOX 563966 |
| TDD  (For the Hearing Impaired) | 800-835-7721 | CHARLOTTE NC 28262-3966 |
| En español para cuentas corrientes | 800-326-8977 | |
| y de ahorros | | |
| Bank By Mail (Deposits Only) | | WACHOVIA BANK, NATIONAL ASSOCIATION |
| | | VA3289 |
| | | P O BOX 26090 |
| | | RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| | | VA0343 |
| | | P O BOX 13327 |
| | | ROANOKE VA  24040-0343 |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502,
P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or
receipt is wrong or if you need more information about a transfer on the statement or
receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement
on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. AND WACHOVIA BANK OF DELAWARE, N.A. ARE MEMBERS FDIC



**WACHOVIA**

Free Checking

01    1010134514422  281 30    0 203    SAFEKEPT    Replacement Statement

KOSOUL CHANTHAKOUMMANE
3613 FRANKFORD RD APT 233            PB
DALLAS TX 75287

Free Checking                                        7/08/2006 thru 8/07/2006

Account number:         1010134514422
Account owner(s):       KOSOUL CHANTHAKOUMMANE

Account Summary

Opening balance 7/08                 $82.27 -

Deposits and other credits          122.27 +

Other withdrawals and service fees   40.00 -

Closing balance 8/07                 $0.00

Deposits and Other Credits

Date     Amount  Description

7/26     122.27  OVERDRAWN ACCOUNT CLOSED BY BANK

Total    $122.27

Other Withdrawals and Service Fees

Date     Amount  Description

7/26      40.00  CHARGEOFF FEE

Total     $40.00

Daily Balance Summary

Dates          Amount   Dates          Amount   Dates          Amount

07/26           0.00

BECAUSE OUR RECORDS SHOW AN OVERDRAWN BALANCE, YOUR ACCOUNT
HAS BEEN CLOSED.  TO DISCUSS AND RESOLVE THE BALANCE DUE, PLEASE
CALL US AT 800-WACHOVIA (800-922-4684).



**WACHOVIA**

Free Checking

02    1010134514422  281  30      0 203      SAFEKEPT      Replacement Statement

Customer Service Information

| | Phone number | Address |
|---|---|---|
| Checking _Savings Accounts, | 800-WACHOVIA | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Check Card _ATM Card | 800-922-4684 | NC8502 |
| | | P O BOX 563966 |
| TDD (For the Hearing Impaired) | 800-835-7721 | CHARLOTTE NC 28262-3966 |
| En español para cuentas corrientes | 800-326-8977 | |
| y de ahorros | | |
| | | |
| Bank By Mail (Deposits Only) | | WACHOVIA BANK, NATIONAL ASSOCIATION |
| | | VA3289 |
| | | P O BOX 26090 |
| | | RICHMOND VA  23260-6090 |
| | | |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| | | VA0343 |
| | | P O BOX 13327 |
| | | ROANOKE VA  24040-0343 |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502,
P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or
receipt is wrong or if you need more information about a transfer on the statement or
receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement
on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC



**WACHOVIA**

KOSOUL CHANTHAKOUMMANE
3613 FRANKFORD RD APT 233          PB
DALLAS TX 75287

Premium Savings                                   7/08/2006 thru 8/07/2006

Account number:      3000081808257
Account owner(s):    KOSOUL CHANTHAKOUMMANE

Account Summary

Opening balance 7/08              $0.00

Closing balance 8/07              $0.00


Customer Service Information

|  | Phone number | Address |
|---|---|---|
| Checking  Savings Accounts, | 800-WACHOVIA | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Check Card  ATM Card | 800-922-4684 | NC8502 |
|  |  | P O BOX 563966 |
| TDD  (For the Hearing Impaired) | 800-835-7721 | CHARLOTTE NC 28262-3966 |
| En español para cuentas corrientes | 800-326-8977 |  |
| y de ahorros |  |  |
| Bank By Mail (Deposits Only) |  | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA3289 |
|  |  | P O BOX 26090 |
|  |  | RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION |
|  |  | VA0343 |
|  |  | P O BOX 13327 |
|  |  | ROANOKE VA  24040-0343 |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502,
P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or
receipt is wrong or if you need more information about a transfer on the statement or
receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement
on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.


WACHOVIA BANK, N.A. IS MEMBER FDIC



WACHOVIA

Premium Savings

01    3000091808257 201 66    C 203    Replacement Statement

KOSOUL CHANTHAKOUMMANE
3613 FRANKFORD RD APT 233    PB
DALLAS TX 75287

Premium Savings                                    8/08/2006 thru 9/06/2006

Account number:        3000091808257
Account owner(s):      KOSOUL CHANTHAKOUMMANE

Account Summary

Opening balance 8/08              $0.00

Closing balance 9/06              $0.00

YOUR ACCOUNT CURRENTLY HAS A ZERO BALANCE AND HAS BEEN INACTIVE
SINCE 06/14/2006.  IF YOU'D LIKE YOUR ACCOUNT TO REMAIN OPEN, YOU MAY
MAKE A DEPOSIT, CALL US AT 800-WACHOVIA (800-922-4684), OR CONTACT
YOUR LOCAL
FINANCIAL CENTER.  OTHERWISE, YOUR ACCOUNT WILL CLOSE
AS OF YOUR NEXT STATEMENT.  WE APPRECIATE YOUR BUSINESS.





**WACHOVIA**

Premium Savings

e.  200990100052  201  66      C 203                Replacement Statement

Customer Service Information

|                                      | Phone number     | Address                            |
|--------------------------------------|------------------|------------------------------------|
| Checking  Savings Accounts,          | 800-WACHOVIA     | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Check Card _ATM Card                 | 800-922-4684     | NC8502                             |
|                                      |                  | P O BOX 563966                     |
| TDD  (For the Hearing Impaired)      | 800-835-7721     | CHARLOTTE NC 28262-3966            |
| En español para cuentas corrientes   | 800-326-8977     |                                    |
| y de ahorros                         |                  |                                    |
| Bank By Mail (Deposits Only)         |                  | WACHOVIA BANK, NATIONAL ASSOCIATION |
|                                      |                  | VA3289                             |
|                                      |                  | P O BOX 26090                      |
|                                      |                  | RICHMOND VA  23260-6090            |
| Consumer Loan Accounts               | 800-347-1131     | WACHOVIA BANK, NATIONAL ASSOCIATION |
|                                      |                  | VA0343                             |
|                                      |                  | P O BOX 13327                      |
|                                      |                  | ROANOKE VA  24040-0343             |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502,
P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or
receipt is wrong or if you need more information about a transfer on the statement or
receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement
on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380ᵗʰ JUDICIAL |
|---|---|---|
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## NOTICE OF INTENT TO USE CERTIFIED RECORDS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S.

Davis, and files this Notice of Intent to Use Certified Records, and respectfully shows:

I.

The State of Texas may offer the following certified records (copies of which are attached

hereto) at the trial of this cause:

1. Defendant's records from the North Carolina Department of Corrections.
2. Defendant's records in 97 CRS 010077.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 13th day of April, 2007.

GREGORY S. DAVIS

LS

# N. C. DEPARTMENT of CORRECTION

XC-143
J1/97

LEAVE BLANK (SBI)

NAM LAST NAME | FIRST NAME | MIDDLE NAME | LEAVE BLANK (FBI)

CHANTHAHOUMMANE, KOSOUL

ORI

NC092175C
DEPT OF CORR
DIV OF PRISONS
831 W. MORGAN ST.
RALEIGH, NC 27603-0540

AKA ALIAS NAMES (INCLUDE NICKNAMES):

CHANTHAKOUMMANE, KOSOUL

UNIT #  3905

SIGNATURE OF PERSON FINGERPRINTED

DOB DATE OF BIRTH
10 1 80

Michelle Keith 8/14/98

SIGNATURE OF OFFICIAL TAKING PRINTS AND DATE

SEX | RACE | HGT HEIGHT | WGT WEIGHT | EYE COLOR | HAIR COLOR | SKIN SKIN TONE | AMPUTATED FINGERS | POB PLACE OF BIRTH (CITY AND STATE):
M | ASIAN | 5'7 | 160 | BRN | BLK | MEDIUM | YES ☐ NO ☒ | ROCK ISLAND, IL

SCN DEPT OF CORRECTIONS NUMBER
T124558

FBI NUMBER
1690 349 F B9

LEAVE BLANK

HOUSEKEEPER? YES ☐ NO ☒ XXX

INITIAL SENTENCE ☒ XXX
OR
ADDITIONAL SENTENCE ☐

SID NC SBI IDENTIFICATION NUMBER
NCO 7453561A

CLASS

COUNTY

RESENTENCE? YES ☐ NO ☒ XXX

ADMISSION DATE
8 13 98

SOC SOCIAL SECURITY NUMBER
093 66 1724

COUNTY

REF

SCARS MARKS AMPUTATIONS AND TATTOOS

DRIVERS LICENSE NUMBER (INCLUDE STATE):

TATS ARMS

THIS DATA MAY BE COMPUTERIZED
IN LOCAL, STATE, AND NATIONAL FILES

NCIC
FPC

| 1 R THUMB | 2 R INDEX | 3 R MIDDLE | 4 R RING | 5 R LITTLE |
| 6 L THUMB | 7 L INDEX | | 9 L RING | 10 L LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L THUMB

R THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

INCLUDE ALL AVAILABLE INFORMATION USING ONLY STANDARDIZED ABBREVIATIONS AS INDICATED IN THE NORTH CAROLINA IDENTIFICATION MANUAL

| CONVICTED OF | MISD. OR FELONY M | MISD. OR FELONY F | SENTENCE LENGTH AND HOW SERVED | COUNTY OF CONVICTION | CCN COURT DOCKET NUMBER | CDD COURT DISPOSITION DATE | COURT LEVEL: DISTRICT OR SUPERIOR D | COURT LEVEL: DISTRICT OR SUPERIOR S | CIT NC GENERAL STATUTE |
|---|---|---|---|---|---|---|---|---|---|
| 1. ND DEG KIDNAP: RWDW | ☐ | XX | 51-71 MOS. | UNION | 97CRS10077 | 8 6 98 | ☐ | XXX | |
| 2. D DEG KIDNAP: RWDW | ☐ | XX | 51-71 MOS. | UNION | 97CRS10078 | 8 6 98 | ☐ | XXX | |
| 3. | ☐ | ☐ | | | | | ☐ | ☐ | |
| 4. | ☐ | ☐ | | | | | ☐ | ☐ | |
| 5. | ☐ | ☐ | | | | | ☐ | ☐ | |
| 6. | ☐ | ☐ | | | | | ☐ | ☐ | |
| 7. | ☐ | ☐ | | | | | ☐ | ☐ | |

OCCUPATION

EMPLOYER'S NAME AND ADDRESS

RESIDENCE OF PERSON FINGERPRINTED
2530 FORT ST., CHARLOTTE, NC 28205

NAME AND ADDRESS OF NEAREST RELATIVE
KOMONH CHANTHAKOUMMANE (FATHER) SAME

LEAVE BLANK
REC
VIA
BY

LEFT PALM PRINT

RIGHT PALM PRINT

THIS CARD IS NOT BE SUBMITTED TO OR RETAINED BY THE FBI

NORTH CAROLINA
WAKE COUNTY

G.S. 148-80

This is to certify that the foregoing is an exact copy of the Prints appearing in the files of this office.
This the 19th day of September, 20 06

COMBINED RECORDS SECTION
DEPARTMENT OF CORRECTION

Judy H. Sills
MANAGER

# Offender Information System (OIS)
## Offender Screen



Data current as of 2:00 AM EST on: 09/11/2006

**General Summary Information**

| | | |
|---|---|---|
| **DOC Number:** 0623337 | **Offender Status:** ACTIVE P/P | |
| **SID:** NC0745356A | **Drivers License#:** | |
| **FBI Number:** 690349PB9 | **SBI DNA:** Y | **STG:** None |
| **P/P Office:** INTERSTATE OFFICE P/P | **Office Phone:** (919) 716-3160 | |
| **Name(s):** CHANTHAHOUMMANE, KOSOUL **Type:** COMMITTED | | |
| **ALIAS** CHANTHAKOUMMANE, KOSOUL | | |

**Demographics**

| | | | |
|---|---|---|---|
| **Gender:** MALE | **Body Build:** MEDIUM | | |
| **Race:** ASIAN/ORTL | **Complexion:** MEDIUM | | |
| **Age:** 25 | **Birth Date:** 10/01/1980 | | |
| **Height:** 5'7" | **Weight:** 160 lbs | | |
| **Hair:** BLACK | **Eyes:** BROWN | | |
| **Citizenship:** BORN IN U.S. | **Ethnic:** ASIAN | | |
| **NC County of Birth:** | | | |
| **State of Birth:** ILLINOIS | | | |
| **Country of Birth:** UNITED STATES | | | |
| **Primary Language:** | | | |



Create a Lineup

**Scars and Marks**

| **Scar/Mark** | **Location** | **Notes** |
|---|---|---|
| SCAR | STOMACH | SCAR ABDOMEN AREA |
| TATTOO | ARM | BOTH ARMS, ELABORATE DETAIL/SCRIPT STYLE |

**Most Recent Incarceration Summary**

| | |
|---|---|
| **Conviction Date:** 08/06/1998 | **Total Term:** 11 YEARS 9 MONTHS 25 DAYS |
| **Projected Release Date:** 02/19/2006 | |

NORTH CAROLINA
WAKE COUNTY

G. S. 148-80

This is to certify that the foregoing is an exact copy of the Photo appearing in the files of this office.
This the 18th day of Sept, 20 06
COMBINED RECORDS SECTION
DEPARTMENT OF CORRECTION

Judy H. Sills
MANAGER

```
P/N  O 0623337                                          CR00508     09/12/06 12:52:10
     IPTS002           INMA'  SUMMARY RECORD AS OF 09/? '06      NC/DOC    PAGE   1
DOC#: 0623337  NAME: CHA_-HAHOUMMANE, KOSOU  DOB: 10.01/80 O/M          VNOTIF: Y
SPV.TY:POR  RCC:5005  OFF:500XA  PPO:WKS09  CSC:        CPPO:SMG03 1SC
LVL:OUT OF STAT STAT:OOS PUN.TYP:POST RELEASE      CTSY:        SCH.TRM:11/16/2006

*65000*********************** SENTENCE STRUCTURE ******************************
CONVICT  SNT.   CO.   CRT. DOCKET#        OFFENSE        QUALIFIER  HOW SERVE F/M
08/06/98 BA-001 UNION SUPE 97010079 ROBBERY W/DANGEROU PRINCIPAL  INITIAL      F
CL.: D  BEG: 08/06/1998 TRM:    5Y11M 0D     PRD: 11/22/2001 STATUS: POST REL
                                             COUNTY JAIL CREDITS:   385
           CONSOL.JDG:  97010077  KIDNAPPING 2ND DEGRE  07/17/97    F   E
08/06/98 BA-002 UNION SUPE 97010080 ROBBERY W/DANGEROU PRINCIPAL  CONSECUTIV F
CL.: D  BEG: 11/22/2001 TRM:    5Y11M 0D     PRD: 02/19/2006 STATUS: POST REL
           CONSOL.JDG:  97010078  KIDNAPPING 2ND DEGRE  07/17/97    F   E

*65000*********************** EXTERNAL MOVEMENTS ******************************
  DATE      TIME    RPT.LOC.         TYPE            ORIG/DEST    REASON
02/19/06   11:20   ANSON C   PAROLE/RETURN TO PAR  TEXAS      POST RELEASE
11/07/02   07:16   MORRISO   TRANSFERRED TO         ANSON C    FACL. CLASS. COMM.
08/25/99   04:49   WESTERN   TRANSFERRED TO         MORRISO    DUTY
08/13/98   19:06   WESTERN   NEW ADMISSION          UNION C    JUDGMT/COMMIT(FELON)
```

NORTH CAROLINA
WAKE COUNTY

G. S. 148-80

This is to certify that the foregoing is an exact copy of the Summary Record appearing in the files of this office.
This the 12th day of Sept, 20 06
COMBINED RECORDS SECTION
DEPARTMENT OF CORRECTION

Judy H. Sills
MANAGER

P/N 0 0623337 CR00308 09/12/06 12:32:10

IPTS002 INMA' ' SUMMARY RECORD AS OF 09/1'/06 NC/DOC PAGE 2

DC#: 0623337 NAME: CHA...HAHOUMMANE, KOSOUL STA JS: INACTIVE

*65000******************* DISCIPLINARY INFRACTIONS ***************************

| DATE | TIME | FACL. | VIOLATION CODE/NAME | VERDICT | ACTV | DSEG | FM/TO | LOST | S |
|---|---|---|---|---|---|---|---|---|---|
| 02/25/02 | 12:30 | 3930 | C03-DISOBEY ORDER | GUILTY | | 10 | | 10D | Y |
| | | 3930 | C05-OFFER/ACCEPT BRI | GUILTY | | 10 | | 10D | N |
| 08/22/00 | 08:35 | 3930 | C03-DISOBEY ORDER | DISMISSED | | 0 | | 0D | N |
| 08/22/00 | 08:30 | 3930 | D03-NO THREAT CONTRA | GUILTY | | 0 | | 0D | N |
| | | 3930 | D07-ILLEGAL CLOTHING | GUILTY | | 0 | | 0D | N |
| 06/01/00 | 18:30 | 3930 | C09-BARTER/TRADE/LOA | GUILTY | | 10 | | 10D | N |
| 05/01/00 | 23:25 | 3930 | C03-DISOBEY ORDER | GUILTY | | 10 | | 10D | N |
| 11/13/99 | 00:02 | 3930 | B10-HIGH RISK ACT | GUILTY | | 20 | | 20D | Y |
| 07/22/99 | 18:30 | 3905 | C02-PROFANE LANGUAGE | DISMISSED | | 0 | | 0D | N |
| 04/22/99 | 18:30 | 3905 | B01-WEAPON POSSESSIO | GUILTY | | 15 | | 0D | N |
| 04/10/99 | 07:00 | 3905 | C03-DISOBEY ORDER | GUILTY | | 10 | | 10D | Y |

***END OF DATA***

T124-58

File No. 97CRS 10077, 1

**STATE OF NORTH CAROLINA**

Union County Monroe Seat of Court

In The General Court Superior Court D

NOTE: (This form is to be used for (1) felony offense(s), and (2) misdemeanor offense(s), which are consolidated for judgment with any felony offense(s). Use AOC-CR-301 on DWI

# JUDGMENT AND COMMITMEN ACTIVE PUNISHMENT FELONY
(STRUCTURED SENTENCING) G.S. 15A-

STATE VERSUS (1)

Name Of Defendant: Kosoul Chanthahoummane

Race: W | Sex: M | DOB: 10-1-80

Attorney For State: Hunt Gwyn | ☐ Def. Found Not Indigent | ☐ Def. Waived Attorney | Attorney For Defendant: Stephen Goodwin ☒ Appo

The defendant ☐ pled guilty to: ☐ was found guilty by a jury of: ☐ pled no contest to:

| File No.(s) | Off | Offense Description | Offense Date | G.S. No. |
|---|---|---|---|---|
| 97CRS 10077 | | second degree kidnapping | 7/17/97 | 14-39 |
| 97CRS 10079 | | Robbery with dangerous weapon | 7/17/97 | 14-87 |
| | | (Consol.) | | |

The Court:

☒ 1. has determined, pursuant to G.S. 15A-1340.14, the prior record points of the defendant to be 0. PRIOR RECORD LEVEL: ☒ ☐

☐ 2. makes no prior record level finding because none is required for Class A felony, enhanced firearm penalty, violent habitual felon, or drug trafficking offenses.

The Court:

☐ 1. makes no written findings because the prison term imposed is: ☐ (a) within the presumptive range of sentenc under G.S. 15A-1340.17(c). ☐ (b) for a Class A felony. ☐ (c) for enhanced firearm penalty (G.S. 15A-134 ☐ (d) for an adjudication as a violent habitual felon. G.S. 14-7.12. ☐ (e) for drug trafficking offenses.

☐ 2. makes the Findings of Aggravating and Mitigating Factors set forth on the attached AOC-CR-605.

☒ 3. imposes the prison term pursuant to a plea arrangement as to sentence under Article 58 of G.S. Chapter 15A

☐ 4. finds the defendant has provided substantial assistance pursuant to G.S. 90-95(h)(5).

☐ 5. adjudges the defendant to be an habitual felon pursuant to Article 2A of G.S. Chapter 14.

☐ 6. finds enhanced punishment from a Class 1 misdemeanor to a Class I felony ☐ G.S. 90-95(e)(3) (drugs); ☐ G.S. 1

☐ 7. finds no Extraordinary Mitigation.

☐ 8. finds the above designated offenses(s) is a reportable conviction involving a minor. G.S. 14-208.6.

☐ 9. finds the defendant is classified as a sexually violent predator. G.S. 14-208.20.

The Court, having considered evidence, arguments of counsel and statement of defendant, finds that the defendant' freely, voluntarily, and understandingly entered, and Orders the above offenses be consolidated for judgment and the imprisoned

for a minimum term of: Fifty One (51) months | for a maximum term of: Seventy One (71) months | in the custody of: ☒ N.C. DOC. ☐ Sheriff pursuant to G.S. ☐ Other

☐ Class A Felony: ☐ Life Imprisonment Without Parole ☐ Death (see attached Death Warrant and Certificates)

☐ Class B1 Felony: Life Imprisonment Without Parole

☐ Violent Habitual Felon: Life Imprisonment Without Parole

The defendant shall be given credit for -385- days spent in confinement prior to the date of this Judgment as a result o

☐ The sentence imposed above shall begin at the expiration of all sentences which the defendant is presently oblig

☐ The sentence imposed above shall begin at the expiration of the sentence imposed in the case referenced below

(NOTE: *List the case number, date, county and court in which prior sentence imposed.)*

A TRUE COPY CLERK OF SUPERIOR COURT UNION COUNTY BY [signature] Assistant Deputy Clerk Superior Court

SEP 0 2

AUG 2 4 '98

AOC-CR-601, Rev. 4/98
©1998 Administrative Office of the Courts

Material opposite unmarked squares is to be disregarded as surplusage. (Over)

COMBINED RE

NORTH CAROLINA
WAKE COUNTY
G. S. 148-80

This is to certify that the foregoing is an exact copy of the Commitment appearing in the files of this office. This the 18th day of Sept, 20 06
COMBINED RECORDS SECTION
DEPARTMENT OF CORRECTION
[signature]
MANAGER

3

*(check all that apply)*

☐ 1. The defendant shall pay the costs. ☐ 2. The defendant shall pay a fine of $ ___

**The Court recommends:**

☐ 3. Substance Abuse Treatment Unit pursuant to G.S. 15A-1351(h). ☐ 4. Psychiatric and/or psychological couns

☐ 5. Work Release.

☒ 6. Payment as a condition of post release-supervision, if applicable, or from work release earnings, if applicable, of and amounts set out below.

| Fines | Costs | Restitution* | Reimbursement For Attorney Fee & Other | Total Amou |
|---|---|---|---|---|
| | 255.00 | 710.07 | 2,150.00 | 371. |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

527.32 Betty Jean Cash

187.75 Gertrude P. Reid

Jointly + Severly with Co-df (Xatho Lon)

The Court further recommends:

**The Court does not recommend:**

☐ 1. Restitution as a condition of post release supervision or work release. ☐ 2. Work release.

**AWARD OF FEE TO COUNSEL FOR DEFENDANT**

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awar defendant's appointed counsel or assigned public defender.

**ORDER OF COMMITMENT/APPEAL ENTRIES**

☐ It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff or other qua officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pendir

☐ The defendant gives notice of appeal from the judgment of the Superior Court to the Appellate Division. Appeal entrie conditions of post conviction release are set forth on form AOC-CR-350.

**SIGNATURE OF JUDGE**

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 8/6/98 | Hon. Sanford L. Steelman | [signature] |

**ORDER OF COMMITMENT AFTER APPEAL**

| Date Appeal Dismissed | Date Withdrawal Of Appeal Filed | Date Appellate Opinion Certified |
|---|---|---|
| | | |

It is ORDERED that this Judgment be executed. It is FURTHER ORDERED that the sheriff arrest the defendant, if necessar recommit the defendant to the custody of the official named in this Judgment and furnish that official two certified copies Judgment and Commitment as authority for the commitment and detention of the defendant.

| Date | Signature Of Clerk | |
|---|---|---|
| | | ☐ Deputy CSC ☐ Assi ☐ Clerk of Superior Court |

**CERTIFICATION**

I certify that this Judgment and Commitment with the attachment marked below is a true and complete copy of the origina on file in this case.

☐ Appeal Entries (AOC-CR-350).

☐ Felony Judgment Findings Of Aggravating And Mitigating Factors (AOC-CR-605).

☐ Judicial Findings As To Forfeiture Of Licensing Privileges (AOC-CR-317).

☐ Commitment Information Statement (DC-600).

| Date | Signature And Seal |
|---|---|
| 8/6/98 | Ruth C Baucom, dp |
| Date Certified Copies Delivered To Sheriff 8/11/98 | ☒ Deputy CSC ☐ Assistant CSC ☐ Superior Clerk of C |

AOC-CR-601, Side Two, Rev. 4/98

© 1998 Administrative Office of the Courts

...aterial opposite unmarked squares is to be disregarded as su... ...age.

T124558

No. 97CRS10078, 10

# STATE OF NORTH CAROLINA

Union County Monroe Seat of Court

In The General Court O
Superior Court Div

NOTE: (This form is to be used for (1) felony offense(s), and (2) misdemeanor offense(s), which are consolidated for judgment with any felony offense(s). Use AOC-CR-301 on DWI

## JUDGMENT AND COMMITMENT ACTIVE PUNISHMENT FELONY (STRUCTURED SENTENCING)

G.S. 15A-13

STATE VERSUS

Name Of Defendant: Kosoul Chanthapoummane

Race: W Sex: M DOB: 10-1-80

Attorney For State: Hunt Burgess

Def. Found ☐ Not Indigent Def. Waived ☐ Attorney

Attorney For Defendant: Stephen Goodwin ☒ Appoin.

The defendant ☐ pled guilty to: ☐ was found guilty by a jury of: ☐ pled no contest to:

| File No.(s) | Off | Offense Description | Offense Date | G.S. No. |
|---|---|---|---|---|
| 97CRS10078 | | Second degree Kidnapping | 7/17/97 | 14-39 |
| 97CRS10080 | | Robbery with dangerous weapon | 7/17/97 | 14-87 |
| | | (Consol.) | | |

A TRUE COPY
CLERK OF SUPERIOR COURT
UNION COUNTY
BY [signature]

PRIOR ☒ I

The Court:
☒ 1. has determined, pursuant to G.S. 15A-1340.14, the prior record points of the defendant to be 0. RECORD LEVEL: ☐ I
☐ 2. makes no prior record level finding because none is required for Class A felony, enhanced firearm penalty, violent habitual felon, or drug trafficking offenses.

The Court:
☐ 1. makes no written findings because the prison term imposed is: ☐ (a) within the presumptive range of sentence under G.S. 15A-1340.17(c). ☐ (b) for a Class A felony. ☐ (c) for enhanced firearm penalty (G.S. 15A-1340. ☐ (d) for an adjudication as a violent habitual felon. G.S. 14-7.12. ☐ (e) for drug trafficking offenses.
☐ 2. makes the Findings of Aggravating and Mitigating Factors set forth on the attached AOC-CR-605.
☒ 3. imposes the prison term pursuant to a plea arrangement as to sentence under Article 58 of G.S. Chapter 15A.
☐ 4. finds the defendant has provided substantial assistance pursuant to G.S. 90-95(h)(5).
☐ 5. adjudges the defendant to be an habitual felon pursuant to Article 2A of G.S. Chapter 14.
☐ 6. finds enhanced punishment from a Class 1 misdemeanor to a Class I felony ☐ G.S. 90-95(e)(3) (drugs); ☐ G.S. 14
☐ 7. finds no Extraordinary Mitigation.
☐ 8. finds the above designated offenses(s) is a reportable conviction involving a minor. G.S. 14-208.6.
☐ 9. finds the defendant is classified as a sexually violent predator. G.S. 14-208.20.

The Court, having considered evidence, arguments of counsel and statement of defendant, finds that the defendant's freely, voluntarily, and understandingly entered, and Orders the above offenses be consolidated for judgment and the imprisoned

for a minimum term of: Fifty One (51) months

for a maximum term of: Seventy one (71) months

in the custody of: ☒ N.C. DOC. ☐ Sheriff pursuant to G.S. ☐ Other

☐ Class A Felony: ☐ Life Imprisonment Without Parole ☐ Death (see attached Death Warrant and Certificates)
☐ Class B1 Felony: Life Imprisonment Without Parole
☐ Violent Habitual Felon: Life Imprisonment Without Parole

RECEIV SEP 02 1

The defendant shall be given credit for 0 days spent in confinement prior to the date of this Judgment as a result of

☐ The sentence imposed above shall begin at the expiration of all sentences which the defendant is presently oblig
☒ The sentence imposed above shall begin at the expiration of the sentence imposed in the case referenced below:
(NOTE: List the case number, date, county and court in which prior sentence imposed.)

COMBINED REC

97CRS 10077, 10079; 8/6/98; Lenoir County criminal

7 I 13 U TC
M 17 U 7C

AOC-CR-601, Rev. 4/98
©1998 Administrative Office of the Courts

Material opposite unmarked squares is to be disregarded as surplusage.
(Over)

NORTH CAROLINA
WAKE COUNTY
G.S. 143-60

This is to certify that the foregoing is an exact copy of the Commitment appearing in the files of this office.
This the 1st day of Sept, 20 06
COMBINED RECORDS SECTION
DEPARTMENT OF CORRECTION
[signature]
MANAGER

*(check all that apply)*

☐ 1. The defendant shall pay the costs. ☐ 2. The defendant shall pay a fine of $ ___

**The Court recommends:**

☐ 3. Substance Abuse Treatment Unit pursuant to G.S. 15A-1351(h). ☐ 4. Psychiatric and/or psychological couns

☐ 5. Work Release.

☐ 6. Payment as a condition of post release supervision, if applicable, or from work release earnings, if applicable, of and amounts set out below.

| Fines | Costs | Restitution* | Reimbursement For Attorney Fee & Other | Total Amou |
|---|---|---|---|---|
| | | | | |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

The Court further recommends:

**The Court does not recommend:**

☐ 1. Restitution as a condition of post release supervision or work release. ☐ 2. Work release.

## AWARD OF FEE TO COUNSEL FOR DEFENDANT

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awar defendant's appointed counsel or assigned public defender.

## ORDER OF COMMITMENT/APPEAL ENTRIES

☐ It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff or other qua officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pendin

☐ The defendant gives notice of appeal from the judgment of the Superior Court to the Appellate Division. Appeal entrie conditions of post conviction release are set forth on form AOC-CR-350.

## SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 8/6/98 | Hon. Sanford L. Steelman | [signature] |

## ORDER OF COMMITMENT AFTER APPEAL

| Date Appeal Dismissed | Date Withdrawal Of Appeal Filed | Date Appellate Opinion Certified |
|---|---|---|
| | | |

It is ORDERED that this Judgment be executed. It is FURTHER ORDERED that the sheriff arrest the defendant, if necessar recommit the defendant to the custody of the official named in this Judgment and furnish that official two certified copies Judgment and Commitment as authority for the commitment and detention of the defendant.

| Date | Signature Of Clerk | |
|---|---|---|
| | | ☐ Deputy CSC ☐ Assi ☐ Clerk of Superior Court |

## CERTIFICATION

I certify that this Judgment and Commitment with the attachment marked below is a true and complete copy of the origina on file in this case.

☐ Appeal Entries (AOC-CR-350).

☐ Felony Judgment Findings Of Aggravating And Mitigating Factors (AOC-CR-605).

☐ Judicial Findings As To Forfeiture Of Licensing Privileges (AOC-CR-317).

☐ Commitment Information Statement (DC-600).

| Date | Signature And Seal |
|---|---|
| 8/6/98 | [signature] Bascom, dep |
| Date Certified Copies Delivered To Sheriff | |
| 8/11/98 | ☒ Deputy CSC ☐ Assistant CSC ☐ Superior Clerk of C |

© 1998 Administrative Office of the Courts

...aterial opposite unmarked squares is to be disregarded as su... page.

A TRUE COPY
CLERK OF SUPERIOR COURT
UNION COUNTY
J. R. Rowell
(signature)

**STATE OF NORTH CAROLINA**

| File No. |
| --- |
| 97 CRS 010077 |

In The General Court Of Justice
Superior Court Division

| Union | County |
| --- | --- |

**STATE VERSUS**

Name Of Defendant
Kosoul Chanthakoumane

**INDICTMENT**

| Offense(s) | Date Of Offense | G.S. No. | CL. |
| --- | --- | --- | --- |
| I. Second Degree Kidnapping | July 17, 1997 | 14-39 | |
| II. | | | |
| III. | | | |

I. The jurors for the State upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

kidnap Gertrude F. Reid, a person who had attained the age of sixteen (16) years, by unlawfully confining her, restraining her and removing her from one place to another without her consent and for the purpose of facilitatin the commission of a felony, to wit: Breaking and Entering

II. And the jurors for the State present upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

III. And the jurors for the State upon their oath present that on or about the date of offense shown and in the count named above the defendant named above unlawfully, willfully and feloniously did

Signature Of Prosecutor

R. L. [signature]

| WITNESSES | |
|---|---|
| ☒ R. L. Rollins, UCSO | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |

The Witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and, after hearing testimony, this Bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

| Date | Signature Of Grand Jury Foreman |
|---|---|
| October 20, 1997 | Peggy Marshall |

AOC-CR-122
Rev. 10/96

# STATE OF NORTH CAROLINA

In The General Court Of Justice
District Court Division

**Union** _____ County

## WARRANT FOR ARREST

| Offense |
| --- |
| Second Degree Kidnapping |

| Name, Address & Telephone No. Of Defendant |
| --- |
| THE STATE OF NORTH CAROLINA VS. |
| Kosoul Chanthakoummane |
| 2530 Fort St. |
| Charlotte, NC 28205 |

| Race | Sex | Date Of Birth | Age |
| --- | --- | --- | --- |
| W | M | 10-1-80 | 16 |

| Social Security No. | Drivers License No. & State |
| --- | --- |
| 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 | |

| Name Of Defendant's Employer |
| --- |
| None |

| Offense Code | Offense In Violation Of G.S. |
| --- | --- |
| 1028 | 14-39 |

| Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card) | Date Of Offense |
| --- | --- |
| N96251(W) | July 17, 1997 |

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did
kidnap Gertrude P. Reid, a person who had attained the age of 16 years, by unlawfully restraining her without her consent and for the purpose of facilitating the flight of Kosoul Chanthakoummane, following his participation in the commission of a felony, Felonious Breaking & Entering.

| Complainant (Name, Address Or Department, Phone No.) |
| --- |
| Det. R.L. Rollins |
| Union County Sheriff's Office |
| 3344 Presson Rd. |
| Monroe, NC 28112    283-3887 |

| Witnesses (Names, Addresses, Phone Numbers) |
| --- |
| Gertrude P. Reid |
| 1800 Weddington Rd. |
| Matthews, NC 28105    846-2014 |

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Date Issued | Signature | Location Of Court | |
| --- | --- | --- | --- |
| July 18, 1997 | B.R. Arrowood | District Criminal | Monroe |
| | ☒ Magistrate ☐ Deputy CSC | Court Date | Court Time |
| | ☐ Assistant CSC ☐ Clerk Of Superior Court | 8-5-97 | 9:30 ☒ AM ☐ PM |

| Date Of Service |
| --- |

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the warrant and any information obtained about the whereabouts of the defendant.

☐ I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Date Returned |
|---|---|---|
| 7-18-97 | 7-18-97 | |

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Department Or Agency Of Officer

Signature

**RETURN OF SERVICE**

**REDELIVERY**

☐ I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Date Returned |
|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Department Or Agency Of Officer

**RETURN FOLLOWING REDELIVERY**

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

Date _____  Signature Of District Court Judge

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

Date Waived _____  Signature Of Defendant

Signature Of Attorney

AOC-CR-100, Side Two
Rev. 12/95 (Structured Sentencing)

NOTE: If DWI, use AOC-CR-301 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

---

Original Attorney  Attorney For Defendant At Time Of Trial Or Plea

Capital Attorney  Robin Edwards Goodwin

**PRIOR CONVICTIONS:**
No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+)

☐ Appealed  M.C.L. ☐ A+ ☐ 1
☐ Retained  ☐ Waived  M.C.L. ☐ A+ ☐ 2
 ☐ A+ ☐ 3

PLEA: ☐ guilty
☐ no contest.
☐ guilty
☐ no contest,
☐ not guilty

VERDICT: ☐ guilty
☐ guilty
☐ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea, on the above verdict
☐ It is ORDERED that the defendant ☐ pay costs and a fine of $_____  ☐ DOC. Pretrial credit _____ days served.
☐ be imprisoned for a term of _____ days in the custody of the sheriff. ☐ DOC. (use form AOC-CR-602)
☐ Work release ☐ is recommended. ☐ is not recommended.
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.
☐ With defendant's consent, execution of the sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction, (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269, (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution, (4) satisfy child support and family obligations, as required by the Court, (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution* | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

It is ORDERED that this

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within _____ days.
☐ 7. not be found in or on the premises of the complainant or
☐ 8. not assault, communicate with or be in the presence of the complainant or
☐ 9. Other:

Defendant waives preliminary hearing and is ordered held for trial at next criminal terms of Superior Court being for

his appearance is set at

☐ judgment is continued upon payment of costs.
☐ case be consolidated for judgment with
☐ sentence is to run at the expiration of the sentence in

☐ COMMITMENT: It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, any the Count(s) is dismissed.

| Date | Age | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|---|
| 9-16-97 | | Joseph J. Williams | |

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Name Of District Court (Type Or Print) | Signature |
|---|---|---|
| | Date Delivered To Sheriff | |

☐ Dep. CSC ☐ Asst. CSC ☐ CSC

# STATE OF NORTH CAROLINA



A TRUE COPY
Clerk of Superior Court
Union County

County **Union**

In The General Court Of Justice
Superior Court Division

File No. **97 CRS 010078**

STATE VERSUS

**Name Of Defendant**
Kosoul Chanthakoumamane

## INDICTMENT

| Offense(s) | Date Of Offense | G.S. No. | Cl. |
|---|---|---|---|
| I. Second Degree Kidnapping | July 17, 1997 | 14-39 | |
| II. | | | |
| III. | | | |

I. The jurors for the State upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

Kidnap Betty Jean Cash, a person who had attained the age of sixteen (16) years, by unlawfully confining her, restraining her, and removing her from one place to another without her consent and for the purpose of facilitatit the commission of a felony, to wit: Breaking and Entering.

II. And the jurors for the State upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

III. And the jurors for the State present upon their oath that on or about the date of offense shown and in the count named above the defendant named above unlawfully, willfully and feloniously did

Signature Of Prosecutor

**WITNESSES**

☒ R. L. Rollins, UCSO ☐

☐ ☐

☐ ☐

☐ ☐

The Witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and, after hearing testimony this Bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

Date _October 30, 1997_        Signature Of Grand Jury Foreman

341

AOC-CR-100, Side Two
Rev. 12/95 (Structured Sentencing)

NOTE: If DWI, use AOC-CR-301 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

District Attorney: Robin Edwards

Attorney For Defendant At Time Of Trial Or Plea: Goodwin

☑ Appointed   ☐ Retained   ☐ Waived   No./Level: 0   ☐ I (0)   ☐ II (1-4)

PRIOR CONVICTIONS:
M.Q.L. ☐ III (0)
M.Q.L. ☐ A1 ☐ 1
A1 ☐ 1 ☐ 2

PLEA: ☐ guilty   ☐ no contest   ☐ not guilty

VERDICT: ☐ guilty   ☐ guilty   ☐ not guilty

I certify that this Warrant was received and served as follows:

**RETURN OF SERVICE**

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Date Received: 7-18-97   Date Served: 7-18-97   Date Returned: 

Signature Of Officer Making Return

Department Or Agency Of Officer

**REDELIVERY**

I certify that this Warrant was received and served as follows:

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

**RETURN FOLLOWING REDELIVERY**

Date Received   Date Served   Date Returned

☐ Dep. CSC
☐ Assist. CSC
☐ CSC

Signature

Date

Department Or Agency Of Officer

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

Signature Of District Court Judge   Date

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

Signature Of Defendant

Signature Of Attorney   Date Waived

---

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea, on the above verdict, it is ORDERED that the defendant ☐ pay costs and a fine of $

☐ be imprisoned for a term of _____ days in the custody of the sheriff. ☐ DOC. Pretrial credit _____ days served

☐ Work release ☐ is recommended. ☐ is not recommended. ☐ is ordered. (use form AOC-CR-602)

☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.

☐ With defendant's consent, execution of the sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course or study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

| Fine | Restitution* | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

6. ☐ complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within _____ days.

7. ☐ not be found in or on the premises of the complainant or

8. ☐ not assault, communicate with or be in the presence of the complainant or

9. ☐ Other:

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with
☐ sentence is to run at the expiration of the sentence in

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ **PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is being bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

Defendant waives preliminary hearing and is ordered held for trial at next criminal terms of Superior Court. Bond for his appearance is set at same bond

Date: 7-18-97

Name Of District Court Judge (Type Or Print): Joseph S. Williams

Signature Of District Court Judge

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

Date Delivered To Sheriff   Signature

☐ Dep. CSC
☐ Assist. CSC   ☐ CS

File No.

# 97CR 10079

Union County

In The General Court Of Justice
District Court Division

## WARRANT FOR ARREST

**Offense**
Second Degree Kidnapping

*Name, Address & Telephone No. Of Defendant*
THE STATE OF NORTH CAROLINA VS.

Kosoul Chanthakoummane
2530 Fort. St.
Charlotte, NC 28205

*Social Security No.*
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

| Race | Sex | Date Of Birth | Age |
|------|-----|---------------|-----|
| W | M | 10-1-80 | 16 |

*Drivers License No. & State*

*Name Of Defendant's Employer*
None

*Offense Code*

*Offense In Violation Of G.S.*
14-39

*Date Of Offense*
July 17, 1997

*Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)*
NJ962S1W

1028

*Complainant (Name, Address Or Department, Phone No.)*
Det. R.L. Rollins
Union County Sheriff's Office
3344 Presson Rd.
Monroe, NC 28112    283-3887

*Witnesses (Names, Addresses, Phone Numbers)*
Betty Jean Cash
5904 Rockwell Drive
Indian Trail, NC 28079    882-2860

*Date Issued*
July 18, 1997

*Date Of Service*
July 18, 1997

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did kidnap Betty Jean Cash, a person who had attained the age of 16 years, by unlawfully restraining her without her consent and for the purpose of facilitating the flight of Kosoul Chanthakoummane, following his participation in the commission of a felony, Felonious Breaking & Entering.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

*Signature*
B.R. Brthinghm

☒ Magistrate   ☐ Deputy CSC
☐ Assistant CSC   ☐ Clerk Of Superior Court

*Location Of Court*
District Criminal    Monroe

*Court Date*
8-5-97

*Court Time*
9:30    ☒ AM  ☐ PM

(Over)

# STATE OF NORTH CAROLINA

| File No. |
|---|
| 97 CRS 010079 |

| County | In The General Court Of Justice<br>Superior Court Division |
|---|---|
| Union | |

**STATE VERSUS**

| Name Of Defendant |
|---|
| Kosoul Chanthakoumane |

## INDICTMENT
## ROBBERY WITH DANGEROUS WEAPON (1222)

| Date Of Offense | Offense In Violation Of G.S. |
|---|---|
| July 17, 1997 | 14-87 |

The jurors for the State present upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did steal, take, and carry away and attempt to steal, take and carry away another's personal property,

a quantity of money, and other personal property

of the value of ~~XXXXXXXXXXXXXXXXXXXXXXXXX dollars~~, from the presence, person, place of business, and residence of

Gertrude P. Reid

The defendant committed this act having in possession and with the use and threatened use of firearms and other dangerous weapons, implements, and means, to wit: a firearm, a handgun

whereby the life of Gertrude P. Reid

was endangered and threatened.

Signature Of Prosecutor

## WITNESSES

| | |
|---|---|
| ☒ R. L. Rollins, UCSO | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |

The Witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and, after hearing testimony, this Bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

| Date | Signature Of Grand Jury Foreman |
|---|---|
| October 30, 1997 | |

*(handwritten marking: "A TRUE COPY")*

# STATE OF NORTH CAROLINA

| | In The General Court Of Justice |
| --- | --- |
| Union _____ County | District Court Division |

## WARRANT FOR ARREST

**Offense**
Robbery with a Dangerous Weapon

**Name, Address & Telephone No. Of Defendant**
THE STATE OF NORTH CAROLINA VS.

Kosoul Chanthakoummane
2530 Fort St.
Charlotte, NC 28205

| **Social Security No.** | | |
| --- | --- | --- |
| 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 | | |

| **Race** | **Sex** | **Date Of Birth** | **Age** |
| --- | --- | --- | --- |
| W | M | 10-1-80 | 16 |

**Drivers License No. & State**

**Name Of Defendant's Employer**
None

| **Offense Code** | **Offense In Violation Of G.S.** |
| --- | --- |
| 1233 | 14-87 |

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**
N96251W

**Date Of Offense**
July 17, 1997

**Complainant (Name, Address Or Department, Phone No.)**
Det: R.L. Rollins
Union County Sheriff's Office
3344 Presson Rd.
Monroe, NC 28112    283-3887

**Witnesses (Names, Addresses, Phone Numbers)**
Gertrude P. Reid
1800 Weddington Rd.
Matthews, NC 28105    846-2014

---

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did steal, take, and carry away another's personal property, approximately $93.00 in US currency, having a value of $93.00, from the person and presence of Gertrude P. Reid.

The defendant committed this act by means of an assault consisting of having in his possession and threatening the use of a 38 caliber handgun, whereby the life of Gertrude P. Reid was threatened and endangered.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| **Date Issued** | **Signature** | |
| --- | --- | --- |
| July 18, 1997 | BR Brumyth | ☒ Magistrate ☐ Deputy CSC ☐ Clerk Of Superior Court ☐ Assistant CSC |

| **Date Of Service** | **Location Of Court** District Criminal | **Court Date** 8-5-97 | **Court Time** 9:30 ☒ AM ☐ PM |
| --- | --- | --- | --- |
| | Monroe | | |

District Attorney

Attorney For Defendant At Time Of Trial Or Plea

Robyn Edwards | Goodwin

**PRIOR CONVICTIONS:**
- ☑ Appointed
- ☐ Retained
- ☐ Waived

No. Level: ☐ 0 (0) ☐ I (1-4) ☐ III (5+)

**VERDICT:**
- ☐ guilty
- ☐ guilty
- ☐ not guilty

☐ DOC. Pretrial credit _____ days served.

M.C.L. ☐ A1 ☐ A1 ☐ 1
M.C.L. ☐ A1 ☐ A1 ☐ 2
☐ ☐ ☐ 3

---

## RETURN OF SERVICE

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the warrant and any information obtained about the whereabouts of the defendant.

I certify that this Warrant was received and served as follows:

Date Received | Date Served
7-1-97 | 7-18-97

☑ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Name Of Judicial Official

Signature Of Officer Making Return | Department Or Agency Of Officer

Date | Signature

---

## REDELIVERY

I certify that this Warrant was received and served as follows:

Date Received | Date Served | Date Returned

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return | Department Or Agency Of Officer

Date | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC

---

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.

☐ The current pretrial release order is modified as follows:

Date Waived

---

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

Signature Of Defendant | Signature Of Attorney

Date

---

AOC-CR-100, Side Two
Rev. 12/95 (Structured Sentencing)

---

☐ This appearance is set at _____

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea, on the above verdict

It is ORDERED that the defendant:

**PLEA:**
- ☐ guilty
- ☐ guilty
- ☐ no contest
- ☐ no contest
- ☐ not guilty

☐ be imprisoned for a term of _____ days in the custody of the sheriff.

☐ Work release ☐ is recommended ☐ is not recommended ☐ is ordered. (use form AOC-CR-602.)

☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.

☐ The Court finds that a _____

☐ With defendant's consent, execution of the sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution* | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

☐ 6. complete _____ hours of community service during the first _____ days as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within _____ days.

☐ 7. not be found in or on the premises of the complainant or _____

☐ 8. not assault, communicate with or be in the presence of the complainant or _____

☐ 9. Other: _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
- ☐ case be consolidated for judgment with
- ☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____, and the defendant is bound over to the Superior Court for action by the Grand Jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

Defendant waives preliminary hearing and is ordered held for trial at next criminal terms of Superior Court. Bond to, his appearance is set at same bond - no contact w/pros w.t.

Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge
9-10-97 | Joseph T. Williams | [signature]

---

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC

NOTE: If DWI, use AOC-CR-301 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

▶ File No.
**97 CRS 010080**

In The General Court Of Justice
Superior Court Division

County
**Union**

**STATE VERSUS**

Name Of Defendant
Kosoul Chanthakoummane

## INDICTMENT
ROBBERY WITH DANGEROUS WEAPON (1222)

| Date Of Offense | Offense In Violation Of G.S. |
|---|---|
| July 17, 1997 | 14-87 |

The jurors for the State upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did steal, take, and carry away another's personal property,

a motor vehicle, to wit: a 1994 model Plymouth automobile

_____

_____

of the value of XXXXXXXXXXXXXXXXXXXXXXXXX dollars, from the presence, person, place of business, and residence of

Betty Jean Cash

The defendant committed this act having in possession and with the use and threatened use of firearms and other

dangerous weapons, implements, and means,

a firearm, to wit: a handgun

whereby the life of  Betty Jean Cash

was endangered and threatened.

_____

_Signature Of Prosecutor_

| WITNESSES | | |
|---|---|---|
| ☒ R. L. Rollins, UCSO | | ☐ |
| ☐ | A. JAMIE CLAYS? | ☐ |
| ☐ | | ☐ |
| ☐ | | ☐ |

The Witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and, after hearing testimony, this Bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

| Date | Signature Of Grand Jury Foreman |
|---|---|
| October 30, 1997 | |

AOC-CR-135

Rev. 12/95 (Structured Sentencing)

AOC-CR-100

(Over)

347

**WARRANT FOR ARREST**

## STATE OF NORTH CAROLINA

Union | County | In The General Court Of Justice
District Court Division

Offense
Robbery with a Dangerous Weapon

THE STATE OF NORTH CAROLINA VS.

Name, Address & Telephone No. Of Defendant
Kosoul Chanthakoummane
2530 Fort St.
Charlotte, NC 28205

| Race | Sex | Date Of Birth | Age |
|------|-----|---------------|-----|
| W | M | 10-1-80 | 16 |

Social Security No.
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

Drivers License No. & State

Name Of Defendant's Employer
None

Offense Code
14-87

Offense In Violation Of G.S.
14-87

Date Of Offense
July 17, 1997

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)
A9621W

Complainant (Name, Address Of Department, Phone No.)
Det. R.L. Rollins
Union County Sheriff's Offic
3344 Presson Rd.
Monroe, NC 28112    283-3887

Witnesses (Names, Addresses, Phone Numbers)
Betty Jean Cash
5904 Rockwell Drive
Indian Trail, NC 28079    882-2860

Date Issued
July 18 1997

Date Of Service

To any officer with authority and jurisdiction to execute a warrant for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did steal, take, and carry away another's personal property, a 1994 Plymouth Acclaim automobile, NC reg. DTN-8174, having a value of $6000.00, from the person and presence of Betty Jean Cash. The defendant committed this act by means of an assault consisting of having in his possession and threatening the use of a 38 caliber handgun, whereby the life of Betty Jean Cash was threatened and endangered.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

Signature
D.R. Bae Verysmile

☒ Magistrate
☐ Assistant CSC
☐ Deputy CSC
☐ Clerk Of Superior Court

Location Of Court
District Criminal    Monroe

| Court Date | Court Time | |
|------------|------------|---|
| 8-5-97 | 6:30 | ☒ AM ☐ PM |

348

**RETURN OF SERVICE**

I certify that this Warrant was received and served as follows:

☐ This Warrant WAS served for the following reason:

Date Received  1-8-97    Date Served  1-8-97    Date Returned

Signature Of Officer Making Return

Name Of Judicial Official

☐ By arresting the defendant and bringing the defendant before:

☐ This Warrant WAS NOT served for the following reason:

Name Of Officer Making Return

Signature Of Officer Making Return

Department Or Agency Of Officer

Date    Signature

**RETURN FOLLOWING REDELIVERY**

I certify that this Warrant was received and served as follows:

Date Received    Date Served    Date Returned

☐ Dep. CSC
☐ Assist. CSC
☐ CSC

**REDELIVERY**

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

Department Or Agency Of Officer

Date    Signature

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the
Superior Court.

☐ The current pretrial release order is modified as follows:

Date    Signature Of District Court Judge

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her
attorney, waives the right to a probable cause hearing.

Date Waived    Signature Of Attorney

Signature Of Defendant

AOC-CR-100, Side Two
Rev. 12/95 (Structured Sentencing)

NOTE:  If DWI, use AOC-CR-301 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

District Attorney    Attorney For Defendant At Time Of Trial Or Plea

Robyn Edwards    Goodwin

PRIOR CONVICTIONS:
No./Level: 0    ☐ I (0)    ☐ II (1-4)    ☐ III (5

M.C.L.    ☐ A1 ☐ 1 ☐ 2
M.C.L.    ☐ A1 ☐ 1 ☐ 2

☐ Appointed  ☐ Retained  ☐ Waived

PLEA:  ☐ guilty  ☐ guilty  ☐ no contest
☐ guilty  ☐ not guilty

VERDICT:  ☐ guilty
☐ guilty
☐ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea, on the above verdict
it is ORDERED that the defendant:

☐ be imprisoned for a term of ____ days in the custody of the sheriff.  ☐ DOC. Pretrial credit ____ days served.

☐ pay costs and a fine of $ ____

☐ Work release ☐ is recommended.  ☐ is not recommended.  [ ☐ is ordered. (use form AOC-CR-602) ]

☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.

☐ With defendant's consent, execution of the sentence is suspended and the defendant is placed on unsupervised probation for ____
months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or
other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of
vocational training that will equip the defendant for suitable employment, and abide by all rules of the Court. (4) satisfy child
support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

Fine    Restitution    Attorney's Fee    Community Service Fee    Other
$    $    $    $    $

☐ complete ____ hours of community service during the first ____ days of probation, as directed by the community
service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within ____ days.

6. ____

7. not be found in or on the premises of the complainant or ____

8. not assault, communicate with or be in the presence of the complainant or ____

9. Other: ____

It is ORDERED that this:

☐ Judgment is continued upon payment of costs.

☐ case be consolidated for judgment with ____

☐ sentence is to run at the expiration of the sentence in ____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the
sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the
conditions of release pending appeal.

**PROBABLE CAUSE:**  ☐ Probable cause is found as to all Counts except ____

☐ Probable cause is found as to Count(s) ____    ☐ No probable cause is found as to Count(s) ____

and the defendant is bound over to Superior Court
for action by the grand jury.

Defendant waives preliminary hearing and is ordered held
for trial at next criminal terms of Superior Court. Bond for
his appearance is set at  Same bond - No contact w/pro wit

Date  9-16-97    Name Of District Court Judge (Type Or Print)  Joseph J. Williams    Signature Of District Court Judge

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

Date    Date Delivered To Sheriff    Signature

☐ Dep. CSC
☐ Assist. CSC  ☐ CS

# STATE OF NORTH CAROLINA

Union County

In The General Court Of Justice
Superior Court Division

File No. 97 CRS 010081

STATE VERSUS

Name Of Defendant
Kosoul Chanthakoumane

| | |
|---|---|
| Offense In Violation Of G.S. | Date Of Offense |
| 14-72(a), 14-71.1 | July 17, 1997 |

## INDICTMENT

I. FELONIOUS LARCENY (2321)

II. FELONIOUS POSSESSION OF STOLEN GOODS (2341)

I. The jurors for the State upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did steal, take and carry away

a motor vehicle, to wit: a 1994 model Plymouth automobile

the personal property of Betty Jean Cash

having a value of more than one-thousand dollars ($1,000.00) dollars.

II. And the jurors for the State upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess the personal property described in Count I above, which property was stolen property, being the personal property of the person, corporation, and other legal entity described in Count I above, and having the value described in Count I above, knowing and having reasonable grounds to believe the property to have been feloniously stolen and taken.

Signature Of Prosecutor

### WITNESSES

| | |
|---|---|
| ☒ R. L. Rollins, UCSO | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |
| ☐ Linda | ☐ |

The Witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and, after hearing testimony, this Bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

Date
October 20, 1997

Signature Of Grand Jury Foreman
Betty McDonald

**349**

File No. **97CR 16081**

# STATE OF NORTH CAROLINA

Union _____ County

In The General Court Of Justice
District Court Division

## WARRANT FOR ARREST

**Offense**
Felonious Larceny

**Name, Address & Telephone No. Of Defendant**
THE STATE OF NORTH CAROLINA VS.
Kosoul Chanthakoummane
2530 Fort St.
Charlotte, NC 28205

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 10-1-80 | 16 |

**Social Security No.**
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

**Drivers License No. & State**

**Name Of Defendant's Employer**
None

**Offense Code**
2321

**Date Of Offense**
July 17, 1997

**Offense In Violation Of G.S.**

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**
NQ6251W

**Complainant (Name, Address Of Department, Phone No.)**
Det. R.L. Rollins
Union County Sheriff's Office
3344 Presson Rd.
Monroe, NC 28112        283-3887

**Witnesses (Names, Addresses, Phone Numbers)**
Betty Jean Cash
5904 Rockwell Drive
Indian Trail, NC 28079        882-2860

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did steal, take, and carry away a 1994 Plymouth Acclaim 4 door sedan NC reg-DTN-8174 the personal property of Betty Jean Cash, such property having a value of $6000.00.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

**Date Issued**
July 18, 1997

**Signature**
B.R. Baldwright
☒ Magistrate
☐ Assistant CSC
☐ Deputy CSC
☐ Clerk Of Superior Court

**Date Of Service**

| Location Of Court | | Court Date | Court Time |
|---|---|---|---|
| District | Criminal Monroe | 8-5-97 | 9:30 ☒AM ☐PM |

(Over)

AOC-CR-100
Rev. 1295 (Structured Sentencing)

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the warrant and any information obtained about the whereabouts of the defendant.

## RETURN OF SERVICE

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Date Returned |
|---|---|---|
| 1-18-97 | 1-18-97 | |

☒ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Department Or Agency Of Officer
☐ Dep. CSC
☐ Assist. CSC
☐ CSC

## REDELIVERY

| Date | Signature |
|---|---|

### RETURN FOLLOWING REDELIVERY

I certify that this Warrant was received and served as follows:

| Date Received | Date Served | Date Returned |
|---|---|---|

☐ By arresting the defendant and bringing the defendant before:

Name Of Judicial Official

☐ This Warrant WAS NOT served for the following reason:

Signature Of Officer Making Return

Department Or Agency Of Officer

## APPEAL ENTRIES

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

Date          Signature Of District Court Judge

## WAIVER OF PROBABLE CAUSE HEARING

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

Date Waived          Signature Of Defendant

Signature Of Attorney

AOC-CR-100, Side Two
Rev. 12/95 (Structured Sentencing)

NOTE: If DWI, use AOC-CR-301 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

**351**

Main/right section:

| District Attorney | Attorney For Defendant | At Time Of Trial Or Plea | ✗ Appointed |
|---|---|---|---|
| Robyn Edwards | Goodwin | | ☐ Retained ☐ Waived |

PRIOR CONVICTIONS:
No./Level: 0 ☐ I (0) ☐ II (1-4) ☐ III (5+)
M.C.L. ☐ A1 ☐ 1 ☐ 2 ☐ 3
M.C.L. ☐ A1 ☐ 1 ☐ 2 ☐ 3

PLEA: ☐ guilty ☐ no contest    VERDICT: ☐ guilty
☐ guilty ☐ no contest    ☐ guilty
☐ not guilty    ☐ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea, on the above verdict
it is ORDERED that the defendant: ☐ pay costs and a fine of $ _____
☐ be imprisoned for a term of _____ days in the custody of the sheriff. ☐ DOC. Pretrial credit _____ days served.
☐ Work release ☐ is recommended. [ ☐ is not recommended. ☐ is ordered. *(use form AOC-CR-602.)*
☐ The Court finds that a ☐ shorter ☐ longer period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.
☐ With defendant's consent, execution of the sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

| Fine | Restitution* | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. Other: _____

Defendant waives preliminary hearing and is ordered held
for trial at next criminal terms of Superior Court. Bond for
**his appearance is set at** _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with
☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver **two** certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ **PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____
for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ , and the defendant is bound over to Superior Court of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| 9-16-97 | Joseph Williams | |

## CERTIFICATION

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature |
|---|---|---|

☐ Dep. CSC
☐ Assist. CSC ☐ CSC

File No.

97CR 10082

**WARRANT FOR ARREST**
I. FELONIOUS BREAKING AND ENTERING
II. FELONIOUS LARCENY AND
III. FELONIOUS POSSESSION

**THE STATE OF NORTH CAROLINA VS.**

Name, Address & Telephone No. Of Defendant
Kosoul Chanthakoummane
2530 Fort St.
Charlotte, NC 28205

| Race | Sex | Date Of Birth | Age |
|------|-----|---------------|-----|
| W | M | 10-1-80 | 16 |

Social Security No.
93-66-7124

Drivers License No. & State

Name Of Defendant's Employer
None

| Offense Code | Offense In Violation Of G.S. |
|--------------|------------------------------|
| I 2112 | 14-54(a), -72(b)(2), -71.1 |
| II 2356 | Date Of Offense |
| III 2341 | July 17, 1997 |

Place Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

A19 G 35(44)

Complainant (Name, Address Or Department, Phone No.)
Det. R.L. Rollins
Union County Sheriff's Office
3344 Presson Rd.
Monroe, NC 28112      283-3887

Witnesses (Names, Addresses, Phone Numbers)
Gertrude P. Reid
1800 Weddington Rd.
Matthews, NC 28105      846-2014
Betty Jean Cash
5904 Rockwell Dr. Indian Trail, NC
                        892-2860

Date Issued
July 18 1997

DC-CR-103
Rev. 3/95 (Structured Sentencing)

---

**STATE OF NORTH CAROLINA**

Union _____ County

In The General Court Of Justice
District Court Division

To any officer with authority and jurisdiction to execute a warrant or arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that:

I. FELONIOUS BREAKING AND ENTERING [G.S. 14-54(a)]
On or about the date of offense shown and in the county named above the defendant named above did unlawfully, willfully and feloniously break and enter a building occupied by Gertrude P. Reid used as a __residence__ located at __1800 Weddington Road, Weddington__ with the intent to commit a felony therein: larceny.

II. FELONIOUS LARCENY [G.S. 14-72(b)(2)]
And, on or about the date of offense shown and in the county named above the defendant named above did unlawfully, willfully and feloniously steal, take and carry away a quantity of US currency & a set of car keys to a 1994 Plymouth automobile

the personal property of Gertrude P. Reid & Betty Jean Cash having a value of $ 100.00 _____ pursuant to the commission of the felonious breaking and entering described in the charge above.

III. FELONIOUS POSSESSION [G.S. 14-71.1]
And, on or about the date of offense shown and in the county named above, the defendant named above unlawfully, willfully and feloniously did possess the personal property described in Count II above, which property was stolen property, being the personal property of the person, corporation, and other legal entity described in Count II above, and having the value described in Count II above, knowing and having reasonable grounds to believe the property to have been feloniously stolen and taken pursuant to the felonious breaking and entering described in Count I above.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

Signature
B.R. Bashiyah

☒ Magistrate
☐ Deputy CSC
☐ Assistant CSC
☐ Clerk Of Superior Court

| Location Of Court | |
| District Criminal | Monroe |
| Court Date | Court Time |
| 8-5-97 | 9:30  ☒ AM  ☐ PM |

(Over)

**District Attorney** Robyn Edwards   **Attorney For Defendant/At Time Of Trial Or Plea** Goodwin   ☐ Appointed ☐ Retained

PLEA: ☐ guilty   VERDICT: ☐ guilty
☐ guilty   ☐ no contest   ☐ guilty
☐ no contest   ☐ not guilty
☐ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict
It is ORDERED that the defendant: ☐ pay costs and a fine of $ ____
☐ be imprisoned for a term of ____ days in the custody of the sheriff. ☐ DOC. Pretrial credit ____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended. [ ☐ is ordered. (use form AOC-CR-602.)]
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.
With defendant's consent, execution of the sentence is suspended and the defendant is placed on unsupervised probation for ____
months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or
other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of
vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child
support and family obligations, as required by the Court. (5) pay to the Clerk the costs of court and any additional sums shown below.

| Fine | Restitution* | Attorney's Fee | Community Service Fee | Other |
|------|-------------|----------------|----------------------|-------|
| $ | $ | $ | $ | $ |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution.

6. ☐ complete ____ hours of community service during the first ____ days of probation, as directed by the community
service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within ____ days.
7. ☐ not be found in or on the premises of the complainant or ____
8. ☐ not assault, communicate with or be in the presence of the complainant or ____
9. ☐ Other: ____

defendant waives preliminary hearing and is ordered held
for trial at next criminal terms of Superior Court. Bond in ____
his appearance is set at ____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
☐ case be consolidated for judgment with ____
☐ sentence is to be run at the expiration of the sentence in ____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the
sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the
conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except ____ , and the defendant is bound over to Superior Court
for action by the grand jury. ☐ No probable cause is found as to Count(s) ____ of this Warrant, and said Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|------|---------------------------------------------|----------------------------------|
| 9-16-97 | Joseph J. Williams | [signature] |

CERTIFICATION
I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature |
|------|--------------------------|-----------|
| | | |

NOTE: *If DWI, use AOC-CR-301 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation,
use AOC-CR-604.*

---

**RETURN OF SERVICE**

If this Warrant For Arrest is not served within one hundred and eighty
(180) days, it must be returned to the Clerk of Court in the county in which
it was issued with the reason for the failure of service noted thereon. The
officer must state all steps taken by the department in attempting to
execute the warrant and any information obtained about the whereabouts
of the defendant.

I certify that this Warrant was received and served as follows:

| Date Received | Date Served |
|---------------|-------------|
| 7-18-97 | 7-18-97 |

☒ By arresting the defendant and bringing the defendant before:

☐ This Warrant WAS NOT served for the following reason:

**Name Of Judicial Official**

**Signature Of Officer Making Return** [signature]

**Department Or Agency Of Officer** BCSO

**REDELIVERY**

| Date | Signature | ☐ Dep. CSC ☐ Assist. CSC ☐ CSC |
|------|-----------|--------------------------------|

**RETURN FOLLOWING REDELIVERY**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served |
|---------------|-------------|
| | |

☐ By arresting the defendant and bringing the defendant before:

**Name Of Judicial Official**

☐ This Warrant WAS NOT served for the following reason:

**Signature Of Officer Making Return**

**Department Or Agency Of Officer**

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the
Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|------|-----------------------------------|

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her
attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|-------------|------------------------|

AOC-CR-103, Side Two
Rev. 3/95 (Structured Sentencing)

353

# STATE OF NORTH CAROLINA

In the General Court of Justice
Superior Court Division

_____ Union _____ County

**File No.**

97 CRS 010083

**Film No.**

---

| STATE VERSUS | |
|---|---|
| Defendant | **INDICTMENT** |
| Kosoul Chanthakoummane | |
| Date of Offense / Offense in Violation of G.S. | |
| July 17, 1997 / 14-71.1 | POSSESSION OF STOLEN GOODS |

The jurors for the State upon their oath present that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

possess a motor vehicle, to wit: a 1992 model Honda automobile, the personal property of Joanie P. Mohler, valued at $10,000.00, which property was stolen property, knowing and having reasonable grounds to believe the property to have been feloniously stolen, taken and carried away.

A TRUE COPY

**Signature of Prosecutor**

---

## WITNESSES

| | |
|---|---|
| ☒ R. L. Rollins, UCSO | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |

The witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury and, after hearing testimony, this bill was found to be:

☒ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL

**354**

| Date | Signature of Grand Jury Foreman |
|---|---|
| | |

| File No. | |
|---|---|
| 97 CR 10083 | |

# WARRANT FOR ARREST

**Offense**
Felonious Possession of Stolen Goods

THE STATE OF NORTH CAROLINA VS.

**Name, Address & Telephone No. Of Defendant**
Kosoul Chanthakoummane
2530 Fort St.
Charlotte, NC 28205

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| W | M | 10-1-80 | 16 |

**Social Security No.**
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

**Drivers License No. & State**

**Name Of Defendant's Employer**
None

| Offense Code | Offense In Violation Of G.S. |
|---|---|
| 0341 | 14-71.1 |
| | **Date Of Offense** |
| | July 17, 1997 |

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**
N96251W

**Complainant (Name, Address Or Department, Phone No.)**
Det. R.L. Rollins
Union County Sheriff's Office
3344 Presson Rd.
Monroe, NC 28112    283-3887

**Witnesses (Names, Addresses, Phone Numbers)**
Joanie P. Mohler
2416 Bell Site Drive
Mount Holly, NC 28120    822-1348

**Date Issued**
July 18 1997

**Date Of Service**

2 55

---

# STATE OF NORTH CAROLINA

In The General Court Of Justice
District Court Division

Union _____ County

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

possess a 1992 Honda Accord 4 door sedan, Florida registration URX-19M, the personal property of Joanie P. Mohler, valued at $10,000.00, which was stolen property, knowing and having reasonable grounds to have been feloniously stolen, taken and carried away.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

**Signature**
B.R. Rodriguez

☒ Magistrate
☐ Assistant CSC
☐ Deputy CSC
☐ Clerk Of Superior Court

| Location Of Court | |
|---|---|
| District Criminal | Monroe |
| **Court Date** | **Court Time** |
| 8-5-97 | 9:30  ☒ AM  ☐ PM |

(Over)

AOC-CR-100
Rev. 12/95 (Structured Sentencing)

If this Warrant For Arrest is not served within one hundred and eighty (180) days, it must be returned to the Clerk of Court in the county in which it was issued with the reason for the failure of service noted thereon. The officer must state all steps taken by the department in attempting to execute the warrant and any information obtained about the whereabouts of the defendant.

**RETURN OF SERVICE**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served |
|---|---|
| 7-18-97 | 7-18-97 |

☒ By arresting the defendant and bringing the defendant before:

_Name Of Judicial Official_

☐ This Warrant WAS NOT served for the following reason:

_Signature Of Officer Making Return_

Department Or Agency Of Officer

 ☐ Dep. CSC
☐ Assist. CSC
☐ CSC

0350

**RETURN FOLLOWING REDELIVERY**

I certify that this Warrant was received and served as follows:

| Date Received | Date Served |
|---|---|
| | |

☐ By arresting the defendant and bringing the defendant before:

_Name Of Judicial Official_

☐ This Warrant WAS NOT served for the following reason:

_Signature Of Officer Making Return_

Department Or Agency Of Officer

**REDELIVERY**

| Date | Signature |
|---|---|
| | |

☐ Dep. CSC
☐ Assist. CSC
☐ CSC

**APPEAL ENTRIES**

☐ The defendant, in open court, gives notice of appeal to the Superior Court.
☐ The current pretrial release order is modified as follows:

| Date | Signature Of District Court Judge |
|---|---|

**WAIVER OF PROBABLE CAUSE HEARING**

The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant |
|---|---|

356

AOC-CR-100, Side Two
Rev. 12/95 (Structured Sentencing)

---

| District Attorney | Attorney For Defendant At Time Of Trial Or Plea | Appointed ☒ |
|---|---|---|
| Robyn Edwards | Goodwin | Retained ☐  Waived ☐ |

PLEA: ☐ guilty  ☐ no contest          VERDICT: ☐ guilty
      ☐ guilty  ☐ no contest                   ☐ guilty
      ☐ not guilty                             ☐ not guilty

**JUDGMENT:** The defendant appeared in open court and freely, voluntarily and understandingly entered the above plea; on the above verdict it is ORDERED that the defendant:

☐ be imprisoned for a term of _____ days in the custody of the sheriff.          ☐DOC. Pretrial credit _____ days served.
☐ Work release ☐ is recommended. ☐ is not recommended.     [ ☐ is ordered. *(use form AOC-CR-602.)*
☐ The Court finds that a ☐ longer ☐ shorter period of probation, than that which is specified in G.S. 15A-1343.2(d), is necessary.
With defendant's consent, execution of the sentence is suspended and the defendant is placed on unsupervised probation for _____ months, subject to the following conditions: (1) commit no criminal offense in any jurisdiction. (2) possess no firearm, explosive or other deadly weapon listed in G.S. 14-269. (3) remain gainfully and suitably employed or faithfully pursue a course of study or of vocational training, that will equip the defendant for suitable employment, and abide by all rules of the institution. (4) satisfy child support and family obligations, as required by the Court. (5) pay to Clerk the costs of court and any additional sums shown below.

| Fine | Restitution* | Attorney's Fee | Community Service Fee | Other |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

☐ 6. complete _____ hours of community service during the first _____ days of probation, as directed by the community service coordinator, and pay the fee prescribed by G.S. 143B-475.1(b) within _____ days.
☐ 7. not be found in or on the premises of the complainant or _____
☐ 8. not assault, communicate with or be in the presence of the complainant or _____
☐ 9. Other: _____

Defendant waives preliminary hearing and is ordered held
for trial at next criminal terms of Superior Court. Bond for
his appearance is set at _____

It is ORDERED that this: ☐ Judgment is continued upon payment of costs.
                        ☐ case be consolidated for judgment with
                        ☐ sentence is to run at the expiration of the sentence in _____

☐ **COMMITMENT:** It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff and that the sheriff cause the defendant to be retained in custody to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

**PROBABLE CAUSE:** ☐ Probable cause is found as to all Counts except _____ and the defendant is bound over to Superior Court for action by the grand jury. ☐ No probable cause is found as to Count(s) _____ of this Warrant, and the Count(s) is dismissed.

| Date | Name Of District Court Judge (Type Or Print) | Signature Of District Court Judge |
|---|---|---|
| 9-16-97 | Joseph D. Turner | |

**CERTIFICATION**

I certify that this Judgment is a true and complete copy of the original which is on file in this case.

| Date | Date Delivered To Sheriff | Signature | ☐ Dep. CSC  ☐ CSC |
|---|---|---|---|
| | | | ☐ Assist. CSC  ☐ CSC |

**PRIOR CONVICTIONS:**
No./Level: 0 ☐ I (0)  ☐ II (1-4)  ☐ III (5+)
M.C.L. ____ ☐ A1 ☐ 1 ☐ 2 ☐ 3
M.C.L. ____ ☐ A1 ☐ 1 ☐ 2 ☐ 3

**NOTE:** If DWI, use AOC-CR-301 (active) or AOC-CR-310 (probation). If active sentence to DOC, use AOC-CR-602. If supervised probation, use AOC-CR-604.

# STATE OF NORTH CAROLINA

_____ **Union** _____ County

File No. **97 CRS 10077 — 10082**

In The General Court Of Justice
☐ District ☒ Superior Court Division

### STATE VERSUS

Name Of Defendant
**Kosouc Chanthakoumane**

DOB **10-1-80**  Age **17**  Highest Level Of Education Completed

**TRANSCRIPT OF PLEA**

G.S. 15A-1022

The defendant, having offered a plea of _**Guilty**_ and being first duly sworn, makes the following answers to the questions set out below:

**Answers**

1. Are you able to hear and understand me? (1) **Yes**

2. Do you understand that you have the right to remain silent and that any statement you make may be used against you? (2) **Yes**

3. At what grade level can you read and write? (3) **9th**

4. (a) Are you now under the influence of alcohol, drugs, narcotics, medicines, pills, or any other intoxicants? (4a) **No**
   (b) When was the last time you used or consumed any such substance? (4b) **1995**

5. Have the charges been explained to you by your lawyer, and do you understand the nature of the charges, and do you understand every element of each charge? (5) **Yes**

6. (a) Have you and your lawyer discussed the possible defenses, if any, to the charges? (6a) **Yes**
   (b) Are you satisfied with your lawyer's legal services? (6b) **Yes**

7. (a) Do you understand that you have the right to plead not guilty and be tried by a jury? (7a) **Yes**
   (b) Do you understand that at such trial you have the right to confront and to cross examine witnesses against you? (7b) **Yes**
   (c) Do you understand that by your plea(s) you give up these and your other constitutional rights relating to a trial by jury? (7c) **Yes**

8. Do you understand that, if you are not a citizen of the United States of America, your plea(s) of guilty or no contest may result in deportation, the exclusion from admission to this country, or the denial of naturalization under federal law? (8) **US citizen**

9. (if applicable) Do you understand that upon conviction of a felony that you automatically forfeit any licensing privileges as defined by G.S. 15A-1331A for the full term:

   ☐ (a) (FSA cases only occurring on or after May 1, 1994) of the maximum sentence of imprisonment imposed at the time of conviction if: (1) you are offered a suspended sentence on condition that you accept probation and you refuse probation, or (2) your probation is revoked or suspended and the Court makes findings that you failed to make reasonable efforts to comply with the conditions of probation. (9a) **N/A**

   ☐ (b) (Structured Sentencing cases committed on or after October 1, 1994) of the period you are placed on probation if: (1) your probation is revoked or suspended, or (2) (for offenses committed before 1/1/97) you are offered a suspended sentence on condition you accept probation and you refuse probation. G.S. 15A-1331A(b). (9b) **N/A**

10. Do you understand that you are pleading (guilty) (no contest) to the charges shown on the attached sheet, which carry the total punishments listed. (10) **Yes**

11. Do you now personally plead (guilty) (no contest)? (11) **Yes**

12. (a) (if applicable) Are you in fact guilty? (12a) **Yes**
    (b) (if applicable) Do you understand that upon your plea of no contest you will be treated as being guilty whether or not you admit your guilt? (12b) **N/A**
    (c) (if applicable) (Alford Plea)
    (1) Do you now consider it to be in your best interest to plead guilty? (12c1) **N/A**
    (2) Do you understand that upon your "Alford Plea" you will be treated as being guilty whether or not you admit that you are in fact guilty? (12c2) **N/A**

13. Have you agreed to plead as part of a plea arrangement? Before you answer, I advise you that the Courts have approved plea negotiating, and if there is such, you may advise me truthfully without fear of incurring my disapproval? (13) **Yes**

14. *(if applicable)* The prosecutor and your lawyer have informed the Court that these are all the terms and conditions of your plea: *(See attachment for additional plea arrangements, including voluntary dismissals.)*

**Answers**

Upon guilty plea to 2 counts of Robbery w/ Dangerous Weapon and 2 counts of 2nd Degree Kidnapping, all other charges pending against this Defendant shall be dismissed. The defendant shall receive 2 consecutive 51-71 mos Se in the NC DOC. Defendant shall be given all credit towards sentence for time spent in Custody awaiting tr

(a) Is this correct as being your full plea arrangement? (14a) _Yes_

(b) Do you now personally accept this arrangement? (14b) _Yes_

15. (Other than the plea arrangement between you and the prosecutor) has anyone made any promises or threatened you in any way to cause you to enter this plea against your wishes? (15) _No_

16. Do you enter this plea of your own free will, fully understanding what you are doing? (16) _Yes_

17. Do you have any questions about what has just been said to you or about anything else connected with your case? (17) _No_

I have read or have heard all of these questions and understand them. The answers shown are the ones I gave in open court and they are true and accurate. Neither my lawyer nor anyone else has told me to give false answers in order to have the Court accept my plea in this case. The conditions of the plea as stated above, if any, are accurate.

| SWORN AND SUBSCRIBED TO BEFORE ME | Date 8-6-98 | |
|---|---|---|
| Date 8/6/98 | Signature Ruth C. Bauom, dp | Signature Of Defendant |
| ☑ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | Name Of Defendant (Type Or Print) Kosoul Chanthakoumane | |

**CERTIFICATION BY LAWYER FOR DEFENDANT**

As lawyer for the defendant named above, I hereby certify that the conditions stated above, if any, upon which the defendant's plea was entered are correct and they are agreed to by the defendant and myself. I further certify that I have fully explained to the defendant the nature and elements of the charge(s) to which the defendant is pleading.

| Date 8/6/98 | Name Of Lawyer For Defendant (Type Or Print) Hunt Guynn | Signature Of Lawyer For Defendant Hunt Guynn |
|---|---|---|

**CERTIFICATION BY PROSECUTOR**

As prosecutor for this Prosecutorial District, I hereby certify that the conditions stated above, if any, are the terms agreed to by the defendant and his/her lawyer and myself for the entry of the plea by the defendant to the charge(s) in this case.

| Date 8/6/98 | Name Of Prosecutor (Type Or Print) STEPHEN GOODWIN | Signature Of Prosecutor |
|---|---|---|

**PLEA ADJUDICATION**

Upon consideration of the record proper, evidence presented, answers of defendant, and statements of the lawyer for the defendant and the District Attorney, the undersigned finds:

1. That there is a factual basis for the entry of the plea.
2. The the defendant is satisfied with his/her lawyer.
3. That the defendant is competent to stand trial and that the plea is the informed choice of the defendant and is made freely, voluntarily and understandingly.

The defendant's plea is hereby accepted by the Court and is ordered recorded.

| Date 8/6/98 | Name Of Presiding Judge (Type Or Print) Hon. SANford L. Steelman | Signature Of Presiding Judge Sanford L. Steelman |
|---|---|---|

| | | | STATE VERSUS | | File No. 97CKS 10077 to 10083 | | | | |
|---|---|---|---|---|---|---|---|---|---|

Name Of Defendant
Kosoul Chanthakoumane

**PLEAS**

| Plea* | File Number | Count No.(s) | Offense(s) | Date Of Offense | G.S. No. | F/M | CL | Maximum Punishment |
|---|---|---|---|---|---|---|---|---|
| G | 97CRS10079 | 1 | RWDW | 7-17-97 | 14-87 | F | D | 229 |
| G | 97CRS10080 | 1 | RWDW | 7-17-97 | 14-87 | F | D | 229 |
| G | 97CRS10077 | 1 | 2nd Deg. Kidnap | 7-17-97 | 14-39 | F | E | 98 |
| G | 97CRS10078 | 1 | 2nd Deg. Kidnap | 7-17-97 | 14-39 | F | E | 98 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

A TRUE COPY ... COURT

*G = Guilty
NC = No Contest

**TOTAL MAXIMUM PUNISHMENT** ▶  654 mos.

**MANDATORY MINIMUM FINES & SENTENCES** *(if any)* ▶

359

## DISMISSALS PURSUANT TO PLEA ARRANGEMENTS

| File No. | Count No.(s) | Offense(s) |
|----------|--------------|------------|
| 97 CRS 10081 | 1 | Larceny (F) |
| 97 CRS 10082 | 1 | B + E + Larceny |
| 97 CRS 10083 | 1 | Poss Stolen Goods |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### CERTIFICATION BY PROSECUTOR

The undersigned prosecutor enters a dismissal to the above changes pursuant to a plea arrangement shown on the Transcript Of Plea attached.

| Date 8/6/98 | Name Of Prosecutor (Type Or Print) HUNT GWyN | Signature Of Prosecutor |
|---|---|---|

# STATE OF NORTH CAROLINA

_Union_ County _Monroe_ Seat of Court

**NOTE:** *(This form is to be used for (1) felony offense(s), and (2) misdemeanor offense(s), which are consolidated for judgment with any felony offense(s). Use AOC-CR-301 on DWI.)*

File No. _97CRS10077, 10079_

In The General Court Of Justice
Superior Court Division

## STATE VERSUS

Name Of Defendant
_Kosoul Chanthahoummane_

| Race | Sex | DOB |
|------|-----|-----|
| _W_ | _M_ | _10-1-80_ |

Attorney For State
_Hunt Gwyn_

☐ Def. Found Not Indigent  ☐ Def. Waived Attorney

Attorney For Defendant
_Stephen Goodwin_  ☒ Appointed  ☐ Retained

## JUDGMENT AND COMMITMENT
## ACTIVE PUNISHMENT
### FELONY    AUG 11 1998
(STRUCTURED SENTENCING)
G.S. 15A-1301, 15A-1340.13

The defendant ☐ pled guilty to: ☐ was found guilty by a jury of: ☐ pled no contest to:

| File No.(s) | Off | Offense Description | Offense Date | G.S. No. | F/M | CL. |
|-------------|-----|---------------------|--------------|----------|-----|-----|
| _97CRS10077_ | | _Second degree Kidnapping_ | _2/17/97_ | _14-39_ | _F_ | _E_ |
| _97CRS10079_ | | _Robbery with dangerous weapon_ | _2/17/97_ | _14-87_ | _F_ | _D_ |
| | | _(Consol.)_ | | | | |

**The Court:**
PRIOR  ☒ I  ☐ III  ☐ V
RECORD LEVEL: ☐ II  ☐ IV  ☐ VI

☒ 1. has determined, pursuant to G.S. 15A-1340.14, the prior record points of the defendant to be _0_.
☐ 2. makes no prior record level finding because none is required for Class A felony, enhanced firearm penalty, violent habitual felon, or drug trafficking offenses.

**The Court:**
☐ 1. makes no written findings because the prison term imposed is: ☐ (a) within the presumptive range of sentences authorized under G.S. 15A-1340.17(c). ☐ (b) for a Class A felony. ☐ (c) for enhanced firearm penalty (G.S. 15A-1340.16A). ☐ (d) for an adjudication as a violent habitual felon. G.S. 14-7.12. ☐ (e) for drug trafficking offenses.
☐ 2. makes the Findings of Aggravating and Mitigating Factors set forth on the attached AOC-CR-605.
☒ 3. imposes the prison term pursuant to a plea arrangement as to sentence under Article 58 of G.S. Chapter 15A.
☐ 4. finds the defendant has provided substantial assistance pursuant to G.S. 90-95(h)(5).
☐ 5. adjudges the defendant to be an habitual felon pursuant to Article 2A of G.S. Chapter 14.
☐ 6. finds enhanced punishment from a Class 1 misdemeanor to a Class I felony ☐ G.S. 90-95(e)(3) (drugs); ☐ G.S. 14-3(c) (race, etc.)
☐ 7. finds no Extraordinary Mitigation.
☐ 8. finds the above designated offenses(s) is a reportable conviction involving a minor. G.S. 14-208.6.
☐ 9. finds the defendant is classified as a sexually violent predator. G.S. 14-208.20.

The Court, having considered evidence, arguments of counsel and statement of defendant, finds that the defendant's plea was freely, voluntarily, and understandingly entered, and Orders the above offenses be consolidated for judgment and the defendant be imprisoned

| for a minimum term of: | for a maximum term of: | in the custody of: |
|------------------------|------------------------|---------------------|
| _Fifty one (51)_ months | _Seventy one (71)_ months | ☒ N.C. DOC. ☐ Sheriff pursuant to G.S. 15A-1352(b). ☐ Other |

☐ Class A Felony: ☐ Life Imprisonment Without Parole  ☐ Death (see attached Death Warrant and Certificates)

☐ Class B1 Felony: *Life Imprisonment Without Parole*
☐ Violent Habitual Felon: *Life Imprisonment Without Parole*

The defendant shall be given credit for _325_ days spent in confinement prior to the date of this Judgment as a result of this charge(s).

☐ The sentence imposed above shall begin at the expiration of all sentences which the defendant is presently obligated to serve.
☐ The sentence imposed above shall begin at the expiration of the sentence imposed in the case referenced below:
**(NOTE:** *List the case number, date, county and court in which prior sentence imposed.)*

361

*(check all that apply)*

☐ 1. The defendant shall pay the costs.                        ☐ 2. The defendant shall pay a fine of $ _____ .

**The Court recommends:**

☐ 3. Substance Abuse Treatment Unit pursuant to G.S. 15A-1351(h).   ☐ 4. Psychiatric and/or psychological counseling.

☐ 5. Work Release.

☒ 6. Payment as a condition of post release-supervision, if applicable, or from work release earnings, if applicable, of the items and amounts set out below.

| Fines | Costs | Restitution* | Reimbursement For Attorney Fee & Other | ► Total Amount Due |
|---|---|---|---|---|
| | 255.00 | 710.07 | 2,750.00 | 3715.07 |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

522.32 Betty Jean Cash

187.75 Gertrude P. Reid

Jointly & Severly with Co Df (father Son)

The Court further recommends:

**The Court does not recommend:**

☐ 1. Restitution as a condition of post release supervision or work release.   ☐ 2. Work release.

### AWARD OF FEE TO COUNSEL FOR DEFENDANT

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awarded the defendant's appointed counsel or assigned public defender.

### ORDER OF COMMITMENT/APPEAL ENTRIES

☐ It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ The defendant gives notice of appeal from the judgment of the Superior Court to the Appellate Division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

### SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 8/6/98 | HON. SANford L. Steelman | Sanford L. Steelman |

### ORDER OF COMMITMENT AFTER APPEAL

| Date Appeal Dismissed | Date Withdrawal Of Appeal Filed | Date Appellate Opinion Certified |
|---|---|---|

It is ORDERED that this Judgment be executed. It is FURTHER ORDERED that the sheriff arrest the defendant, if necessary, and recommit the defendant to the custody of the official named in this Judgment and furnish that official two certified copies of this Judgment and Commitment as authority for the commitment and detention of the defendant.

| Date | Signature Of Clerk | ☐ Deputy CSC   ☐ Assistant CSC |
|---|---|---|
| | | ☐ Clerk of Superior Court |

### CERTIFICATION

I certify that this Judgment and Commitment with the attachment marked below is a true and complete copy of the original which on file in this case.

☐ Appeal Entries (AOC-CR-350).
☐ Felony Judgment Findings Of Aggravating And Mitigating Factors (AOC-CR-605).
☐ Judicial Findings As To Forfeiture Of Licensing Privileges (AOC-CR-317).
☐ Commitment Information Statement (DC-600).

| Date | Signature And Seal |
|---|---|
| 8/6/98 | Ruth E. Baucom, Dp |
| Date Certified Copies Delivered To Sheriff  8/11/98 | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Superior Clerk of Court |

AOC-CR-601, Side Two, Rev. 4/98
© 1998 Administrative Office of the Courts

Material opposite unmarked squares is to be disregarded as      nge.

# STATE OF NORTH CAROLINA

_Union_ County _Monroe_ Seat of Court

NOTE: *[This form is to be used for (1) felony offense(s), and (2) misdemeanor offense(s), which are consolidated for judgment with any felony offense(s). Use AOC-CR-301 on DWI]*

File No. _97CRS10078, 10080_

In The General Court Of Justice
Superior Court Division

## STATE VERSUS

Name Of Defendant
_Kosoul Chanthapoummane_

| Race | Sex | DOB |
|------|-----|-----|
| W | M | 10-1-80 |

Attorney For State
_Hunt Gwyn_

☐ Def. Found Not Indigent   ☐ Def. Waived Attorney

Attorney For Defendant
_Stephen Goodwin_   ☒ Appointed  ☐ Retained

**JUDGMENT AND COMMITMENT
ACTIVE PUNISHMENT
FELONY**
(STRUCTURED SENTENCING) AUG 11 1998
G.S. 15A-1301, 15A-1340.1

The defendant  ☐ pled guilty to: ☐ was found guilty by a jury of: ☒ pled no contest to:

| File No.(s) | Off | Offense Description | Offense Date | G.S. No. | F/M | Cl |
|-------------|-----|---------------------|--------------|----------|-----|----|
| 97CRS10078 | | Second degree Kidnapping | 7/17/97 | 14-39 | F | E |
| 97CRS10080 | | Robbery with dangerous weapon | 7/17/97 | 14-87 | F | Z |
| | | (Consol.) | | | | |

**The Court:**
☒ 1. has determined, pursuant to G.S. 15A-1340.14, the prior record points of the defendant to be _0_ .  PRIOR RECORD LEVEL: ☒ I ☐ II ☐ III ☐ IV ☐ V
☐ 2. makes no prior record level finding because none is required for Class A felony, enhanced firearm penalty, violent habitual felon, or drug trafficking offenses.

**The Court:**
☐ 1. makes no written findings because the prison term imposed is: ☐ (a) within the presumptive range of sentences authorized under G.S. 15A-1340.17(c). ☐ (b) for a Class A felony. ☐ (c) for enhanced firearm penalty (G.S. 15A-1340.16A). ☐ (d) for an adjudication as a violent habitual felon. G.S. 14-7.12. ☐ (e) for drug trafficking offenses.
☐ 2. makes the Findings of Aggravating and Mitigating Factors set forth on the attached AOC-CR-605.
☒ 3. imposes the prison term pursuant to a plea arrangement as to sentence under Article 58 of G.S. Chapter 15A.
☐ 4. finds the defendant has provided substantial assistance pursuant to G.S. 90-95(h)(5).
☐ 5. adjudges the defendant to be an habitual felon pursuant to Article 2A of G.S. Chapter 14.
☐ 6. finds enhanced punishment from a Class 1 misdemeanor to a Class I felony ☐ G.S. 90-95(e)(3) (drugs); ☐ G.S. 14-3(c) (race, etc)
☐ 7. finds no Extraordinary Mitigation.
☐ 8. finds the above designated offenses(s) is a reportable conviction involving a minor. G.S. 14-208.6.
☐ 9. finds the defendant is classified as a sexually violent predator. G.S. 14-208.20.

The Court, having considered evidence, arguments of counsel and statement of defendant, finds that the defendant's plea was freely, voluntarily, and understandingly entered, and Orders the above offenses be consolidated for judgment and the defendant be imprisoned

| for a minimum term of: | for a maximum term of: | in the custody of: |
|---|---|---|
| _Fifty one (51)_ months | _Seventy one (71)_ months | ☒ N.C. DOC. |
| ☐ Class A Felony: ☐ Life Imprisonment Without Parole ☐ Death (see attached Death Warrant and Certificates) | | ☐ Sheriff pursuant to G.S. 15A-1352(b). ☐ Other |
| ☐ Class B1 Felony: Life Imprisonment Without Parole | | |
| ☐ Violent Habitual Felon: Life Imprisonment Without Parole | | |

The defendant shall be given credit for _0_ days spent in confinement prior to the date of this Judgment as a result of this charge(s).
☐ The sentence imposed above shall begin at the expiration of all sentences which the defendant is presently obligated to serve.
☒ The sentence imposed above shall begin at the expiration of the sentence imposed in the case referenced below:
(NOTE: List the case number, date, county and court in which prior sentence imposed.)

_97CRS10077, 10079; 8/6/98; Lenoir County criminal Sup. Ct._

*(check all that apply):*

☐ 1. The defendant shall pay the costs.　　　　　☐ 2. The defendant shall pay a fine of $ _____

**The Court recommends:**

☐ 3. Substance Abuse Treatment Unit pursuant to G.S. 15A-1351(h).　☐ 4. Psychiatric and/or psychological counseling.

☐ 5. Work Release.

☐ 6. Payment as a condition of post release supervision, if applicable, or from work release earnings, if applicable, of the items and amounts set out below.

| Fines | Costs | Restitution* | Reimbursement For Attorney Fee & Other | Total Amount Due |
|-------|-------|--------------|----------------------------------------|------------------|
|       |       |              |                                        |                  |

*Name(s), address(es), amount(s) & social security number(s) of aggrieved party(ies) to receive restitution:

The Court further recommends:

**The Court does not recommend:**

☐ 1. Restitution as a condition of post release supervision or work release.　　☐ 2. Work release.

### AWARD OF FEE TO COUNSEL FOR DEFENDANT

☐ A hearing was held in open court in the presence of the defendant at which time a fee, including expenses, was awarded the defendant's appointed counsel or assigned public defender.

### ORDER OF COMMITMENT/APPEAL ENTRIES

☐ It is ORDERED that the Clerk deliver two certified copies of this Judgment and Commitment to the sheriff or other qualified officer and that the officer cause the defendant to be delivered with these copies to the custody of the agency named on the reverse to serve the sentence imposed or until the defendant shall have complied with the conditions of release pending appeal.

☐ The defendant gives notice of appeal from the judgment of the Superior Court to the Appellate Division. Appeal entries and any conditions of post conviction release are set forth on form AOC-CR-350.

### SIGNATURE OF JUDGE

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|------|------------------------------------------|------------------------------|
| 8/6/98 | HON. SANford L. Steelman | Sanford L. Steelman |

### ORDER OF COMMITMENT AFTER APPEAL

| Date Appeal Dismissed | Date Withdrawal Of Appeal Filed | Date Appellate Opinion Certified |
|-----------------------|----------------------------------|----------------------------------|
|                       |                                  |                                  |

It is ORDERED that this Judgment be executed. It is FURTHER ORDERED that the sheriff arrest the defendant, if necessary, and recommit the defendant to the custody of the official named in this Judgment and furnish that official two certified copies of this Judgment and Commitment as authority for the commitment and detention of the defendant.

| Date | Signature Of Clerk | |
|------|--------------------|--|
|      |                    | ☐ Deputy CSC　☐ Assistant CSC |
|      |                    | ☐ Clerk of Superior Court |

### CERTIFICATION

I certify that this Judgment and Commitment with the attachment marked below is a true and complete copy of the original which is on file in this case.

☐ Appeal Entries (AOC-CR-350).

☐ Felony Judgment Findings Of Aggravating And Mitigating Factors (AOC-CR-605).

☐ Judicial Findings As To Forfeiture Of Licensing Privileges (AOC-CR-317).

☐ Commitment Information Statement (DC-600).

| Date | Signature And Seal | |
|------|--------------------|--|
| 8/6/98 | Ruth C Bancom, Dep | |
| Date Certified Copies Delivered To Sheriff | | |
| 8/11/98 | ☑ Deputy CSC　☐ Assistant CSC　☐ Superior Clerk of Court | |

D E H

## STATE OF NORTH CAROLINA

_____ Union _____ County

File No.
97 CRS 10077-10083

In The General Court Of Justice
☐ District ☒ Superior Court Division

### STATE VERSUS

Name And Address Of Defendant

Kosoul Chanthakoummane
2530 Forest Street
Charlotte, NC 28205

| Social Security No. | SID No. |
|---|---|
| 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 | |

| Race | Sex | DOB |
|---|---|---|
| W | M | 10-1-80 |

### WORKSHEET
### PRIOR RECORD LEVEL FOR
### FELONY SENTENCING AND
### PRIOR CONVICTION LEVEL FOR
### MISDEMEANOR SENTENCING
#### (STRUCTURED SENTENCING)

G.S. 15A-1340.14, 15A-1340.21

NOTE: This worksheet is provided to assist the attorney for the state in calculating and presenting the defendant's prior record level or prior conviction level. Record the defendant's prior record on the reverse side of this form or attach a copy of the defendant's prior record pursuant to G.S. 15A-1340.14(f). If sentencing for a felony, count the number of prior convictions in each offense class and enter those totals in the chart in section I below. For multiple prior convictions at one session of court, see G.S. 15A-1340.14(d). Class 1 misdemeanor offenses under Chapter 20 are not assigned any points for determining prior record level for felony sentencing except misdemeanor death by vehicle [G.S. 20-141.4(a2)]. First Degree Rape and First Degree Sexual offense convictions prior to October 1, 1994, are Class B1 convictions.

### I. SCORING PRIOR RECORD/FELONY SENTENCING

| NUMBER | TYPE | FACTORS | POINTS |
|---|---|---|---|
| | Prior Felony Class A Conviction | X10 | |
| | Prior Felony Class B1 Conviction | X 9 | |
| | Prior Felony Class B2 or C or D Conviction | X 6 | |
| | Prior Felony Class E or F or G Conviction | X 4 | |
| | Prior Felony Class H or I Conviction | X 2 | |
| | Prior Class A1 or 1 Misdemeanor Conviction (see note) | X 1 | |
| | | SUBTOTAL ▶ | 0 |
| If all the elements of the present offense are included in the prior offense | | + 1 | |
| If the offense was committed: (a) while on probation, parole, or post-release supervision; or (b) while serving a sentence of imprisonment; or (c) while on escape | | + 1 | |
| | | TOTAL ▶ | 0 |

### II. CLASSIFYING PRIOR RECORD/CONVICTION LEVEL

#### MISDEMEANOR

NOTE: If sentencing for a misdemeanor, total the number of prior conviction(s) listed on the reverse and select the corresponding conviction level.

| No. Of Prior Convictions | Level |
|---|---|
| 0 | I |
| 1-4 | II |
| 5+ | III |

PRIOR CONVICTION LEVEL ▶ [ ]

☐ The Court has determined the number of prior convictions to be _____ and the level to be as show above.

#### FELONY

NOTE: If sentencing for a felony, locate the prior record level which corresponds to the prior record determined in section I above.

| Points | Level |
|---|---|
| 0 | I |
| 1 - 4 | II |
| 5 - 8 | III |
| 9 - 14 | IV |
| 15 - 18 | V |
| 19 + | VI |

PRIOR RECORD LEVEL ▶ [ I ]

365

☐ The Court finds the prior convictions, prior record points and the prior record level of the defendant to be as shown herein.

| Date | Name Of Presiding Judge (Type Or Print) | Signature Of Presiding Judge |
|---|---|---|
| 8/6/98 | Hon/ Sanford L. Steelman | Sanford L. Steelman |

**NOTE:** *Federal law precludes making computer printout of DCI-CCH (rap sheet) part of permanent public court record.*

| Offense | File No. | Date Of Conviction | County (name state, if not N.C.) | Class |
|---------|----------|--------------------|-----------------------------------|-------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

9-16

SEP 1997

# STATE OF NORTH CAROLINA

Union —————— County

File No.
97 CR 10079 — 10083

In The General Court Of Justice
☒ District ☐ Superior Court Division

Name And Address Of Indigent, Juvenile Or Dependent Adult 7 SEP -3 A 10:22

Kosoul Chanthakoummane

Social Security No.
093 - 66 - 7124    ☐ Has No Soc. Sec. No.

## FEE APPLICATION
## ORDER FOR PAYMENT
## JUDGMENT AGAINST INDIGENT
## OR PARENT/GUARDIAN

G.S. Ch. 7A  Art. 36, Art. 38A; Ch. 15A ; 35A-1116; 122C-268(d), -286(d)

**INSTRUCTIONS:**  *Applicant completes and signs Section I.  If no judgment is entered, trial judge completes and signs Section II only.  If judgment is entered, trial judge completes but does not sign Section II, then completes Section IV and signs Section V.  Clerk completes certification and mails to:  Administrative Office of the Courts, Attn: Indigent Program, Controller's Office, Courier Box 56-10-50, Raleigh, NC, OR if courier is not available, mail to P. O. Box 2448, Raleigh, NC 27602.*

### I. APPLICATION

I, the undersigned    ☒ assigned counsel    ☐ public defender    ☐ appellate defender    ☐ guardian ad litem
☐ (other)_____ make application for payment or determination of value of services rendered for the indigent and for reimbursement of necessary expenses incurred.  I certify that this information is correct to the best of my knowledge.

NATURE OF PROCEEDING:  *(check all that apply)*

**Criminal**
☐ Capital
☒ Felony
☐ Misdemeanor
☐ DWI
☐ Non-Support

**Juvenile**
☐ Delinquent
☐ Guardian Ad Litem
   Neglect/Abuse
☐ Neglect/Abuse/Dependency
   (Parent or Custodian)

**Other**
☐ Incompetent
☐ Involuntary Commitment
☐ Court Of Appeals
☐ Supreme Court
☐

| A O C U S E | |
|---|---|
| Fund | 2110 |
| Object | 191 |
| FRC | |
| RCC | |
| Auth. No. | |

Original Charge Or Proceeding
(2) armed robbery ; (F) B+E ; (F) Larceny after B+E ; (F) Poss. of stolen goods ; (F) larceny

Date Of Disposition
9-3-97

Type Of Disposition
Substituted b/c of conflict which came to light

☐ Probation
☐ No Probation

| Time *(attach detailed time sheet when required by trial judge)* | Time In Court | Time In Court Awaiting Call Of Case | Time Out Of Court | Total Time Involved |
|---|---|---|---|---|
| | .50 | 1.0 | 9.75 | 11.25 |

| List Necessary Expenses Incurred: | Travel | Long Distance Telephone | Copying | Witness Fees | Other | Total |
|---|---|---|---|---|---|---|
| | $ 13.20 | $ 5.00 | $ 0 | $ 0 | $ 0 | $ 18.20 |

**NOTE:**  *In assigned counsel cases, the applicant is always the individual attorney appointed in the case.  If payment is to be made to applicant individually, write "same" under payee and give applicant's own taxpayer ID No. (either Social Security No. or Federal Employer ID No. as used by applicant).  If payment is to be made to applicant's firm, give firm name under payee and give firm's taxpayer ID No.*

Taxpayer ID No. (see note)
56 - 1056680

Date
9.3.97

Name Of Applicant
Carl Huffman

Payee (see note)
Robert Huffman

Address
PO Box 1008
Monroe, NC 28111

Signature Of Applicant
[signature]

A TRUE COPY

### II. ORDER TO PAY APPLICANT OR FIX VALUE OF SERVICES

Based on the Findings of Fact set out in Part III, the Court ORDERS that the "Total Amount" stated on Line 3 below be:
☐ paid by the State of North Carolina to the applicant named above.  *(Assigned Counsel/GAL)*
☐ fixed as the value of the legal services and other expenses of representation rendered by the applicant named above.  *(Public/Appellate Defender)*

| | |
|---|---|
| 1. Fees Allowed/Value Of Services Rendered | $ 500.00 |
| 2. Other Necessary Expenses Allowed By Court | $ |
| 3. TOTAL AMOUNT | $ 500.00 |

367

Date
9/4/97

Signature
Kevin M. Bridges

Name Of Judge (Type Or Print)
Hon. Kevin Bridges

## III. FINDINGS OF FACT

After due notice to the indigent named on the reverse or service of a summons on the responsible person named below, and hearing, the Court finds that the indigent, juvenile or dependent adult named on the reverse has previously been adjudged to be an indigent, or is less than 18 years old, or if 18 years old or older remains dependent on and domiciled with the responsible person named below; that he requested and has been provided counsel and other necessary expenses of representation; and that the applicant named on the reverse provided services and incurred expenses of which the money value is that stated in Part II on Line 3 on the reverse.

## IV. JUDGMENT

**NOTE:** *To enter judgment against indigent, check Option "A" and sign Part V. To enter judgment against parent, guardian or trustee of juvenile or dependent adult, check Option "B" and sign Part V.*

☑ **A.** *(Judgment Against Indigent)*  The Court further finds that a judgment of conviction has been entered against the indigent. Based on all of the above findings, it is ORDERED that the State of North Carolina recover from the indigent the "Total Amount" stated in Part II on Line 3 on the reverse, together with interest at legal rate from this date until paid.

☐ *(Check this option when Option "A" is checked and the defendant has <u>cash in hand</u> to pay a portion, but not all, of the judgment.)*  The Court further finds pursuant to G.S. 7A-455(a) that the defendant is presently able financially to pay a portion, but not all, of this Judgment and, based on that finding, it is further ORDERED that the defendant immediately pay to the Clerk of Superior Court the "Amount To Be Paid Now" specified below, and that such amount when paid be credited against this Judgment on the records of the Clerk.

☐ **B.** *(Order For Payment By Responsible Person And Judgment)*  The Court further finds that an order has been entered adjudicating the juvenile to be delinquent, abused, neglected or dependent or that a judgment of conviction has been entered against the dependent adult. The Court further finds that the responsible person named below is the parent, guardian or trustee of the juvenile or dependent adult and is financially able to pay the fees and expenses set out on the reverse and should therefore be held responsible for reimbursing the State for the same. Based on all of the above findings, it is ORDERED that the responsible person shall reimburse the State, within 90 days of the date of this Order, the "Total Amount" stated in Part II on Line 3 on the reverse, by paying the same to the Clerk of Superior Court for transmittal to the State Treasurer. If that amount is not paid in full within that time, the State of North Carolina shall then recover from the responsible person that amount together with interest at the legal rate from the 91st day after this date until paid, and this Judgment shall be docketed on or after that date.

| Name And Address Of Responsible Person | Social Security No. Of Responsible Person |
|---|---|
| | ☐ *Has No Social Security No.* |

## V. SIGNATURE OF JUDGE

The foregoing ORDER TO PAY APPLICANT OR FIX VALUE OF SERVICES, FINDINGS and JUDGMENT shall be entered and filed this day in the office of the Clerk of Superior Court. The Judgment shall become effective as provided by law.

| Date 9/5/97 | Amount To Be Paid Now, If Any $ | Signature Of Judge *Kevin M. Bridges* |
|---|---|---|

## VI. CERTIFICATION

I certify that this is a true and complete copy of the original on file in this case.

| Date 9/8/97 | Signature *Nicole Palmer* | ☑ Deputy CSC ☐ Assistant CSC ☐ CSC |
|---|---|---|

## VII. DOCKETING—CSC USE ONLY

**NOTE:** *Docket this Judgment immediately on the date on which the defendant's conviction becomes final, unless the defendant is ordered as a condition of supervised or unsupervised probation to pay the State for the costs of his representation. If the defendant is so ordered, docket this Judgment immediately on the date on which the defendant's probation is terminated or revoked; docket the amount then owing.*

| Date Of Docketing 9-8-97 | Time 10:22 ☑AM ☐PM | Judgment Docket Book And Page No. 56 -112 | Amount Docketed $ 500.00 |
|---|---|---|---|

B

# STATE OF NORTH CAROLINA

_Union_ ——— County

Name And Address Of Applicant

Kosone Chanlkoummane

☒ Defendant  ☐ Parent/Guardian/Trustee  ☐ _____

Social Security Number: 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
Date Of Birth: 10-1-80

File No. _____

In The General Court Of Justice
☒ District ☐ Superior Court Division

# AFFIDAVIT OF INDIGENCY

G.S. 7A-450 et seq.

Charge: Kidnapping ; (F) larc ; (F) poss of stolen goods

NOTE: _Read the notice on the reverse side before completing this form._

| MONTHLY INCOME | | MONTHLY EXPENSES | |
|---|---|---|---|
| Employment - Applicant | $  0 | Number Of Dependents | 0 |
| Name And Address Of Applicant's Employer _(If not employed, state reason; if self-employed, state trade.)_ | | Shelter ☐ Buying ☐ Renting | $ lives at home |
| | | Food | $ 30 |
| | | Utilities | $ 0 |
| | | Health Care | $ 0 |
| Other Income (Welfare, Food Stamps, S/S, Pensions, etc.) | $ 0 | Installment Payments ☐ Vehicle ☐ Other | $ 0 |
| Employment - Spouse | $ | Support Payments | $ |
| Name And Address Of Spouse's Employer | | Other | $ |
| | | | $ |
| **Total Monthly Income** ▶ | $ 0 | **Total Monthly Expenses** ▶ | $ 30 |

| DESCRIPTION OF ASSETS AND LIABILITIES | ASSETS | LIABILITIES |
|---|---|---|
| Cash On Hand And In Bank Accounts _(List Name of Bank & Account No.)_ | $ 10 | |
| Money Owed To Or Held For Applicant | $ 0 | |
| Motor Vehicles _(List Make, Model, Year)_ | $ 0 _(Fair Market Value)_ | $ _(Balance Due)_ |
| Real Estate | $ _(Fair Market Value)_ | $ _(Balance Due)_ |
| Personal Property | $ 1,500 _(Fair Market Value)_ | $ _(Balance Due)_ |
| Total Owed On Other Installment Accounts | | $ |
| Last Income Tax Filed 19 __ ☐ Refund ☐ Owe | $ | $ |
| Other | $ | $ |
| **Total Assets And Liabilities** ▶ | $ 1,510 | ▶ $ |

Bond Type: Secured  Amount: 30,000  By Whom Posted: A TRUE COPY

Do you have other pending charges in which a lawyer has been appointed? ☐ Yes ☒ No

Name Of Lawyer _____

AOC-CR-226
Rev. 5/86

(Over)  369

# NOTICE TO PERSONS REQUESTING A COURT-APPOINTED LAWYER:

1. When answering the questions on the Affidavit Of Indigency (reverse side of this form), please do not discuss your case with the interviewer. The interviewer can be called as a witness to testify about any statements made in his presence. Please wait and speak with your lawyer. Do not ask the interviewer for any advice or opinion concerning your case.

2. A court-appointed lawyer is not free. If you are convicted or plead guilty, you may be required to repay the cost of your lawyer, as a part of your sentence. The Court may also enter a civil judgment against you. Your North Carolina State Tax Refund may be garnished to pay for the cost of your court- appointed lawyer.

3. The information you provide may be verified, and your signature below will serve as a release permitting the interviewer to contact your creditors, employers, family members, and others concerning your eligibility for a court-appointed lawyer. A false or dishonest answer concerning your financial status could lead to prosecution for perjury.

---

Under penalty of perjury, I declare that the information provided on this form is true and correct to the best of my knowledge, and that I am financially unable to employ a lawyer to represent me. I now request the Court to assign a lawyer to represent me in this case. I authorize the Court to contact my creditors, employers, or family members, any governmental agencies or any other entities listed below concerning my eligibility for a court-appointed lawyer.

I further authorize my creditors, employers, or family members, any governmental agencies or any other entitites listed below to release financial information concerning my eligibility for a court-appointed lawyer upon request of the Court.

*Governmental Agencies Or Other Entities Authorized To Be Contacted And/Or To Release Information*

---

| SWORN AND SUBSCRIBED TO BEFORE ME | *Date* 7-18-97 |
| *Date* | *Date* |
| *Signature* | *Signature Of Applicant* |

| ☐ *Deputy CSC* | ☐ *Assistant CSC* | ☐ *Notary* | ☐ *Defendant* | ☐ *Parent/Guardian/Trustee* | ☐ _____ |
| ☐ *Clerk Of Superior Court* | ☐ *Magistrate* | | | | |

---

**NOTE:** If you are less than 18 years old, or if you are at least 18 years old but remain dependent on and live with a parent or guardian, state name and address of parent, guardian or trustee below.

| *Name Of Parent/Guardian Or Trustee* |
| *Address* |
| *City, State, Zip* |

AOC-CR-226, Side Two
Rev. 5/86

97CR 10677-

# STATE OF NORTH CAROLINA

_____ Union _____ County

File No.

97CR10683

In The General Court Of Justice
☐ District ☐ Superior Court Division

Name Of Defendant, Petitioner, Respondent

Kosou Chanthakoummane

ORDER OF ASSIGNMENT
OR
DENIAL OF COUNSEL

G.S. 7A-450, 7A-451(a

Offense(s) (List Offense(s) Only If File No. Has Not Been Assigned)

From the petition heard in this matter, it appears to the Court that the applicant named above is party to a proceeding or action listed in G.S. 7A-451(a);

and, from the affidavit made by the applicant, and from the inquiry made by the Court; which is documented in the record, it is determined that the applicant;

☐ 1. is not likely to be imprisoned if he/she is convicted of the offense(s) for which he/she is charged; it is ORDERED that the defendant's petition is denied.

☐ 2. is not likely to be imprisoned if he/she is found in contempt; it is ORDERED that the defendant's petition is denied.

☐ 3. is financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is not an indigent and his/her petition is denied.

☒ 4. is **not** financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is an indigent and is entitled to the services of counsel as contemplated by law, and that he/she shall be represented by:

☒ the attorney named below.          ☐ the public defender in this judicial district.

Name Of Appointed Attorney (If Applicable)

Goodwin          substitute

Date

9-16-97

Signature

Frank J. Williams

☒ Judge          ☐ Clerk Of Superior Court

Atty Hufcherson out of town

371

9-10-97

# STATE OF NORTH CAROLINA

Union _____ County

In The General Court Of Justice
☒ District ☐ Superior Court Division

Name Of Defendant, Petitioner, Respondent

Kosoul Chanthakoummane

**ORDER OF ASSIGNMENT
OR
DENIAL OF COUNSEL**
G.S. 7A-450, 7A-451(a)

Offense(s) (List Offense(s) Only If File No. Has Not Been Assigned)

robbery w/dang weap acts) (F) larceny !Bi E/
larceny after B&e / poss stolen goods (E) / acts 2nd degree
kidnapping

From the petition heard in this matter, it appears to the Court that the applicant named above is party to a proceeding or action listed in G.S. 7A-451(a);

and, from the affidavit made by the applicant, and from the inquiry made by the Court, which is documented in the record, it is determined that the applicant;

☐ 1. is not likely to be imprisoned if he/she is convicted of the offense(s) for which he/she is charged; it is ORDERED that the defendant's petition is denied.

☐ 2. is not likely to be imprisoned if he/she is found in contempt; it is ORDERED that the defendant's petition is denied.

☐ 3. is financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is not an indigent and his/her petition is denied.

☒ 4. **is not** financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is an indigent and is entitled to the services of counsel as contemplated by law, and that he/she shall be represented by

☒ the attorney named below.          ☐ the public defender in this judicial district.

| Name Of Appointed Attorney (If Applicable) | Date | 9/3/97 |
|---|---|---|
| Hutcheson | Signature | Kevin M. Bridges |
| | ☒ Judge  ☐ Clerk Of Superior Court | |

C. Huffman has a conflict

A TRUE COPY

372

**STATE OF NORTH CAROLINA**

_Union_ County

File No.
97CR10083

In The General Court Of Justice
☑ District ☐ Superior Court Division

Name Of Defendant, Petitioner, Respondent

Kosoul ChanthaKoummane

**ORDER OF ASSIGNMENT**
**OR**
**DENIAL OF COUNSEL**

G.S. 7A-450, 7A-451(a

Offense(s) (List Offense(s) Only If File No. Has Not Been Assigned)

Kidnapping, (F) Larceny, (F) Poss of stolen goods

From the petition heard in this matter, it appears to the Court that the applicant named above is party to a proceeding or action listed in G.S. 7A-451(a);

and, from the affidavit made by the applicant, and from the inquiry made by the Court, which is documented in the record, it is determined that the applicant;

☐ 1. is not likely to be imprisoned if he/she is convicted of the offense(s) for which he/she is charged; it is ORDERED that the defendant's petition is denied.

☐ 2. is not likely to be imprisoned if he/she is found in contempt; it is ORDERED that the defendant's petition is denied.

☐ 3. is financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is not an indigent and his/her petition is denied.

☑ 4. is **not** financially able to provide the necessary expenses of legal representation; it is ORDERED that the applicant is an indigent and is entitled to the services of counsel as contemplated by law, and that he/she shall be represented by

☑ the attorney named below.     ☐ the public defender in this judicial district.

Name Of Appointed Attorney (If Applicable)

C Huffman

Date

Signature

☐ Judge     ☐ Clerk Of Superior Court

A TRUE COPY

373

SEP 29 1998

# STATE OF NORTH CAROLINA

*Union* _____ County

File No. **FILED** 97 CRS 10077 - 10083

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name And Address Of Indigent, Juvenile Or Dependent Adult
*Kosoul Chanthakoumane*
*2530 Forest St., Charlotte NC 28217*

1998 SEP 29 PM 3:58
UNION COUNTY C.S.C.

**FEE APPLICATION**
**ORDER FOR PAYMENT**
**JUDGMENT AGAINST INDIGENT**
**OR PARENT/GUARDIAN**

Social Security No.
*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*   ☐ Has No Soc. Sec. No.

G.S.-Ch. 7A Art. 36, Art. 38A; Ch. 15A ; 35A-1116; 122C-268(d), -286(d)

**INSTRUCTIONS:** *Applicant completes and signs Section I. If no judgment is entered, trial judge completes and signs Section II only. If judgment is entered, trial judge completes but does not sign Section II, then completes Section IV and signs Section V. Clerk completes certification and mails to: Administrative Office of the Courts, Attn: Indigent Program, Controller's Office, Courier Box 56-10-50, Raleigh, NC, OR if courier is not available, mail to P. O. Box 2448, Raleigh, NC 27602.*

## I. APPLICATION

I, the undersigned   ☒ assigned counsel   ☐ public defender   ☐ appellate defender   ☐ guardian ad litem
☐ (other)_____ make application for payment or determination of value of services rendered for the indigent and for reimbursement of necessary expenses incurred. I certify that this information is correct to the best of my knowledge.

NATURE OF PROCEEDING: (check all that apply)

| Criminal | Juvenile | Other | A O C U S E |
|---|---|---|---|
| ☐ Capital | ☐ Delinquent | ☐ Incompetent | Fund 2110 |
| ☒ Felony | ☐ Guardian Ad Litem | ☐ Involuntary Commitment | Object 191 |
| ☐ Misdemeanor | Neglect/Abuse | ☐ Court Of Appeals | FRC |
| ☐ DWI | ☐ Neglect/Abuse/Dependency | ☐ Supreme Court | RCC |
| ☐ Non-Support | (Parent Or Custodian) | ☐ | Auth. No. |

Original Charge Or Proceeding
*2 cts RWDW + 2 nd ° Kidnap ; B+E + Larc + Larc + Poss Stolen Good*

Date Of Disposition *8-6-98*   Type Of Disposition *Guilty to 7cts RWDW + 2 nd ° Kidnap*   ☐ Probation   ☒ No Probation

| Time (attach detailed time sheet when required by trial judge) | Time In Court | Time In Court Awaiting Call Of Case | Time Out Of Court | Total Time Involved |
|---|---|---|---|---|
| | *1.75 hrs* | *10.25 hrs* | *30.0 hrs* | *42.0 hrs* |

| List Necessary Expenses Incurred: | Travel $ | Long Distance Telephone $ | Copying $ | Witness Fees $ | Other $ | Total $ |
|---|---|---|---|---|---|---|

**NOTE:** *In assigned counsel cases, the applicant is always the individual attorney appointed in the case. If payment is to be made to applicant individually, write "same" under payee and give applicant's own taxpayer ID No. (either Social Security No. or Federal Employer ID No. as used by applicant). If payment is to be made to applicant's firm, give firm name under payee and give firm's taxpayer ID No.*

Name Of Applicant *S. STEPHEN Goodwin*

Payee (see note) *SAME*

Address *2610 W. Roosevelt Blvd Ste. B Monroe NC 28110*

Taxpayer ID No. (see note) *56-1994912*

Date *8-6-98*

Signature Of Applicant

## II. ORDER TO PAY APPLICANT OR FIX VALUE OF SERVICES

Based on the Findings of Fact set out in Part III, the Court ORDERS that the "Total Amount" stated on Line 3 below be:
☐ paid by the State of North Carolina to the applicant named above. *(Assigned Counsel/GAL)*
☐ fixed as the value of the legal services and other expenses of representation rendered by the applicant named above. *(Public/Appellate Defender)*

| 1. Fees Allowed/Value Of Services Rendered | $ *2250.00* |
|---|---|
| 2. Other Necessary Expenses Allowed By Court | $ |
| **3. TOTAL AMOUNT** | $ **374** |

Date *8/4/98*   Signature   Name Of Judge (Type Or Print) *Sanford Steelman*

AOC-CR-225, Rev. 3/92

## III. FINDINGS OF FACT

After due notice to the indigent named on the reverse or service of a summons on the responsible person named below, and hearing, the Court finds that the indigent, juvenile or dependent adult named on the reverse has previously been adjudged to be an indigent, or is less than 18 years old, or if 18 years old or older remains dependent on and domiciled with the responsible person named below; that he requested and has been provided counsel and other necessary expenses of representation; and that the applicant named on the reverse provided services and incurred expenses of which the money value is that stated in Part II on Line 3 on the reverse.

## IV. JUDGMENT

**NOTE:** *To enter judgment against indigent, check Option "A" and sign Part V.  To enter judgment against parent, guardian or trustee of juvenile or dependent adult, check Option "B" and sign Part V.*

[X] **A.** *(Judgment Against Indigent)*   The Court further finds that a judgment of conviction has been entered against the indigent.  Based on all of the above findings, it is ORDERED that the State of North Carolina recover from the indigent the "Total Amount" stated in Part II on Line 3 on the reverse, together with interest at legal rate from this date until paid.

     [ ] *(Check this option when Option "A" is checked and the defendant has <u>cash in hand</u> to pay a portion, but not all, of the judgment.)*  The Court further finds pursuant to G.S. 7A-455(a) that the defendant is presently able financially to pay a portion, but not all, of this Judgment and, based on that finding, it is further ORDERED that the defendant immediately pay to the Clerk of Superior Court the "Amount To Be Paid Now" specified below, and that such amount when paid be credited against this Judgment on the records of the Clerk.

[ ] **B.** *(Order For Payment By Responsible Person And Judgment)*   The Court further finds that an order has been entered adjudicating the juvenile to be delinquent, abused, neglected or dependent or that a judgment of conviction has been entered against the dependent adult.  The Court further finds that the responsible person named below is the parent, guardian or trustee of the juvenile or dependent adult and is financially able to pay the fees and expenses set out on the reverse and should therefore be held responsible for reimbursing the State for the same.  Based on all of the above findings, it is ORDERED that the responsible person shall reimburse the State, within 90 days of the date of this Order, the "Total Amount" stated in Part II on Line 3 on the reverse, by paying the same to the Clerk of Superior Court for transmittal to the State Treasurer.  If that amount is not paid in full within that time, the State of North Carolina shall then recover from the responsible person that amount together with interest at the legal rate from the 91st day after this date until paid, and this Judgment shall be docketed on or after that date.

| Name And Address Of Responsible Person | Social Security No. Of Responsible Person |
|---|---|
| | [ ] Has No Social Security No. |

## V. SIGNATURE OF JUDGE

The foregoing ORDER TO PAY APPLICANT OR FIX VALUE OF SERVICES, FINDINGS and JUDGMENT shall be entered and filed this day in the office of the Clerk of Superior Court.  The Judgment shall become effective as provided by law.

| Date | Amount To Be Paid Now, If Any | Signature Of Judge |
|---|---|---|
| 8/7/98 | $ | *Gaylord I Stubmen* |

## VI. CERTIFICATION

I certify that this is a true and complete copy of the original on file in this case.

| Date | Signature | |
|---|---|---|
| 8/7/97 | *Ruth E Bawom, dcs* | [X] Deputy CSC [ ] Assistant CSC [ ] CSC |

## VII. DOCKETING—CSC USE ONLY

**NOTE:**  *Docket this Judgment immediately on the date on which the defendant's conviction becomes final, unless the defendant is ordered as a condition of supervised or unsupervised probation to pay the State for the costs of his representation.  If the defendant is so ordered, docket this Judgment immediately on the date on which the defendant's probation is terminated or revoked; docket the amount then owing.*

| Date Of Docketing | Time | | Judgment Docket Book And Page No. | Amount Docketed |
|---|---|---|---|---|
| 9-29-98 | 3:58 | [ ] AM [X] PM | 58 - 323 | $ 2,750.00 |



37) "Do not judge, and you will not be judged. Do not condemn, and you will not be condemned. Forgive, and you will be forgiven. 38) Give, and it will be given to you. A good measure, pressed down, shaken together and running over, will be poured into your lap. For with the measure you use, it will be measured to you."

Luke
6:37-38

Judging others

MATTHEW 6:9-15

ROMANS 6:9-15

SAMUEL 15:25

376





A human being is part of the whole called by us "Universe," a part limited in time and space. He experiences himself, his thoughts and feelings as something separated from the rest—a kind of optical delusion of his consciousness. This delusion is a kind of prison for us, restricting us to our personal desires and to affection for a few persons nearest to us. Our task must be to free ourselves from this prison by widening our circle of compassion to embrace all living creatures and the whole of nature in its beauty.

— Albert Einstein

# Certificate of Achievement

This certificate is presented

to

*Robert C. Bowmaker*

for having satisfactorily completed the self-study course entitled

## WHAT CHRISTIANS BELIEVE



**WELS**
Wisconsin
Evangelical
Lutheran
Synod

*July 7, 1998*
Date Issued

*Rev. Edgar Hermann*
Pastor

**WISCONSIN EV. LUTHERAN SYNOD**
Commission on Special Ministries
Institutional Ministries Committee
2929 N. Mayfair
Milwaukee, Wisconsin 53222

379

To whom this may concern:

On behalf of Kosoul ChanthaKoummane, we would like to recommend if at all possible that he may be able to recieved 6 months intensive probation and/or 5 years probation following that.

We like to highly recommend him to be able to recieve a chance to rebound back into highschool so that he may continue his education and display his talent, which is very creative. He is very Artistic in the Arts field. He possess a gifted talent from GOD and, we'd like to very much see him be able to put it to a great use in the community.

Currently he is in the Life Skills Program, which is conducted by Covenant Prison Ministries, which is offered in the Union County Jail to anyone who is willing to commit their lives completely.

He has learned in the program that in order to be sucessful in life, that he must set goals in his life. He's learning to rid himself of bad habits, respect towards others, his attitude has since changed into a very politely individual.

He's been studying the Bible everyday, which I hope he continues upon his release. That he's striving to live the righteous life and not to stray away from it.

Given a second chance in Life, I like to say he'll be a much more responsible person, and to give thoughts to himself before he does something that might be wrong in a way. He is ready to obey the law and to stay away from trouble.

Though he's 17, he's old enought to go to prison, but if this letter could in any way help him avoid a possible prison terms, then we'd would be very Thankful that you would consider it.

Thankyou for reading our letter of deep concern in regards to Kosoul ChanthaKoummane.

Sincerly concerned,

Amy Vang — 522-7308

Lawai G — 522-7308

Anna Vang — 587-398?

Kellie Nguyen — 515-97??

380

# COVENANT PRISON MINISTRIES

P O Box 556 Monroe, NC 28111

704-289-4957

**Rev. Al Lewis, Jr.**
Executive Director

*Wait upon the Lord and soar like eagles. Isaiah 40:31*



July 23, 1998

To Whom It May Concern:

I am writing this letter on behalf of ~~Kospal Chanthakonmmone~~ *Krisul Chanthakommane*, who is presently incarcerated at the Union County Jail. ~~Kospal~~ *Kosoul* was selected to participate in the Life Skills Program inside the Union County Jail, which is conducted by Covenant Prison Ministries (CPM). This program began on October 1, 1997. The residents of the Life Skills Program are housed in a separate Education Dorm for 7 weeks. The Residents are in classes at least 4 hours daily to prepare them to be law abiding, tax paying citizens upon their release from either the Union County Jail or the DOC if convicted and given an active sentence. Tutoring, GED, and job preparation are extended to each resident.

~~Kospal~~ *Kosoul* is also participating in a 12 step "A Daily Choice, Overcoming Chemical Dependency" course while residing in the Life Skills dormitory.

After their release from the jail or the DOC, each Life Skills resident commits to 90 days of follow-up by attending a weekly support group. CPM staff commits to assist them in obtaining employment.

~~Kospal~~ *Kosoul* is also participating in our weekly Bible Studies since being incarcerated at the jail.

I do not condone any illegal behavior which may have brought ~~Kospal~~ *Kosoul* into the Union County Jail, however, it is our desire to assist these men in this program, by education and other assistance, to live a constructive life without crime upon their release. We would appreciate any consideration the court may be able to give ~~Kospal Chanthakonmmone~~ *Kosoul Chanthakommane* at this time.

Sincerely,

Mr. Dom Duarte
Life Skills Case Manager

DD/tjm

381



"UP, CLOSE AND
PERSONAL "

382

CAUSE NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 380TH JUDICIAL DISTRICT |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

### NOTICE OF EXPERTS THAT MAY TESTIFY AT TRIAL UNDER ARTICLE 39.14(b) OF THE TEXAS CODE OF CRIMINAL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, KOSOUL CHANTHAKOUMMANE, by and through his attorneys, and files this Notice pursuant to Article 39.14 of the Texas Code of Criminal Procedure of expert witnesses that may testify on behalf of the Defendant in the above numbered and styled cause:

1.    Linda E. Norton, MD, PA
III Lincoln Centre
5430 LBJ Freeway, Suite 1200
Dallas, TX  75240
214-340-1651

2.    Gilda Kessner, Psy.D.
P.O. Box 224812
Dallas, TX  75222
214-455-7692

3.    J. Randall Price, Ph.D.
Forensic Psychology & Neuropsychology
1221 Abrams Rd., Suite 109
Richardson, TX  75081-5579
972-644-8686

4.    Vince Gonzales
Mitigation Specialist
P.O. Box 65347
Lubbock, TX  79464
214-354-2337



FILED
07 APR 19 AM 11: 17
HANNAH KNOLLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____ DEPUTY

NOTICE OF EXPERTS THAT MAY TESTIFY AT TRIAL UNDER ARTICLE 39.14(b) OF THE TEXAS
CODE OF CRIMINAL PROCEDURE – Page 1

**383**

5.  Orchid Cellmark Laboratory
    13988 Diplomat Drive, Suite 100
    Farmers Branch, TX 75234
    1-800-872-5227

Respectfully submitted,

STEVEN R. MIEARS
State Bar No. 14025600
211 North Main
P.O. Box 736
Bonham, TX 75418
903-640-4963
903-640-4964 FAX
stevenmiears@msn.com


KEITH GORE
State Bar No. 24002164
2301 W. Virginia Parkway
McKinney, TX 75071
972-670-6288


COUNSEL FOR DEFENDANT


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Experts that May Testify

at Trial has been served on counsel for the State by first class mail on this _10th_ day of

April, 2007.

COUNSEL FOR DEFENDANT

# STEVEN R. MIEARS, P.C.

Board Certified in Criminal Law
Texas Board of Legal Specialization

**MAILING ADDRESS:**
P.O. Box 736
**Bonham, TX 75418**

Bonham, Texas Office:
211 North Main
Bonham, Texas 75418
903-640-4963
903-640-4964 FAX
E-mail: stevenmiears@msn.com

April 11, 2007

Ms. Hannah Kunkle
District Clerk
Collin County Courthouse
210 S. McDonald
McKinney, TX 75069

Re: Cause No. 380-82629-06, The State of Texas vs. Kosoul Chanthakoummane

Dear Ms. Kunkle:

Enclosed is Defendant's Notice of Experts that May Testify at Trial Under Article 39.14(b) of the Texas Code of Criminal Procedure, together with two copies, to be filed in the above referenced case. Please return the file-marked copies to my office in the enclosed self-addressed, prepaid postage envelope provided for your convenience.

By copy of this letter, I am forwarding a copy of the Notice of Experts to the Collin County District Attorney.

Thank you for your attention this matter.

Sincerely,

Steven Richard Miears
Lawyer

SRM/pd

Enclosures

Cc: Collin County District Attorney w/encl. Via CMRRR # 7006 0100 0004 0137 3835

FILED
07 APR 19 AM II: 17
HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____ DEPUTY

385

NO. 380-82629-06

| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## STATE'S SUPPLENTAL PRODUCTION OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her Assistant District Attorney, Gregory S.

Davis, and respectfully shows:

I.

The State of Texas has on this 26th day of April, 2007, delivered by certified mail to opposing

counsel the following items:

1. DVDs containing the interviews of Randy Tate, Lisa Tate, Joshua Tate, Jeremy Miller, Michelle Leonard, Brad Holden, Robert Hawkins, Holly Citelli, David Corley, David Sass.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

STATE'S SUPPLEMENTAL PRODUCTION
OF DOCUMENTS - Page 1

386

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was delivered by certified mail to opposing counsel on the 26th day of April, 2007.

GREGORY S. DAVIS

NO. 380-82629-06

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 380th JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## <u>NOTICE OF FILING OF BUSINESS RECORDS PURSUANT TO RULE 902 (10)</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas, by and through its Assistant District Attorney, Gregory S.

Davis, and files this Notice of Filing of Business Records Pursuant to Rule 902 (10), Rules of

Criminal Evidence, and respectfully shows unto the Court the following:

I.

The State hereby files self-authenticated business records from the following persons or

entities more than fourteen (14) days prior to the commencement of trial:

1. Greentree Apartments.
2. Cingular Wireless.

Respectfully submitted,

GREGORY S. DAVIS
First Assistant District Attorney
Collin County, Texas
Bar No. 05493550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing instrument and business records were delivered via certified mail to opposing counsel on the 26h day of April, 2007.

_____
GREGORY S. DAVIS

255271

380-82629-06

| THE STATE OF TEXAS | § | IN THE 380TH DISTRICT |
| VS. | § | COURT OF |
| CHANTHAKOUMMANE, KOSOUL | § | COLLIN COUNTY, TEXAS |

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared the herein named affiant, who, being by me duly sworn, deposed as follows:

My name is _Amber Kostner_, I am the affiant herein and I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _Cingular Wireless_ hereinafter referred to as "Business". Attached hereto are _2_ pages of records from said Business. These said pages of records are kept by the said Business in the regular course of business, and it was in the regular course of business of the said Business for an employee or representative of the said Business, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion, or diagnosis recorded, or reasonably soon thereafter. The records attached hereto are original or exact duplicates of the original.

_Amber Kostner_
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _24th_ day of _November_, _2006_.

_[signature]_
Notary Public in and for
_Palm Beach_ County, ~~Texas~~ _Florida_
My Commission Expires _September 10, 2008_

Ian Schnver
My Commission DD334202
Expires September 10, 2008

390

# SUBSCRIBER INFORMATION

 cingular®

---

335184691                C/T

---

## Financially Liable Party

Name:       ANDY LILLISTON
Credit Address: 3900 BOULTON CT, PLANO, TX 75025

Customer Since: 10/29/2005
Photo ID Type:   Driver License        Photo ID State: TX
Photo ID Number: 012456788
DOB:          10/15/1952         SSN:        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

Contact Name:
Contact Home Phone: (972) 618-3567      Contact Work Phone: (469) 524-6802
Contact Home Email: DALILLISTON@FEDEX.COM    Contact Work Email:

---

## Billing Party

Account Number:   335184691
Name:          ANDY LILLISTON
Billing Address:   3900 BOULTON CT, PLANO, TX 75025

Account Status:   Active            Billing Cycle:   5

---

## User Information

MSISDN:     **(214) 763-0433**      IMSI:     310410041053750
MSISDN Active: 10/29/2005 - Current     IMEI/ESN: 357396006706171/

Name:       ANDY LILLISTON
User Address:     3900 BOULTON CT, PLANO, TX 75025

Service Start Date: 10/29/2005     Dealer Info: 8GEYM
Payment Type:      Postpaid
Contact Name:     ANDY LILLISTON
Contact Home Phone:                Contact Work Phone:
Contact Home Email: DALILLISTON@FEDEX.COM    Contact Work Email:

---

## Status Change History

**Status Change Reason:**            **Status Change Date:**

Contract Accepted                 10/29/2005

---

Not for use or disclosure outside Cingular Wireless and its Affiliates
except under written agreement.

391

Invoice C/T                                    cingular®

Billing Cycle Date: 07/06/06 - 08/05/06
Account Number: 335184691

Call Detail                                                           214-763-0433
User Name: ANDY LILLISTON
Rate Code: RM45=450 Rollover Mins, 5KNW=5000 N&W, MMEO=Unlimited Expd M2M
Rate Period (PD): DT=Daytime, NW=Nwkend
Feature: VM=VOICE MAIL, M2MC=EXPANDED M2M, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Fea- ture | Airtime Charge | LD/Add'l Charge | Total Charge |
|------|-----|------|------|--------|---------|-----|-----------|---------|-----------|----------------|-----------------|--------------|
| 3 | FRI | 07/07 | 12:26PM | 972-724-1794 | LEWISV TX | 1 | RM45 | DT | | | | 0.00 |
| 4 | SAT | 07/08 | 2:06PM | 469-323-6668 | GRAND TX | 11 | 5KNW | NW | | | | 0.00 |
| 5 | | 07/08 | 3:25PM | 301-585-8857 | SILVER MD | 2 | 5KNW | NW | | | | 0.00 |
| 6 | | 07/08 | 3:41PM | 202-550-8801 | WASHIN DC | 1 | 5KNW | NW | | | | 0.00 |
| 7 | | 07/08 | 4:07PM | 000-000-0000 | OPER A CL | 1 | 5KNW | NW | | | | 0.00 |
| 8 | | 07/08 | 4:08PM | 301-585-8857 | SILVER MD | 2 | 5KNW | NW | | | | 0.00 |
| 9 | | 07/08 | 4:46PM | 202-550-8801 | INCOMI CL | 27 | 5KNW | NW | | | | 0.00 |
| 10 | SUN | 07/09 | 10:26AM | 214-763-0433 | VMAIL CL | 1 | 5KNW | NW | VM | | | 0.00 |

Billing Cycle Date: 07/06/06 - 08/05/06
Account Number: 335184691

Data Detail                                                           214-763-0433
User Name: ANDY LILLISTON
Rate Code: MBW2=MEdia Basic-WIX, MMM1=MEdia Basic-MMS, MBT1=MEdia Basic-Txt Msg
Rate Period (PD): AT=Anytime
Feature: GPRR=GPRS 0.01 rate APN002, MMH=MMS per msg $0.20 MT, SMH=SMS $0.1 MO/MT

| Item | Day | Date | Time | To/From | Type | Msg/KB/Min | Rate Code | Rate Pd | Fea- ture | In/ Out | Total Charge |
|------|-----|------|------|---------|------|------------|-----------|---------|-----------|---------|--------------|
| 2 | SAT | 07/08 | 3:12PM | Data Transfer | Data | 2 KB | MBW2 | AT | GPRR | Out | 0.00 |

ACK

PROPRIETARY AND CONFIDENTIAL
Not for use or disclosure outside Cingular Wireless and its Affiliates except under
written agreement.

392

§     IN THE 380TH DISTRICT

E STATE OF TEXAS

§     COURT OF

§     COLLIN COUNTY, TEXAS

ANTHAKOUMMANE, KOSOUL

AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared the herein named affiant, who, being by me duly sworn, deposed as follows: , name is _Carsse Kniss_____, I am the affiant herein and am of sound mind, capable of making this affidavit, and personally cquainted with the facts herein stated;

am the custodian of the records of _Greentree Apartments_ hereinafter referred to as "Business". Attached hereto are _____ pages f records from said Business. These said pages of records are kept by he said Business in the regular course of business, and it was in the .egular course of business of the said Business for an employee or representative of the said Business, with knowledge of the act, event, :ondition, opinion, or diagnosis recorded to make the record or to :ransmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion, or diagnosis recorded, or reasonably soon thereafter. The .ecords attached hereto are original or exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _2S_ day of _April_____,

_____
Notary Public in and for

_Collin_ County, Texas
My Commission Expires _Mar. 31, 2007_



K. D. ADLEY
Notary Public
STATE OF TEXAS
My Comm. Exp. Mar. 31, 2007

393



### Rental Application for Residents a. Occupants

*Each co-resident and each occupant over 18 must submit a separate application.*
*Spouses may submit a joint application.*

APARTMEN
ASSOCIATIO
GREATER-DALL

Date when filled out: ___February 7, 2006___

**ABOUT YOU** Full name (exactly as on driver's license or govt. ID card)
*Kosoul Chanthakoummane*

Your street address (as shown on your driver's license or government ID card):
*1220 Indian run dr.*

Driver's license # and state: *24287950*
OR govt. photo ID card #: _____

Former last names (maiden and married): _____
Your Social Security #: *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*
Birthdate: *10-01-1980* Height: *5'8* Weight: *185*
Sex: *M* Eye color: *BRN* Hair color: *BLK*
Marital Status: ☑ single ☐ married ☐ divorced ☐ widowed ☐ separated
Are you a U.S. citizen? ☑ Yes ☐ No Do you or any occupant smoke? ☐ yes ☑ no
Will you or any occupant have an animal? ☐ yes ☑ no
Kind, weight, breed, age: _____

Current home address (where you now live): *2118 Southmoor dr.*
City/State/Zip: *Carrollton, TX 75007*
Home/cell phone: (*214*) *909-6647* Current rent: $*0*
Email address: *Kosoul93@Yahoo.com*
Name of apartment where you now live: _____
Current owner or manager's name: *LEE HERRIN*
Their phone: _____ Date moved in: *MAR. 1-2006*
Why are you leaving your current residence? *My own apt.*

Your previous home address: *2530 Fort St.*
City/State/Zip: *Charlotte, NC. 28205*
Apartment name: _____
Name of above owner or manager: _____
Their phone: _____ Previous monthly rent: $*0*
Date you moved in: _____ Date you moved out: *MAR-06*

**YOUR WORK** Present employer: *McDular Solutions*
Address: *1310 Cannes dr*
City/State/Zip: *Carrollton, TX 75007*
Work phone: *(469) 583-0146*

**YOUR SPOUSE** Full name: _____
Former last names (maiden and married): _____
Spouse's Social Security #: _____
Driver's license # and state: _____
OR govt. photo ID card #: _____
Birthdate: _____ Height: _____ Weight: _____
Sex: _____ Eye color: _____ Hair color: _____
Are you a U.S. citizen? ☐ Yes ☐ No
Present employer: _____
Address: _____
City/State/Zip: _____
Work phone: (_____) _____
Position: _____
Date began job: _____ Gross monthly income is over: $ _____
Supervisor's name and phone: _____

**OTHER OCCUPANTS** Names of all persons under 18 and other adults w
occupy the unit without signing the lease. Continue on separate page if more than
Name: _____ Relationship: _____
Sex: ____ DL or govt. ID card # and state: _____
Birthdate: _____ Social Security #: _____
Name: _____ Relationship: _____
Sex: ____ DL or govt. ID card # and state: _____
Birthdate: _____ Social Security #: _____
Name: _____ Relationship: _____
Sex: ____ DL or govt. ID card # and state: _____
Birthdate: _____ Social Security #: _____

**YOUR VEHICLES** List all vehicles owned or operated by you, your spouse, or any occu
(including cars, trucks, motorcycles, trailers, etc.). Continue on separate page if more than
Make and color of vehicle: *Ford Mustang - white*
Year: *1993* License #: *280-YBJ* State: *TX*
Make and color of vehicle: _____
Year: _____ License #: _____ State: _____
Make and color of vehicle: _____
Year: _____ License #: _____ State: _____

**WHY YOU RENTED HERE** Were you referred? ☑ Yes ☐ No. *If yes, by wh*
Name of locator or rental agency: *Apartment express - Barbara.*

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE,KOSOUL                January Term, 2007
Capital Murder                                FX

TO THE CLERK OF SAID COURT, GREETINGS:

    Comes now the State by her Criminal District Attorney and makes
application for the issuance of subpoenas for the following named
persons to compel their attendance as witnesses for the State; place of
residence, exact location and vocation of said witnesses (where known),
appears opposite the respective names, as follows, to wit:

| Witness Name | Residence | Exact Location | Vocation |
|---|---|---|---|
| IN TOWN SUITES | CARROLLTON | 2661 WESTGROVE DR | |
| IN TOWN SUITES | CARROLLTON | 1240 W TRINITY MILLS | |

    Said persons are witnesses in behalf of the State in the above
entitled and numbered case, and the testimony of said witnesses is
material for the State on the trial of said case.
    Applicant prays that said subpoenas be made returnable on the
30th day of    APRIL  A.D. 2007 at  9:00 o'clock A.M.

                                                _____
                                    Criminal District Attorney

Filed District Clerk       APRIL   18, 2007
Hannah Kunkle, Clerk
Collin County, Texas

*Issued 4-18-07*

395

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE,KOSOUL                January Term, 2007
Capital Murder                                FX

TO THE CLERK OF SAID COURT, GREETINGS:

    Comes now the State by her Criminal District Attorney and makes
application for the issuance of subpoenas for the following named
persons to compel their attendance as witnesses for the State; place of
residence, exact location and vocation of said witnesses (where known),
appears opposite the respective names, as follows, to wit:

Witness Name                 Residence  Exact Location     Vocation
  GREENTREE APARTMENTS                   GREENTREE ASSOCIATES

    Said persons are witnesses in behalf of the State in the above
entitled and numbered case, and the testimony of said witnesses is
material for the State on the trial of said case.
    Applicant prays that said subpoenas be made returnable on the
27th day of     APRIL  A.D. 2007 at  9:00 o'clock A.M.


                            _____
                            Criminal District Attorney

Filed District Clerk      APRIL   19, 2007
Hannah Kunkle, Clerk
Collin County, Texas




                    Issued 4-19.07


                                                            396

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE,KOSOUL                January Term, 2007
Capital Murder                                   FX

TO THE CLERK OF SAID COURT, GREETINGS:

        Comes now the State by her Criminal District Attorney and makes
application for the issuance of subpoenas for the following named
persons to compel their attendance as witnesses for the State; place of
residence, exact location and vocation of said witnesses (where known),
appears opposite the respective names, as follows, to wit:

Witness Name                 .        Residence  Exact Location        Vocation
   UNC CHARLOTTE                      CHARLOTTE  ATTENTION: REGISTRA

        Said persons are witnesses in behalf of the State in the above
entitled and numbered case, and the testimony of said witnesses is
material for the State on the trial of said case.
        Applicant prays that said subpoenas be made returnable on the
8th day of       MAY  A.D. 2007 at  9:00 o'clock A.M.


                             _____
                             Criminal District Attorney

Filed District Clerk     APRIL   23, 2007
Hannah Kunkle, Clerk
Collin County, Texas



                    Issued 4.23.07




                                                      **397**

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE,KOSOUL     .         January Term, 2007
Capital Murder                                   FX

TO THE CLERK OF SAID COURT, GREETINGS:

    Comes now the State by her Criminal District Attorney and makes
application for the issuance of subpoenas for the following named
persons to compel their attendance as witnesses for the State; place of
residence, exact location and vocation of said witnesses (where known),
appears opposite the respective names, as follows, to wit:

| Witness Name | Residence | Exact Location | Vocation |
|---|---|---|---|
| TEXAS INSTRUMENTS | DALLAS | LEGAL DEPARTMENT | |
| UNC CHARLOTTE | CHARLOTTE | CUSTODIAN OF RECORDS | |

    Said persons are witnesses in behalf of the State in the above
entitled and numbered case, and the testimony of said witnesses is
material for the State on the trial of said case.
    Applicant prays that said subpoenas be made returnable on the
8th day of        MAY A.D. 2007 at  9:00 o'clock A.M.

_____
Criminal District Attorney

Filed District Clerk      APRIL  23, 2007
Hannah Kunkle, Clerk
Collin County, Texas

*Issued* 4.23.07

398

THE STATE OF TEXAS                    380th District Court

vs                                    of Collin County, Texas

CHANTHAKOUMMANE, KOSOUL               January Term, 2007
Capital Murder                                FX

TO THE CLERK OF SAID COURT, GREETINGS:

        Comes now the State by her Criminal District Attorney and makes
application for the issuance of subpoenas for the following named
persons to compel their attendance as witnesses for the State; place of
residence, exact location and vocation of said witnesses (where known),
appears opposite the respective names, as follows, to wit:

Witness Name                  Residence    Exact Location        Vocation
 COLLIN COUNTY SHERIFFS OFFICE            MAILROOM

        Said persons are witnesses in behalf of the State in the above
entitled and numbered case, and the testimony of said witnesses is
material for the State on the trial of said case.
        Applicant prays that said subpoenas be made returnable on the
 8th day of   OCTOBER A.D. 2007 at  9:00 o'clock A.M.


                              _____
                              Criminal District Attorney

Filed District Clerk      MAY   1, 2007
Hannah Kunkle, Clerk
Collin County, Texas

                                          ISS  5/1/07

                                               WK


                                               Q


399