# *CCA Scanning Cover Sheet*



2499634

CaseNumber: WR-78,107-01
EventDate: 09/28/2012
Style 1: CHANTHAKOUMMANE, KOSOUL
Style 2:
Event code: 11.071 ADD'L VOLUME

EventID: 2499634
Applicant first name: KOSOUL
Applicant last name: CHANTHAKOUMMANE
Offense: 19.03
Offense code: Capital Murder
Trial court case number: 380-81972-07-HC
Trial court name: 380th District Court
Trial court number: 320430380
County: Collin
Trial court ID: 903
Event map code: GENERIC
Event description: Habeas Corpus - Capital Death
Event description code: 11.071
Remarks: VOL. 2 OF 5 VOLS.

| ☐ Document Scanned | | ☐ Created or |
|---|---|---|
| | | ☐ Appended |
| Scanned by         date | | Image ID |
| Comment | | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

*81972*

CAUSE NO. W380-80972-07-HC

SEP 28 2012

Louise Pearson, Clerk

EX PARTE:  KOSOUL CHANTHAKOUMMANE

VS.

THE STATE OF TEXAS

IN THE 380TH DISTRICT COURT

OF

COLLIN COUNTY, TEXAS

11.071
**T R A N S C R I P T**

**VOLUME 2 OF 5**

SENT TO THE COURT OF CRIMINAL APPEALS IN AUSTIN, TEXAS ON THIS

THE 25TH DAY OF SEPTEMBER, 2012.

ANDREA STROH THOMPSON, DISTRICT CLERK

BY: _Rebecca Henigsmith_
DEPUTY

140

CAUSE NO. W380-80972-07-HC

EX PARTE:  KOSOUL CHANTHAKOUMMANE

VS.

THE STATE OF TEXAS

IN THE 380TH DISTRICT COURT

OF

COLLIN COUNTY, TEXAS

### INDEX

TRANSCRIPT COVER PAGE (VOLUME 1 OF 5)------------------------------------------------- 1

INDEX------------------------------------------------------------------------------------------------- 2 – 4

NOTATION------------------------------------------------------------------------------------------- 5

CLERK'S SUMMARY SHEET----------------------------------------------------------------------- 6

APPLICATION FOR WRIT OF HABEAS CORPUS--------------------------------------------- 7 – 138

CLERK'S CERTIFICATION FOR VOLUME 1 OF 5-------------------------------------------- 139

TRANSCRIPT COVER PAGE (VOLUME 2 OF 5)----------------------------------------------- 140

APPENDIX VOLUME 1------------------------------------------------------------------------------ 141 – 336

CLERK'S CERTIFICATION FOR VOLUME 2 OF 5-------------------------------------------- 337

TRANSCRIPT COVER PAGE (VOLUME 3 OF 5)----------------------------------------------- 338

APPENDIX VOLUME II----------------------------------------------------------------------------- 339 – 735

CLERK'S CERTIFICATION FOR VOLUME 3 OF 5-------------------------------------------- 736

TRANSCRIPT COVER PAGE (VOLUME 4 OF 5)----------------------------------------------- 737

APPENDIX VOLUME III---------------------------------------------------------------------------- 738 – 1046

CLERK'S CERTIFICATION FOR VOLUME 4 OF 5-------------------------------------------- 1047

TRANSCRIPT COVER PAGE (VOLUME 5 OF 5)----------------------------------------------- 1048

MOTION FOR EXTENSION OF TIME------------------------------------------------------------ 1049 – 1050

ORDER------------------------------------------------------------------------------------------------- 1051

STATE'S ANSWER TO APPLICANT'S 11.071 APPLICATION FOR WRIT OF HABEAS CORPUS----------------------------------------------------------------- 1052 – 1117

STATE'S PROPOSED ORDER DESIGNATING ISSUES FOR FURTHER RESOLUTION------------------------------------------------------------------------- 1118

ORDER DESIGNATING ISSUES FOR FURTHER RESOLUTION---------------------------- 1119 – 1121

CERTIFIED MAIL CONFIRMATIONS------------------------------------------------------ 1122 – 1127

CERTIFICATE------------------------------------------------------------------------------ 1128 – 1130

CERTIFIED MAIL CONFIRMATION------------------------------------------------------- 1131 – 1132

MOTION FOR EXTENSION OF TIME TO FILE AFFIDAVIT (STEVEN R. MIEARS)----- 1133 - 1139

MOTION FOR EXTENSION OF TIME TO FILE AFFIDAVIT (KEITH GORE)-------------- 1140 – 1143

AFFIDAVIT OF VINCE GONZALES------------------------------------------------------- 1144 – 1382

EX PARTE MOTION FOR AN INVESTIGATOR--------------------------------------------- 1383 – 1388

APPLICANT'S FIRST MOTION FOR CONTINUANCE------------------------------------- 1389 – 1392

ORDER UNSEALING DOCUMENTS IN THE COURT'S FILE--------------------------------- 1393

AFFIDAVIT OF KEITH GORE------------------------------------------------------------- 1394 – 1412

AFFIDAVIT OF STEVEN R. MIEARS------------------------------------------------------ 1413 – 1441

LETTER DATED FEBRUARY 1, 2011 FROM CATHERINE CLARE BERNHARD-------- 1442

APPLICANT'S RESPONSE TO STATE'S ANSWER TO APPLICANT'S 11.071 APPLICATION FOR WRIT OF HABEAS CORPUS-------------------------------------- 1443 – 1449

APPLICANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW------ 1450 – 1475

LETTER DATED MAY 1, 2012 FROM SIAN R. SCHILHAB----------------------------- 1476 – 1477

STATE'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW------------- 1478 – 1500

STATE'S MOTION TO TAKE JUDICIAL NOTICE------------------------------------------ 1501 – 1503

APPOINTED COUNSEL PAY SHEETS---------------------------------------------------- 1504 – 1509

FINDINGS OF FACT AND CONCLUSIONS OF LAW------------------------------------- 1510 – 1532

LETTER TO DISTRICT ATTORNEY DATED APRIL 7, 2010--------------------------------- 1533

CRIMINAL DOCKET SHEET-----------------------------------------------------------------------  1534 – 1552

TRUE BILL OF INDICTMENT-------------------------------------------------------------------------  1553

JUDGMENT OF CONVICTION BY JURY SENTENCE BY JURY TO DEATH-------------  1554 – 1557

JUDGMENT & OPINION-----------------------------------------------------------------------------------  1558 – 1611

CLERK'S CERTIFICATION-------------------------------------------------------------------------------  1612

WRIT NO. W380 – 81972 - 07(HC)
TRIAL COURT NO. 380-81972-07

IN THE 380th JUDICIAL DISTRICT COURT
COLLIN COUNTY, TEXAS

and returnable to

THE COURT OF CRIMINAL APPEALS
OF TEXAS

EX PARTE KOSOUL CHANTHAKOUMMANE

APPENDIX VOLUME 1

Catherine Clare Bernhard
P.O. Box 2817
Red Oak, Texas 75154
972-617-5548
fax – 972-617-5547
cbern@worldlogon.com
State Bar No. 02216575

ATTORNEY FOR APPLICANT

FILED

2010 APR 5 PM 1: 08



HANNAH KUNKLE
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____DEPUTY

141

WRIT NO. W380 – 81972 – 07 (HC)
TRIAL COURT NO. 380-81972-07

---

## IN THE 380th JUDICIAL DISTRICT COURT
## COLLIN COUNTY, TEXAS

### and returnable to

## THE COURT OF CRIMINAL APPEALS
## OF TEXAS

---

## EX PARTE KOSOUL CHANTHAKOUMMANE

---

## APPENDIX VOLUME 1

---

Catherine Clare Bernhard
P.O. Box 2817
Red Oak, Texas 75154
972-617-5548
fax – 972-617-5547
cbern@worldlogon.com
State Bar No. 02216575

**ATTORNEY FOR APPLICANT**

WRIT NO. W380 - 81972-07(HC)

TRIAL COURT NO. 380-81972-07

IN THE 380th JUDICIAL DISTRICT COURT
COLLIN COUNTY, TEXAS

and returnable to

THE COURT OF CRIMINAL APPEALS
OF TEXAS

EX PARTE KOSOUL CHANTHAKOUMMANE

APPENDIX VOLUME 1

Catherine Clare Bernhard
P.O. Box 2817
Red Oak, Texas 75154
972-617-5548
fax – 972-617-5547
cbern@worldlogon.com
State Bar No. 02216575

**ATTORNEY FOR APPLICANT**

# INDEX OF EXHIBITS

**Appendix Volume I**

Exhibit 1........................................Affidavit of Komonh Chanthakoummane

Exhibit 2  ...........................…..School Records

Exhibit 3.............................Affidavit of Constance Lesesne

Exhibit 4.............................Affidavit of Marty Sloan-Clontz

Exhibit 5.............................Affidavit of Sopha Chanthakoummane

Exhibit 6.............................Affidavit of Pam Freeburn

# Exhibit 1

Affidavit of Komonh Chanthakoummane

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this date personally appeared Komonh Chanthakoummane   who upon his oath does hereby swear and affirm that the following statements are true and correct:

1.  My name is Komonh Chanthakoummane and I am the father of Kosoul Chanthakoummane. I was born and raised in Laos. I came from an area in the mid or center of Laos, a small town like Mount Holly. *My state was Savannakhet. KC* It was farmers mostly, not a lot of industry or restaurants. I was the second child of seven children. My mother had a total of nine children in all, although two of them died when I was quite young. My parents were farmers. It was all done by hand and the children would help. My mother made noodles and in Laos, making noodles took a long time and was done by hand. I would help her. I would go and catch fish for the soup and climb the coconut trees.

2.  Helping your family was expected. When I was in the Army I would send money home to help my mother. In Laos, the children grow up and they take care of their parents. Here, it is the reverse. If you tell children here to help, they expect to be paid! In my family, we always had a place to stay and we had food to eat. I went through high school to the equivalent of eleventh grade.

3.  I had an uncle who was high up in the Lao Army. He had a region that he controlled and had people and a staff who worked for him. I joined the Lao Army and I worked with my uncle in that region from 1966 until 1969. Sometime around 1968, the Americans sent me to Vientiane to learn the operations of cinema, showing movies. I worked with a Captain Bush. In 1969, the Communists came and the Muong Xui region fell to the Communists.  We left Muong Xui in September 1969. After a couple of stops in other places, we ended up going to Thailand for about three months. While there, I received some additional *The Americans took us to Thailand. K C*

training in how to read maps. The Americans supervised this and paid for everything.

4.  I moved on to Pok San but got sick with malaria and had to go into the hospital. From the hospital, I went to Vientiane to rest for a month and was then sent to work with a group that put out pamphlets or magazines to send to the troops. It was from there, around 1971, that I was sent to join a troop that watched for Communists. There were about thirteen people in my troop but about forty people in my camp. It was like in Iraq where you set up a camp to see if you will have to fight. If I would encounter someone, I would fight. I had combat twice although I always carried my gun with me. I moved around some. We were fired on and I remember I jumped into my bunker and was very scared. After that, we had to move to a different camp. This was a time when I as exposed to gunfire and bombing.

*[handwritten: near the Plain of Jars K.C.]*

5.  Around 1972, I was sent for more learning. I was promoted and then sent back for more basic training, where I was taught to parachute jump. After that, I was sent back to work in the office with the magazines until 1973, when the Communists came.

6.  Things changed in 1975. The Communists had taken over by that time and they then sent the people who had been soldiers to Seminar, a reeducation camp. My uncle was placed in one of these camps, where he stayed for the next thirty years.  It was also a work camp and we had to build the places where we were going to stay. I remember going to the jungle to cut the wood to make the dorms and rooms for the camp. After about six months, I was given the job to fish for the camp. I asked the boss of the camp if I could have a leave to go to Vientiane. I had married in 1975 and my wife was pregnant. I was given two weeks off and went to see her.

7.  After two weeks, I did not want to leave Vientiane, did not want to go back to
    the reeducation seminar. I stayed and found a place nearby to work. My young
    sister in law came and told me that she heard that the Communist Army was
    looking for me. I told my wife that I must go and I went to where my parents
    lived, on an island in the middle of a large lake. Then my sister in law found me
    again and told me they were coming around and looking for me again. I told my
    parents that I had to leave, that I had to go to Thailand. If the Communists found
    me, they would kill me. Laos was no longer safe for me.  I was scared that they
    would not give me a fair trial, or would capture me and kill me or put me
    someplace much worse. While trying to make these arrangements to get away, I
    actually saw several of the people from the old Army. I jumped on a truck and
    went back to Vientiane before leaving for Thailand. By this time, my wife was six
    months pregnant and it was too dangerous for her to try to escape. My wife and
    sister in law came to meet me with rice, pants, shirts and a blanket. I told them
    to leave me there and I walked away to go and get the boat. That was the last
    time I saw my wife.  *I had 140 thai money w/ me, $5. The boat was meant for one person. The boatman told me they would shoot me on sight. He gave me a grenade to use to protect myself.* KC

8.  That night, I went to Thailand on a boat. I got to Thailand and I had nowhere to
    *I could hear the Thai Army. I had to just wait.* KC
    go. I had a small bag with my clothes, no shoes and no identification. I got on
    back of a taxi type truck and tried to look like I worked on it and that way
    managed to get through the gates. I had a friend who lived in Thailand, I
    managed to find him and I lived there with him for about one year.

9.  I missed my wife and baby so much but it was far too dangerous for me to go
    back for them. I saved my money and gave a friend of mine $1000 of Thai money
    to go and look for my wife. They came back and say that your home is empty. I
    waited and then they went back. They say that they learned that she was staying
    with my parents on the island. It was still far too dangerous for me to go back to

Laos so I say that I have to go and save my life. I never saw my baby or my wife again. I decided I would go to Ubon. I was around twenty-five years old. I met Phong, Chanh and Kominh while I was in Ubon. Phong's mother was from Ubon. Her mother had married a man in the Lao Army and her mother and father were still in Laos. Phong had come to Ubon.

10. I had a rickshaw and I was trying to make money for Phong, myself and the boys, my new family. I had a customer who was from the refugee camp and they asked me why I was not at the camp? They told me that they had food there and we would be taken care of. Phong and I talked about it and decided to go into the refugee camp at Ubon.  There was one problem. None of us had any papers and so we went in without any papers. We said that Phong was my wife and that the boys were our children. We had very few possessions. We moved to the camp and moved in with Phong's cousin. They had a place that was one room only. There was no electricity, no indoor water, no indoor toilet. It was so crowded that I had to sleep outside of the room on the ground. I was able to still get outside and to work some. While the Camp had food and they had clothing, it was not enough to take care of my family. By going outside to work, I could have money to buy food for my family. I saved up my money and we were able to build a small hut just for our family. It too was very small without plumbing. My wife got pregnant with Sopha in 1978. There was some medical care there at the Camp but we did not need it. Sopha was born at home in February 1979, in the hut, and I was there.

11. About April, we decided to apply to go to a new country. I remembered that my American boss always had said that if something happened to my country, that I should come to his country. I thought that I must go to America. I found the place to interview to come to America. I learned that you had to have worked for the American Army to be allowed to come to America. I told them that I had

149

worked for the Army and they gave me a test and asked me to identify certain things. The lady, Miss Bertha, knew of my uncle and she also knew Captain Bush, who had died. I was approved to go to America. Every day for three months, I would go to look at the list to see if my name was there, did I have a sponsor yet. Then one day my name did show up on the list and they showed me on the map where we were going to: Gothenburg Nebraska. They flew us to California on an empty cargo plane, one that had come over to Thailand full of supplies and was returning with us.

12. We waited four or five hours at the airport in Nebraska before our sponsor came. We stayed with a family for four months and the second week there I got a job. My English was not so good back then. If I wanted to speak, I had to carry a dictionary. Three people helped us in Gothenburg: Donna Kaiser, Erin Saitock and I found work at Boyd Grant. I rode a bicycle to work. There was no job training but they did help me to find a job. There was no real aid but when I went to the store to get clothes or food, I would sign something and it would be covered. The sponsor would take my paycheck to cover our rent expenses. When we left there, that help was gone.

13. My wife started feeling sick and she had bad back pain. My sponsor tried to help her, she took my wife to the store, and she bought her aspirin. She was supposed to see a doctor but they just gave her aspirin instead. I began to talk with other people who had come from Thailand and had settled in the area. They told me about other areas that had better schools, had better jobs and maybe more people from Laos. They told me I have to go, if I stay here I will have nothing. I did not want to go but my wife told me that she would leave me if I did not go. A Thai lady told me that she would take us to this other town where there were some Hmong people from Laos. I called my sponsor, Erin Saitock and told her that we were leaving. She gave me a mattress that we put on the truck

and just took our clothes and blankets I could hear her crying and I did not want to go but my family was going to leave me if I did not go. We left and Erin gave me $100 and Janet gave me $20. A Thai lady gave me money for gas. By this time, my wife was pregnant with Kosoul.

14. From Nebraska, we went to Illinois, where again we knew no one. I knew of a Hmong person living there and these people led me to his house. I knocked on the door. I did not know this person and they did not know that I was coming. He opened the door and just looked at me. He asked how did I get here and I told him the story of how another Hmong person had connected us, that I wanted to stay with a Lao person. He asked if I had any cousins and when I said no, he said I could come in and stay with them. Then I told him that I had a wife and three children. He told me to go and get them, we could stay with them. We stayed with these people for one month. They helped us with paperwork and helped us to find an apartment. We also met a family from Thailand and they helped us a lot as well. First we were in East Moline and then ended up in Rock Island Illinois. My wife and I went to school to learn English. My wife finally got to see a doctor. He told her that part of her spleen was diseased and that they had to cut it out.

15. Kosoul was born while we lived in Rock Island. I do not remember my wife having any problems or complications with her pregnancy apart from her back pain and the problems with her spleen. They had told us that it would be a difficult pregnancy but it was not. Kosoul arrived one month late and came very quickly. I heard that his cord was wrapped around his neck. We There were no problems with his delivery. We were living in a two bedroom apartment in Rock Island. Having a boy made me very happy.  My wife seemed to give all of her affection to Monica, Monica was her girl. There was not so much affection for the boys. He was a little fatter than my other children had been as a baby- although we called him Noi, which means small. He was slow to

talk compared to the others and when he spoke it seemed like a slower pace. Kosoul seemed slower to do these things than Monica. By two years old he could speak a little bit.

16. When Kosoul was about a year or a year and a half, we moved again. I was okay to stay in Rock Island. I had a job and was in school. But my wife had a cousin in Columbus Ohio and she wanted to go and stay with them. We had stayed with these same people in the Camp. We asked them to find us an apartment. Kosoul was here from about age one until he was about two and a half. I do not remember any difficulties. He was a mild child. He never cried much, was calm. He did not have temper tantrums, he was easy going. In Laos, small children sleep with their parents and Kosoul slept with us. Maybe once or twice he went to the doctor, I don't remember more.

17. We stayed in Columbus for maybe a year. There were no jobs and I did not work. We applied for assistance. My wife had a best friend from Laos who lived in Rochester New York. Her husband worked for Kodak. We moved to Rochester so my wife could live near her friend. In Rochester, we had three bedrooms. Kosoul continued to sleep with us.  We stayed in Rochester for about two years. Kosoul was not a naughty child. He seemed friendly to other children. He did not seem to need much discipline. There were no problems that I remember with temper or with sleeping. His language did not seem as developed as Monica's language had been at that age.

18. My wife had another friend who lived in Spartanburg South Carolina. This friend told us that if you want to work, this is the place to come. She said that even people who don't speak English are getting hired. My wife's English was not every good and she was interested in working. I did not like the idea of moving again. We got to South Carolina and the company that the friend had told us

about had closed. I applied for many jobs but could not get hired. I met someone at my cousin's house who told me that he knew about a job in Charlotte, to come and see him on Monday, that he had a job for me. He drew me a map to his apartment. I showed up at his apartment at six in the morning, knocking on his door. He told me, "wait until 9:00; no one is open yet." He took me around and two weeks later, I had a job at Woonsocket Spinning. That was when we moved to Charlotte. To this point, Kosoul had not done any schooling or Headstart because my wife was at home with him. He went into kindergarten at age five. We lived in a two-bedroom apartment for a couple of years before we bought a house on Fort Street. Kosoul continued to sleep with us. I stayed at Woonsocket until 1988. My wife also went to work when we moved to Charlotte. My wife worked nights and I worked days. My wife had never learned to read or write in Lao and she could not read or write in English either. She could not speak English well at all. If anything needed to be done for Kosoul at school or as far as doctor's appointments, I would always be the one who would have to take time from work to make appointments, to keep appointments.

19. Punishment was very different in Laos from how it is here in America. Punishment was handled in my Laotian family by lecture to start with. The second time there would be another lecture and a warning that physical punishment would come next. The physical punishment would be more like a hard pinch, done to teach the children. The kinds of things you could get punished for would be not going to school, or having gone into the community to steal something.

20. Here there are agencies that help you with your children, tell you how to do things or help if they are having problems. In Laos those sorts of agencies do not exist. In Laos, it is just the teachers and the parents who deal with the children. The teacher may punish also in Laos, by hitting: this is to teach the children, not

to abuse then. That is what is very different here. Here when kids are not good and don't listen and the parent hits them, the teachers see a mark and they call the cops and you are in trouble. It is different as far as how far things can go. Here, the rights of the children are great, large. In Laos, parents are allowed to discipline. In Laos, children are afraid of their parents, the teachers, the police. When they live here, the children have no fear. We were more strict with the older boys. We would often tell them that the younger ones don't know as much, don't know any better.

21. My wife and I went to visit a cousin of hers. They were doing blue crab fishing in Alabama. There was a boat and traps for hire. They told me that I could make good money doing that. I let a younger brother come and live in our house: paying our mortgage was cheaper for him than rent. I thought I could go and make good money. I was just looking for the good thing but I forgot about all the bad things. Like high winds and storms and how you cannot work when the weather is bad. But the biggest problem was that I did not have any experience with this. The children were all in school and my wife was still a stay at home mom. I worked a lot more hours in Alabama than I had in North Carolina. It is hard for me to remember what Kosoul was like at this point. I was coming home late a lot. My wife did not work in either Louisiana and in Alabama but I was not available to help to translate at the schools, there would not have been anyone to help my wife with that.

22. I was not making very good money after crabbing for a year. We came back to visit in Charlotte and while I was there, my son made arrangements to stay in Charlotte and go to school there. He did this without talking to me. Sometime around this, KC went to live in California where he has grandparents. People were talking about Louisiana as a good place to go for crabbing- so I said okay,

154

and moved to Bayou Louisiana, where we lived in a trailer park, not as nice as where we had lived in Mobile. I worked very hard, very long hours.

23. One day when it was really hot and very wet out, Kosoul and I went out after a heavy rain to look for the boat. I was not driving all that fast but we hit the water on the street and hit the breaks. The truck spun and turned and the underside of the truck hit a stump. Kosoul's head hit the back of the truck. I do not remember him losing consciousness and we did not go to the hospital.

24. We moved back from Louisiana to Charlotte in around 1990. We came back to the same house. He started having problems with his ears. At some point he got a hearing aid. I do not know where or if he went to the doctor. His mother would have taken care of that. It was after Louisiana that Kosoul went to the doctor and they pulled the bug out of his ear.

25. We came back and Kosoul went to the streets. I feel like I lost him when he was about twelve or thirteen years old. He had an older friend who was from California and he would stick with that friend. When we came back from Louisiana I was working a lot. I was often not at home. Kosoul's friends became more important than his family and he spent more and more time with friends in the streets. I worked second shift back then and I would sometimes come home and he would not be there. I would drive around looking for him. When he turned thirteen or fourteen, it got really hard. By this time, my wife had gone back to work as well and I was at work. Kosoul and Monica would look after themselves.

26. There was a time after we moved back to Charlotte where Kosoul got into a confrontation with a Cambodian person, someone much older than Kosoul. This person got into a fistfight with Kosoul and three or four other people also

jumped Kosoul. I think Kosoul talked to the police about who did this and I think that he went to the hospital. He was maybe thirteen years old. Ultimately Kosoul did not want to identify this person and the matter was dismissed. He said it is very difficult to tell on other people.

27. By the time Kosoul came out of prison, his mother and I were divorced. I had sold the home and was living with a woman. I gave $14,000 of that money to Monica for school. I gave $4,000 to my ex-wife. I gave Kosoul $9500 check and $500 cash when he came out of prison. I also gave him an older model truck. Kosoul went to stay with his sister in Texas. He did not want to stay here.

28. I always saw Chanh and Kominh as my sons, my boys. In recent times, my wife has told them that I am not their father. Chanh often does not take my telephone calls or call me back. I do not talk to Kominh all that often or see him. I am raising Monica's son Mason. I do have contact with her on occasion.

29. The lawyers came to see me in Charlotte but they did not talk to me for more than an hour. They came again and talked to Monica ✗C They used Monica to help translate. No one ever talked to me about testifying. I would have been willing to do testify. The lawyers arranged for me to come to Texas. But I do not know who paid. ✗C It was a Hispanic person who picked me up and took me to my motel. It was that night, after I had arrived, that I got a phone call from my nephew that my father had died. I did not know what to do. Should I stay here and hope perhaps I could see my son's face or go to take care of my father and my family? The next morning I went downstairs with Monica and the lawyers came and this time they did have a translator. They did ask me some questions that morning about my son when he was little. The lawyers had come to Charlotte before and asked me some questions. They only stayed about one hour, though, and they used Monica to help translate.

30. The lawyers asked me what you want to do? They told me, if I stay there I have nothing to do, I would only be listening. They told me you go to court to go listen and you can see your son maybe, however maybe you have to sit outside and listen. I wanted to see the face of my son. I never even went to the courthouse in Texas.

31. I would have come back to testify if they asked me t. Even if I was dead, I would come back to testify. I would do anything.

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

_Karl C. Bell_

_3/14/10_

SUBSCRIBED AND SWORN BEFORE ME, the undersigned Notary Public, on this the 14th day of March  2010.

_Deborah T. Grey_

Notary Public in and for the
State of North Carolina

```
DEBORAH T. GREY
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 12-13-2014
```

157

# Exhibit 2

School Records

# CHANTHKOUMMANE

# MECKLENBURG SCHOOLS
*Includes Exceptional Children's File*

School Admin / Health Forms (DT6)

| 85/86 | K | Chantilly | Hardin (? Hardis?) |
|-------|---|-----------|--------------------|
| 86/87 | 1 | Arwin | J. Laedlein |
| 87/88 | 2 | ? | ? |
| 88/89 | 3 | Arwin | Bellson (?) |
| 89/90 | 3 | Devonshire | Crossley |
| 90/91 | 4 | Tryon | Lesesne |
| 91/92 | 5 | Alleg. | RB Smith |
| 92/93 |   |  | Tuck |

CHARLOTTE MECKLENBURG
SCHOOL HEALTH RECORD

5120.5
10-82

NAME _Kosoul Chanthakoummane_ _____ BIRTHDATE _____

Medical problems _____

_____

Emergency care or management of medical problem at school _____

_____

_____

_____

Physical examination or health screening

| Date | Grade | Physician/Nurse Clinician | Results |
|------|-------|--------------------------|---------|
|      |       |                          |         |
|      |       |                          |         |
|      |       |                          |         |

Teacher Screening

| Year | Grade | Vision Rt. | Vision Lt. | Both | With Glasses | Ht. | Wt. | Record Date (p) pass (f) fail Speech | Lang. | Hear. | Teacher | School |
|------|-------|-----------|-----------|------|--------------|-----|-----|------|-------|-------|---------|--------|
| 85/86 | K | 20/20 | 20/20 | | | 44" | 39 lbs | | | F | Haidu | Chankelly |
| 86/87 | 1st | 20/30 | 20/30 | | | 45" | 47 lbs | | | 4/24 F | J. Luellen | Irwin |
| 87/88 | 2 | 20/20 | 20/20 | | | | | | | | | |
| 88/89 | 3d | 20/20 | 20/20 | | | | | | | | Bellm | Lucein |
| 89/90 | 3rd. | 20/20 | 20/20 | | | | 101 lbs | | | 10/89 p | Crossley | Devonshire |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Teacher Observation and Referrals

_____

_____

000002
161

CHARLOTTE MECKLENBURG  
SCHOOL HEALTH RECORD

5120.5  
10-82

NAME _John Chanthakoumnaco_ BIRTHDATE _10-1-80_

Medical problems _____

_____

Emergency care or management of medical problem at school _____

_____

_____

Physical examination or health screening

| Date | Grade | Physician/Nurse Clinician | Results |
|------|-------|---------------------------|---------|
|      |       |                           |         |
|      |       |                           |         |
|      |       |                           |         |

Teacher Screening

| Year | Grade | Vision Rt. | Lt. | Both | With Glasses | Ht. | Wt. | Record Date (p) pass (f) fail Speech | Lang. | Hear. | Teacher | School |
|------|-------|-----------|-----|------|--------------|-----|-----|--------|-------|-------|---------|--------|
| 90-91 | 4 | 20/20 | 20/20 |  |  | 55½ | 78 |  |  |  | Lecesne | T.Hills |
| 91-92 | 5 | 20/30 | 20/40 | 20/30 |  | 58 | 105 |  |  |  | Smith | 11 |
|  |  | 20/30 | 20/40 |  |  |  |  |  |  |  |  |  |
| 92-93 | 6 | 20/20 | 20/70 | 20/70 |  |  |  |  |  |  | Tuck | T.Hills |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

Teacher Observation and Referrals

10/28/91 Reviewed teacher screening. D.R.digh, RN

000003  
162

NURSE SCREENING AND REFERRAL RECORD

NAME: John Chantha Koumnaro          BIRTHDATE: 10-18()

| Date | Type Screening | Med/Dent Evaluation Pass | Fail | Parent Notified Date | Type Contact | Medical Evaluation Under Care | No Resp | No long Indicat | Gr | Nurse School |
|------|----------------|------|------|------|------|------|------|------|------|------|
| 11/13/91 | Re Screened Vision | ✓ | at = 20/30  ct = 20/30  Both = 20/30 | | | | | | 5th | D.P. High  T. Hills |
| | Hearing | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

### NURSE SCREENING AND REFERRAL RECORD

BIRTHDATE:

| Date | Type Screening | Med/Dent Evaluation Pass / Fail | Parent Notified Date | Type Contact | Medical Evaluation Under Care | No Resp | No long Indicat | Gr | Nurse School |
|---|---|---|---|---|---|---|---|---|---|
| | | | 11/14/15 | Ref. letter to dental cl. | | | | | P. Villanueva RN |
| | | | 3/13/16 | No respon - Signed letter sent | | 4/14/15 | | 1 | Chantilly |
| 11/14/15 | dental | passed possibly ES rec. testing at Metro | | | | | | | |
| 3-5-86 | HEARING | failed | 5-6-87 | appt. letter | | | | | |
| 5-6-87 | Hearing | fail appt. requested | | | | | | | |
| 5-18-87 | Hearing | | | Referred to | ENT for reeval so make appt | | | | K Durr-each RN Intern |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

000005
64

 

6144.44
9/91

# READING CHECKLIST
## CHARLOTTE-MECKLENBURG SCHOOLS
### GRADES 3-6

NAME: _John Chanthathoumman_     GRADE: _5_

SCHOOL: _Tryon Hills_     TEACHER: _Smith_

**DIRECTIONS:** Enter the code that most appropriately describes the student's reading behavior. Add pertinent comments as needed.

| GOAL 1:   Strategies and Processes | Code | | | | Comments |
|---|---|---|---|---|---|
| • Sets purposes for reading | R | R | L | R | |
| • Previews text to anticipate content and organization | R | R | R | R | |
| • Uses title, chapter headings, illustrations, or graphic aids to predict content | R | R | R | R | |
| • Relates prior knowledge and personal experiences to topic | R | R | R | R | |
| • Generates questions to be answered from reading | R | R | R | R | |
| • Skims for specific words, phrases for information | R | R | R | R | |
| • Makes meaningful predictions | R | R | R | R | |
| • Confirms predictions | R | R | R | R | |
| • Applies corrective strategies when comprehension fails | R | R | R | R | |
| • Uses cueing systems to predict unknown words | R | R | R | R | |
| • Discusses, outlines or summarizes new facts, information or ideas | R | R | R | R | |

**CODE:   M = Most of the time     S = Sometimes     R = Rarely**

| GOAL 2:   Acquisition, Interpretation and Application of Information | CODE | | | | COMMENTS |
|---|---|---|---|---|---|
| • Identifies story structure or organizational patterns of text | R | R | R | R | |
| • Creates graphic organizers that illustrate key ideas and their relationships | R | R | R | R | |
| • Uses information from text to clarify or refine understanding of historical or contemporary issues or events | R | R | R | R | |
| • Follows directions to create a product or develop an original idea based on interpretation of information | R | R | R | R | |
| • Solves problems or makes decisions based on interpretation of information | R | R | R | R | |

| GOAL 3:   Critical Analysis and Evaluation | CODE | | | | COMMENTS |
|---|---|---|---|---|---|
| • Distinguishes between statements of fact and statements of opinion | R | R | S | S | |
| • Makes judgments about the validity and accuracy of information | R | R | R | R | |
| • Recognizes bias, emotional factors, propaganda and semantic slanting | R | R | R | R | |
| • Recognizes attributes of various literary forms and genres | R | R | R | R | |
| • Compares and contrasts texts | R | R | R | R | |

| GOAL 4: Aesthetic and Personal Response | CODE | | | | COMMENTS |
|---|---|---|---|---|---|
| • Reads and shares a variety of genres | R | R | S | S | |
| • Responds creatively to written texts | R | R | R | R | |

CODE:   M = Most of the time      S = Sometimes      R = Rarely

000007

CHECK LIST (SCHOOLS)

Name  **Kosoul Chanthakoummane**                    Date  **8-23-90**

Grade placement recommendation                                  ✓ 4th

Test results   Miami Dade - 89.5%
               Cloze Reading - 68% (Independent)   ✓

Transcripts of school records                          Parents will bring

Translations:   Lunch information                         will
                School bus conduct and safety             get at
                Behavior guidelines                        school

Bilingual program refusal form                             NA

Statement of educational status                            NA

                        Complete                      Incomplete

Registration form            ✓                     _____

Immigration documentation    ✓                     _____

U.S. Citizen

_____          _____

Immunization documentation   ✓                     _____

Other comments

Kosoul speaks Lao and English. He
scored at an advanced level on
the speaking and reading test that
were given. He doesn't qualify for
the ESL program.

Patient's Name _Kasoul Chanthakoummane_ ___ Birthdate _10-1-80_

| Vaccine | Date Given Month/Day/Year | Name of Physician or Clinic | Date Next Dose Due |
|---|---|---|---|
| DTP or DT* (Diphtheria, Tetanus, Pertussis) | 1-13-81 | | |
| | 3-10-81 | | |
| | 6-5-82 | | |
| | 9-29-82 | | |
| | 6-4-85 | | |
| Polio, Oral Trivalent* | 1-13-81 | | |
| | 3-10-81 | | |
| | 6-5-82 | Randolph Pediatric Associates, P.A. 332 Lithington Avenue Charlotte, N. C. 28204-3194 Tel. 704/376-4493 | |
| | 9-29-82 | | |
| | 6-4-85 | | |
| Combined Measles Mumps Rubella | 1-28-83 | | |
| | | | |
| | | | |
| | | | |
| TB tine test 6-4-85 | | | |

Medical Notes (Special Problems-Contraindications)

*Beside date, indicate if inactivated polio vaccine (IPV) or Pediatric Diphtheria-Tetanus (DT) was given

000009
168

010000

# ROCK ISLAND FRANCISCAN HOSPITAL

ROCK ISLAND, ILLINOIS

## Certificate of Birth

This Certifies that _____

was born to ___ Phongsamout & Komonh Chanthakoummane

in this Hospital at 7:52 o'clock, P. m. on Wednesday

the First day of October 1980

In Witness Whereof the said Hospital has caused this Certificate to
be signed by its duly authorized officer and its Official Seal to be
hereunto affixed.

_____
ATTENDING PHYSICIAN

_____
ADMINISTRATOR

Koboue Chanthakoummane

169

5126.5
Rev. 5/82

NAME  Chanthakoummane  Kosoul

(LAST)          (FIRST)          (MIDDLE)          (NICKNAME)

I.D. NUMBER (IN PENCIL)
0024730
(TO BE COMPLETED BY SCHOOL)

| SEX | RACE | | | | | | BIRTHDATE |
|-----|------|--|--|--|--|--|-----------|
| M | ☐ AMER. INDIAN | ☐ BLACK | ☒ ASIAN | ☐ HISPANIC | ☐ WHITE | OTHER ____ | 10 MO / DA 80 YR |

**CHARLOTTE-MECKLENBURG SCHOOLS**
**STANDARDIZED TEST RECORD FORM**

This form must follow pupil when transferred.

ENTER TEST RESULTS ON THIS SIDE OF FORM IN DATE ORDER SEQUENCE. IF ENTRY TYPED OR HANDWRITTEN, SCORES SHOULD BE
LABELED USING THE FOLLOWING CODE:  PERCENTILE - %, GRADE EQUIVALENT - G.E., INTELLIGENCE QUOTIENT - I.O.  ANY OTHER
TYPE OF TEST RESULTS SHOULD BE EXPLAINED:  NAME OF TEST, DATE GIVEN, AND ACTUAL GRADE PLACEMENT AT TIME OF TESTING
SHOULD ALSO BE RECORDED.

| GRADE 1.7 SPRING 1987 | CAT E&F LEVEL 11 | | TOTAL READING | LANGUAGE EXPRESSION | TOTAL MATHEMATICS | | WORD ANALYSIS | |
|---|---|---|---|---|---|---|---|---|
| | | SCALE SCORE ▶ | 243 | 457 | 368 | | 472 | |
| IRWIN AVE OPT | | GRADE EQUIVALENT ▶ | 0.4 | 0.9 | 0.8 | | 0.8 | |
| CHANTHAKOU  KASOUL | | NATIONAL PERCENTILE ▶ | 1 | 16 | 2 | | 6 | |
| 80185772    A981-427 | | NORMAL CURVE EQUIV. ▶ | 1 | 29 | 8 | | 18 | |
| | 600-6 | | | | RUN DATE: 04/24 | | | 82502 |

| GRADE 2.6 SPRING 1988 | CAT E F | SCORES | TOTAL READING | TOTAL LANGUAGE | TOTAL MATHEMATICS | TOTAL BATTERY | WORD ANLY | SPEL | | SCIE | SOC STDY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FORM/LEVEL | SCALE SCORE ▶ | 542 | 545 | 479 | 522 | 512 | 511 | | | |
| IRWIN AVENUE | E/12 | GRADE EQUIVALENT ▶ | 1.9 | 1.4 | 1.4 | 1.5 | 1.2 | 1.1 | | | |
| CHANTHAKOUM KOSOUL | DATE | NATIONAL PERCENTILE ▶ | 14 | 6 | 2 | 4 | 3 | 2 | | | |
| 7113-048 | 04/16 | NORMAL CURVE EQUIV. ▶ | 27 | 16 | 5 | | 11 | 5 | | | |

| GRADE 4.6 SPRING 1991 | CAT E F | SCORES | TOTAL READING | TOTAL LANGUAGE | TOTAL MATHEMATICS | TOTAL BATTERY | WORD ANLY | SPEL | STDY SKIL | SCIE | SOC STDY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FORM/LEVEL | SCALE SCORE ▶ | 653 | 672 | 698 | 674 | 628 | 686 | | | |
| TRYON HILLS | E/14 | GRADE EQUIVALENT ▶ | 3.1 | 3.4 | 4.2 | 3.5 | 2.6 | 4.3 | | | |
| CHANTHAKOUM KOSOUL | DATE | NATIONAL PERCENTILE ▶ | 24 | 34 | 41 | 30 | 21 | 38 | | | |
| 2541-051 | 04/03 | NORMAL CURVE EQUIV. ▶ | 35 | 41 | 45 | 39 | 33 | 43 | | | |

| GRADE 5.7 SPRING 1992 | CAT E F | SCORES | TOTAL READING | TOTAL LANGUAGE | TOTAL MATHEMATICS | TOTAL BATTERY | WORD ANLY | SPEL | STDY SKIL | SCIE | SOC STDY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FORM/LEVEL | SCALE SCORE ▶ | 679 | 677 | 717 | 691 | 528 | 711 | | | |
| TRYON HILLS | E/15 | GRADE EQUIVALENT ▶ | 3.7 | 3.6 | 5.1 | 4.1 | 1.3 | 5.4 | | | |
| CHANTHAKOUM KOSOUL | DATE | NATIONAL PERCENTILE ▶ | 20 | 26 | 35 | 25 | 4 | 41 | | | |
| 1245-016 | 04/27 | NORMAL CURVE EQUIV. ▶ | 32 | 36 | 42 | 36 | 14 | 45 | | | |

Student  KOSOUL CHANTHAKOU MMAN          Sch. Code 600559  5/4
School  TRYON HILLS                                     Soc. Sec. No.
Date :  Spring 1993     Grade :  6          LEP :  YES

End of grade testing

| Subject | Score | Percentile | Subject | Score | Percentile |
|---------|-------|-----------|---------|-------|-----------|
| Reading | 144 | 22 | Social Studies | 28 | 18 |
| Mathematics | 146 | 13 | Science | 28 | 16 |

000011
170

**North Carolina**
**End-of-Grade**
Testing Program

| | |
|---|---|
| NAME: CHANTHAXOU, KOSOU, J | STUDENT ID: 668869 |
| TEACHER: TUCK C | GRADE: 6 |
| SCHOOL: TRYON HILLS ELEM | TEST DATE: FEB 2, 1993 |
| SCHOOL SYSTEM: Mecklenburg Co. Schools | PACKET ID: 16915 |

Writing, Grades 4, 6, and 8
600-559

Learning to write is an important educational goal for all North Carolina students. Measuring the skills involved takes time and thoughtful judgment. Students were given approximately 50 minutes to write about a given topic. Each paper was scored by two carefully trained, experienced readers. The scores reported below represent their combined judgment of this sample of the student's writing. Space is provided for this student's teacher to give additional information about other writing skills observed during the year.

The composition score shows how well this student expressed an idea without penalty for spelling or grammar. The second score is for English conventions and does represent a measure of this student's ability to use standard English.

| WRITING SKILLS MEASURED | SCORE | EXPLANATION |
|---|---|---|
| Composing Skills (Communicating an Idea):<br><br>· Having a main idea<br>· Providing supporting detail<br>· Showing organization<br>· Using coherence techniques | 1.5 | Most of the skills needed in descriptive writing are weak. The writer has read the prompt and attempts to respond. The subject is identified and a number of vague details are given, but the description is too general for the reader to get more than a vague picture of the subject. Many of these responses exhibit some understanding of the organization but there is no sense of control. The two readers differed in their judgment of the level of skills present. |
| Conventions (Using Correct English):<br><br>· Using complete sentences<br>· Using appropriate forms of words<br>· Using standard mechanics (punctuation, capitalization)<br>· Using correct spellings | 1 | The paper does not exhibit a reasonable and acceptable level of sentence formation skills. |
| | 1 | The paper does not exhibit a reasonable and acceptable level of usage skills. |
| | 1 | The paper does not exhibit a reasonable and acceptable level of mechanics skills. |
| | 3 | The paper exhibit a reasonable and acceptable level of spelling skills. |

**· A FURTHER EXPLANATION OF THE TESTING AND SCORING MAY BE FOUND ON THE BACK OF THIS REPORT**

TEACHER COMMENTS:

I have reviewed this report and have made additional comments where necessary. Please do not hesitate to contact me for a more detailed explanation of the scores or further assistance in this matter.

SIGNED _____

171

MATH SKILLS CHECKLIST        NAME __John__                    9d⁹¹        6130.1
                                                                          6/84

I = Introduced        School __Tryon H.lls__
M = Mastery                                    Year in
P = Progress          _____         School
R = Retaught          _____         Grade in
             [CMS]     _____         School

| | | | | | 99/91/9%| | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | 4|5 | | | | |

Grade Mastery is expected ▓

| K | 1 | 2 | 3 | 4 | 5 | 6 | | | |
|---|---|---|---|---|---|---|---|---|---|

**1   Readiness**

| | K | 1 | 2 | 3 | 4 | 5 | 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 Count objects 1-10......................... | ▓ | | | | | | | | | |
| 1.2 Join & separate sets with concrete objects | ▓ | | | | | | | | | |
| 1.3 Classify objects by colors, shapes, and texture................................ | ▓ | | | | | | | | | |
| 1.4 Understand far-near; inside-outside; large-small............................. | ▓ | | | | | | | | | |
| 1.5 Match numerals with set 1 to 10.......... | ▓ | | | | | | | | | |
| 1.6 Arrange numerals in order 1-10.......... | ▓ | | | | | | | | | |
| 1.7 Write numerals 1-100.................... | | ▓ | | | | | | | | |
| 1.8 Write names for numerals 1-10........... | | ▓ | | | | | | | | |

**2   Addition - Whole Numbers**

| | K | 1 | 2 | 3 | 4 | 5 | 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 Number combinations through 9........... | | ▓ | | | | | | | | |
| 2.2 Number combinations through 18.......... | | | ▓ | | | | | | | |
| 2.3 Count by 5's and 10's................... | | | ▓ | | | | | | | |
| 2.4 Count by 2's............................ | | ▓ | | | | | | | | |
| 2.5 Count by 4's............................ | | | ▓ | | | | | | | |
| 2.6 No regrouping........................... | | ▓ | | | m | | | | | |
| 2.7 Regrouping 1 to 10...................... | | | ▓ | | m | | | | | |
| 2.8 Regrouping 10 to 100.................... | | | | ▓ | m | | | | | |
| 2.9 Regrouping 100 to 1,000................. | | | | ▓ | P | | | | | |

**3   Subtraction - Whole Numbers**

| | K | 1 | 2 | 3 | 4 | 5 | 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 Subtraction facts through 9............. | | | ▓ | | m | | | | | |
| 3.2 Subtraction facts through 18............ | | | ▓ | | m | | | | | |
| 3.3 No regrouping........................... | | ▓ | | | m | | | | | |
| 3.4 Regrouping 10 to 1...................... | | | | ▓ | ∩ | | | | | |
| 3.5 Regrouping 100 to 10.................... | | | | ▓ | m | | | | | |
| 3.6 Regrouping 100 to 10 to 1.............. | | | | ▓ | P | | | | | |
| 3.7 Regrouping 1,000 to 100 to 1........... | | | | ▓ | P | | | | | |

**4   Multiplication - Whole Numbers**

| | K | 1 | 2 | 3 | 4 | 5 | 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.1 Tables through 3's...................... | | | | ▓ | m | | | | | |
| 4.2 Tables through 5's...................... | | | | ▓ | m | | | | | |
| 4.3 Tables through 7's...................... | | | | ▓ | m | | | 00001J | | |
| 4.4 Tables through 9's...................... | | | ▓ | P | M | | | 72 | | |

| | K | 1 | 2 | 3 | 4 | 5 | 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4.5 One digit by one digit..................... | | | | ▨ | p | p | | | | |
| 4.6 Two digits by one digit.................. | | | | ▨ | P | p | | | | |
| 4.7 Two digits by two digits................. | | | | | ▨ | p | | | | |
| 4.8 Three digits by two digits.............. | | | | | | I | ▨ | | | |
| 4.9 Four digits by three digits............. | | | | | | I | ▨ | | | |
| **5  Division - Whole Numbers** | | | | | | | | | | |
| 5.1 One digit divisor - no remainder.......... | | | | | m | p | | | | |
| 5.2 Two digits divisor with remainder......... | | | | | ▨ | p | | | | |
| 5.3 Three digits divisor with & without remainder............................. | | | | | | p | | | | |
| 5.4 Four digits divisor with & without remainder............................. | | | | | | I | ▨ | | | |
| **6  Fractions** | | | | | | | | | | |
| 6.1 Recognize 1/2, 1/3, 1/4 of objects & sets. | | ▨ | | | m | p | | | | |
| 6.2 Recognize 2/3, 3/4 of objects and sets.... | | | ▨ | | | p | | | | |
| 6.3 Change to equivalent fractions........... | | | | | | p | | | | |
| 6.4 Reduce fractions to lowest term.......... | | | | | | O | | | | |
| **7  Addition of Fractions** | | | | | | | | | | |
| 7.1 Addition with like denominators.......... | | | | | m | p | | | | |
| 7.2 Addition with unlike denominators........ | | | | | | p | | | | |
| 7.3 Addition of mixed numbers................ | | | | | | ▨ | | | | |
| **8  Subtraction of Fractions** | | | | | | | | | | |
| 8.1 Subtraction with like denominators....... | | | | | ▨ | p | | | | |
| 8.2 Subtraction with unlike denominators...... | | | | | ▨ | p | | | | |
| 8.3 Subtraction of mixed numbers............. | | | | | | ▨ | | | | |
| **9  Multiplication of Fractions** | | | | | | | | | | |
| 9.1 Multiplication of common fractions........ | | | | | | ▨ | | | | |
| 9.2 Multiplication of mixed numbers.......... | | | | | | I | ▨ | | | |
| **10  Division of Fractions** | | | | | | | | | | |
| 10.1 Division of common fractions............ | | | | | | ▨ | | | | |
| 10.2 Division of mixed numbers............... | | | | | | I | ▨ | | | |
| **11  Decimals** | | | | | | | | | | |
| 11.1 Change a fraction to a decimal.......... | | | | | | | ▨ | | | |
| 11.2 Round off to given decimal place........ | | | | | | | ▨ | | | |
| 11.3 Arrange in order from large to small..... | | | | | | ▨ | ▨ | | | |
| 11.4 Add decimals............................ | | | | | | | ▨ | | | |
| 11.5 Subtract decimals....................... | | | | | | | ▨ | | | |
| **12  Multiplication of Decimals** | | | | | | | | | | |
| 12.1 Decimal by whole number................. | | | | | | | ▨ | | | |
| 12.2 One place by one place.................. | | | | | | | ▨ | | | |
| 12.3 Two places by one place................. | | | | | | | ▨ | | | |

| Skill | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| 12.4 Two places by two places................. | | | | | | ▓ | |
| 12.5 Two places by three places.............. | | | | | | ▓ | |

**13  Division of Decimals**

| Skill | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| 13.1 Decimal by whole number.................. | | | | | | ▓ | |
| 13.2 One place by one place................... | | | | | | ▓ | |
| 13.3 Two places by two places................ | | | | | | ▓ | |
| 13.4 Three places by two places.............. | | | | | | ▓ | |

**14  Time**

| Skill | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| 14.1 Tell time - morning-afternoon........... | ▓ | | | | | | |
| 14.2 Tell time to hour and half-hour......... | | ▓ | | | | | |
| 14.3 Tell time to quarter hour............... | | | ▓ | | | | |
| 14.4 Tell time to minute..................... | | | | ▓ | | | |

**15  Measurement**

| Skill | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| 15.1 Measure in non-standard units (paper clip) | ▓ | | | | | | |
| 15.2 Measure in pints and quarts............. | ▓ | | | | | | |
| 15.3 Measure in litres, millilitres.......... | | | | | | ▓ | |
| 15.4 Measure to nearest inch................. | ▓ | | | | | | |
| 15.5 Measure in yards and feet............... | | | | ▓ | | | |
| 15.6 Measure in metres, decimetres, and centimetres......................... | | | | ▓ | | | |
| 15.7 Read temperature in Fahrenheit-Celsius... | | | | | | | |
| 15.8 Name & recognize penny, nickel, dime, quarter and half-dollar.............. | ▓ | | | | | | |
| 15.9 Measure in pounds and kilograms......... | | | | ▓ | | | |

**16  Geometry**

| Skill | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| 16.1 Classify objects by size and shape....... | ▓ | | | | | | |
| 16.2 Identify circle,square,triangle,rectangle | | | | M | | | |
| 16.3 Recognize - line segment, ray........... | | | | M | | | |
| 16.4 Name congruent parts of congruent triangles........................... | | | | M | | | |
| 16.5 Understand parallel lines............... | | | | M | | | |
| 16.6 Name right angles....................... | | | | ▓ | | | |
| 16.7 Find perimeter of geometric figures...... | | | | | ▓ | | |

**17  Construction and Area**

| Skill | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| 17.1 Construct a given angle................. | | | | | | ▓ | |
| 17.2 Find area of rectangle,triangle & circle. | | | | | | | |
| 17.3 Find circumference of circle............ | | | | | | ▓ | |

000015

**18  Vocabulary**

| Skill | K | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| 18.1 Set, subset, > , < , + , x , ÷ .......... | | | ▓ | | | | |

174





# TEACHER REPORT

GRADE: FIFTH
BATCH/GROUP: 12345-016/001
RUN DATE: 04/27/92
TEST DATE: SPRING 92

## PROFILE OF STUDENT'S SCORES

### SCORES

|  | PERCENTAGE WHO SCORED BELOW THIS STUDENT |
| --- | --- |
|  | 17 |
|  | 23 |
|  | 20 |
|  | 25 |
|  | 27 |
|  | 26 |
| APPLICATIONS | 36 |
|  | 36 |
|  | 35 |
|  | 25 |
|  | 4 |
|  | 61 |

| WELL BELOW AVERAGE | SLIGHTLY BELOW AVERAGE | AVERAGE | SLIGHTLY ABOVE AVERAGE | WELL ABOVE AVERAGE |
| --- | --- | --- | --- | --- |
| 5 | 15 | 25 | 35 | 45 | 55 | 65 | 75 | 85 | 95 |

NATIONAL PERCENTILE

## LANGUAGE SKILLS

THIS STUDENT IS STRONGEST IN SKILLS RELATED TO:
49 USING PERSONAL OR RELATIVE PRONOUNS
51 USING ADJECTIVE OR ADVERB FORMS
56 COMBINING RELATED THOUGHTS IN SENTENCES
THIS STUDENT IS WEAKEST IN SKILLS RELATED TO:
54 IDENTIFYING COMPLETE SENTENCES
44 CAPITALIZING BEGINNING WORDS AND TITLES
53 IDENTIFYING GRAMMATICAL PATTERNS OF SENTENCES

## MATHEMATICS SKILLS

THIS STUDENT IS STRONGEST IN SKILLS RELATED TO:
74 SUBTRACTING NUMBER SENTENCES
63 SUBTRACTING DECIMAL NUMBERS
62 SUBTRACTING WHOLE NUMBERS
64 SUBTRACTING FRACTIONS
65 MULTIPLYING WHOLE NUMBERS
THIS STUDENT IS WEAKEST IN SKILLS RELATED TO:
77 UNDERSTANDING MEASUREMENT

### EXAMPLES

READING  Based on the story, what will probably happen when Jack climbs the fence?

MATHEMATICS  If there are 4 pens in a box and 12 boxes in a case, how many pens are there in 2 cases?

### ESTIMATED OBJECTIVE SCORES

NUMBER CORRECT  28 OF 60

| OBJECTIVES | PER | DIF | AI |
| --- | --- | --- | --- |
| 7 PROOFREADING | 43 | -21 | - |
| NGUAGE EXPRESSION |  |  |  |
| 8 NOUNS | 40 | -17 | - |
| 9 PRONOUNS | 99 | +7 | + |
| 0 VERBS | 80 | -7 | + |
| 1 ADJECTIVES, ADVERBS | 99 | +15 | + |
| 3 SENTENCE PATTERNS | 38 | -24 | - |
| 4 SENTENCE RECOGNITION | 0 | -79 | - |
| 6 SENTENCE COMBINING | 99 | +18 | + |
| 7 TOPIC SENTENCE | 44 | -17 | - |
| 8 SENTENCE SEQUENCE | 80 | +6 | + |
| MPUTATIONS |  |  |  |
| 51 ADD FRACTIONS | 62 | -8 | R |
| 52 SUBTRACT WHOLE NUMBERS | 77 | +2 | + |
| 53 SUBTRACT DECIMALS | 80 | 0 | + |
| 54 SUBTRACT FRACTIONS | 77 | -2 | + |
| 55 MULTIPLY WHOLE NUMBERS | 76 | -4 | + |
| 55 DIVIDE WHOLE NUMBERS | 55 | -9 | R |

| OBJECTIVES | PER | DIF | AI |
| --- | --- | --- | --- |
| CONCEPTS & APPLICATIONS |  |  |  |
| 73 NUMERATION | 61 | -10 | R |
| 74 NUMBER SENTENCES | 90 | +3 | + |
| 75 NUMBER THEORY | 51 | -9 | R |
| 76 PROBLEM SOLVING | 65 | -4 | R |
| 77 MEASUREMENT | 46 | -10 | - |
| 78 GEOMETRY | 57 | -6 | R |
| WORD ANALYSIS |  |  |  |
| 09 CONSONANT DIGRAPHS | 19 | -39 | - |
| 10 VARIANT CONSONANT | 23 | -37 | - |
| 15 DIPHTH.VARIANT VOWELS | 23 | -47 | - |
| 18 ROOT WORDS, AFFIXES | 30 | -53 | - |
| SPELLING |  |  |  |
| 40 VOWEL SOUNDS | 84 | +4 | + |
| 41 CONSONANT SOUNDS | 55 | -9 | - |
| 42 STRUCTURAL UNITS | 83 | +2 | + |

E OBJECTIVES TESTED MAY BE FOUND ON THE BACK OF THIS REPORT

Form E "Level 15"
Published 1985

QTR. MTH1.-28



# End of Grade Testing
## N.C. Public Schools
### Parent/Teacher Report

**Grade 6**

Student:  KOSOUL CHANTHA/KOL/MMAN
Teacher:  TUCK C
School:   TRYON HILLS ELE
System:   Charlotte/Meckl
Test Date:  Spring 93

**Achievement Level Descriptions**

I    Students performing at this level do not have sufficient mastery of
     knowledge and skills in this subject area to be successful at the next
     grade level.

II   Students performing at this level demonstrate inconsistent mastery of
     knowledge and skills in this subject area and are minimally prepared
     to be successful at the next grade level.

III  Students performing at this level consistently demonstrate mastery of
     grade level subject matter and skills and are well prepared for the
     next grade level.

IV   Students performing at this level consistently perform in a superior
     manner clearly beyond that required to be proficient at grade level work.

*  These percentiles were estimated using the 1992 End-of-Grade Field Tests in N.C.

000018

177



# End of Grade Testing
## N.C. Public Schools
### Parent/Teacher Report

**Grade 8**

Student:  KOSOUL J CHANTHAKOUM
Teacher:  BLAKE J
School:   RANSON MIDDLE
System:   Charlotte/Meckl
Test Date:  Spring 95



**Reading**

| Score | 125 | 135 | 145 | 155 | 165 | 175 | 185 | 195 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Level | I | | II | III | | IV | | |
| Student | | | | | | | | |
| School | | | | | | | | |
| System | | | | | | | | |
| State | | | | | | | | |

Percentage of NC students who scored below this student's score: 16

**Science**

Number Correct  0   10   20   30   40   50   60

Student:  Projected to be administered in the Spring of 1996
School
System
State

Percentage of NC students who scored below this student's score: 

**Math**

| Score | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Level | I | | II | III | | IV | | |
| Student | | | | | | | | |
| School | | | | | | | | |
| System | | | | | | | | |
| State | | | | | | | | |

Percentage of NC students who scored below this student's score: 32

**Social Studies**

| Score | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Level | I | | II | III | | | IV | | |
| Student | | | | | | | | | |
| School | | | | | | | | | |
| System | | | | | | | | | |
| State | | | | | | | | | |

Percentage of NC students who scored below this student's score: 4

**Teacher's Comments:**

_____

_____

_____

_____

_____

_____   Signature

## Achievement Level Descriptions

I   Students performing at this level do not have sufficient mastery of knowledge and skills in this subject area to be successful at the next grade level.

II  Students performing at this level demonstrate inconsistent mastery of knowledge and skills in this subject area and are minimally prepared to be successful at the next grade level.

III Students performing at this level consistently demonstrate mastery of grade level subject matter and skills and are well prepared for the next grade level.

IV  Students performing at this level consistently perform in a superior manner clearly beyond that required to be proficient at grade level work.

TEST RESULTS   For additional test data refer to Test Record Form in Cumulative Folder.

Student  KOSOUL J CHANTHAKOUMM          Soc. Sec. No. 0024730        Sch. Code 600514

School  RANSOM MD                                                   LEP:  NO

Date: Spring 1994         Grade:  7

| | Subject | Score | Percentile | Subject | Score | Percentile |
|---|---|---|---|---|---|---|
| 2nd of grade testing | Reading | 143 | 7 | Social Studies | 43 | 19 |
| | Mathematics | 149 | 5 | Science | N/A | N/A |

Student  KOSOUL J CHANTHAKOUMM          Soc. Sec. No. 0024730

School  RANSOM MIDDLE                   School Code 600514

Date  Spring 1995          Grade:  8                 LEP:  NO

| | Subject | Score | Percentile | Competency | Subject | Score | Percentile |
|---|---|---|---|---|---|---|---|
| 2nd of grade testing | Reading | 149 | 16 | FAIL | Social Studies | 38 | 4 |
| | Mathematics | 162 | 32 | FAIL | | | |

5124.8
7-84

**NAME** Kosoul Chanthakoummane
**STUDENT I.D. NO.** 00 90730
**SCHOOL** Chantilly
**TEACHER** J. Harris   **PRINCIPAL** E Curr
**GRADE** K   **SCHOOL YEAR** 19 85 19 86

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Present | 43 | 43 | 44 | 45 |
| Days Absent | 0 | 0 | 1 | 1 |

## SCHOOLS

## REPORT

### CODE
| | |
|---|---|
| | **N** Needs Improvement |
| | **U** Unsatisfactory |
| Shows Progress | **X** Not graded this period |

| | REPORT PERIOD | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| **LANGUAGE DEVELOPMENT** *ESL* | | | | |
| 1. Says full name/address/phone | P | P | P | P |
| 2. Talks easily with others | N | P | P | P |
| 3. Speaks in sentences | N | N | P | P |
| 4. Recalls details in stories, poems | X | N | N | P |
| 5. Can do simple rhyming | X | N | N | N |
| 6. Recognizes and writes name | P | U | S | N |
| 7. Identifies letters | X | P | P | S |
| 8. Forms letters | X | P | P | S |
| **MATH/SCIENCE DEVELOPMENT** | | | | |
| 1. Recognizes likenesses/differences | N | P | P | P |
| 2. Classifies objects into sets | X | X | X | P |
| 3. Recognizes symbols for numbers 1-10 | U | U | S | P |
| 4. Knows meaning of more/less | X | N | N | P |
| 5. Observes, questions, explores | N | P | P | P |
| 6. Recognizes shapes | S | N | S | P |
| 7. Recognizes days/months | U | N | N | P |
| 8. Recognizes year/seasons | U | N | N | P |
| 9. Recognizes coins | X | X | X | N |
| **SOCIAL AND EMOTIONAL DEVELOPMENT** | | | | |
| 1. Is happy and relaxed in school | S | S | S | S |
| 2. Plays well with other children | N | N | N | N |
| 3. Takes turns willingly | N | N | N | N |
| 4. Participates in group activities | N | N | N | N |
| 5. Exercises self-control | N | P | N | P |
| 6. Respects rights & property of others | N | N | N | P |
| 7. Accepts correction | S | S | S | S |
| **WORK HABITS** | | | | |
| 1. Listens attentively | U | N | N | P |
| 2. Follows directions | U | N | N | P |
| 3. Works independently | U | N | N | P |
| 4. Works without disturbing others | U | N | N | P |
| 5. Completes tasks | U | N | N | P |
| 6. Takes care of materials | N | P | N | P |
| **ART** | | | | |
| 1. Participates in art activities | N | N | N | P |
| 2. Recognizes colors | N | S | S | P |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **PHYSICAL DEVELOPMENT** | | | | |
| 1. Shows large muscle control (example: running, jumping, hopping, skipping, throwing, catching) | P | P | P | S |
| 2. Shows small muscle control (example: using brushes, crayons, pencils, cutting with scissors, tying, buttoning, zipping, assembling puzzles) | N | P | P | P |
| **MUSIC** | | | | |
| 1. Responds to rhythms | N | N | N | N |
| 2. Participates in musical activities | N | N | N | N |

**TEACHER COMMENTS:**

Home conference - by Tompkins Kosoul must improve his class behavior!

Kosoul's behavior still must improve!

3 Kosoul has made progress with his work but his behavior still must improve!

4 Kosoul has made progress in speaking/listening however his behavior has interfered with his learning.
Mrs. Shaw ESL

Address at time of assignment 3919 - #7 Tennessee Ave Zip
School Assignment for 19 86 19 87
School Chantilly
School assignment is subject to correction on final progress report. Any request for change in school assignment must be made within thirty (30) days of receipt of assignment.
Grade Placement for Next Year (as of close of school) 1

*(Clip and Return Bottom Portion)*

**PUPIL** Kosoul Chanthakoummane   **PARENT or GUARDIAN COMMENT:**

Signature of Parent or Guardian

000022
181

51249
4/89

**CHARLOTTE-MECKLENBURG SCHOOLS**

**PUPIL PROGRESS REPORT**

Grades 4 - 6

| NAME | John Chanthakuumnaco |
|---|---|
| STUDENT I.D. NO. | |
| SCHOOL | Tryon Hills |
| TEACHER | LeSsne |
| PRINCIPAL | D. K. Asbury |
| GRADE | 4   SCHOOL YEAR 19 90  19 91 |

### SUBJECT AREA CODE

| A | 94 - 100 | D | 70 - 76 |
|---|---|---|---|
| B | 85 - 93 | F | Below 70 |
| C | 77 - 84 | X | Not graded this period |

Check denotes work is below grade level; conference is strongly recommended. Example: ☑

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Present | 41 | 40 | 46 | 37 |
| Days Absent | 0 | 7 | 0 | 6 |

**TEACHER COMMENTS:**

1. CONFERENCE
   10-24-90

2. John continues to have difficulty with Math. I will assign a student tutor to help. He needs to study multiplication tables. Also he needs to

| | REPORT PERIOD | | | |
|---|---|---|---|---|
| SUBJECT AREAS | 1 | 2 | 3 | 4 |
| READING | C | C | B | D |
| COMMUNICATION SKILLS* | C | C | D | D |
| MATHEMATICS | D | D | C | D |
| SOCIAL STUDIES | C | C | C | C |
| SCIENCE/HEALTH | D | D | D | D |

* Communication Skills grade reflects spelling, grammar, mechanics and written expression.

3. read nightly and get his log signed.
   4-10-91
   John is doing better with his division. He is not reading nightly.

### WORK, STUDY AND CONDUCT CODE

| E | Excellent | N | Needs Improvement |
|---|---|---|---|
| G | Good | U | Unsatisfactory |
| S | Satisfactory | | |

4. John should practice his division over the summer. Read as often as you can. Enjoy summer!

| WORK AND STUDY HABITS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Writes Legibly | S | S | S | S |
| Pays Attention in Class | N | N | N | U |
| Completes Classwork on Time | N | S | S | S |
| Completes Homework | E | E | E | E |
| Shows Effort | S | S | S | S |
| CONDUCT | 1 | 2 | 3 | 4 |
| Observes School and Class Rules | S | S | S | N |
| Refrains from Unnecessary Talking | S | S | S | S |

Address at time of assignment 2530 Fort St
Zip 28205

School Assignment for 19 91  19 92
School Tryon Hills
School assignment is subject to correction on final progress report. Any request for change in school assignment must be made within thirty (30) days of receipt of assignment.
Grade Placement for Next Year (as of close of school) 5
Summer School:  Required _____

(Clip and Return Bottom Portion)

PUPIL John Chanthakuumnaco     PARENT or GUARDIAN COMMENT:

## CHARLOTTE-MECKLENBURG SCHOOLS

### PUPIL PROGRESS REPORT

#### Grades 4 - 6

| NAME | |
|---|---|
| STUDENT I.D. NO. | |
| SCHOOL | |
| TEACHER | |
| PRINCIPAL | |
| GRADE ____ SCHOOL YEAR 19 _LL_ 19 _L_ | |

4/89

### SUBJECT AREA CODE

| | |
|---|---|
| A  94 - 100 | D  70 - 76 |
| B  85 - 93 | F  Below 70 |
| C  77 - 84 | X  Not graded this period |

Check denotes work is below grade level; conference is strongly recommended. Example: ☑

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Present | 77 | 36 | 46 | 36 |
| Days Absent | ? | 5 | 1 | 7 |

| SUBJECT AREAS | REPORT PERIOD | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| READING | B | F | C | D |
| COMMUNICATION SKILLS* | C | C | C | C |
| MATHEMATICS | D/ | F/ | F/ | D |
| SOCIAL STUDIES | B | C | B | B |
| SCIENCE/HEALTH | C | C | C | C |

\* Communication Skills grade reflects spelling, grammar, mechanics and written expression.

### WORK, STUDY AND CONDUCT CODE

| | |
|---|---|
| E  Excellent | N  Needs Improvement |
| G  Good | U  Unsatisfactory |
| S  Satisfactory | |

| WORK AND STUDY HABITS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Writes Legibly | S | N | N | N |
| Pays Attention in Class | S | N | S | N |
| Completes Classwork on Time | S | S | S | S |
| Completes Homework | U | N | U | S |
| Shows Effort | S | N | S | S |
| CONDUCT | 1 | 2 | 3 | 4 |
| Observes School and Class Rules | S | S | S | S |
| Refrains from Unnecessary Talking | S | S | N | S |

### TEACHER COMMENTS:

1. CONFERENCE

2. John doesn't consistently give his best effort. His written assignments lack thoughtful planning. He didn't study for reading vocabulary quizzes, and he did not pass them. He can do much better!

3. John really needs to work hard on fractions. He has gotten extra help with his tutor, but he still is having trouble. Please encourage him to keep practicing. He has also not been bringing in his home-work regularly.

4. John is slow in understanding new work, but is making progress. Please encourage him to read daily. Have a nice summer.

Address at time of assignment 2530 Fort St.
Charlotte, NC Zip 28205
School Assignment for 19 92 1993
School Tryon Hills
School assignment is subject to correction on final progress report. Any request for change in school assignment must be made within thirty (30) days of receipt of assignment.
Grade Placement for Next Year (as of close of school) 6
Summer School:  Required _____

(Clip and Return Bottom Portion)

PUPIL Kozw Charlie Kuuman

PARENT or GUARDIAN COMMENT:

X _____

000024
183

## CHARLOTTE-MECKLENBURG SCHOOLS

### PUPIL PROGRESS REPORT

#### Grades 4 - 6

| NAME | _John Cynthia Robinson_ |
|---|---|
| STUDENT I.D. NO | _333473U_ |
| SCHOOL | _Tryon Hill Elem._ |
| TEACHER | _M. Y. Tick_ |
| PRINCIPAL | _D. Lacis_ |
| GRADE _6_ | SCHOOL YEAR 19 _7_ 19 _73_ |

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Present | 4 | | 41 | 44 |
| Days Absent | 2 | | 1 | 1 |

### SUBJECT AREA CODE

| | |
|---|---|
| A  94 - 100 | D  70 - 76 |
| B  85 - 93 | F  Below 70 |
| C  77 - 84 | X  Not graded this period |

Check denotes work is below grade level; conference is strongly recommended. Example: ☑

| SUBJECT AREAS | REPORT PERIOD | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| READING | F | C | C* | B |
| COMMUNICATION SKILLS* | F | D* | C | C |
| MATHEMATICS | D* | F | F | F |
| SOCIAL STUDIES | F* | F | F | D |
| SCIENCE/HEALTH | D* | F | F | F |

* Communication Skills grade reflects spelling, grammar, mechanics and written expression.

### WORK, STUDY AND CONDUCT CODE

| | |
|---|---|
| E  Excellent | N  Needs Improvement |
| G  Good | U  Unsatisfactory |
| S  Satisfactory | |

| WORK AND STUDY HABITS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Writes Legibly | N | U | N | N |
| Pays Attention in Class | N | U | N | N |
| Completes Classwork on Time | N | N | N | N |
| Completes Homework | N | U | U | U |
| Shows Effort | N | U | N | S |
| CONDUCT | 1 | 2 | 3 | 4 |
| Observes School and Class Rules | S | S | S | S |
| Refrains from Unnecessary Talking | S | S | G | S |

### TEACHER COMMENTS:

1. CONFERENCE

2. _John doesn't [illegible] his [illegible] Robert has not for one put making good grades_

3. _John is failing 6th grade!_

4.

Address at time of assignment _2540 Fort St._
_Charlotte, NC  346 A_  Zip _28216_
School Assignment for 19 _93_ 19 _94_
School _Ranson_
School assignment is subject to correction on final progress report. Any request for change in school assignment must be made within thirty (30) days of receipt of assignment.
Grade Placement for Next Year (as of close of school) _____
Summer School:  Required ✓

(Clip and Return Bottom Portion)

PUPIL_____

PARENT or GUARDIAN COMMENT:

Signature of Parent or Guardian

000025
184

000026

ATTACH
PHOTO
HERE

Date of photo (use pencil)

## GRADING SCALE

**Academic**

| | |
|---|---|
| A | 94-100 |
| B | 85-93 |
| C | 77-84 |
| D | 70-76 |
| F | 0-69 |

**Non-Academic**

E—Excellent
S—Satisfactory
U—Unsatisfactory
I—Incomplete
W—Withdrawn

### 024730 · CHANTHAKOUMMANKDSOUL

| SUBJECT | TEACHER | PER | CLASS PASS | SEM 1 | SEM 2 | TOTAL CREDIT |
|---|---|---|---|---|---|---|
| RD/GLB ISS 7 | SMITH | 1 | 7 | D | F | |
| GEN MATH 7 | BLAFIE | 2 | 11 | F | F | |
| ART I-S | FUTCH | 3 | 6 | F | | |
| EXPLORATORY7 | WILLIA | 4 | 21 | | | |
| HLT/PE 7V | KERNS | 5 | 5 | F | F | |
| LUNCH 5E 7V | CORBET | 6 | 8 | F | D | |
| SOC ST 7 | SMITH | 7 | 10 | D | D | |
| INT SCI 7 | LYNCH | | | | | |
| LA 7 REGULAR | GLUVAS | 8 | 12 | D | D | |

07-005    93-94
RANSON MIDDLE

*Promoted — Ave Math C−*

### 024730 · CHANTHAKOUMMANKDSOUL

| SUBJECT | TEACHER | PER | CLASS PASS | SEM 1 | SEM 2 | TOTAL CREDIT |
|---|---|---|---|---|---|---|
| ART II-S | FUTCH | 1 | 40 | F | | |
| EXPL TECH I | MAHAN | 2 | 23 | D | F | |
| INT SCI 8 | KANIPE | 3 | 77 | F | F | |
| SOC ST 8 | STOMBA | 4 | 54 | F | F | |
| LA 8 REGULAR | GUTSCH | 5 | 55 | F | F | |
| GEN MATH 8 | HANSEN | 6 | 10 | F | F | |
| EC GMATH LV2 | BLAKE | 7 | 22 | F | F | |
| LUNCH 6 | HANSEN | | | | | |
| HLT & PE 8Y | BODEN | | 66 | F | S | |
| RD/GLD ISS 8 | HANSEN | 8 | 5 | | S | |

08-018    94-95
RANSON MIDDLE

*Retained*

```
AT20-01-R494                    D A I L Y   A T T E N D A N C E          05/27/96 12.24.36
```

STU ID 0024730

NAME   LAST  CHANTHAKOUMMAN         SCHOOL  5381        DATE ENTERED    09/08/95
       FIRST KOSOUL                 STATUS  I
       MI                           GRADE   08          DATE WITHDRAWN 10/24/95
       PHONE 376-9421               SECTION 834

TOTAL ABSENCES SEMESTER 1 -   13        CURRENT SEMESTER DATE LETTERS PRINTED
TOTAL ABSENCES SEMESTER 2 -    0


FOR ANOTHER STUDENT, CHANGE STU ID AND PRESS ENTER
TO DISPLAY CALENDAR, ENTER SEMESTER  2  AND PRESS ENTER

   * EXIT ISIS = F13                                    * OTHER FUNCTIONS = CLEAR
1B                  Aa              B0--SESSION1  R 5  C 9  o-o__ 20:37  5/26/96

```
    AT20-02-R494      A031 - STUDENT IS NOT ACTIVE        05/27/96 12.25.11
                                  MON       TUE       WED       THR       FRI
  STU ID 0024730 SEM 1  : AUG 21      22        23        24        25
  STUDENT NAME          : A/S 28      29        30        31         1 NO SCH
   LAST  : CHANTHAKOUM  : SEP  4 NO SCH 5         6         7         8
   FIRST : KOSOUL       : SEP 11 T    12 T      13        14        15 T
   MIDDLE:              : SEP 18      19        20        21        22
  SCHOOL 5381  STATUS I : SEP 25 T    26        27 A2     28 A2     29 A2
  GRADE 08 HR 834       : OCT  2 T     3         4 T       5         6 A2
  ENTERED   :  09/08/95 : OCT  9      10        11 A2     12 O1112  13 O1112
  WITHDRAWN:   10/24/95 : OCT 16 O1112 17 O1112 18 O1112  19 O1112  20 O1112
                        : OCT 23 O1112 24        25        26        27
   *     SHORT DAY      : O/N 30 NO SCH 31 NO SCH 1         2         3
        E = EXCUSED EARLY : NOV  6       7 NO SCH  8         9        10
  C    T = TARDY        : NOV 13      14        15        16        17
  O      SUSPENSION     : NOV 20      21        22        23 NO SCH 24 NO SCH
  D    I = IN-SCHOOL    : N/D 27      28        29        30         1
  E    O = OUT-OF-SCHOOL : DEC  4       5         6         7         8
  S      OTHER          : DEC 11      12        13        14        15
       A = ABSENT       :       WINTER   BREAK:      DEC  18  THRU  29
   *   S = SPECIAL NOTE : JAN  1 NO SCH  2         3         4         5
                        : JAN  8 NO SCH  9 NO SCH 10 NO SCH 11 NO SCH 12 NO SCH
  CLEAR = RETURN        : JAN 15 NO SCH 16        17        18        19
   F13 = EXIT ISIS      : JAN 22      23        24        25        26
1B                  Aa              B0--SESSION1  R 3  C 9  o-o__ 20:37  5/26/96
```

GR20-01-R494          S T U D E N T   G R A D E S          05/27/96   12.25.36

STUDENT ID:  0024730     NAME:  CHANTHAKOUMMANKOSOUL     STATUS:  I
SCHOOL NO:  5381         GRADE:  08  HOMEROOM:  834  WARDLOW     ABSENCES:  013

| X | PER | DUR | COURSE | TCH | Q1 GR | Q1 ABS | Q2 GR | Q2 ABS | S1 EX | S1 GR | Q3 GR | Q3 ABS | Q4 GR | Q4 ABS | S2 EX | S2 GR | YR GR | YR ABS | CRDT |
|---|-----|-----|--------|-----|-------|--------|-------|--------|-------|-------|-------|--------|-------|--------|-------|-------|-------|--------|------|
| _ | 1 | S1 | 8962 | 610 | | | | | | | | | | | | | | 000 | |
| _ | 1 | S2 | 8972 | 612 | | | | | | | | | | | | | | 000 | |
| _ | 2 | Y | 5210 | 608 | | | | | | | | | | | | | | 000 | |
| _ | 3 | Y | 0801 | 831 | | | | | | | | | | | | | | 000 | |
| _ | 4 | Y | 9329 | 903 | | | | | | | | | | | | | | 000 | |
| _ | 5 | Y | 4024 | 832 | | | | | | | | | | | | | | 000 | |
| _ | 6 | Y | 3005 | 833 | | | | | | | | | | | | | | 000 | |
| _ | 7 | Y | 9351 | 903 | | | | | | | | | | | | | | 000 | |
| _ | 8 | Y | 1195 | 832 | | | | | | | | | | | | | | 000 | |

SCHEDULE SCREEN=F1     NEW STUDENT/MODIFY=ENTER     EXIT ISIS=F13     MENU=CLEAR
4B█             Aa          B0--SESSION1     R 4   C 15   o-o__  20:39  5/26/96

A031 - STUDENT IS NOT ACTIVE
GR10-01-R494          S T U D E N T     S C H E D U L E          05/27/96   12.26.40

STUDENT ID:  0024730     NAME:  CHANTHAKOUMMANKOSOUL     STATUS:  I  RACE:  R
SCHOOL NO:  5381         PARENT:  CHANTHAKOUMMANKOMONH     PHONE:  376-9421
GRADE:  08              HOMEROOM:  834-WARDLOW     RM:  203     ABSENCES:  013

| D/A | PER | DUR | COURSE | | TEACHER | | ROOM |
|-----|-----|-----|--------|--|---------|--|------|
| _ | 01 | S1 | 8962 | PE 8 | 610 | GUTHERIE | GYM |
| _ | 01 | S2 | 8972 | HEALTH 8 | 612 | CAMPBELL | |
| _ | 02 | Y | 5210 | SPANISH I | 608 | HERERA | S-3B |
| _ | 03 | Y | 0801 | LA 8 REGULAR | 831 | ANDERSON | 000 |
| _ | 04 | Y | 9329 | EC SC MATH | 903 | FEAMSTER | 207B |
| _ | 05 | Y | 4024 | SOC ST 8 | 832 | BROWN | 208 |
| _ | 06 | Y | 3005 | INT SCI 8 | 833 | GABRIS | 210 |
| _ | 07 | Y | 9351 | EC STDY SK-Y | 903 | FEAMSTER | 207B |
| _ | 08 | Y | 1195 | READING 8 Y | 832 | BROWN | 000 |
| _ | | | | | | | |
| _ | | | | | | | |
| _ | | | | | | | |

** LAST CHANGE **     DATE:  10/24/95     TIME:  17:16:14     TERMID:

GRADE SCREEN=F1     NEW STUDENT/UPDATE=ENTER     EXIT ISIS=F13     MENU=CLEAR
4B█             Aa          B0--SESSION1     R 4   C 15   o-o__  20:39  5/26/96

*Gatling JDC*

DATE: _1/22/96_

TO: _Eastway Middle_        2nd QUARTER _1995-96_ YEAR

0024730

STUDENT: _Kasoul (John) Khonthakouemone (DOB- 10/1/80)_

AT GATLING FROM _11/1/95_        TO _12/6/95_

TOTAL DAYS OF ATTENDANCE: _11_

GRADES ACHIEVED AT GATLING:

LANGUAGE ARTS/ENGLISH / Reading        _A_

MATH        _C_

SCIENCE        _B_

SOCIAL STUDIES/DECISIONS        _B_

Health        _B_

Computer Studies        _B_

COMMENTS: _____

BEHAVIOR: _Satisfactory_

TEACHERS --
GARY KILLIAN
PENNY GREENWOOD PG
CHARLOTTE-MECKLENBURG SCHOOLS
COURIER #642
875-2922 - GATLING JDC

1985 - 86        K              Chantilly

3919 #7 Tennessee

" moderate high frequency hearing loss "

6164.52
9/85

# CHARLOTTE-MECKLENBURG SCHOOLS
## EXCEPTIONAL CHILDREN'S PROGRAM
### Report of Hearing Evaluation

Re: _Kousoul Chanthakoummane_

Your child's hearing was tested on ___3-5 86___. The results of that test are described in the paragraph below.

_____ Results indicate that your child has normal hearing at this time.

_____ A slight hearing loss was identified. At this time, the hearing loss does not warrant a medical referral, nor should it cause any communication difficulty. Your child will receive periodic hearing tests at school to monitor this slight hearing loss. The teacher(s), nurse and principal have been advised of these results.

_____ Your child's hearing was normal, however, another test useful in identifying middle ear problems showed some pressure behind his/her eardrum(s). This often occurs when an ear infection is just beginning or ending, and is often associated with colds or congestion. Because there is no hearing loss and because many times this situation will clear up by itself, I am reluctant to refer you to the doctor at this time. (You may wish to take your child to the doctor anyway). Your child's hearing will be rechecked and you will be notified of the results.

__X__ A slight hearing loss was identified, however, the results do not warrant a medical referral at this time. Please call 333-9694 to schedule further hearing testing in the school Audiology Clinic.

_____ Please call me at 333-9694 to discuss your child's hearing test results.

_____ There has been no significant change in your child's hearing since he was last tested. We will continue to recheck his/her hearing annually and notify you of the results.

_____ Please refer this student to the audiologist if you suspect his/her hearing has changed or is adversely affecting the child's education.

_____ Results suggest the possibility of a significant hearing loss. Further testing is necessary to determine how much hearing loss exists. Please call this office (333-9694) for an appointment if you want to have the testing done free by the school audiologist. If you are aware of a hearing loss and your child has been evaluated within the last year, please call so that we may have more information for the school's records.

If there are any changes in the preceeding recommendations an amended or superseding report will be sent. Until one arrives, this report should be assumed to be current.

Sincerely,

_Suas E. Greene_

Audiologist

This report should be made available to administrators, teachers, and parents upon request. The report should then be filed in the child's cumulative record.

white: Cumulative folder
yellow: parent

# CHARLOTTE-MECKLENBURG SCHOOLS AUDIOLOGICAL EVALUATION

6184 56
9/85

PROGRAM FOR THE HEARING IMPAIRED

Name: Kousoul Chantha Koumnant    Sex (M) F   Race: W  B  A   Other: Asian

Birthdate: 10-1-80    Home Phone: 393-5366    From Screening: X

Work Phone: _____    Referred by: _____

Parents: F) Komonk & M) Phongsamout    Retest of known case: _____

Address: 3919 #7 Tennesse  City: _____ 16    Test Date: 3-5-86

School: Chantilly    Grade: K  ID#: 0024730    Parent Permission: YES

## TYMPANOGRAM
### PRESSURE IN mm WATER



## ACOUSTIC REFLEX
### CONTRALATERAL  IPSILATERAL

| | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|
| L | | 105 | 105 | |
| R | | 105 | 100 | |

## PURE TONE AVERAGE HEARING LEVEL
### (500 - 2000 HERTZ)

| | AIR | BONE |
|---|---|---|
| L | | |
| R | | |

## KEY

| | AIR | AIR MASKED | BONE | BONE MASKED |
|---|---|---|---|---|
| L | × | □ | > | ⊐ |
| R | O | △ | < | ⊏ |

N/R = NO RESPONSE
DNT = DID NOT TEST
CNT = COULD NOT TEST

## TEST RELIABILITY

| GOOD | FAIR | POOR |
|---|---|---|
| | × | |

## CANAL VOLUME
IN cc

| L | .8 |
|---|---|
| R | .8 |

## AUDIOGRAM
### FREQUENCY IN HERTZ  ANSI REFERENCE



## SPEECH AUDIOMETRY

| | SRT | Quiet | @db | Noise |
|---|---|---|---|---|
| RIGHT | | % | db | % |
| LEFT | | % | db | % |
| FIELD | | % | db | % |
| OWN AID | | % | db | % |
| TRAINER | | % | db | % |

S/N for SDN _____ db

## MIDDLE EAR PRESSURE
IN mm WATER

| L | |
|---|---|
| R | |

REFERRED BY: Susan E Galene    AUDIOLOGIST

---

## AUDIOLOGIC EVALUATION RESULTS MAY CHANGE OVER TIME. PLEASE NOTE DATE OF TESTING.

| | R | L | | R | L |
|---|---|---|---|---|---|
| Hearing Levels | | | Tympanometry | | |
| normal hearing | _____ | _____ | Type A | _____ | _____ |
| slight loss | _____ | _____ | Type A | _____ | _____ |
| mild loss | _____ | _____ | Type A | _____ | _____ |
| moderate loss | _____ | _____ | Type B | _____ | _____ |
| severe loss | _____ | _____ | Type C | _____ | _____ |
| | | | Stapedial Reflex | | |
| | | | contra - ipsi | normal | _____ |
| | | | | elevated | _____ |
| | | | | absent | _____ |

Otoscopic _____

Summary _____

_____

000032

191

Physician, please fill out summary report on reverse side.



**Metro Center**
700 East Second Street
Charlotte, North Carolina 28202
Telephone (704) 333-9694

Jay M. Robinson
Superintendent of Schools

## Hearing Evaluation

Name: Kousoul Chantha Koummane

DOB: 10-1-80

Date: March 19, 1986

Parents: Komonh & Phongsamont

School: Chantilly

Address: 3919 Tennessee Avenue #7
Charlotte, NC 28216

### History

Kousoul failed the mass screening at Chantilly in January.  Retesting at school indicated a moderate high frequency hearing loss bilaterally. He was scheduled in the clinic to obtain word discrimination scores and to confirm the hearing loss.

### Results

Pure tone results were consistent with those obtained at school March 5, 1986.  Speech Recepton Scores were consistent with pure tone results. Word discrimination scores were poor (44%) in the right ear and fair (72%) in the left ear.  Kousoul's discrimination scores may be better than these scores reflect due to language differences.

### Recommendations

1. Kousoul should receive preferential seating in the classroom close to the teacher.
2. Kousoul should have his hearing tested at least annually.
3. Kousoul should be seen by an Ear, Nose and Throat Physician to have his hearing loss evaluated.

*Susan E. Greene*

Susan E. Greene
Audiologist

cc: Sharon Tompkins
    Parents

000033

**CHARLOTTE-MECKLENBURG SCHOOLS  AUDIOLOGICAL EVALUATION**

9/85

PROGRAM FOR THE HEARING IMPAIRED

Name: Kousoul Chanthakoummane     Sex: (M) F   Race: W  B (A)  Other: _____

Birthdate: _____          Home Phone: _____          From Screening: _____
                            Work Phone: _____

Parents: _____                                        Referred by: _____

                                                        Retest of known case: X

Address: _____                City: _____           Test Date: 3-19-86

School: Chantilly        Grade: K  ID#: _____         Parent Permission: YES

## TYMPANOGRAM
PRESSURE IN mm WATER



## AUDIOGRAM
FREQUENCY IN HERTZ · ANSI REFERENCE



## ACOUSTIC REFLEX
CONTRALATERAL  IPSILATERAL

| | 500 | 1000 | 2000 | 4000 | | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|---|---|---|---|---|
| L | | | | | L | | | | |
| R | | | | | R | | | | |

## PURE TONE
AVERAGE HEARING LEVEL
(500 - 2000 HERTZ)

| | AIR | BONE |
|---|---|---|
| L | | |
| R | | |

### KEY

| | AIR | AIR MASKED | BONE | BONE MASKED |
|---|---|---|---|---|
| L | × | □ | > | ⊐ |
| R | O | △ | < | ⊏ |

N/R = NO RESPONSE
DNT = DID NOT TEST
CNT = COULD NOT TEST

### SPEECH AUDIOMETRY

| | SRT | Quiet | @db | Noise |
|---|---|---|---|---|
| RIGHT | 10 | 44 % | 40 db | % |
| LEFT | 15 | 72 % | 45 db | % |
| FIELD | | % | db | % |
| OWN AID | | % | db | % |
| TRAINER | | % | db | % |

S/N for SDN _____ db

REFERRED BY: _Susan E. Greene_
                        AUDIOLOGIST

### TEST RELIABILITY
GOOD  FAIR  POOR

| | X | |
|---|---|---|

### CANAL VOLUME
IN cc

| L | |
|---|---|
| R | |

### MIDDLE EAR PRESSURE
IN mm WATER

| L | |
|---|---|
| R | - |

---

**AUDIOLOGIC EVALUATION RESULTS MAY CHANGE OVER TIME. PLEASE NOTE DATE OF TESTING.**

| | R | L | | R | L |
|---|---|---|---|---|---|
| Hearing Levels | normal hearing | | Tympanometry | Type A | |
| | slight loss | | | Type A | |
| | mild loss | | | Type A | |
| | moderate loss | | | Type B | |
| | severe loss | | | Type C | |
| | | | Stapedial Reflex | normal | |
| | | | contra - ipsi | elevated | |
| | | | | absent | |

Otoscopic _____

Summary _____

_____

000034

Physician, please fill out summary report on reverse side.

6164.04
10-81

# CHARLOTTE-MECKLENBURG SCHOOLS
## EDUCATION REPORT

Exceptional Children's Program
for the Hearing Impaired

## C O N F I D E N T I A L

(For Administrators, Teachers, Parents)

NAME: __Kousoul Chanthakoummane__    DATE: __April 7, 1986__

GRADE: __K__    SCHOOL: __Chantilly__

## Discussion of Hearing Loss:

Kousoul has a moderate high frequency hearing loss bilaterally with normal hearing through 1500-2000Hz. His ability to understand speech at a soft conversational level was poor in the right ear and fair in the left ear, however, the language differences should be kept in mind.

## Suggested Educational Adjustments:

1. Teachers should be aware that this child may experience some difficulty in hearing and producing sounds. For example, he may hear boo for books or a for hot , etc.
2. In dictating problems, giving assignments, directions and making announcements, the teacher should stand so that the child is near the speaker.
3. Konsoul may rely on speechreading skills. If he seems confused by a sentence, it should be rephrased because he may not have been able to speechread the original sentence.
4. Avoid talking with hands, books, etc. covering the mouth. Also avoid talking while faced more than ninety degrees away from the child.
5. Make sure you have his attention before dictating a problem, making an assignment, etc.
6. Speak naturally. Do not exaggerate speech movements for the child's benefit. Exaggerated lip, jaw and/or tongue movements may confuse him.
7. Ask the child an occasional question related to the subject under discussion to make certain that he is following the discussion and understands it.
8. Encourage the child to ask to have statements repeated when he does not understand what has been said.
9. In matters of discipline and assignments, he should be treated as much like a normal hearing pupil as possible.
10. All special attention shown to this pupil should be handled in such a way that it does not call attention to his hearing impairment.

## COMMENTS
Kousoul should be observed for characteristics which may indicate that his hearing loss is becoming worse. Should further hearing loss be suspected, the audiologist serving your school should be contacted so appropriate testing and follow-up can be administered.

Kousoul will receive at least an annual hearing evaluation so that if the loss should become worse it can be treated as soon as possible.

000035

194

86-87     Grade One     Irwin     Teacher Laed leir
          2530 Fort St.

_Please – on return_

_RE: Chantrakoum mane Kousoul_



**Charlotte-Mecklenburg Board of Education**
Post Office Box 30035
Charlotte, North Carolina 28230
Telephone (704) 379-7000

Jay M. Robinson
Superintendent of Schools

Dear Parent,

     As a part of our educational program, the Charlotte-Mecklenburg
School System provides a hearing screening each year for all kindergarten,
first grade, and fifth/sixth grade students.  We are required by law
to get parent permission before we can do comprehensive follow-up
hearing testing.  Please sign the appropriate statement below to let
us know whether you want your child to be eligible for this service.
     <u>This is not a notification that your child has a hearing loss.</u>
If your child does fail the hearing test, we will let you know.
This letter is just a request to allow your child to receive hearing
testing.
     <u>Sign this form and return it to your child's classroom teacher.</u>


I give permission for my child's hearing to be tested.

_Kanoun Chanthakoummane_
_____
                    Signature


I do <u>not</u> want my child's hearing to be tested.


_____
                    Signature


000037

Charlotte-Mecklenburg-Schools
Exceptional Children

0104-00.
8-82

## SPEECH AND LANGUAGE SCREENING FORM

Student's Name _Kousoul Chanthakoumane_   I.D. No. _0024732_   D.O.B.C.A.

School _Irwin_   Teacher _Laedlein_   Grade _1_

Examiner _Hudson_   Screening Date _5-19-87_

I.  **Receptive Vocabulary**  cor.  inc.

1. ● 0
2. ● 0
3. 0 0  *argued*
4. ● 0
5. ● 0
6. ● 0
7. ● 0
8. 0 ●  *girl*  *def.*
9. 0 0
10. 0 0
11. 0 0
12. 0 0

**Labeling**  trial
     1    2    3

1. 0 0 0
2. 0 0 0
3. 0 0 0
4. 0 0 0
5. 0 0 0
6. 0 0 0
7. 0 0 0
8. 0 0 ●
9. 0 0 0
10. 0 0 0
11. 0 0 0
12. 0 0 0

**Articulation**  errors

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.

II.  **Semantics**  (receptive)  (Expr.)
     yes   no

1. ● --- 0 ----- 0
2. ● --- 0
3. 0 --- ● ----- 0
4. 0 --- ● ----- ●
5. 0 --- ●
6. 0 --- ● ----- 0
7. 0 --- ●
8. 0 --- ●

III.  **Morphology**  cor.  inc.

1. ● 0
2. ● 0
3. ● 0
4. 0 0
5. 0 ●
6. 0 ●
7. 0 0
8. 0 0
9. 0 0

IV.  **Syntax**  cor.  inc.

1. 0 0
2. 0 ●
3. 0 ●
4. 0 ●
5. 0 ●
6. 0 ●
7. 0 0
8. 0 0
9. 0 0
10. 0 0
11. 0 0
12. 0 ●

**Picture Description**
_____ Subject/Verb Responses
_____ Minus (−) errors
_____ Total

**Check Areas Needing Further Diagnostics**

_____ Receptive Vocabulary      _____ Articulation
_____ Labeling                  _____ Voice
_____ Semantics                 _____ Fluency
_____ Morphology                _____ Hearing
_____ Syntax                    _____ Other

6164.54
10.81

# CHARLOTTE-MECKLENBURG SCHOOLS
## EDUCATION REPORT

### Exceptional Children's Program
### for the Hearing Impaired

### C O N F I D E N T I A L

#### (For Administrators, Teachers, Parents)

NAME:  Kousoul Chanthakoummane _____   DATE: _____

GRADE: _____   SCHOOL: _____

Page 2

**Discussion of Hearing Loss:**

If there are any changes in the preceding recommendations, an amended or superseding report will be sent.  Until one arrives, this report should be assumed to be current.

*Susan E. Greene*

Susan E. Greene
Audiologist

CHARLOTTE MECKLENBURG SCHOOLS AUDIOLOGICAL EVALUATION

PROGRAM FOR THE HEARING IMPAIRED

Name: Kousoul Chantha Koummane   Sex: (M) F   Race: W _ B _ A _ Other _

Birthdate: 10-1-80   Home Phone: 334-7566   From Screening: _

Work Phone: 537-7011

Parents: (7) Romonh & (m) Thongsamont   ext. 133   Referred by: _

Address: 2530 Fort St.   City: 28205   Retest of known case: ✓

School: Irwin Ave. 427   Grade: 1   ID#: 0624730   Test Date: 5-29-87

Parent Permission: ✓

## TYMPANOGRAM
PRESSURE IN mm WATER

## PURE TONE
### AVERAGE HEARING LEVEL
(500 - 2000 HERTZ)

| | AIR | BONE |
|---|---|---|
| L | | |
| R | | |

### ACOUSTIC REFLEX
CONTRALATERAL   IPSILATERAL

| | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|
| L | | 95 | | |
| R | | 17 | | |

STIMULATED

### KEY

| | AIR | AIR MASKED | BONE | BONE MASKED |
|---|---|---|---|---|
| L | × | □ | > | ⊐ |
| R | O | △ | < | ⊏ |

N/R = NO RESPONSE
DNT = DID NOT TEST
CNT = COULD NOT TEST

### TEST RELIABILITY
GOOD  FAIR  POOR

| ✓ | | |
|---|---|---|

### CANAL VOLUME
IN cc

| L | 1.0 |
|---|---|
| R | 1.0 |

## AUDIOGRAM
FREQUENCY IN HERTZ - ANSI REFERENCE

### SPEECH AUDIOMETRY

| | SRT | Quiet | @db | Noise |
|---|---|---|---|---|
| RIGHT | 10 | 100 % | 50 db | 76 % |
| LEFT | 10 | 100 % | 50 db | 76 % |
| FIELD | | % | db | % |
| OWN AID | | % | db | % |
| TRAINER | | % | db | % |

S/N for SDN _____ db

### MIDDLE EAR
PRESSURE
IN mm WATER

| L | -110 |
|---|---|
| R | -25 |

REFERRED BY: _Mark Owens_
AUDIOLOGIST

---

AUDIOLOGIC EVALUATION RESULTS MAY CHANGE OVER TIME. PLEASE NOTE DATE OF TESTING.

| Hearing Levels | R | L | | Tympanometry | R | L |
|---|---|---|---|---|---|---|
| normal hearing | | | | Type A | | ✓ |
| slight loss | | | | Type A | | |
| mild loss | | | | Type A | | |
| moderate loss | ✓ | ✓ | | Type B | | |
| severe loss | | | | Type C | | |

High Frequency only

Stapedial Reflex
contra - ipsi

| | normal | |
|---|---|---|
| | elevated | |
| ✓ | absent | ✓ |

Otoscopic _OK._

Summary _See Report._

Physician, please fill out summary report on reverse side.

000040

199

AUDIOLOGIC EVALUATION RESULTS MAY CHANGE OVER TIME. PLEASE NOTE DATE OF TESTING.

**MEDICAL REPORT**

DIAGNOSIS: _____

PROGNOSIS: _____

FINDINGS: _____

MEDICAL TREATMENT (OR RECOMMENDATIONS) GIVEN: _____

Examining Physician _____

| Signature | Address | Date |

PHYSICIAN, PLEASE RETURN THIS FORM TO: _____ Metro Center 700 E. Second St. Charlotte, N.C. 28202
(for Aud. name)

6184 52
9/85

# CHARLOTTE-MECKLENBURG SCHOOLS
# EXCEPTIONAL CHILDREN'S PROGRAM

### Report of Hearing Evaluation

Re: ___Kousoul  Chantha Koummane.___

Your child's hearing was tested on __5-6-87__. The results of that test are described in the paragraph below.

_____ Results indicate that your child has normal hearing at this time.

_____ A slight hearing loss was identified. At this time, the hearing loss does not warrant a medical referral, nor should it cause any communication difficulty. Your child will receive periodic hearing tests at school to monitor this slight hearing loss. The teacher(s), nurse and principal have been advised of these results.

_____ Your child's hearing was normal, however, another test useful in identifying middle ear problems showed some pressure behind his/her eardrum(s). This often occurs when an ear infection is just beginning or ending, and is often associated with colds or congestion. Because there is no hearing loss and because many times this situation will clear up by itself, I am reluctant to refer you to the doctor at this time. (You may wish to take your child to the doctor anyway.) Your child's hearing will be rechecked and you will be notified of the results.

_____ A slight hearing loss was identified, however, the results do not warrant a medical referral at this time. Please call 333-9694 to schedule further hearing testing in the school Audiology Clinic.

_____ Please call me at 333-9694 to discuss your child's hearing test results.

_____ There has been no significant change in your child's hearing since he was last tested. We will continue to recheck his/her hearing annually and notify you of the results.

_____ Please refer this student to the audiologist if you suspect his/her hearing has changed or is adversely affecting the child's education.

___✓___ Results suggest the possibility of a significant hearing loss. Further testing is necessary to determine how much hearing loss exists. Please call this office (333-9694) for an appointment if you want to have the testing done free by the school audiologist. If you are aware of a hearing loss and your child has been evaluated within the last year, please call so that we may have more information for the school's records.

If there are any changes in the preceeding recommendations an amended or superseding report will be sent. Until one arrives, this report should be assumed to be current.

Sincerely,

Mark Dunn

Audiologist

This report should be made available to administrators, teachers, and parents upon request. The report should then be filed in the child's cumulative record.

_Please call for an appointment as soon as possible, as school will be out very soon. Thanks._

white: Cumulative folder
yellow: parent

000042

201

87-88        Grade – 00        Dewin

Language in home: Khmer

"permanent high freq hearing loss "

CHARLOTTE-MECKLENBURG SCHOOL.                                6164.14
                                                             8/85

### Referral for Exceptional Children Services

## FOCUS OF CONCERN

1. I.D. Number _D 0 2 4 2 3 0_ School _Irwin_ Date _9/17/87_
   Pupil _Kousoul Chanthalounneng_ Grade _2_ DOB _10/1/80_
   Current Educational Program _Regular Program_ Language Used in Home _Khmer_
   Date of Request for Assistance _9/11/87_ Previous retentions (specify grade levels)_____

2. My continuing concerns after intervention attempts are (check one or more):
   - a. Academic achievement ✔
   - b. Social-emotional adjustment ✔
   - c. Communication ✔
   - d. Physical/medical concerns _____
   - e. Other _____
   Comments:

3. Have the parents been informed of your concerns? Yes ✔ No _____

4. Classroom Performance (Please Check):

| | Well Below Average | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading or Readiness Skills | ✔ | | | |
| Math or Readiness Skills | | | ✔ | |
| Language Development | | | ✔ | |
| Motor Skills | | | ✔ | |
| Other: _____ | | | | |

5. Check behaviors you have observed:
   - a. Physical or verbal aggression toward classmates_____, toward teachers_____
   - b. Social rejection by classmates_____
   - c. Short attention span ✔
   - d. Out of seat without permission ✔
   - e. Doesn't follow oral directions ✔
   - f. Shy or withdrawn_____
   - g. Talks without permission ✔
   - h. Crying; general apprehension_____
   - i. Easily frustrated_____
   - j. Fabricates or grossly exaggerates_____
   - k. Rarely completes seatwork ✔
   - m. Seatwork is usually inaccurate_____
   - n. Temper tantrums_____
   - o. Easily distracted ✔
   - p. Excessive absences_____
   - Uncooperative_____

6. Most recent test results (cumulative folder):

| | Date | Standard Score | Grade Level Equivalent | Percentile |
|---|---|---|---|---|
| Calif. Achievement Test | | | | |
| Cognitive Abilities Test | | | | |
| Other_____ | | | | |

   Screening (Please check and attach screening results)
   Speech-Language (6164.60) _____
   Vision (6164.12) _____
   Health (6164.13) _____
   Hearing (6164.10) _____

7. Has this pupil been tested on an individual basis? yes _____ no _____
   If yes, please state when, by whom, and test results_____

8. Referred by: _Virginia Stahrenberg_  _ESL Teacher_  _9/17/87_
   Name  Title  Date

   Reviewed by: _Medina R. Wright_  _1/21/88_
   School Principal/APA/API  Date

1/21/88 → Presented to SSC
Certified Intensive Language + Instructional
Articulation. (Waiting List)

White: Cumulative folder
Yellow: School Service Committee
Pink: School Service Specialist/Psychologist

000044

203



*Please Sign & Return to school*

*1st letter 10/6/87*
*2nd letter 10/20/87*

**Charlotte-Mecklenburg Board of Education**
Post Office Box 30035
Charlotte, North Carolina 28230
Telephone (704) 379-7000

Dear Parents:

Certain due process rights and protections are provided to everyone involved in the process of educating exceptional children, including the child, the parents, and the school system. Throughout this process of identification, evaluation, individual educational program planning and placement, parents will be asked to participate either through direct involvement in meetings or through written communication with school personnel. The statements below summarize the main steps included in due process. Each of these steps reinforces your right as a parent to be involved and informed of decisions about your child.

You have a right to have your child educated with non-exceptional children to the maximum extent appropriate.

Before your child is tested or placed in a program for exceptional children, you have a right to be notified of and review what the school plans to do.

You must give written consent before initial special tests are conducted and before your child is initially placed in a program for exceptional children.

You have the right to request an independent educational evaluation to be conducted at public expense if you do not agree with the evaluation provided by the school. However, the school has the right to request a hearing to show that its evaluation was appropriate. Should the hearing officer rule in favor of the school, you may still obtain an independent evaluation but at your own expense. If you have an independent evaluation conducted, the results will be considered by the school in any decision regarding your child's education.

You have a right to know what records are kept on your child and a right to see, copy, have explained, correct, add to any records, or request removal of information.

With the exception of certain individuals such as school officials, no one may see your child's records unless you give your permission.

If at any time you and the school cannot agree on the records kept, testing, placement or services for your child, you have the right to a hearing conducted by an impartial hearing officer within 30 days of your request. A hearing request must be made in writing to Jerald Moore (address above) within 30 days of receipt of the notice of testing or placement. At the hearing you may: be represented by legal counsel, compel witnesses to come and cross examine them, have your child attend, have it open to the public (if requested 10 days before), present evidence (if given to the other party 5 days before).

For further information on any of the above steps, you may contact your school or Services for Exceptional Children at 379-7115.

Please return signed white copy to school.

I have reviewed these guidelines and received a copy of the brochure entitled YOUR RIGHTS AS A PARENT OF AN EXCEPTIONAL CHILD.

_____
Parent/Guardian

10/23/87
Date

White: Parent
Yellow: Cumulative folder

000045
204

DATE _____

## CONSENT FOR ASSESSMENT

Name _Kousul Chanthakoumee_ STUDENT ID NO. _0028730_

Teacher _Phoenix_ SCHOOL _Irwin_

For a child to get the education he/she needs, it is important for the school and parents to work together and share information. In order to get this information, it is necessary to assess your child on an individual basis. This assessment will be done at no cost to you. Your child will be observed and assessed to describe his/her current functioning in the following areas that are checked:

| AREA | INFORMATION | EVALUATOR(S) |
|---|---|---|
| ☑ Physical Health | Vision, hearing, physical examination | School Nurse, Audiologist, Physician |
| ☐ Educational Assessmen | Reading, mathematics and other subjects | Classroom or Special Teacher |
| ☐ Psychological | Mental ability, emotional development, perceptual development, and adaptive behavior | Psychologist |
| ☐ Social Appraisal | Social, personal, behavioral and developmental history | Counselor, Social Worker |
| ☑ Communication Skills | Understanding and using spoken language | Speech/Language Clinician |
| ☐ Other | | |

I GIVE PERMISSION FOR the Charlotte-Mecklenburg Schools to proceed with the evaluation(s) to determine whether or not my child is eligible for special education services to meet his/her needs. I understand that I have the right to review my child's school records and to be informed of the results of this evaluation. I understand that no change will be made in my child's program as a result of these evaluations without my knowledge. I understand that I have the right to refuse to give permission for this evaluation.

X _11/2/87_                              X _K. Chanthakoumee_
Date                                       Signature of Parent/Guardian

I DO NOT GIVE PERMISSION FOR the Charlotte-Mecklenburg Schools to proceed with the evaluation(s) to determine whether or not my child is eligible for special education services to meet his/her needs. I understand that if the Charlotte-Mecklenburg Schools appeal my decision, I will be notified of my due process rights in this procedure.

Please sign and return the white copy to your child's school.

_____                         _____
Date                                       Signature of Parent/Guardian

                                          _Mary Ann Huston_ / _Speech Clinician_
                                          Signature and Title

White: Cumulative folder
Yellow: Parent
Pink: Student Services Specialist/Psychologist

Administrative Offices   Education Center   701 East Second Street

*Return Form to school*

**Charlotte-Mecklenburg Schools**
**Charlotte, North Carolina**

6164.16
8/85

DATE _10/6/87_

### CONSENT FOR ASSESSMENT

Re: _Kousoul Chanthakoumane_   STUDENT ID NO. _0024730_

Dear _Parents_ :   SCHOOL _Irwin_

For a child to get the education he/she needs, it is important for the school and parents to work together and share information. In order to get this information, it is necessary to assess your child on an individual basis. This assessment will be done at no cost to you. Your child will be observed and assessed to describe his/her current functioning in the following areas that are checked:

| AREA | INFORMATION | EVALUATOR(S) |
|---|---|---|
| ☑ Physical Health | Vision, hearing, physical examination | School Nurse, Audiologist, Physician |
| ☐ Educational Assessment | Reading, mathematics and other subjects | Classroom or Special Teacher |
| ☐ Psychological | Mental ability, emotional development, perceptual development, and adaptive behavior | Psychologist |
| ☐ Social Appraisal | Social, personal, behavioral and developmental history | Counselor, Social Worker |
| ☑ Communication Skills | Understanding and using spoken language | Speech/Language Clinician |
| ☐ Other | | |

I GIVE PERMISSION FOR the Charlotte-Mecklenburg Schools to proceed with the evaluation(s) to determine whether or not my child is eligible for special education services to meet his/her needs. I understand that I have the right to review my child's school records and to be informed of the results of this evaluation. I understand that no change will be made in my child's program as a result of these evaluations without my knowledge. I understand that I have the right to refuse to give permission for this evaluation.

X _11/2/87_ _____ X _K. Chanthakoumane_ _____
Date                     Signature of Parent/Guardian

I DO NOT GIVE PERMISSION FOR the Charlotte-Mecklenburg Schools to proceed with the evaluation(s) to determine whether or not my child is eligible for special education services to meet his/her needs. I understand that if the Charlotte-Mecklenburg Schools appeal my decision, I will be notified of my due process rights in this procedure.

**Please sign and return the white copy to your child's school.**

_____   _____
Date                                Signature of Parent/Guardian

_____   _____
White: Cumulative folder              Signature and Title
Yellow: Parent
Pink: Student Services Specialist/Psychologist                                 206

Administrative Offices   Education Center   301 East Second Street

## Language

Tests _Told - P_   Scores _Stg - 63 / Lis - 68 / Sps - 66 /_
_Sqs - 70,  Sys - 64_

_PPVT_   _SS - 56_

### Analysis of test responses:

_All language Areas need special_
_attention. Multiple syntactical_
_errors, incomplete responses, 4-5 word_
_sentences_

### Language Sample
#### Procedure(s):
#### Findings:

Form _syntactical errors, short sentence_
_length_

Content _Vocabulary is weak_

Function

### Recommendations for Further Assessments and Evaluations

_Child has permanent high frequency hearing_
_loss - Monitored Annually by Audiologist_

### Recommendations for Speech/Language Services

_Eligible   Intensive Language_
_Instructional Arts_

_Combined_
_Intensive_

6164.62
9/84

**Charlotte-Mecklenburg Schools**
**Exceptional Children**
**SPEECH/LANGUAGE DIAGNOSTIC SUMMARY**

Student _Kousoul Chantakouane_   Evaluator _Hardman_
School _Irwin_   Date _12-17-87_

## Articulation
School Weighted Articulation Test: _Score_   _29_   / _Instructional Art. 2_
Other Test Scores:

_____

### Oral Peripheral Examination
_Within Normal Limits_

_____

### Implications of Error Analysis
_emissions - final_          _Blends_
_s, f, dz, k, v, ð, z, st_    _omits s/sp_
_Substitution: initial_        _s/sn_
_t/θ, d/ð, d/s, d/z_
_d/z final_

## Fluency
Fluency Rating Scale Score: _____
Other procedures and findings:

_OK_

## Voice
CMS Voice Rating Scale_____
Other procedures and findings:

_OK_

Charlotte-Mecklenburg Schools
Charlotte, North Carolina

Date: 7-1-88

Dear Parent,

This form is to provide you with a summary of the assessment of your child's special learning needs.

At the conference on _____ this information will be discussed in more detail.

Student **Kousou Cheathakoume** ID # **0024730** School _____

| Type of Assessment | Below Average / Average / Above Average | Evaluator |
|---|---|---|
| Vision | A V | Ben Overcash |
| Hearing | B A V | Mark Drum |
| Health | | |
| Education | | |
| Reading | | |
| Math | | |
| Written Language | | |
| Psychological | | |
| Mental Ability | | |
| Emotional Development | | |
| Adaptive Behavior | | |
| Psychomotor Skills | | |
| Social History Completed   Yes/No | | |
| Oral Communication | | |
| Receptive Language | B A V | M Friedman |
| Expressive Language | B A V | M Friedman |
| Articulation | B A V | M Harbe |
| Fluency | | |
| Voice | | |
| Perceptual Development | | |
| Auditory Perception | | |
| Visual Perception | | |
| Other | | |

This diagnostic information will serve as a basis for determining with you whether your child meets N.C. and Charlotte-Mecklenburg criteria for any of the following exceptional children classifications:

Non-classified
Mentally Handicapped
Learning Disabled
Emotionally Handicapped
Speech-Language Impaired

Hearing Impaired
Visually Impaired
Orthopedically Impaired
Autistic
Other Health Impaired

Service options to be considered include:

Regular Education Only
Consultative
Supplementary Resource
Instructional Resource

Intensive Resource
Self Contained
Special Programs
Residential

**DEFINITIONS AND EXPLANATIONS MAY BE FOUND ON THE BACK OF THIS FORM.**

White: Cumulative folder
Yellow: Parent

000050

209

Administrative Offices   Education Center   701 East Second Street

6164.00
8/85

# CHARLOTTE-MECKLENBURG SCHOOLS
## EXCEPTIONAL CHILDREN

### SPEECH/LANGUAGE
Student Checklist

Student Name _Kousoul Chenthakoupne_ Date _10-1-8_ School _Irwin_

STEP I

| | | Date | Signature |
|---|---|---|---|
| Vision Screening | 6164.12 | 2-11-88 | K. Overcash, RN |
| Hearing Screening | 6164.10 | 5-29-87 | Barb Dava |
| Speech-Language Screening | 6164.60 | 5-19-87 | M A Herdm |
| Referral | 6164.14 | 9-17-87 | V. Sturenberg |
| Due Process Letter | 6164.15 | 10-23-87 | PARENT |
| Consent for Assessment and/or Notification of Assessment | 6164.16 6164.16a | 10-23-87 | PARENT |
| Educational Assessment | 6164.41 | 1-14-88 | V. Sturenberg |
| Speech-Language Evaluation | 6164.62 | 12-17-87 | MA Herday |
| Assessment Summary | 6164.18 | 1-21-88 | MA Hard |

Placement considerations:

Speech / Language
(Articulation of Language)

Rationale/Justification: Instructional Articulation
Intensive Language — Intensive

Speech/Language intervention warranted at this time

I attest to the fact that the above documentation has been completed and placed in the student's exceptional child folder which is regarded as confidential.

x _Miedary S. Wright_ _2/25/88_

Principal Signature/Date

STEP II

## SEND TO AREA PLACEMENT COMMITTEE FOR REVIEW

Disposition:

Concur

_Sam Haywood_

Area APC Chairperson Signature/Date

3/4/88

STEP III

### SCHOOL TO COMPLETE THE FOLLOWING:
Conference letter  6164.17
IEP - completion of all parts and parent's signature required prior to placement.  6164.19 & 6164.20

White - Cumulative folder
Yellow - Area APC
Pink - School Office

000051

210

CHARLOTTE-MECKLENBURG SCHOOLS
EXCEPTIONAL CHILDREN

SPEECH/LANGUAGE
Student Checklist

Student Name _Kousaul Chenthakan_ Birthdate _10-1-_ School _Irwin_

| STEP | | | Date | Signature |
|------|------|------|------|------|
| Vision Screening | 6164-17 | | 2-11-88 | R. Overcash, RN |
| Hearing Screening | 6164-10 | | 5-39-87 | Barb Dom |
| Speech-Language Screening | 6164-60 | | 5-19-87 | M A Jordan |
| Referral | 6164-14 | | | Vistic onboro |
| Due Process Letter | 6164-15 | | 12-1-_ | L R R R NS |
| Consent for Assessment | 6164-14 | | | |
| and/or Notification of Assessment | 6164-15a | | 12-3- 81 | L K E P NS |
| Educational Assessment | 6164-41 | | 12-14-88 | Vi Twenlow |
| Speech-Language Evaluation | 6164-62 | | 12-17-87 | M A Harding |
| Assessment Summary | 6164-15 | | 1-21-88 | A A Hard |

Placement considerations

_Speech Language_

Rationale/Justification

I attest to the fact that the above documentation has been completed and placed in the students occupational child folder which is regarded as confidential.

x _Mildred S. Wright_   2/25/88
Principal Signature/Date

STEP II

**SEND TO AREA PLACEMENT COMMITTEE FOR REVIEW**

Disposition

_Concur_

_Sam Haywood_
Area APC Chairperson Signature/Date

3/4/88

STEP III

**SCHOOL TO COMPLETE THE FOLLOWING:**
Conference letter  6164-17
IEP - completion of all parts and parents signature required prior to placement.   6164-19 & 6164-20

White - Cumulative folder
Yellow - Area APC
Pink - School Office

6164.12
8/85

### CHARLOTTE-MECKLENBURG SCHOOLS
### EXCEPTIONAL CHILDREN
#### Vision Screening

STUDENT _Kousoul Chanthakoumane_ DOB _10-1-80_ DATE _2-11-88_
SCHOOL _Irwin_ GRADE _2 - Batson_
PERSON DOING SCREENING _Kay Overcash_

1. Appearance of eyes: (Observation)
   _normal_

2. Visual Acuity: (Mark Pass or Fail) Use lantern at 10 feet and appropriate chart. Criteria - Under 3rd grade should read 20/40 or better each eye. If misses 1 or 2 letters in 20/40 line, fail. Above 3rd grade should read 20/30 or better each eye.

| O.U. _20/20_ | O.D. _20/20_ | O.S. _20/20_ |
|---|---|---|
| (Both Eyes) | (Right Eye) | (Left Eye) |
| _____ 20/100 | _____ 20/100 | _____ 20/100 |
| _____ 20/70 | _____ 20/70 | _____ 20/70 |
| _____ 20/50 | _____ 20/50 | _____ 20/50 |
| _____ 20/40 | _____ 20/40 | _____ 20/40 |
| _____ 20/30 | _____ 20/30 | _____ 20/30 |
| ✓ 20/25 | _____ 20/25 | _____ 20/25 |
| _____ 20/20 | ✓ 20/20 | ✓ 20/20 |

3. Plus Lens Test: (Mark Pass/Fail) Use Glasses. Criteria - Have child read same line or symbol he/she read successfully above with both eyes together then each eye separately. Child passes if everything appears blurry and he cannot read the line. Child fails if he can read the same line as above with glasses.

   O.U. _____   O.D. _____   O.S. _____

4. Suppression: (Mark Pass/Fail) Use red-green glasses and appropriate information on lantern. (Dots on side for older child, fish-bowl chart for younger). Criteria - Using both eyes together, red lens over right eye, child should see all symbols to pass.

   O.U. _____

5. Near Point Acuity: (Mark Pass/Fail) Use school vision card. Criteria - Using both eyes together and holding the card himself, child should be able to read the line (words or numbers) appropriate to his grade level to pass. Important: Note any sign of visual stress.

   O.U. _____   Observations:

6. Optional Test for Phoria: (Mark Pass/Fail) Done only if there is evidence of muscle imbalance. Use white dot on side of lantern at 10 feet. Cover each eye separately as child looks at dot and observe any movement in the eye as cover is changed from one eye to the other. Criteria - Child fails if either eye "jumps" as cover is removed.

   Pass _____   Fail _____

NOTES:
1. All tests except Near Point Acuity are done at 10 feet.
2. Review Teacher Observation Sheet prior to screening and include with screening report.
3. If child has vision in only 1 eye you can dispense with the rest of screening procedure and go directly to referral.
4. If child wears glasses, he should be screened with glasses on.

RESULTS OF SCREENING:       PASS ✓_____       REFERRAL _____
FOLLOW-UP: (Re-Screening)   DATE _____   RESULTS _____

000053

# CHARLOTTE-MECKLENBURG SCHOOLS
## Program for Exceptional Children
### EDUCATIONAL SUMMARY

**INSTRUCTIONS:** Provide data and interpretation for all test(s) administered. Leave blank if not applicable.

NAME: _Korson/ Chanthakoumane_   SCHOOL: _____   GRADE _2_

I.D.#: _007-47-30_   D.O.B.: _10-1-80_   EXAMINER: _Sturenberg_



Date Administered: ____

| Woodcock-Johnson | Grade Level* | Percentile | Scale Score** |
|---|---|---|---|
| Reading | | | |
| Mathematics | | | |
| Written Lang. | | | |
| Knowledge | | | |
| Skills | | | |

Date Administered: ____

| PIAT | Grade Level* | Percen-tile | Scale Score** |
|---|---|---|---|
| Math | | | |
| Reading Recognition | | | |
| Reading Comp. | | | |
| Spelling | | | |
| General Info. | | | |

Date Administered: ____

| Woodcock Reading | Grade Level* | Percen-tile | Scale Score** |
|---|---|---|---|
| Letter I.D. | | | |
| Word I.D. | | | |
| Word Attack | | | |
| Word Comp. | | | |
| Passage Comp. | | | |

Date Administered: ____

| Key Math | Grade Level | Percen-tile | Scale Score* |
|---|---|---|---|
| Math | | | |

*Frustration Level
**Mean 100, Standard Deviation 15

**Other Educational Information:**
(e.g. Brigance, Santa Clara, TOWL, Goldman-Fristoe-Woodcock, class performance, etc.)

61(4.41 8/85)

000054

213

**ITEM ANALYSIS**

| | Strengths | Weaknesses |
|---|---|---|
| **READING SKILLS/READINESS** | Has been using a multi-sensory approach to sight word study successfully. Has met with some phonic success. | Reading on pre-primer level. |
| **READING COMPREHENSION** | If he can read all the words, he has good comprehension skills. E | Doesn't know the words. |
| **MATHEMATICAL REASONING/READINESS** | On the manipulative level he can demonstrate the concepts of addition and subtraction. | New concepts are hard. Applying concepts is difficult. |
| **MATHEMATICAL CALCULATIONS** | On grade level with basic facts to 18. | Doesn't know facts by heart. Need to notice which operation to perform. |
| **WRITTEN EXPRESSION** | Verbally can create a complete sentence and copy it but not on his own | Can not create a concept in his own words on paper. |
| **MOTOR SKILLS** | Art is very good. Cutting good. Letter formation is average. Large motor skills are fine. | None |
| **SOCIALIZATION SKILLS** | Usually gets along well with others. | Not outgoing. Doesn't initiate friendships. Sometimes gets mad. |
| **PRE/VOCATIONAL SKILLS** | | |

**COMMENTS**   His pronunciation problems interfer with sounding out words and giving the appropriate sound for a letter. Sometimes he can't be understood.

Joanna Batson   Classroom Teacher

COMPLETED BY: Virginia Stuhrenborg   POSITION ESL Teacher   DATE 1/14/8

000055
214

1990-91        4th        Tryon Hills
                  2530 Fort St.     Teacher Lesesne

EC Referral     1/91
ref. by L. Liseski-Davis - Speech Path.
' moderate language delay '
Testing:

Tx and dph Rd. ENT  →  sensori neural hearing loss

- states he was retained 4th grade prev. year

000056

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 1/HCA
8/89
Initial _____
Reeval. ___✓___
Other _____

# Exceptional Children Referral

Student: _Kousoul Chanthakoummane_    School: _Tryon Hills_

Sex: _M_   Race: _O_   Grade: _4_    Parent/Guardian _Komonh & Phongsavout_

Date of Birth: _10|1|80_ Age: _____    Address: _2530 Fort St._
                                                    _28216_

I.D.#: _0024730_    Telephone: _393-5366_

## I. REASONS FOR REFERRAL:  Check each reason for referring this student.

1. [  ] outstanding academic performance
2. [  ] deficient in learning skills
3. [  ] low academic performance
4. [  ] behavioral-emotional problems
5. [  ] outstanding academic potential

6. [  ] visual problems
7. [x] speech/language problems
8. [x] hearing problems
9. [  ] physical problems
10. [  ] other (specify):_____

## II. DESCRIPTION OF REFERRED STUDENT: Check each statement which describes the student:
# POSITIVE BEHAVIORS/STRENGTHS
### Academics/Behavior                    Communication Skills

[  ] Works well independently
[  ] Creative
[  ] Displays leadership ability
[  ] Curious
[  ] Reads at or above grade level
[  ] Attentive
[  ] Follows instructions easily
[  ] Cooperative
[  ] Attention to exactness & detail
[  ] Shows good sportsmanship
[  ] Interested
[  ] Highly competent in
     vocabulary usage
[  ] Completes tasks assigned
[  ] Keen insight in problem solving

[  ] Skilled in divergent thinking
[  ] Accepts suggestions
[  ] Appears self-confident
[  ] Concentrates for long periods
[  ] Mathematics at or above grade level
[  ] Frequently contributes to class
[  ] Achieves at or above grade level
     in other content areas
[  ] Popular with classmates
[  ] Happy, easy-going
[  ] Exceptional ability to recall facts
[  ] Receives majority marks of A & B
[  ] Courteous
[  ] Does assignments promptly
[  ] Other (specify): _____

[  ] Proficient in verbal skills
[  ] Proficient in language mechanics
[  ] Effective group participant
[  ] Writes in concise & clear style
[  ] Communicates well in groups
[  ] Expresses thoughts well
[  ] Articulation above age level
[  ] Speech flows smoothly
[  ] Other (specify): _____

# NEGATIVE BEHAVIORS/WEAKNESSES
### Academics/Behavior

[  ] Difficulty concentrating
[  ] Deficient in comprehension
[  ] Reads below grade level
[  ] Poor memory
[  ] Frequent reversals of letters
     and numbers
[  ] Poor self-concept
[  ] Fights and/or bites
[  ] Makes excuses
[  ] Lies
[  ] Oversensitive
[  ] Fearful
[  ] Disruptive
[  ] Ritualistic behaviors-rocking,
     pacing, etc.
[  ] Immature behaviors

[  ] Difficulty remembering facts
[  ] Deficient in mathematical operations
[  ] Achieves below grade level in
     other content areas
[  ] Talks excessively
[  ] Disorganized work habits
[  ] Talks about morbid themes
[  ] Physically aggressive
[  ] Provokes/aggravates others
[  ] Temper tantrums
[  ] Appears depressed
[  ] Cries easily
[  ] Consistent inappropriate emotional
     responses
[  ] Blames others
[  ] Abandons difficult tasks

[  ] Deficient in vocabulary
[  ] Difficulty solving word problems
[  ] Difficulty following directions
[  ] Poor handwriting
[  ] Requires constant supervision
[  ] Overactive
[  ] Talks about hurting or killing self
[  ] Excessive daydreaming
[  ] Destructive
[  ] Steals
[  ] Withdrawn
[  ] Defiant/hostile
[  ] Self-abusive behaviors
[  ] Poor peer relations
[  ] Irritable or moody
[  ] Other (specify): _____

(Continued)

White: Cumulative folder
Yellow: Referring person

000057

216

DEC 1. Cont'd

**Communications Skills**

- [x] Difficulty using and understanding language
- [ ] Unable to communicate basic needs and wants
- [x] Indistinct articulation-speech sounds omitted. substituted. distorted
- [ ] Voice problems
- [ ] Nonverbal
- [ ] Slow. labored speech
- [ ] Reluctant to communicate in groups
- [ ] Difficulty with written expression
- [ ] Cannot understand spoken language
- [ ] Difficulty in oral expression
- [ ] Speaks haltingly or stutters
- [ ] Other (specify): _____

_____
_____
_____

(Pass/Fail)

Vision Screening _____  (If fail, must attach follow-up before
Hearing Screening _fail_  proceeding with referral)
Speech /Language Screening _____

**Physical**

- [ ] Physical complaints
- [ ] Bites nails
- [ ] Involuntary muscle spasms
- [ ] Lacks age-appropriate self-care
- [ ] Seizures
- [ ] Lack of physical mobility
- [ ] Poor gross motor skills
- [ ] Lacks fine motor coordination
- [ ] Difficulty copying · paper or board
- [ ] Chronic allergic conditions
- [x] Impaired hearing
- [ ] Impaired vision
- [ ] Poor physical fitness
- [ ] Lethargic · tired and listless
- [ ] Overweight/underweight (circle)
- [ ] Asthma/epilepsy (circle)
- [ ] Wets or soils clothes
- [ ] Frequently gets hurt
- [ ] Currently takes medication
- [ ] Other (specify): _____

_____
_____
_____

**Referring Person and Position:**

_Lulee Davis-Lisoski_

**Date sumbitted to SBC:**

_1/10/91_

**'FOR SCHOOL-BASED COMMITTEE USE ONLY**

Date Received by School-Based Committee:  _1 / 10 :91_

Check Appropriately:
- [ ] No Referral for Evaluation
- [x] Obtain Parental Permission for Evaluation (DEC 2)
- [ ] Additional Information Needed (see below)

Comments (if any): _____

_____
_____
_____
_____

**School-Based Committee Signatures:**      Date: _1/10/91_

| Name | Position |
|------|----------|
| _M. Kdunk_ | _AP_ |
| _Constance Lessene_ | _Teacher_ |
| _Lulee Davis-Lisoski_ | _SLP_ |
| _Cynthia N. malley_ | _BIEH Psychologist_ |
| _Sandra K. Perkins_ | _Elem. Coordinator_ |

Winte: Cumulative Folder
Yellow: Referring person

000058

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 2/HCA
12/89

# PRIOR NOTICE AND PARENT/GUARDIAN CONSENT FOR EVALUATION

Date Sent _1 / 8 / 91_

Date Returned _1 / 9 / 91_

Student: _Kousoul Chanthakoummane_ Grade: _4_   School: _Tryon Hills_

Dear _Parent(s)_          :

School personnel have recognized the need for gathering more information on your child. The proposed screenings and evaluation(s) by qualified personnel will include the use of one or more of the tests below to help determine his/her strengths and weaknesses and eligibility for special education services.

| AREA | INFORMATION |
|---|---|
| Physical Health | Vision, hearing, motor, medical screening/evaluation |
| Educational | Reading, mathematics and other subjects - group/individual assessments; achievement tests; observation |
| Psychological | Mental ability, emotional development, perceptual, developmental, and adaptive behavior screening/evaluation |
| Social Appraisal | Social, personal, behavioral and developmental history |
| Communication Skills | Understanding and using spoken language - screening/evaluation |
| Intellectual | Group or individual intelligence |
| Other: | _Audiological_ |

A summary of these evaluations will be shared with you. If you have any questions, please contact:

_Lu Ann Davis - Riseshi_ (Name) at _Tryon Hill_ (School)

......................................................................................
# PARENTAL CONSENT
......................................................................................

Please sign A or B and return to: _Tryon Hills_

**A.  YES.** I give my permission for my child to receive evaluation services. I have received the attached copy of the Handbook of Parents' Rights (due process procedures).

_Chanthakoummane Komenh_ (Name)   _1.8.91_ (Date)   _FATHER_ (Relationship)

**B.  No.** I do not give permission for my child to receive evaluation services. I have received a copy of the Handbook of Parents' Rights (due process procedures)

_____ (Name)   _/ /_ (Date)   _____ (Relationship)

White: Cumulative folder
Yellow: Parent's Copy
Pink: Teacher's copy

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 2/HCA
12/89

## PRIOR NOTICE AND PARENT/GUARDIAN CONSENT FOR EVALUATION

Date Sent 1/8/91

Date Returned 1/9/91

Student: Kousoul Chanthakoummane  Grade: 4  School: Tryon Hills

Dear Parent(s)

School personnel have recognized the need for gathering more information on your child. The proposed screenings and evaluation(s) by qualified personnel will include the use of one or more of the tests below to help determine his/her strengths and weaknesses and eligibility for special education services.

| AREA | INFORMATION |
|------|-------------|
| Physical Health | Vision, hearing, motor, medical screening/evaluation |
| Educational | Reading, mathematics and other subjects - group/individual assessments; achievement tests; observation |
| Psychological | Mental ability, emotional development, perceptual, developmental, and adaptive behavior screening/evaluation |
| Social Appraisal | Social, personal, behavioral and developmental history |
| Communication Skills | Understanding and using spoken language - screening/evaluation |
| Intellectual | Group or individual intelligence |
| Other: | Audiological |

A summary of these evaluations will be shared with you. If you have any questions, please contact:

Lu Ann Davis - Riseski  at  Tryon Hill
(Name)                         (School)

...............................................................
## PARENTAL CONSENT
...............................................................

Please sign A or B and return to: Tryon Hills

**A.** **YES.** I give my permission for my child to receive evaluation services. I have received the attached copy of the Handbook of Parents' Rights (due process procedures).

Chanthakoummane Komonh    1.8.91    FATHER
(Name)                      (Date)    (Relationship)

**B.** **No.** I do not give permission for my child to receive evaluation services. I have received a copy of the Handbook of Parents' Rights (due process procedures)

_____    / /    _____
(Name)                      (Date)    (Relationship)

White: Cumulative folder
Yellow: Parent's Copy
Pink: Teacher's copy

000060

219

6164.12
5/87

## CHARLOTTE-MECKLENBURG SCHOOLS
## EXCEPTIONAL CHILDREN

### Vision Screening

Name: _Kousoul Chanthakoummane._   DOB: _10-1-80_   Date: _1/10/91_

School: _Tryon Hills_   Grade: _4_   Teacher: _Lesesne_

Person doing screening: _Teresa Dye Vincansen_

Wears glasses or contacts:   Yes _____   No ✓_____

Far Point Acuity   Pass ✓_____

ꞏFail _____

Near Point Acuity   Pass ✓_____

ꞏFail _____

ꞏComments: _____

_____

_____

000061
220

6164.10
5/90

## CHARLOTTE-MECKLENBURG SCHOOLS
### EXCEPTIONAL CHILDREN
#### Hearing Screening

NAME: Kousoul Chanthakoummane  ID #: 00 24730  DATE: 1/10/91

SCHOOL: Tryon Hills  D.O.B.: 10/1/80  GRADE: 4  TEACHER: Lesesne

PERSON DOING SCREENING: L. Davis-Liseski

REASON FOR REFERRAL: nurse referred

PASS R: _____  L: _____

FAIL R: ✓_____  L: ✓_____

COULD NOT TEST: _____

CRITERIA: 25 dB (intensity level) 500 1K, 2K, 4K Hz (Frequencies)

Cumulative Folder

000062

221

6164.52
5/90

# CHARLOTTE-MECKLENBURG SCHOOLS
# EXCEPTIONAL CHILDREN'S PROGRAM
### Report of Hearing Evaluation

NAME: _Cassoul Chontha Koummone_ SCHOOL: _Tryon Hills_

Your child's hearing was tested on ___1/8/91___ . The results are described in the sections checked below.

_____ Your child passed a hearing rescreening of 25dB HTL at 500, 1000, 2000, and 4000Hz bilaterally.
_____ Results indicate that your child has normal hearing at this time.
_____ There has been no significant change in hearing levels since the last test on record.
_____ A slight hearing loss was identified. At this time, the hearing loss does not warrant a medical referral, nor should it cause any communication difficulty.

PLEASE NOTE THE FOLLOWING:

___✓___ Wax is noted in the right / left ear canal. You may wish to consult your physician about removal.
_____ The ventilation tube/s in the right / left ear appears to be working (tympanometry measures).
_____ The ventilation tube/s in the right / left ear does NOT appear to be working (tympanometry measures). Please contact the managing ear doctor.
_____ Another test useful in identifying middle ear problems (tympanometry) indicates pressure behind the eardrum/s. This often occurs when an ear infection is just beginning or ending, and is often associated with colds or congestion. Hearing may fluctuate with this pressure. You may wish to consult your physician.

PLEASE CALL ME AT 343-5455:

___✓___ to discuss your child's hearing test results.
___✓___ to schedule a hearing evaluation by the CMS Audiology Department.
_____ to schedule the annual hearing evaluation.
_____ to schedule a hearing aid and/or FM system check.
_____ if you are aware of a hearing loss and your child has been evaluated within the last year.

RECOMMENDATIONS:

_____ Hearing should be retested annually.
_____ Hearing aid/s should be checked daily for function and use.
___✓___ Classroom interventions regarding hearing loss should continue. Please review recommendations in the cumulative folder.
_____ The hearing aid dispenser should be contacted to repair or replace hearing aid _____ earmold _____ or resupply batteries _____ .
_____ Please notify the audiologist of annual review and triennial certification conferences.
___✓___ Please refer this student to the audiologist if you suspect hearing has changed or is adversely affecting the child's education.

_Marie Sloan-Clark_ MS CCC-A
. AUDIOLOGIST

This report should be made available to administrators, teachers, and parents upon request. The report should then be filed in the student's cumulative folder.
If there are any changes in the preceding recommendations an amended or superseding report will be sent. Until one arrives, this report should be assumed current.

000063

White: Cumulative Folder        Yellow: Parent

INTERVENTION STRATEGIES FOR HEARING IMPAIRED STUDENTS


CLASSROOM INTERVENTIONS FOR KOUSOUL CHANTHAKOMMANE

RE: HIGH FREQUENCY HEARING LOSS BILATERALLY
FOR THE DURATION OF HIS ACADEMIC CAREER IN CMS SCHOOLS
AUDIOLOGIST:  MARTI SLOAN-CLONTZ, MS, CCC-A
DATE: 2/11/91

EFFECTS OF UNILATERAL LOSS ON COMMUNICATION IN THE CLASSROOM:
      He may have reduced understanding of speech in
background noise, poor acoustical conditions, at a distance
from the speaker, or when any competing sounds are
interfering with his hearing.
   The following interventions may be necessary to maximize
reception and understanding of educational material presented
auditorily in the classroom.
      Factors that may decrease understanding of
speech/instructional material are:
         1-background noise or competing messages
         2-distance from the speaker
         3-lack of visual cues, especially from the speakers' face
         4-unstructured presentation or teaching style.

INTERVENTIONS:

GENERAL INTERVENTIONS:
   1- Repetition and/or rephrasing of instructional material
may be necessary at times for this student.  A pre-arranged
signal is recommended to indicate the need for repetition and
clarification of auditory messages.
   2- A "buddy" system arranged by the teacher could be used
to confirm homework assignments, confirm public address
announcements, and be a notetaker for lectures (using
carbonless paper provided by the school system).  These
interventions could facilitate an unobtrusive reinforcement
of instructional material.


PAGE 1

INTERVENTION STRATEGIES FOR HEARING IMPAIRED STUDENTS

## COMPENSATIONS FOR BACKGROUND NOISE OR COMPETING MESSAGES

Any sound other than the speaker's voice should be considered as a competing message or noise. Distance from heating/cooling vents, doorways, A-V equipment fans, bathrooms-water fountains, and high traffic hallways should be increased as much as practical. Carpeting in a classroom should be considered a positive factor in reducing room "echo" or reverberation. Generally, an "open" classroom is inappropriate for a student with a hearing impairment.

## COMPENSATIONS FOR DISTANCE FROM THE SPEAKER

The student should be seated within 6-8 feet of the speaker to enable a clearline of vision for speechreading and to insure a maximum change during the day to respond to changing instructional strategies/events/speaker.

## VISUAL CUES

The student may need visual cues during lectures to facilitate speechreading and auditory closure skills. Cues could include use of the chalkboard, handouts and copies of notes, advance vocabulary lists and advance reading/lecture assignments. The more familiar the student is with the topic and vocabulary, the greater the understanding will be with less fatigue.

PAGE 2

000065
224

## INTERVENTION STRATEGIES FOR HEARING IMPAIRED STUDENTS

### STRUCTURE OF PRESENTATION

The student may need to combine the visual and auditory cues for recognition and understanding of the message.  The more internal structure of the lecture and redundancy and variety of cues, the greater will be the understanding of the message.  The teacher must remember that detection of his/her voice does not always mean understanding by the student with the hearing impairment.

Class discussions should be considered as more difficult for the hearing impaired student requiring more interventions to facilitate understanding.  The teacher may repeat the question or answer of a student seated behind or at a distance from the hearing impaired student.

Test modifications are appropriate if this student is certified through CMS procedures in the Hearing Impaired program.

Hearing levels of this student may change due to colds, infections, or progression of loss.  Any suspected change in hearing acuity should be noted and reported to the parent and audiologist monitoring this student.

All school personnel working with this student should be aware of these intervention strategies.

If you have any questions, please feel free to contact me at 343-5455 at any time.

Marti Sloan-Clontz, MS CCC-A
CMS Audiologist

PAGE 3

Charlotte-Mecklenburg Schools
Exceptional Children

6164.60.
8-82

## SPEECH AND LANGUAGE SCREENING FORM

Kousoul  Chanthakoummane      0024730      10/1/80
Student's Name                             I.D. No.        D.O.B.C.A.

Tryon Hills                     Lesesne                    4
School                          Teacher                    Grade

L. Davis-Liseski                     1/10/91
Examiner                             Screening Date

| I. | Receptive Vocabulary | | | | Labeling | | | | Articulation | |
|---|---|---|---|---|---|---|---|---|---|---|
| | cor. | inc. | | | trial | | | | errors | |
| | | | | | 1 | 2 | 3 | | | |
| 1. | 0 | 0 | | 1. | 0 | 0 | 0 | 1. | | |
| 2. | 0 | 0 | | 2. | 0 | 0 | 0 | 2. | | |
| 3. | 0 | 0 | | 3. | 0 | 0 | 0 | 3. | | |
| 4. | 0 | 0 | | 4. | 0 | 0 | 0 | 4. | | |
| 5. | 0 | 0 | | 5. | 0 | 0 | 0 | 5. | | |
| 6. | 0 | 0 | | 6. | 0 | 0 | 0 | 6. | | |
| 7. | 0 | 0 | | 7. | 0 | 0 | 0 | 7. | | |
| 8. | 0 | 0 | | 8. | 0 | 0 | 0 | 8. | | |
| 9. | 0 | 0 | | 9. | 0 | 0 | 0 | 9. | | |
| 10. | 0 | 0 | | 10. | 0 | 0 | 0 | 10. | | |
| 11. | 0 | 0 | | 11. | 0 | 0 | 0 | 11. | | |
| 12. | 0 | 0 | | 12. | 0 | 0 | 0 | 12. | | |

| II. | Semantics | | | III. | Morphology | | IV. | Syntax | |
|---|---|---|---|---|---|---|---|---|---|
| | (receptive) | (Expr.) | | | cor. | inc. | | cor. | inc. |
| | yes | no | | | | | | | |
| 1. | 0 --- 0 -----0 | | | 1. | 0 | 0 | 1. | 0 | 0 |
| 2. | 0 --- 0 | | | 2. | 0 | 0 | 2. | 0 | 0 |
| 3. | 0 --- 0 -----0 | | | 3. | 0 | 0 | 3. | 0 | 0 |
| 4. | 0 --- 0 -----0 | | | 4. | 0 | 0 | 4. | 0 | 0 |
| 5. | 0 --- 0 | | | 5. | 0 | 0 | 5. | 0 | 0 |
| 6. | 0 --- 0 -----0 | | | 6. | 0 | 0 | 6. | 0 | 0 |
| 7. | 0 --- 0 | | | 7. | 0 | 0 | 7. | 0 | 0 |
| 8. | 0 --- 0 | | | 8. | 0 | 0 | 8. | 0 | 0 |
| | | | | 9. | 0 | 0 | 9. | 0 | 0 |
| | | | | | | | 10. | 0 | 0 |
| | | | | | | | 11. | 0 | 0 |
| | | | | | | | 12. | 0 | 0 |

Fail
was certified in
1988 SI

Picture Description
_____ Subject/Verb Responses
_____ Minus (−) errors
_____ Total

### Check Areas Needing Further Diagnostics

| | | | |
|---|---|---|---|
| _____ | Receptive Vocabulary | _____ | Articulation |
| _____ | Labeling | _____ | Voice |
| _____ | Semantics | _____ | Fluency |
| _____ | Morphology | _____ | Hearing |
| _____ | Syntax | _____ | Other |

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 4/HCA
8/89

# SUMMARY OF EVALUATION RESULTS

Student: Kousoul Chanthakoummane    Grade: 4    Check Purpose
[✓] Initial
School: Tryon Hills    [ ] Reevaluation
[ ] Other: _____

DATE    SCREENING INFORMATION    RESULTS (if fail, must include results)

/ / Vision Screening    Pass/Fail · Far R20/____ · L 20/____   Near R20/____ L20/____
1/10/91 Hearing Screening    Pass/Fail 25 dB (Intensity level)   all Hz (Frequencies)
1/10/91 Speech/Language Screening    - Fail -

/ / Psychomotor Screening
/ / Health Screening
/ / Other:

DATE    EVALUATION INFORMATION

3/21/91 Educational Evaluation    Test/Assessment: Woodcock-Johnson
Results: Reading + Math  Average
Written Lang.  Below Average

/ / Psychological Evaluation    Test:
Results:

/ / Behavioral-Emotional Evlauation    Test:
Results:

/ / Cognitive Evaluation    Test:
Results:

1/31/91 Speech-Language Evaluation    Test: Receptive One Word Picture Vocabulary Test
Results: Standard Score: 55 language age 8yr 8 mo

Test: Expressive One Word Picture Vocabulary Test
Results: Standard Score 87 language age 8yr 8 mo

/ / Adaptive-Behavior Evaluation    Test:
Results:

/ / Medical Evaluation    Assessment:
Results:

1/7/91 Other: Speech Language    Test/Assessment: Test of Language Development-2 Intermedia
Results: All subtests were below the average range.

## SUMMARY OF EVALUATION RESULTS/PRESENT LEVEL OF PERFORMANCE

Strengths: Kousoul is willing to attempt any task - he is cooperative and continues to try.

Needs: Kousoul needs help in language development. He has difficulty with receptive tasks.

Actual copies of evaluation reports must be placed in child's folder.

Parent Copy sent/given  2/25/91

White: Cum folder
Yellow: Parent's copy

227

```
                        COMPUSCORE FOR THE WJ-R
                        04/10/1991    11:10 am
                        Norms Based on Age
==========================================================================
Name: Koscul ChanthaKoummane        ID: 0024730                  Page: 1
==========================================================================

Sex: M                              School/Agency: Tryon Hills
Examiner: M. Rowell                 Teacher/Dept:
Testing Date: 03/21/1991            City:                    State:
Birth Date: 10/01/1980              Adult Subjects
Age: 10 years  6 months             Education:
Grade Placement: 4.6                Occupation:
Years Retained:                     Other Info:
Years Skipped:                      Glasses: No              Used: No
Years of Schooling: 4.6             Hearing Aid: No          Used: No
```

```
                  Raw           Age       Grade
Test Name         Score  W     Equiv.    Equiv.     RMI            SS    PR
```
==========================================================================
              Form A was used to obtain Achievement Scores
==========================================================================

| Test Name | Raw Score | W | Age Equiv. | Grade Equiv. | RMI | | SS | PR |
|-----------|-----------|---|------------|--------------|-------|---------|-----|-----|
| 22. Letter-Word Identification | 41 | 498 | 10-4 | 5.1 | 83/90 | | 99 | 47 |
| | | | | | | -1 SEM | 95 | 37 |
| | | | | | | +1 SEM | 103 | 58 |
| 23. Passage Comprehension | 23 | 499 | 10-5 | 5.1 | 90/90 | | 100 | 50 |
| | | | | | | -1 SEM | 95 | 37 |
| | | | | | | +1 SEM | 105 | 63 |
| 24. Calculation | 25 | 508 | 11-3 | 5.9 | 96/90 | | 110 | 75 |
| | | | | | | -1 SEM | 106 | 66 |
| | | | | | | +1 SEM | 114 | 82 |
| 25. Applied Problems | 31 | 492 | 9-7 | 4.0 | 79/90 | | 94 | 34 |
| | | | | | | -1 SEM | 89 | 23 |
| | | | | | | +1 SEM | 99 | 47 |
| 26. Dictation | 26 | 479 | 8-4 | 2.9 | 50/90 | | 84 | 15 |
| | | | | | | -1 SEM | 79 | 8 |
| | | | | | | +1 SEM | 89 | 23 |
| 27. Writing Samples | 17-W | 496 | 9-5 | 3.9 | 84/90 | | 94 | 35 |
| | | | | | | -1 SEM | 89 | 23 |
| | | | | | | +1 SEM | 99 | 47 |
| 28. Science | 21 | 477 | 7-2 | 1.9 | 39/90 | | 80 | 9 |
| | | | | | | -1 SEM | 74 | 4 |
| | | | | | | +1 SEM | 86 | 18 |
| 29. Social Studies | 20 | 494 | 9-8 | 4.3 | 81/90 | | 94 | 34 |
| | | | | | | -1 SEM | 88 | 21 |
| | | | | | | +1 SEM | 100 | 50 |

```
==========================================================================
 Name: Kosoul ChanthaKoummane        ID: 0024730                  Page: 2
==========================================================================
```

| Test Name | Raw Score | W | Age Equiv. | Grade Equiv | RMI | | SS | PR |
|---|---|---|---|---|---|---|---|---|
| 30. Humanities | 22 | 489 | 8-2 | 2.8 | 68/90 | | 88 | 21 |
| | | | | | | -1 SEM | 83 | 13 |
| | | | | | | +1 SEM | 93 | 32 |
| BROAD READING 22-23 | --- | 498 | 10-6 | 5.0 | 88/90 | | 99 | 46 |
| | | | | | | -1 SEM | 96 | 39 |
| | | | | | | +1 SEM | 102 | 55 |
| BROAD MATH (Gq) 24-25 | --- | 500 | 10-5 | 5.0 | 90/90 | | 100 | 50 |
| | | | | | | -1 SEM | 96 | 39 |
| | | | | | | +1 SEM | 104 | 61 |
| BROAD WRITTEN LANGUAGE 26-27 | --- | 488 | 8-10 | 3.4 | 71/90 | | 86 | 18 |
| | | | | | | -1 SEM | 82 | 12 |
| | | | | | | +1 SEM | 90 | 25 |
| BROAD KNOWLEDGE (E Dev) | --- | 487 | 8-4 | 2.9 | 65/90 | | 86 | 18 |
| | | | | | | -1 SEM | 82 | 12 |
| | | | | | | +1 SEM | 90 | 25 |
| SKILLS (E Dev) | | 490 | 9-4 | 4.0 | 75/90 | | 91 | 28 |
| | | | | | | -1 SEM | 88 | 21 |
| | | | | | | +1 SEM | 94 | 34 |
| 31. Word Attack | 25 | 514 | 29[54] | 14.4 | 98/90 | | 121 | 92 |
| | | | | | | -1 SEM | 116 | 86 |
| | | | | | | +1 SEM | 126 | 96 |
| 32. Reading Vocabulary | 24 | 494 | 9-8 | 4.3 | 84/90 | | 96 | 40 |
| | | | | | | -1 SEM | 92 | 30 |
| | | | | | | +1 SEM | 100 | 50 |
| 33. Quantitative Concepts | 32 | 505 | 10-10 | 5.5 | 93/90 | | 105 | 63 |
| | | | | | | -1 SEM | 99 | 47 |
| | | | | | | +1 SEM | 111 | 77 |
| 34. Proofing | 11 | 496 | 9-9 | 4.3 | 84/90 | | 96 | 40 |
| | | | | | | -1 SEM | 92 | 30 |
| | | | | | | +1 SEM | 100 | 50 |
| 35. Writing Fluency | 16 | 497 | 10-2 | 4.8 | 87/90 | | 97 | 41 |
| | | | | | | -1 SEM | 88 | 21 |
| | | | | | | +1 SEM | 106 | 66 |
| BASIC READING SKILLS | --- | 506 | 11-8 | 6.0 | 95/90 | | 108 | 69 |
| | | | | | | -1 SEM | 105 | 63 |
| | | | | | | +1 SEM | 111 | 77 |

```
=========================================================================
Name: Kosoul ChanthaKoummane        ID: 0024730                    Page:
=========================================================================
```

| Test Name | Raw Score | W | Age Equiv. | Grade Equiv. | RMI | | | SS | PR |
|-----------|-----------|---|------------|--------------|-----|-----|-----|-----|-----|
| READING COMPREHENSION | --- | 496 | 10-0 | 4.6 | 87/90 | | | 98 | 44 |
| | | | | | | -1 SEM | | 94 | 34 |
| | | | | | | +1 SEM | | 102 | 55 |
| BASIC MATH SKILLS | --- | 506 | 11-1 | 5.6 | 95/90 | | | 109 | 72 |
| | | | | | | -1 SEM | | 105 | 63 |
| | | | | | | +1 SEM | | 113 | 81 |
| MATHEMATICS REASONING | Use scores from Test 25: Applied Problems | | | | | | | | |
| BASIC WRITING SKILLS | --- | 488 | 8-10 | 3.6 | 71/90 | | | 89 | 23 |
| | | | | | | -1 SEM | | 86 | 18 |
| | | | | | | +1 SEM | | 92 | 30 |
| WRITTEN EXPRESSION | --- | 496 | 9-8 | 4.4 | 85/90 | | | 95 | 37 |
| | | | | | | -1 SEM | | 91 | 27 |
| | | | | | | +1 SEM | | 99 | 47 |

```
================================================================================
Name: Kosoul Chanthakoummane           ID: 0024730                      Page: 4
================================================================================
```

## Intra-Achievement Discrepancies
```
================================================================================
```

|                          | ACTUAL SS | OTHER SS | EXPECTED SS | SS DIFF | PR | SD DIFF |
|--------------------------|-----------|----------|-------------|---------|-----|---------|
| Broad Reading (R)        | 99        | 91       | 91          | 8       | 82  | 0.91    |
| Broad Mathematics (M)    | 100       | 90       | 91          | 9       | 82  | 0.93    |
| Broad Written Language (W) | 86      | 95       | 95          | -9      | 15  | -1.02   |
| Broad Knowledge (K)      | 86        | 95       | 95          | -9      | 18  | -0.93   |

000072

6154.07
9/84

**Charlotte-Mecklenburg Schools**
**Exceptional Children**
**SPEECH/LANGUAGE DIAGNOSTIC SUMMARY**

Student_____     Evaluator_____
School_____     Date_____

**Articulation**_____
School Weighted Articulation Test:_____
Other Test Scores:

Oral Peripheral Examination

Implications of Error Analysis

**Fluency**_____
Fluency Rating Scale Score:_____
Other procedures and findings:

**Voice**_____
CMS Voice Rating Scale_____
Other procedures and findings:

000073
232

Charlotte-Mecklenburg Schools
~~Exceptional Children~~
SPEECH/LANGUAGE DIAGNOSTIC SUMMARY

Student:Kousoul Chanthakoummane    Evaluator:L. Davis-Liseski
School:Tryon Hills                 Date: February 28,1991
D.O.B: October 10, 1980            Age: 10 yr. 4 mo.

Articulation_____
      School Weighted Articulation Test:_____
      Other Test Scores:
   Kousoul appeared to demonstrate a mild articulation
difference.  One that would accompany a moderate to severe
sensori-neural hearing loss.
Oral Peripheral Examination: All structures and functions
appear to be within normal limits.

Implications of Error Analysis: Kousoul's hearing loss
facilitates errors on high frequency sounds those including
s,z,sh,ch,j,f and v.
      Kousoul demonstrates a mild distortion on those high
frequency sounds.

Fluency:__Appears to be within normal limits_____
      Fluency Rating Scale Score:_____
      Other Procedures and Findings:_____

Voice:_____
      CMS Voice Rating Scale:_____
      Other Procedures and Findings: During informal speaking
      situations Kousoul's voice appears to be slightly hoarse
      and raspy at times.
Language:_____

Tests and Scores:
      Receptive One Word Picture Vocabulary Test
      -Standard Score 69  Percentile 2 Stanine 1
      -Language Age Score 6 yr 8 mo

      Expressive One Word Picture Vocabulary Test
      -Standard Score 87 Percentile 19 Stanine 3
      -Language Age Score 8 yr 8 mo

      Test of Language Development-2 Intermediate
                     SS  %                                       Q
Sentence Combining  4   2      Spoken Language Quotient   68
Vocabulary          6   9      Listening Quotient         76
Word Ordering       4   2      Speaking Quotient          64
Generals            5 . 5      Semantics Quotient         76
Grammatic Comp.     5   5      Syntax Quotient            64

      Clinical Evaluation of Language Fundamentals-Revised
                           SS    PR
Oral Directions            4     2
Word Classes               5     5
Semantic Relationships     7    16
                           SS    PR
      Receptive Language Score   70     2

000074

| | SS | PR | | |
|---|---|---|---|---|
| Formulated Sentences | 4 | 2 | | |
| Recalling Sentences | 4 | 2 | | |
| Sentence Assembly | 6 | 9 | | |
| | | | SS | PR |
| Expressive Language Score | | | 64 | 4 |
| Total Language Score | | | 65 | 5 |

Analysis of Test Responses:   Kousoul was identified in Kindergarten at Chantilly School as having a significant high frequency sensori-neural hearing loss in both ears.  Kousoul then transferred to Irwin Elementary where he was classfied as a Speech Language Impaired student, however he was not serviced at that time, but placed on a waiting list.  Kousoul then apparently transferred to an out of state school.  He returned to Charlotte Mecklenburg school district for Fourth Grade.

Kousoul's test scores on the Receptive One Word Picture Vocabulary Test were signinficantly impaired.  He only achieved a 69 which indicates a severe delay in receptive vocabulary.  His scores on the EOWPVT were not as significantly impaired.  His standard score of 87 shows a mild delay in expressive vocabulary.  All scores on the TOLD-2 were below the average range of scores indicating difficulty in all areas of language.

Kousoul's scores on the CELF-R further substantiate that he demonstrates a moderate to severe language delay.  His subtest scores were all 7 or below.

On the subtest for Oral Directions Kousoul exhibited difficulty with three level commands and those commands involving serial orientation.  On the subtest for recalling sentences he demonstrated difficulty with active sentences with subordinate clauses and those with relative clauses.  Kousoul's ability to identify word classes was impaired for those classes involving opposites and spatial relations.

In the Sentence Assembly subtest those items involving Declaratives with negatives, infinitival phrases, direct and indirect objects were missed more frequently than others.  Those items involving Interrogatives with infinitival phrases and negatives were also missed more frequently than others.

On the Semantic Relationships subtest items involving comparative, passive and temporal categories were difficult while those in the spatial category appeared easier.

Language Sample:
    Procedures:_____
    Findings:
            Form:

            Content:

            Function:

Recommendations for Further Assessments and Evaluations:_It is recommended that Kousoul receive an educational evaluation by a Hearing Impaired Itinerant Teacher to determine if he would benefit from their services at this time.  As Kousoul had previously been identified for Speech Language services

in 1986 it is the recommendation of this therapist that he
~~continue to receive Speech Language services.~~

Recommendations for Speech/Language Services:  It is
recommended at this time that Kousoul receive Speech Language
services as a Level III with a point value of 6.  His goals
should focus on improving receptive vocabulary, improving
articulation of fricative phonemes, improving all areas of
language.  It is further recommended that Kousoul receive
some assistance in the area of hearing.

Respectfully submitted,

Lu Ann M. Davis-Liseski
M.S.   CCC-Sp.

000076
235

Charlotte Mecklenburg
Local School Administrative Unit

DEC 5/HCA

# INVITATION TO CONFERENCE

Check Purpose
[✓] Initial Placement   [ ] Change in Placement
[ ] Review      [ ] Exit from Program
[ ] Reevaluation    [ ] Other: _____

Dear _Parent(s)_ :       Date Sent _2 / 12 /91_

Re: _Kousoul Chanthakoummane_ (Student's Name)

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____ _Kousoul_ 's special needs.

At this meeting, we would like to discuss one or more of the following:
 [✓] Ways to meet the educational needs of your child
 [✓] Evaluation results
 [✓] Develop or change the Individualized Education Program (IEP), Group Education Program (GEP), or written education program.
 [ ] Other: _____

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|------|----------|------|----------|
| LuAnn Davis-Liseski | SIP | | |
| | | | |
| | | | |

The meeting is scheduled for (date) _2-12-91_ at (time) _7am_ , (place) _Tryon Hills_
     If this time is inconvenient, I will be happy to reschedule the meeting.
Please call (phone) _343-5510_

      Sincerely,

      School-Based Committee Chairperson

      _Tryon Hills_
      School

*NOTE: You are entitled to all the due process rights in the Handbook of Parents' Rights, whcih you received

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:

[ ] I will be present for the Conference.
[X] I will not be able to attend. Please have the meeting without me. I understand that I may attach comments to this paper.
[ ] I cannot meet at this time. I will contact the school in order to arrange another time.

     _K. Chanthakoummane_
     Parent/Guardian Signature

     _2/12/91_
     Date
  •••••PLEASE RETURN THIS FORM TO THE SCHOOL•••••

2nd Notice _/    /_     (Date Received: ___/___/___ )
   Date
*NOTE: Retain a copy in child's folder.

000077
236

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 5/HCA
8/90

## INVITATION TO CONFERENCE

Check Purpose
[✓] Initial Placement
[ ] Review
[ ] Reevaluation
[ ] Screening/Evaluation

[ ] Change in Placement
[ ] Exit from Program
[ ] Other: _____

Dear _Kemonh Chanthakoummane_ :

Re: _Kousow Chanthakoummane_ (Student's Name)

Date Sent 2/20 91

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____ Kousoul _____ 's special needs.

At this meeting, we would like to discuss one or more of the following:
✓ Ways to meet the educational needs of your child
✓ Evaluation results
✓ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP), or written education program.
___ Other: _____

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|---|---|---|---|
| Lu Ann Davis-Liseski | Speech | | |
| Paul Carpenter | BEH teacher | | |
| Cynthia Mobley | SSS | | |
| Dr. Robertson | AP | | |

The meeting is scheduled for (date) _2/20_ , at (time) _7:00_ , (place) _Highland_
If this time is inconvenient, I will be happy to reschedule the meeting.

Please call (phone) _343-5511_ .

Sincerely,

_____ AP
School-Based Committee Chairperson

_Tryon Hills_
School

*NOTE: You are entitled to all the due process rights in the **Handbook of Parents' Rights**, which you received

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:

[✓] I will be present for the Conference.
[ ] I will not be able to attend. Please have the meeting without me. I understand that I may attach comments to this paper.
[ ] I cannot meet at this time. I will contact the school in order to arrange another time.

_Kemonh Chanthavone_
Parent/Guardian Signature

_d. 2/18/91_
Date
••••••PLEASE RETURN THIS FORM TO THE SCHOOL•••••

2nd Notice ___/___/___
Date
*NOTE: Retain a copy in child's folder.

(Date Received: _2/20 91_ )

White: Cumulative folder
Yellow: Parent's Copy
Pink: Teacher's copy

000078
237

8/89

Charlotte-Mecklenburg
Local School Administrative Unit

# INDIVIDUALIZED EDUCATION PROGRAM/SERVICE DELIVERY PLAN

Student: Kousoul Chanthakoummane

School: Tryon Hills Elementary

Check Purpose
[X] Initial Entry
[ ] Annual Review
[ ] Reevaluation
[ ] Other: _____

**I. AREA OF ELIGIBILITY** (mark only primary condition)

[ ] Autistic
[ ] Academically Gifted
[ ] Behaviorally/Emotionally Handicapped
[X] Hearing Impaired
[ ] Mentally Handicapped
   [ ] EMH  [ ] S/PMH  [ ] TMH
[ ] Multihandicapped
[ ] Orthopedically Impaired

[ ] Other Health Impaired
[ ] Deaf-Blind
[ ] Specific Learning Disabled
[ ] Speech and Language Impaired
[ ] Visually Impaired

**II. RELATED SERVICES**

[ ] Physical Therapy
[ ] Occupational Therapy
[X] Speech-Language
[ ] Transportation
[X] Audiology
[ ] None
[ ] AG
[ ] Other _____

**III. RECOMMENDATIONS FOR NC TESTING PROGRAMS:**

| ANNUAL | MSDT | END-OF-COURSE | COMPETENCY | LOCAL |
|---|---|---|---|---|
| [ ] Standard Administration | [ ] Standard Administration | [ ] Standard Administration | [ ] Standard Administration | [ ] TCS |
| [X] Will Take Modifications: | [ ] Will Take Modifications | [ ] Will Take Modifications | [ ] Will Take Modifications | [ ] DAT |
|   [ ] CAT, Science, Social Studies | [ ] Reading, Math, Language | [ ] specify course | [ ] Reading, Math, Writing Objective | [X] CAT Grade 4, 5, 7, 9 |
|   [ ] Writing Essay | | | [ ] Writing Essay | [ ] Other (specify) |

SPECIFY
MODIFICATION(S): Small group setting

[ ] Excluded     [ ] Excluded     [ ] Excluded     [ ] Excluded***     [ ] Excluded

***In making this request we acknowledge that we fully understand that passing the competency tests is a requirement for earning a high school diploma. Parent or eligible student's signature required below if excluded.

**IV. LEAST RESTRICTIVE ENVIRONMENT**

**A. CONTINUUM OF SERVICES:** Check the services considered by the committee, and circle the decision reached. Give reason(s) for options rejected and the decision reached. Time is based on 5 1/2 - hour day.

[X] Regular - Less than 21% of day (up to 1 hr., 15 min.)
[X] Resource - 21%-60% of day (1 hr., 15 min. to 3 hr., 30 min.)
[ ] Separate - 61% or more of day (excess of 3 hr., 30 min.)
[ ] Public Separate School - 100%

[ ] Private Separate School - 100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%

Reason(s) for options rejected Student is functioning on appropriate academic level.

Reason(s) for decision reached Student needs support upon initially entering program

**B. PROGRAM PLACEMENT** Hearing Impaired, with Itinerant Consultative Services

**C. PERCENTAGE OF TIME IN EXCEPTIONAL EDUCATION** (EXCLUDING TRANSPORTATION) ____%.

% AND RELATED SERVICES
Speech 60 min per week

**D. DESCRIPTION OF THE REGULAR PROGRAM TO BE PROVIDED:** (Check where appropriate)

[X] Reading
[X] Social Studies
[X] Recess
[X] Art/Music
[X] Library

[X] Science
[X] Math
[X] English
[X] Assemblies
[X] Language Arts

[ ] Lunch
[X] Writing
[ ] Vocational
[ ] Homeroom

[X] Spelling
[X] Physical Education
[ ] None
[X] Electives

**V. INDICATE VOCATIONAL SERVICES TO STUDENTS 14 YEARS AND OLDER:** N/A

**VI. IS ADAPTIVE PHYSICAL EDUCATION REQUIRED?** [ ] Yes  [X] No

**VII. IEP COMMITTEE/PARENT PARTICIPATION**

We have participated in the development and writing of the IEP/GEP Process:

| Signatures | Position |
|---|---|
| K. Chanthakoum 9 | (father) |
| Melanie J Rowell | HI Itinerant Teacher |
| Libra Davis-Lisuli | SLP |

**VIII. PARENT CONTACTS - DATE**

Date of Meeting 2/09/91

[ ] Handbook on Parent's Rights Given at Annual Review

000079
238

A. Student: __Kousou Chantha Koummane__

Grade: _____

Annual Goal(s) __To maximize Reception__
__of auditory instructional__
__materials__

| B. Date (excluding summer months): | | | |
|---|---|---|---|
| From | _20_ | | _21_ |
| | (mo.) | (day) | (yr.) |
| To | _2_ | _20_ | _22_ |
| | (mo.) | (day) | (yr.) |

C. Present Level(s) of Performance
(Summarize evaluation results): __Hearing tests indicate__
__a mild to moderate hearing loss with__
__improvement to hearing & understanding__
__when auditory trainer is worn. Educational__
__tests indicate ability to function at grade-level.__

D.

DEC 7/HCA
8/89
(Page 2)

| Short-term Instructional Objectives | Evaluative Criteria | Date Attained |
|---|---|---|
| 1) To improve signal to noise ratio in classroom.<br>a) hear teacher versus noise/others | Kousou will:<br>(1a) seat himself near teacher<br>(1b) avoid seating near noise, especially low humming fans/motors<br>(1c) will wear functional hearing aids/auditory trainer.<br>(1d) verify instructions via "buddy" system. "Buddy assigned by teacher *Data sheet updated attached* | |
| To improve compensatory skills by using visual clues/skills | (2a) watch teachers face to speechread<br>(2b) seat himself with clear line of vision<br>(2c) review teachers assignments written on board/handouts, or "buddy's" notes. | |
| 3) To preserve residual hearing | (3a) have an annual hearing test and hearing aid check | |
| 1. Itinerant teacher will consult with teachers monthly. | | |

White: Cumulative folder
Yellow: Parents
Pink: Service Provider

000080

239

(John)

Student: Kousaul Chantha Koummane    School: Tryon Hills 5th    IEP Date: 6-26-91
Home Phone: 393-5366    School Phone: 383-    Audiologist: Susan Clontz
Work Phone: _____    2530 Fort St.
DOB 10-1-80    ID # 0024736

| | | | | |
|---|---|---|---|---|
| date: 9-5-91<br>Consulted w/ classroom teacher - K. Smith | date: 10-9-91<br>Consulted w/ audiologist has HA/s & OE - Ear aids - T male earmolds - | date: 1-9-92<br>In getting HA from Audiology services - Purchased by Project Hope - ITE - Poor motivation ?OE - no academics - scheduled SBC 1-17-92 | date: 1-13-92<br>Call changing SBC - called audiologist @ school - to re-schedule 1-24-92. 1-24-92 SBC - call had Sa. Hof Logan. Now we talk possible ?changed man. |
| date: 1-27-92<br>Appt. to consul w/ John about new HA Aids to be kept at school. Checked them. Student absent HBTS speech | date: 1-30-92<br>Consult w/ John - He likes the aids 2 no problems 3 C's D (math) 1 F (reading) | date: 2-28-92<br>SBC Follow-up | date: 3-17-92<br>Consult w/ Ms. Griffin - teacher - Kousal - changed man. - all OVR |
| date: 5-7-92<br>telephone conference w/ SP/Lang. re: IEP | date: 5-22-92<br>SBC neg cognitive testing 92/93 Left dept to administer IEP w/ SP/Lang. Clinician | date: 6-8-92<br>Check Report Card & re: O placement 6th grade | date: |
| date: | date: | date: | date: MRec. Cunningham, 5-20-92 |

Condition:
PA = personal aid
ATU = auditory training unit
NA = unaided

A.T. = Auditory Training
Voc. = Vocabulary Development
L. = Language Development
S.S. = Study Skills

000081

240

A. Student: Kousoul Chanthalounnone

Grade: 4

Annual Goal(s) __To improve receptive__
__and expressive language__

B. Date: From __28__ __20__ __91__
(mo.) (day) (yr.)

To __2__ __20__ __92__
(mo.) (day) (yr.)

C. Present Level(s) of Performance
(Summarize evaluation results) Kousoul has a
moderate language delay

D.

| Short-term Instructional Objectives | Evaluative Criteria | Date Attained |
|---|---|---|
| Using a variety of literature in thematic units, the student will be able to:<br><br>1- predict outcomes/consequences<br>2- choose 4,5,6 events/places/situations that are the same.<br>3- sequence 4,5,6 events and re-tell story from those pictures.<br>5- classify people/places/actions and things in the book.<br>6- identify and express similarities and differences among characters, settings, actions + different versions of the same story.<br>7- to complete other selected language processing skills. | Clinician judgement of consistent use of objectives<br><br>Consultation @ classroom teacher<br><br>Observation | |

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 9/HCA
12/89

# PRIOR NOTICE AND CONSENT FOR INITIAL PLACEMENT

Dear Parent(s) :

Re: Kousoul Chanthakoumman (Student)   ID# 00 24730

The screening and evaluation of your child has been completed. The IEP/GEP/written plan has been developed based upon his/her strengths and needs. We are recommending services in the ~~Koasoul~~ Hearing Impaired program.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
## Parental Consent
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Please indicate your choice with a check:

✓ I/We agree for my child to receive services in the Hearing Impaired program. I/We have participated in or have been given the opportunity to participate in the development of the IEP/GEP/ written plan (which describes the program proposed for my child). I received a summary and a description of the evaluation procedures, and the Handbook of Parents' Rights (due process procedures).

_____ I/We do not agree for my child to receive services in the Hearing Impaired program. I/We have participated in or have been give the opportunity to participate in the development of the IEP/GEP/written plan (which describes the program proposed for my child). I received a summary and a description of the evaluation procedures, and the Handbook of Parents' Rights (due process procedures).

Komonh Chuthakanr   2/20/91
Parent's Signature   Date

Sent to Parent: 2/20/91

*Return to: Tryon Hills
_____
_____

*Contact this same person at the same address for instructions if you wish to request an impartial hearing.

White: Cumulative folder
Yellow: Parent's Copy
Pink: Teacher's copy

000083
242

Administrative Placement Committee Review Form

Name Koisoul Clastle krymore Pupil ID# 00 2473 0 Age 10 DOB 10-1-80

Address_____ Grid Code_____

Parent's Name_____ Phone_____

Date 7-21-91 Home School Tryon Hills

Current Placement Regular ed Date of Last Review_____

| Committee Members | Position |
|---|---|
| Jed Culler | Chair APC |
| Florence Moody | Prog. Spec EC |
| Mary Schultz | E. C. Program Specialist |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Recommendation/Justification

C APC concurs with recommendation
for consultative itenerant h. i. services

Placement Contact:  Name_____

Position_____

Contact Date Deadline_____

White: Cumulative Folder copy audiology #454
Yellow: File of Central APC
Pink: Receiving Program
Melanie Rowell - VillcHts

6/5 /71
38

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 8/HCA
8/89

## RECOMMENDATION/APPROVAL FOR PLACEMENT

Student: Kousoul Chanthakoummane

School: Tryon Hills

Check Purpose:
[ ✓ ] Initial Placement
[ ] Reevaluation
[ ] Change in Placement/Setting
[ ] Other: _____

School-Based Committee                    Date 3, 7, 91

We have reviewed all the required documentation and
_____ (a) ✓ do ___ do not recommend placement of _Kousoul_ in the _Hearing Impaired_ program. @ Speech as a related service
_____ (b) recommend continued placement.
_____ (c) recommend a change in placement/setting to _____ , or
_____ (d) recommend exit from the _____ program.

Signature                                  Position
_____                            AP
Cynthia N. Mellen                          SSS
Paul Conte                                 BJEU Teacher
Julian Davis-Fresichi                      SIP
Luernia D. Cruse                           CCR

APC Rep., if combined
[ ] approval [ ] disapproval

Administrative Placement Committee          Date 6, 26, 91

We have reviewed all required documentation, and the recommendation of the School-Based Committee.

[ ✓ ] Approval   [ ] Disapproval

Reason(s): _Area APC approves continued hearing impaired_
_services with speech as a related service._

Signature                                  Position
Frank E. Goldsher                          Area Supt
Carolyn Stanton                            asst C
                                           S ASS

White: Cumulative folder
Yellow: APC copy

000085
244

6/5/91
38

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 8/HCA
8/89

## RECOMMENDATION/APPROVAL FOR PLACEMENT

Student: Kousoul   Chanthakoummane

School: Tryon Hills

Check Purpose:
[ ✓ ] Initial Placement
[ ] Reevaluation
[ ] Change in Placement/Setting
[ ] Other: _____

School-Based Committee          Date  3. 7 91

We have reviewed all the required documentation and

____ (a) ✓ do ___ do not recommend placement of _Kousoul_ in the _Hearing Impaired_ program. © Speech as a related service

____ (b) recommend continued placement.

____ (c) recommend a change in placement/setting to _____ . or

____ (d) recommend exit from the _____ program.

| Signature | Position |
|---|---|
| M Cohn | AP |
| Crystina N. Mallie | SSS |
| Paul Carl | DEH Teacher |
| Julian Davis-Lisiaki | SLP |
| Kwenia D. Ecure | CCR |

APC Rep., if combined
[ ] approval [ ] disapproval

Administrative Placement Committee          Date  6. 26. 91

We have reviewed all required documentation, and the recommendation of the School-Based Committee.

[ ✓ ] Approval   [ ] Disapproval

Reason(s): Area APC approves continued hearing impaired services with speech as a related service.

| Signature | Position |
|---|---|
| Frank E. Bolder | Area Supt |
| Oliver | ast C |
| Carolyn Gauther | S Ass |

White: Cumulative folder
Yellow: APC copy

000086

245

Area _____
Control _____

**Charlotte-Mecklenburg Schools**
**EXCEPTIONAL CHILDREN**

6164.22
9/85

### Administrative Placement Committee Review Form

I.  Pupil Name _Kousoul Clanthakoumane_  Pupil ID# _0 0 2 4 7 3 0_  Age _10_  DOB _10-1-80_

Address _____  Grid Code _____

Parent's Name _____  Phone _____

Date _7-21-91_  Home School _Tryon Hills_

Current Placement _Regular ed_  Date of Last Review _____

II.          Committee Members                    Position

1. _Jed Culler_                        _Chair APC_
2. _Florence Moody_                    _Prog. Spec. EC_
3. _Mary Schultz_                      _E.C. Program Specialist_
4. _____           _____
5. _____           _____
6. _____           _____
7. _____           _____
8. _____           _____

III. Recommendation/Justification

_C APC concurs with recommendation for consultative itinerant h. i. services._

IV. Placement Contact:  Name _____

                        Position _____

                        Contact Date Deadline _____

White:  Cumulative Folder    _copy audiology #454_
Yellow:  Area or Central APC    ~~~~~~~~~~~~
Pink:  Receiving Program    _Melanie Rowell - Vill Hts_

000087

246

## PRIOR NOTICE AND CONSENT FOR INITIAL PLACEMENT

Dear Parent(s)

Re: Kousal Chanthakoumman(Student)    ID# 00 24730

The screening and evaluation of your child has been completed. The IEP GEP written plan has been developed based upon his/her strengths and needs. We are recommending services in the the Hearing Impaired program

..................................................................

**Parental Consent**

..................................................................

Please Indicate your choice with a check:

✓    I/We agree for my child to receive services in the Hearing Impaired program. I/We have participated in or have been given the opportunity to participate in the development of the IEP/ GEP/written plan (which describes the program proposed for my child). I received a summary and a description of the evaluation procedures, and the Handbook of Parents' Rights (due process procedures)

_____    I/We do not agree for my child to receive services in the Hearing Impaired program. I/We have participated in or have been give the opportunity to participate in the development of the IEP/ GEP/written plan (which describes the program proposed for my child). I received a summary and a description of the evaluation procedures, and the Handbook of Parents' Rights (due process procedures).

Komack Chanthakoumman        2 20 91
Parent's Signature                  Date

Sent to Parent: 2 20 91

Return to: Tryon Hills
_____
_____

*Contact this same person at the same address for instructions if you wish to request an impartial hearing

White  Cumulative folder
Yellow  Parent's Copy
Pink  Teacher's copy

5110.4
7/85

CHARLOTTE-MECKLENBURG SCHOOLS
INTERNATIONAL CENTER
GRADE PLACEMENT

I recommend that _Kosoul Chanthakoummane_ be placed in the _4th_ grade for the following reasons:

_According to his mother, he was in 4th grade last year and was retained. The school papers weren't available at the time of registration, but the parents have them at home and will bring them to school._

If this recommendation does not meet with your approval, please let me know so that we may change our records.

_Jan Webb_

International Center Staff

According to the Public School Law of North Carolina #115C-288 "The principal shall have the authority to grade and classify pupils and exercise discipline over the pupils of the school."  Principals of the Charlotte-Mecklenburg Schools will accept and place students in the grade which will best meet their educational needs.  Age, previous education, and individual situations will be taken into consideration.

Ultimate grade placement is contingent upon the receipt of student transcripts which have been equated (by Charlotte-Mecklenburg Schools) to correspond with state and local requirements of units of credit.

I understand the above statements regarding grade placement.

_Phonsy Chanthakoummane_
Signature of Parent or Guardian

_8-23-90_
Date

000089
248

# Randolph Road
# Ear, Nose & Throat
# Associates, P.A.

JOHN W. FOUST, M.D.,F.A.C.S.

G. DON ROBERSON, M.D.,F.A.C.S.

N. NEIL HOWELL, M.D.,F.A.C.S.

RONALD G. DENNIS, M.D.

KENNETH W. COMPTON, M.D.

E. ARTHUR BOLZ, M.D.

SUITE 210, RANDOLPH BUILDING

RANDOLPH MEDICAL PARK

OTOLOGY — OTONEUROLOGY — ENT ALLERGY — NASAL PLASTIC SURGERY — LARYNGOLOGY — HEAD AND NECK ONCOLOGY — MAXILLOFACIAL SURGERY

May 30, 1991

Ms. Lu Ann Liseski
Speech Pathologist
Tryon Hills Elementary School
2600 Grimes Street
Charlotte, N.C.  28206

RE:  Cousoul Chanthakoummane

Dear Ms. Liseski:

This is a note regarding Cousoul Chathakoummane regarding his need for a hearing aid. He was seen in our office on 4/18/91 where past audiograms dating back to January of 1991 were reviewed. It is quite apparent that he has a sensorineural hearing loss that would benefit greatly from amplification. His examination in the office disclosed no findings to suggest that he had correctable hearing. I would strongly recommend that he receive hearing aids to improve his school performance.

If I can be of any further help, please contact me.

Kindest regards,

Kenneth W. Compton, M.D.

KWC:SIM/aw

3535 RANDOLPH ROAD — SUITE 210 — CHARLOTTE, N.C. 28211 — 704/365-0711
101 MATTHEWS ST. — SUITE 600 — MATTHEWS, N.C. — 704/847-9927

000090
249

FOR MEDICAL REFERRALS PLEASE HAVE PHY___ N FILL OUT REVERSE SIDE OF THIS FORM AND RET___ TO AUDIOLOGIST

6164.56
5/90

# CHARLOTTE-MECKLENBURG SCHOOLS AUDIOLOGICAL EVALUATION
## Program for the Hearing Impaired/Hearing Conservation Program

Name: _Cassoul Chantha Kaummane_   ID #: _0024730_   Date of Test: _1/8/91_

School: _Tryon Hills_   Grade: _4_   Teacher: _Lesesne_   DOB: _10/1/80_

Parents/Guardian: _____   Phone (H): _____   (W): _____

Address: _2530 Fort Street_   City: _____   Zip: _____

Sex: (M)  F   Race: W  B  (A)  Other: _____   Referred by: _L. Lisoski-Davis_

Parent Permission: ____   Screening: ____   Known Case: _____

Reliability: (Good)  Fair  Poor  Inconsistent
Validity: (Acceptable)  Questionable

### Audiogram



FREQUENCY IN HERTZ - ANSI REFERENCE

### Speech Audiometry

|       | SAT/SRT | SD | @dB | SD Noise | @dB | S/N |
|-------|---------|-----|-----|----------|-----|-----|
| Right |         | %   |     | %        |     |     |
| Left  |         | %   |     | %        |     |     |
| Field |         | %   |     | %        |     |     |
| Aided |         | %   |     | %        |     |     |
| FM    |         | %   |     | %        |     |     |

List _____ Live _____ Tape _____
HA _____ R _____ L _____

### Tympanogram



Volume (cc)
R _1.5_
L _1.3_

Compliance
R _0.8_
L _0.5_

Pressure (mm water)
R _-49_
L _-42_

Otoscopic: _____

Comments: _Needs to be seen in CMS Audiology Clinic — Explor the possibility of amplification._

Tymp Type: R: _A_  L: _A_
Tubes: R: ____ L: ____

### Acoustic Reflexes (Ipsi Contra)

|   | 500 | 1K | 2K | 4K |
|---|-----|----|----|----|
| R |     |    |    |    |
| L |     |    |    |    |

Recommendations: Annual  (Retest)  Medical  Referral  HAE  HA  Repair  Earmolds  Certification  FM

Results:  R: Conductive  (Sensorineural)  Mixed  Normal  Mild  Moderate  Severe  Profound  Flat (Slope) (Stable) _High Freq_
          L: Conductive  (Sensorineural)  Mixed  Normal  Mild  Moderate  Severe  Profound  Flat (Slope) (Stable) _High Freq_

_M. Sloan-Clont_
Audiologist

### Legend

|            | AIR | Masked | Bone | Masked |
|------------|-----|--------|------|--------|
| RIGHT      | 0   | Δ      | <    | [      |
| LEFT       | X   | ☐      | >    | ]      |
| Soundfield | Air | HA     | FM   |        |
|            | S   | A      | T    |        |

CNT - Couldn't Test
DNT - Didn't Test
↓/NR - No Response

*PHYSICIAN, PLEASE FILL OUT SUMMARY ON REVERSE SIDE

WHITE: CUMULATIVE      YELLOW: PARENT      PINK: NURSE

000091
250

6164.56

FILL OUT REVERSE SIDE OF THIS FORM AND RETURN IT TO AUDIOLOGIST

# CHARLOTTE-MECKLENBURG SCHOOLS AUDIOLOGICAL EVALUATION
## Program for the Hearing Impaired/Hearing Conservation Program

Name: **Kassoul Chanthakommane**   ID #: **0024730**   Date of Test: **1/24/91**
School: **Tryon Hills**   Grade: **4**   Teacher: **Lesesne**   DOB: **10/1/80**
Parents/Guardian: **Komonh** + **Phone Chanthakommane**   Phone (H): **334-3473**   (W): **339-9409**
Address: **2530 Fort Street**   City: **Charlotte**   Zip: _____
Sex: (M)  F   Race: W  B  (A)  Other: _____   Referred by: **L. Liseski-Davis**
Parent Permission: ✓   Screening: _____   Known Case: _____
Reliability: (Good)  Fair  Poor  Inconsistent
Validity: (Acceptable)  Questionable

Audiogram: In Clinic



## Speech Audiometry

| | SAT/SRT | SD | @dB | SD Noise | @dB | S/N |
|---|---|---|---|---|---|---|
| Right | 10 | 88% | 50 | 80% | 60 | +5 |
| Left | 5 | 96% | 45 | 85% | 60 | +5 |
| Field | | % | | % | | |
| Aided | | % | | % | | |
| FM | | % | | % | | |

List ✓   Live ✓   Tape **multitalker**
HA _____ R _____ L _____

### Tympanogram



Volume (cc): R **1.5**  L **1.3**
Compliance: R **0.8**  L **0.5**
Pressure (mm water): R **-49**  L **-42**

Otoscopic: **left Tm red**
Comments: **Trial period with amplification is indicated**

Tymp Type: R: **A L: A**
Tubes: R: _____ L: _____

### Acoustic Reflexes (Ipsi Contra)

| | 500 | 1K | 2K | 4K |
|---|---|---|---|---|
| R | 90 | 90 | 95 | |
| L | 90 | 95 | 95 | |

Recommendations: (Annual)  Retest  Medical  Referral  (HAE)  HA  Repair  Earmolds  (Certification)  FM

Results: R: Conductive (Sensorineural) Mixed  Normal  Mild  (Moderate to Severe)  Profound  Flat (Slope) Stable
L: Conductive (Sensorineural) Mixed  Normal  Mild  (Moderate to Severe)  Profound  Flat (Slope) Stable

**Marie Sloan-Clonz, MS, CCC-A**
Audiologist

### Legend

| | AIR | Masked | Bone | Masked |
|---|---|---|---|---|
| RIGHT | 0 | △ | < | [ |
| LEFT | X | □ | > | ] |
| Soundfield | Air | HA | FM | |
| | S | A | T | |

CNT- Couldn't Test
DNT- Didn't Test
↓/NR - No Response

*PHYSICIAN, PLEASE FILL OUT SUMMARY ON REVERSE SIDE

WHITE: CUMULATIVE   YELLOW: PARENT   PINK: NURSE

000092
251

```
CHARLOTTE-MECKLENBURG SCHOOLS
AUDIOLOGY
700 E. 2nd STREET
CHARLOTTE, NC 28202
343-5455
```

NAME: Chanthakommane, Kousoul    I.D. #0024730
DATE OF TESTING: 1/24/91         SCHOOL: Tryon Hills

## BACKGROUND INFORMATION

Kousoul Chanthakoummane was seen for testing at the CMS Audiology Clinic after being referred for an updated evaluation of his hearing. He has a history of a reported high-frequency hearing loss, which was first identified March 19, 1986. Etiology is not documented.

## TEST RESULTS
### (SEE ATTACHED AUDIOGRAM)

Audiological evaluation substantiates a stable sensori-neural hearing loss bilaterally, with responses in the normal-to-mild range from 250 to 2,000 HZ, which steeply slope downward to become a moderate-to-severe loss in the high frequencies. Speech discrimination scores in quiet were 88% in the right ear and 96% in the left ear. Speech discrimination at a +5 dB signal-to-noise ratio with linguistic competing message was 80% in the right ear and 85% in the left ear.

These results would indicate that he could have difficulty hearing adequately in a classroom or in any situation in which there is competing noise.

## RECOMMENDATIONS

- Observation by the itinerant teacher of the hearing impaired to determine whether he should be certified hearing impaired.
- Explore amplification alternatives.
- Annual Audiological evaluations.
- Continue the classroom interventions documented in his file.

*Marti Sloan-Clontz*, MS, CCC-A

Marti Sloan-Clontz, MS, CCC-A
Audiologist

1991 - 1992   שלו        Tryon Hills

Teach - Kelly Smith

had received hearing aids for both ears

000094
253

Charlotte-Mecklenburg
Local School Administrative Unit

DEC/Due Process
12/91

# INVITATION TO CONFERENCE/PRIOR NOTICE

Check Purpose
[ ] Initial Placement         [ ] Change in Placement
[ ] Review                    [ ] Exit from Program
[ ] Reevaluation              [ ] Other:

Dear _Phong Chanthakoummane_ :

Date Sent _1/21/92_

Re: _John  Chanthakoummane_ (Student's Name) .

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____ _John_ 's special needs.

At this meeting, we would like to discuss one or more of the following:
____ ✓ Ways to meet the educational needs of your child
____ Evaluation results
____ ✓ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP), or Written Education Program (WEP).
____ Change in placement
____ Educational Setting
____ Identification

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|---|---|---|---|
| Lu Ann Lieski | Speech teacher | | |
| Kelly Smith | Teacher | | |
| Mark Robertson | AP | | |

The meeting is scheduled for (date) _February 6_ , at (time) _2:45 pm_ , (place) _Tryon Hills_ _____. If this time is inconvenient, I will be happy to reschedule the meeting.
Please call (phone) _343-5510_ .

Sincerely,

_Mark Robertson_
School-Based Committee Chairperson
_Tryon Hills_
School

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
**PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:**

[ ] I will be present for the Conference.
[ ] I cannot meet at this time, I will contact the school in order to arrange another time.
[ ] I cannot meet at this time. Please contact me to arrange another time.

Parent/Guardian Signature _____

Date _____

* * * *PLEASE RETURN THIS FORM TO THE SCHOOL* * *

(Date Received: __/__/__ )

2nd Notice _/ /92_ (Date)    Type of Notice _letter_

3rd Notice _/ /_ (Date)    Type of Notice _____

*Note: Retain a copy in child's folder.

000095
254

Charlotte-Mecklenburg
Local School Administrative Unit

DEC/Due Process
12/91

## INVITATION TO CONFERENCE/PRIOR NOTICE

Check Purpose
[ ] Initial Placement    [ ] Change in Placement
[✓] Review    [ ] Exit from Program
[ ] Reevaluation    [ ] Other:

Dear _Phong Chanthakoummane_ :    Date Sent _2, 6, 92_

Re: _John Chanthakoummane_ (Student's Name)

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____ _John_ 's special needs.

At this meeting, we would like to discuss one or more of the following:
✓ Ways to meet the educational needs of your child
___ Evaluation results
✓ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP), or Written Education Program (WEP).
___ Change in placement
    ___ Educational Setting
    ___ Identification

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|------|----------|------|----------|
| LuAnn Liseski | SLP | | |
| Mark Robertson | AP | | |
| Kelly Smith | teacher | | |
| | | | |
| | | | |

The meeting is scheduled for (date) _2-20-92_, at (time) _2:45 pm_, (place) _Tryon Hills_. If this time is inconvenient, I will be happy to reschedule the meeting.
Please call (phone) _343-5510_.

Sincerely,

_Mark Robertson_
School-Based Committee Chairperson

_Tryon Hills_
School

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:**

[ ] I will be present for the Conference.
[ ] I cannot meet at this time, I will contact the school in order to arrange another time.
[ ] I cannot meet at this time. Please contact me to arrange another time.

Parent/Guardian Signature _____

Date _____

### • • • PLEASE RETURN THIS FORM TO THE SCHOOL • • •

2nd Notice _1 / 1 / 92_ (Date)    Type of Notice _letter_

3rd Notice _2 / 1 / 92_ (Date)    Type of Notice _letter_

*Note: Retain a copy in child's folder.

(Date Received: ___/___/___

_no reply - father called - home said father couldn't_

**White: EC Folder**    **Yellow: Teacher**    **Pink: Parent**

090096
255

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5/HCA
11/91
(Part 2)

# INDIVIDUALIZED EDUCATION PROGRAM/SERVICE DELIVERY PLAN
(To be completed after the IEP is developed)

Student: Kousoul Chanthalaummane

School: Tryon Hills

**Check Purpose:**
[ ] Initial Entry
[✓] Annual Review
[ ] Reevaluation

[ ] Change in Placement
[ ] Other: _____

## I. AREA OF IDENTIFICATION (ELIGIBILITY) (mark only primary condition)*

[ ] Academically Gifted
[ ] Autistic
[ ] Behaviorally-Emotionally Handicapped
[ ] Deaf-Blind
[✓] Hearing Impaired
[ ] Mentally Handicapped
    [ ] EMH  [ ] S/PMH  [ ] TMH
[ ] Multihandicapped
[ ] Orthopedically Impaired

[ ] Other Health Impaired
[ ] Specific Learning Disabled
[ ] Speech-Language Impaired
[ ] Traumatic Brain Injured
[ ] Visually Impaired

## II. RELATED SERVICES

[✓] Audiology
[ ] Counseling Services
[ ] Occupational Therapy
[ ] Physical Therapy
[✓] Speech-Language
[ ] Transportation
[✓] Other: Hearing Impaired

[ ] None

*Child meets the eligibility criteria of the State Board of Education and is in need of special education.

## III. LEAST RESTRICTIVE ENVIRONMENT (PLACEMENT)

### A. Amount of Time in Exceptional Education:

| Type of Service | Sessions Per Wk./Mo./Yr. | Min. Per Session | Hours Per Wk. |
|---|---|---|---|
| Consultation | 12x per year | 30 | |
| Direct Special Education | | | |
| Related Services | | | |
| Audiology | 1x per year | | |
| Speech Language | 2x per wk | 25 | 5/6 hr |

### B. Continuum of Services: Check the services considered by the committee, and circle the decision reached. Give reason(s) for options rejected and the decision reached. A continuum of services must be considered.

[✓] (Regular - Less than 21% of day (up to 1 hr., 15 min.))
[✓] Resource - 21% - 60% of day (1 hr. 15 min. to 3 hrs. 30 min.)
[ ] Separate - 61% or more of day (more than 3 hrs. 30 min.)
[ ] Public Separate School - 100%

[ ] Private Separate School -100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%

**Preschool**
[ ] Regular* - Up to 6 hours per week
[ ] Resource* - 6 to 18 hours per week
[ ] Separate* - more than 18 hours per week
[ ] Public Separate School - 100%

[ ] Private Separate School - 100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%
[ ] Home/Family - minimum 1 hour per week

*Applicable only in a classroom setting

**Agency:** Check where the student is receiving special services.
[✓] 1. LEA/School in Attendance Area
[ ] 2. LEA/School Not in Attendance Area

[ ] 3. Another LEA
[ ] 4. Other _____

Reason(s) for options rejected Kousoul's hearing impairment continues to cause him difficulties in the class. He does not require a more restrictive setting

Reason(s) for decision reached Kousoul needs to continue receiving services as Math is an area of weakness and language is delayed.

White: Cumulative Folder    Yellow: Teacher    Pink: Parent

296

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5/HCA
11/91
(Part 2 continued)

**C. Regular Program Participation:** Circle the regular class(es) in which the student is enrolled and list the letter(s) for any modification(s) in the blank provided.

b,k (Reading)          b,k (Language Arts)          (Library)          ———— For. Lang
b,k (English)          b,k (Spelling)               (Chapter I)        ———— Remediation
b,k (Math)             bk (Social Studies)          ———— Homeroom
b,k (Health)           ———— Economics              (Lunch)
b,k (Writing)          (Physical Education)          (Assemblies)
———— History          (Music/Art)                   (Recess)
b,k (Science)          ———— Vocational              ———— Other

**Appropriate Classroom Modification(s), if any:**

a. Grading
b. Peer Tutoring
c. Oral Test
d. Abbreviated Assignments
e. Alternative Materials
f. Extended Test Time (Tchr. Test)
g. Large Print Books

h. Audio Tapes
i. Tape Recorder
j. Interpreter
k. Auditory Trainer
l. Assistive Devices
m. Computer/Typewriter/Word Processor
n. Other_____

For preschool children describe how the child is involved in a regular program: _____
_____

IV. **INDICATE VOCATIONAL SERVICES TO STUDENTS 14 YEARS AND OLDER:***

*Vocational evaluation is needed?   [ ] Yes   [X] No

V. **TRANSITION PLAN IN EFFECT FOR STUDENTS 16 YEARS AND OLDER?**  [ ] Yes   [X] No

VI. **N.C. TESTING PROGRAM: Modifications Needed**  [ ] Yes (See part III on back)   [X] No

VII. **IS ADAPTED PHYSICAL EDUCATION REQUIRED?**  [ ] Yes   [X] No

VIII. **IEP COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**

The following were present and participated in the development and writing of the IEP:

| Signatures | Position | Date |
|---|---|---|
| _(signature)_ | LEA Representative | 2/25/92 |
| _(signature)_ | Student's Teacher | 2-20-92 |
| | Parent | |
| _(signature)_ | EC Teacher | 2-20-92 |

IX. **IEP ADDENDUM COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**

The following were present and participated in the development and writing of the addendum:

| Signatures | Position | Date |
|---|---|---|
| | LEA Representative | |
| | Student's Teacher | |
| | Parent | |
| | EC Teacher | |

000098

White: Cumulative Folder    Yellow: Teacher    Pink: Parent

257

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

DEC 5/HCA
11/91
(Part 1)

Student: _Rowsow Challonkoummane_  School _Topar Hills_

Grade: _5_

A. Present Level(s) of Performance
(Summarize evaluation results including strengths and needs or behavioral weaknesses):

B. Date of Beginning and Duration of Special Education and Related Services

From: _2_ (month) _20_ (day) _92_ (year)

To: _5_ (month) _28_ (day) _92_ (year)

C. Annual Goal(s)

| Short-Term Instructional Objectives in Measurable Terms | Evaluation Procedures (How) | Evaluation Schedule (When) | Date Attained (must be completed for each objective) |
|---|---|---|---|
| | Teacher report | February April May | |

There must be short-term instructional objectives for each annual goal(s).   Use one sheet for each annual goal.

White: Cumulative Folder   Yellow: Teacher   Pink: Parent

000099
258

Charlotte-Mecklenburg
Local School Administrative Unit

DEC/Due Process
12/91

# INVITATION TO CONFERENCE/PRIOR NOTICE

Check Purpose
[  ] Initial Placement     [  ] Change in Placement
[ ✓ ] Review     [  ] Exit from Program
[  ] Reevaluation     [  ] Other:

Dear _Phong Chanthakoummane_ :     Date Sent _1/7/92_

Re: _John Chanthakoummane_ (Student's Name)

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____ _John_ 's special needs.

At this meeting, we would like to discuss one or more of the following:
✓ Ways to meet the educational needs of your child
____ Evaluation results
✓ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP), or Written Education Program (WEP).
____ Change in placement
     ____ Educational Setting
     ____ Identification

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|------|----------|------|----------|
| LuAnn Ligesti | Speech teacher | | |
| Kelly Smith | | | |
| Mark Robertson | AP | | |

The meeting is scheduled for (date) _January 21_, at (time) _7:45 am_, (place) _Tryon Hills_. If this time is inconvenient, I will be happy to reschedule the meeting.
Please call (phone) _343-5511_ .

Sincerely,
_Mark Robertson_
School-Based Committee Chairperson
_Tryon Hills_
School

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:

[  ] I will be present for the Conference.
[  ] I cannot meet at this time, I will contact the school in order to arrange another time.
[  ] I cannot meet at this time. Please contact me to arrange another time.

Parent/Guardian Signature _____

Date _____

## • • • PLEASE RETURN THIS FORM TO THE SCHOOL• • •

(Date Received: ___/___/___)

2nd Notice ___/___/___ (Date)    Type of Notice _____

3rd Notice ___/___/___ (Date)    Type of Notice _____

000100
259

*Note: Retain a copy in child's folder.

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5/HCA
11/91
(Part 1)

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Student __Kousoul (John) Chanthakommane__

Grade __5th__   School __Toye Hills Elementary__

**A.**  **Present Level(s) of Performance**
*(Summarize evaluation results including strengths and needs or behavioral weaknesses):*

Mild bilateral sensori-neural hearing loss in moderate to severe loss in high frequencies

**B.**  Date of Beginning and Duration of Special Education and Related Services

From:  __5__ (month)  __29__ (day)  __92__ (year)

To:  __5__ (month)  __29__ (day)  __93__ (year)

**C.**  *Annual Goal(s)* With appropriate and functional amplification Kousoul (John) will develop passing course skills through consultation and collaboration by the Teacher of the Hearing Impaired, Audiologist and Speech/language Clinician.

**D.**

| Short-Term Instructional Objectives in Measurable Terms | Evaluation Procedures (How) | Evaluation Schedule (When) | Date Attained (must be completed for each objective) |
|---|---|---|---|
| Kousoul (John) will 1) wear appropriate and functional amplification | Teacher observation | Nov. Jan. Mar. | 6-4-92 continue |
| 2) have an annual audiological evaluation + cognitive testing | School audiologist test + SLS H & educational psychologist | Noon | 10-13-92 |
| 3) pass grade level courses with a. HI teacher assistance in individualization of curriculum as needed b. HI teacher instruction in strategies for HI students in regular classes | Quarterly report card Data sheet attached Checklist for progress reports | Nov. Jane Mar. | 6-4-93 |

*There must be short-term instructional objectives for each annual goal(s).*  Use one sheet for each annual goal.

White: Cumulative Folder     Yellow: Teacher     Pink: Parent

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5HCA
11/91
(Part 1)

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Student: Kousoul Chanthakoumane

Grade 5    School Tryon Hills

A. Present Level(s) of Performance
(Summarize evaluation results including strengths and needs or behavioral weaknesses):

B. Date of Beginning and Duration of Special Education and Related Services

From:
| (month) | (day) | (year) |
| 6 | 29 | 92 |

To:
| (month) | (day) | (year) |
| 6 | 29 | 93 |

| Short-Term Instructional Objectives in Measurable Terms | Evaluation Procedures (How) | Evaluation Schedule (When) | Date Attained (must be completed for each objective) |
|---|---|---|---|
| | | Sept 92 Oct 92 End of IEP year '93 Nov. 92 | |
| | | Dec 92 Feb 93 | |
| | | May 93 | |

*There must be short term instructional objectives for each annual goal(s). Use one sheet for each annual goal.

White: Cumulative Folder      Yellow: Teacher      Pink: Parent

000102
261

Charlotte-Mecklenburg                                                                DEC/Due Process
Local School Administrative Unit                                                           12/91

# INVITATION TO CONFERENCE/PRIOR NOTICE

Check Purpose
[ ] Initial Placement         [ ] Change in Placement
[X] Review                    [ ] Exit from Program
[ ] Reevaluation              [ ] Other:

Dear _Phong Chanthakoummane_ :                    Date Sent _5 /22 92_

Re: _Kousay "John" Chanthakoummane_ (Student's Name)

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____ _John_ 's special needs.

At this meeting, we would like to discuss one or more of the following:
_____ Ways to meet the educational needs of your child
_____ Evaluation results
_✓_ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP), or Written Education Program (WEP).
_____ Change in placement
_____ Educational Setting
_____ Identification

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|------|----------|------|----------|
| Kathee Davis-Kisielski | SLP | | |
| Judy Lester | CTS | | |
| Kelly Smith | teacher | | |
| Lucinda Eure | CC Resource | | |

The meeting is scheduled for (date)_May 29_, at (time) _anytime 8³⁰-2⁴⁵_, (place) _Tryon Hills_ _____. If this time is inconvenient, I will be happy to reschedule the meeting.
Please call (phone) _343-5510_ .

Sincerely,

_Mark Roberston_
School-Based Committee Chairperson
_Tryon Hills_
School

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:**

[X] I will be present for the Conference.
[ ] I cannot meet at this time, I will contact the school in order to arrange another time.
[ ] I cannot meet at this time. Please contact me to arrange another time.

Parent/Guardian Signature _Phong Chanthakoummane_

Date _5-29-92_

* * * **PLEASE RETURN THIS FORM TO THE SCHOOL** * * *

(Date Received: _5/29/92_ )

2nd Notice ___/___/___ (Date)     Type of Notice _____

3rd Notice ___/___/___ (Date)     Type of Notice _____

*Note: Retain a copy in child's folder.

White: EC Folder      Yellow: Teacher      Pink: Parent

000103
262

CHARLOTTE MECKLENBURG
Local School Administrative Unit

DEC 5/HCA
11/91
(Part 2)

## INDIVIDUALIZED EDUCATION PROGRAM/SERVICE DELIVERY PLAN
(To be completed after the IEP is developed)

Student: _Kousaul Chanthakoummane "Jota"_

School: _Tryon Hills_

**Check Purpose:**
[ ] Initial Entry
[x] Annual Review
[ ] Reevaluation
[ ] Change in Placement
[ ] Other: _____

**I.   AREA OF IDENTIFICATION (ELIGIBILITY)** (mark only primary condition)*

[ ] Academically Gifted
[ ] Autistic
[ ] Behaviorally-Emotionally Handicapped
[ ] Deaf-Blind
[x] Hearing Impaired
[ ] Mentally Handicapped
  [ ] EMH   [ ] S/PMH   [ ] TMH
[ ] Multihandicapped
[ ] Orthopedically Impaired

[ ] Other Health Impaired
[ ] Specific Learning Disabled
[ ] Speech-Language Impaired
[ ] Traumatic Brain Injured
[ ] Visually Impaired

**II.   RELATED SERVICES**

[ ] Audiology
[ ] Counseling Services
[ ] Occupational Therapy
[ ] Physical Therapy
[x] Speech-Language
[ ] Transportation
[ ] Other: _____

[x] None

*Child meets the eligibility criteria of the State Board of Education and is in need of special education.

**III.   LEAST RESTRICTIVE ENVIRONMENT (PLACEMENT)**

**A.   Amount of Time in Exceptional Education:**

| Type of Service | Sessions Per Wk./Mo./Yr. | Min. Per Session | Hours Per Wk. |
|---|---|---|---|
| Consultation | 1x per year | 30min | |
| Direct Special Education | | | |
| Related Services | | | |
| Speech Language | 1x per wk | 25 | 5/6 hr |
| | | | |
| | | | |

**B.   Continuum of Services:** Check the services considered by the committee, and circle the decision reached. Give reason(s) for options rejected and the decision reached. A continuum of services must be considered.

[x] Regular - Less than 21% of day (up to 1 hr., 15 min.)
[x] Resource - 21% - 60% of day (1 hr. 15 min. to 3 hrs. 30 min.)
[ ] Separate - 61% or more of day (more than 3 hrs. 30 min.)
[ ] Public Separate School - 100%

[ ] Private Separate School - 100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%

**Preschool**
[ ] Regular* - Up to 6 hours per week
[ ] Resource* - 6 to 18 hours per week
[ ] Separate* - more than 18 hours per week
[ ] Public Separate School - 100%

[ ] Private Separate School - 100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%
[ ] Home/Family - minimum 1 hour per week

*Applicable only in a classroom setting

**Agency:** Check where the student is receiving special services.
[x] 1. LEA/School in Attendance Area
[ ] 2. LEA/School Not in Attendance Area
[ ] 3. Another LEA
[ ] 4. Other _____

Reason(s) for options rejected _John's hearing impairment continues to be a problem in the classroom. He doesn't require a more restrictive placement._

Reason(s) for decision reached _John needs to continue in direct services as Math is an area of weakness and language continues to be difficult._

000104

263

White: Cumulative Folder   Yellow: Teacher   Pink: Parent

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5/HCA
11/91
(Part 2 continued)

**C. Regular Program Participation:** Circle the regular class(es) in which the student is enrolled and list the letter(s) for any modification(s) in the blank provided.

b,k (Reading)          b,k (Language Arts)      k (Library)        ___ For. Lang
b,k (English)          b,k (Spelling)           ___ Chapter I      ___ Remediation
b,k (Math)             b (Social Studies)       ___ Homeroom
b,k (Health)           ___ Economics            k (Lunch)
b,k,i (Writing)        k (Physical Education)   k (Assemblies)
___ History            k (Music/Art)            k (Recess)
b,k (Science)          ___ Vocational           ___ Other

**Appropriate Classroom Modification(s), if any:**

a. Grading                          h. Audio Tapes
b. Peer Tutoring                    i. Tape Recorder
c. Oral Test                        j. Interpreter
d. Abbreviated Assignments          k. Auditory Trainer
e. Alternative Materials            l. Assistive Devices
f. Extended Test Time (Tchr. Test)  m. Computer/Typewriter/Word Processor
g. Large Print Books                n. Other_____

For preschool children describe how the child is involved in a regular program: _____

**IV.  INDICATE VOCATIONAL SERVICES TO STUDENTS 14 YEARS AND OLDER:*** N/A

*Vocational evaluation is needed?  [ ] Yes   [X] No

**V.   TRANSITION PLAN IN EFFECT FOR STUDENTS 16 YEARS AND OLDER?**  [ ] Yes   [X] No

**VI.  N.C. TESTING PROGRAM: Modifications Needed**  [ ] Yes (See part III on back)   [X] No

**VII. IS ADAPTED PHYSICAL EDUCATION REQUIRED?**  [ ] Yes   [X] No

**VIII. IEP COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**

The following were present and participated in the development and writing of the IEP:

| Signatures | Position | Date |
|---|---|---|
| _Barbara D. Eure_ | LEA Representative | 5-29-92 |
| _Phone, Chanthakoumma_ | Student's Teacher | 5-29-92 |
| _Nell M. Smith_ | Parent | 5-29-92 |
| _Debra Davis-Kwiski  SLP_ | EC Teacher | 5-29-92 |

**IX.  IEP ADDENDUM COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**

The following were present and participated in the development and writing of the addendum:

| Signatures | Position | Date |
|---|---|---|
| | LEA Representative | |
| | Student's Teacher | |
| | Parent | |
| | EC Teacher | |

White: Cumulative Folder     Yellow: Teacher     Pink: Parent

6165.10
9/89

**STUDENT SERVICES SUMMARY**

STUDENT'S NAME _John Chanthakoummane_   SEX _M_ RACE _A_

GRADE _5_   TEACHER _K. Smith_

SCHOOL _Irgm Hill_   SCHOOL YEAR _1991-92_

SEMESTER (1) or 2

NATURE OF CONCERNS:   ___ ACADEMIC   ✓ PERSONAL
                      ___ ATTENDANCE   ✓ OTHER
                      ___ BEHAVIOR

PRIMARY SERVICES PROVIDED AND DATES OF CONTACT:
(Please Check)

✓ INDIVIDUAL COUNSELING _____
___ GROUP COUNSELING _____
___ TEACHER CONSULTATION _____
___ PARENT CONSULTATION _____
___ AGENCY CONSULTATION _____
___ BEHAVIOR MANAGEMENT _____
___ OTHER (Please Specify) _____

PLEASE INDICATE MOST EFFECTIVE STRATEGY OR TECHNIQUE USED:
_John has just received hearing aids for both ears. The SSC recommended indiv. Counseling to help him adjust and deal with issues around the area. There are also some family concerns._

DISPOSITION:   ✓ ON-GOING
               ___ CLOSED
               ___ REFERRED TO CMS PROGRAM
               ___ REFERRED TO OUTSIDE AGENCY
               ___ STUDENT SERVICES FOLLOW-UP RECOMMENDED

_Judy Gloeb_
SERVICE PROVIDER

_2-3-92_
DATE

White:   Cumulative Folder
Yellow:  Specialist for Area Student Services
Pink:    Service Provider

FOR MEDICAL REFERRALS PLEASE HAVE PHYSICIAN FILL OUT REVERSE SIDE OF THIS FORM AND RETURN TO AUDIOLOGIST        6164.56

## CHARLOTTE-MECKLENBURG SCHOOLS AUDIOLOGICAL EVALUATION
### Program for the Hearing Impaired/Hearing Conservation Program

Name: Chantha Kommane, Kasoul "John"    ID #: 0024730    Date of Test: 5-20-92

School: Tryon Hills    Grade: 5    Teacher: _____    DOB: 10/1/80

Parents/Guardian: Komanh & Phongsavout    Phone (H): 393-5366    (W): _____

Address: 2530 Fort Street    City: Ch    Zip: 28205

Sex: (M)  F    Race: W  B  (A) Other: _____    Referred by: _____

Parent Permission: _____    Screening: _____    Known Case: ✓

Reliability: (Good)  Fair · Poor · Inconsistent
Validity: (Acceptable)  Questionable

### Audiogram



**Speech Audiometry**

| | SAT/SRT | SD | @dB | SD Noise | @dB | S/N |
|---|---|---|---|---|---|---|
| Right | | % | | | % | |
| Left | | % | | | % | |
| Field | | 84 % | | | % | |
| Aided | | 92 % | | | % | |
| FM | | % | | | % | |

List _____ Live _____ Tape _____
HA _____ L _____

**Tympanogram**



**Volume (cc)**

| R | 1.5 |
|---|---|
| L | 1.5 |

**Compliance**

| R | 0.6 |
|---|---|
| L | 0.7 |

**Pressure (mm water)**

| R | -35 |
|---|---|
| L | -18 |

Otoscopic: Tms red and scarred - some effusion

Tymp Type: R: A  L: A

Tubes: R: _____ L: _____

**Acoustic Reflexes (Ipsi Contra)**

| | 500 | 1K | 2K | 4K |
|---|---|---|---|---|
| R | | | | |
| L | | | | |

Comments: Starkey ITE (B) set on 2

Recommendations:  Annual  (Retest)  Medical  Referral  HAE  HA  Repair  Earmolds  Certification  (Continue)  FM

Results:  R:  Conductive  (Sensorineural)  Mixed    Normal  (Mild)  Moderate  Severe  (Profound)   Flat /(Slope)  (Stable)
          L:  Conductive  (Sensorineural)  Mixed    Normal  (Mild)  Moderate  Severe  (Profound)   Flat /(Slope)  (Stable)

Mann Sloon-Clong, MS, CCC-A
Audiologist

**Legend**

| | AIR | Masked | Bone | Masked |
|---|---|---|---|---|
| RIGHT | O | △ | < | [ |
| LEFT | X | □ | > | ] |
| Soundfield | Air | HA | FM | |
| | S | A | T | |

CNT- Couldn't Test
DNT- Didn't Test
↓/NR - No Response

*PHYSICIAN, PLEASE FILL OUT SUMMARY ON REVERSE SIDE

WHITE: CUMULATIVE    YELLOW: PARENT    PINK: NURSE

000107

266

Hearing Impaired Student Checklist                1/92
Exceptional Children                              6164.95
Charlotte-Mecklenburg Schools

## INITIAL EVALUATION: REQUIRED COMPONENTS

Exceptional Children Referral                      DEC 1_____
Prior Notice & Parent/Guardian                     DEC 2_____
 Consent for Evaluation
Due Process Parent Handbook                        No Number___
Vision Screening                                   6164.12_____
Audiological                                       6164.56_____
Otological (Physician's Report)                    _____
Education Evaluation                               6164.41_____
Speech/Language Evaluation                         6164.62_____
Summary of Evaluation Results                      DEC 3 _____
Invitation to Conference                           No Number___
Individualized Education Program                   DEC 5 _____
Recommendation/Approval for Placement              DEC 6 _____
Prior Notice/Consent for Initial Placement         DEC 7 _____
Exceptional Children Database Update               6164.99_____

## REEVALUATION:  REQUIRED COMPONENTS

Exceptional Children Referral                      DEC 1_____
Prior Notice & Parent/Guardian                     Copy of Orig._10-6-87_ (Eval)
 Consent for Evaluation                            DEC 8_____
Prior Notice for Reevaluation                      No Number___
Due Process Parent Handbook                        6164.60 ___
Speech/Language Screening                          6164.12
Vision Screening                                   6164.56 _10-13-92_
Audiological Evaluation
Otological  (When Appropriate Physician's Report)  _5-30-91_ Kenneth W. Compton
Educational Evaluation                             6164.41 _4-21-93_
Summary of Evaluation Results                      DEC 3 _5-26-93_
Invitation to Conference                           No Number_5-18-93_
Individualized Education Program                   DEC 5 _5-26-93_
Recommendation/Approval for Placement              DEC 6 __
Prior Notice/Consent                               Copy of Orig._2-20-91_
 for Initial Placement
Exceptional Children Database Update               6164.99_____

1992-93    6th          Tryon Hills          Crystal Tuck
                        Shamrock - Summer

            2530 Fort St.


Psychological


Counseling Youth Services Beureau -
                        Todd Dorsey
Guidance?

DEC 1
12/91

Charlotte-Mecklenburg
Local School Administrative Unit

# Exceptional Children Referral

Student: _Kousoul Charthakoummane_    School: _Tryon Hills_

Sex: _M_  Race: ____ Grade: _6_    Parent/Guardian _Komack & Phongsavout_

Date of Birth: _10-1-80_  Age: _12_    Address: _2530 Fort St._

I.D.# Optional: _002473 0_    Telephone: _393-5366_

## I. REASONS FOR REFERRAL: Check each reason for referring this student.

1. [  ] outstanding academic performance
2. [  ] deficient in learning skills
3. [  ] low academic performance
4. [  ] behavioral-emotional problems
5. [  ] outstanding academic potential
6. [  ] visual problems
7. [  ] speech/language problems
8. [  ] hearing problems
9. [  ] physical problems
10. [  ] RE 1/RE 2 attached/Pre Referral
11. [  ] Parent Referral
12. [✓] Other: _Re-Eval._

## II. DESCRIPTION OF REFERRED STUDENT: Check each statement which describes the student.

### POSITIVE BEHAVIORS/STRENGTHS

#### Academics/Behavior

[  ] Works well independently
[✓] Creative
[  ] Displays leadership ability
[  ] Curious
[✓] Reads at or above grade level
[  ] Attentive
[✓] Follows instructions easily
[✓] Cooperative
[✓] Attention to exactness & detail
[  ] Shows good sportsmanship
[  ] Interested
[  ] Highly competent in vocabulary usage
[  ] Completes tasks assigned
[  ] Keen insight in problem solving

[  ] Skilled in divergent thinking
[  ] Accepts suggestions
[  ] Appears self-confident
[  ] Concentrates for long periods
[  ] Mathematics at or above grade level
[  ] Frequently contributes to class
[  ] Achieves at or above grade level in other content areas
[  ] Popular with classmates
[  ] Happy, easy-going
[  ] Exceptional ability to recall facts
[✓] Receives majority marks of A & B
[✓] Courteous
[  ] Does assignments promptly
[  ] Other (specify):

#### Communication Skills

[  ] Proficient in verbal skills
[  ] Proficient in language mechanics
[  ] Effective group participant
[  ] Writes in concise & clear style
[  ] Communicates well in groups
[  ] Expresses thoughts well
[  ] Articulation above age level
[  ] Speech flows smoothly
[  ] Other (specify): _____

### NEGATIVE BEHAVIORS/WEAKNESSES

#### Academics/Behavior

[  ] Difficulty concentrating
[  ] Deficient in comprehension
[  ] Reads below grade level
[  ] Poor memory
[  ] Frequent reversals of letters and numbers
[  ] Poor self-concept
[✓] Fights and/or bites
[✓] Makes excuses
[✓] Lies
[  ] Oversenstive
[  ] Fearful
[  ] Disruptive
[  ] Ritualistic behaviors-rocking, pacing, etc.
[  ] Immature behaviors

[✓] Difficulty remembering facts
[✓] Deficient in mathematical operations
[  ] Achieves below grade level in other content areas
[  ] Talks excessively
[  ] Disorganized work habits
[  ] Talks about morbid themes
[  ] Physically aggressive
[  ] Provokes/aggravates others
[  ] Temper tantrums
[  ] Appears depressed
[  ] Cries easily
[  ] Consistent inappropriate emotional responses
[  ] Blames others
[  ] Abandons difficult tasks

[  ] Deficient in vocabulary
[✓] Difficulty solving word problems
[  ] Difficulty following directions
[  ] Poor handwriting
[  ] Requires constant supervision
[  ] Overactive
[  ] Talks about hurting or killing self
[  ] Excessive daydreaming
[  ] Destructive
[  ] Steals
[  ] Withdrawn
[  ] Defiant/hostile
[  ] Self-abusive behaviors
[  ] Poor peer relations
[  ] Irritable or moody
[  ] Other (specify): _____

(Continued)

White: EC Folder    Yellow: Teacher    Pink: Parent

000110

269

DEC 1, Cont'd

**Communications Skills**

[   ] Difficulty using and understanding language
[   ] Unable to communicate basic needs and wants
[   ] Indistinct articulation-speech sounds omitted, substituted, distorted
[   ] Voice problems
[   ] Nonverbal
[   ] Slow, labored speech
[   ] Reluctant to communicate in groups
[   ] Difficulty with written expression
[   ] Cannot understand spoken language
[   ] Difficulty in oral expression
[   ] Speaks haltingly or stutters
[   ] Other (specify): _____
_____
_____
_____

**Physical**

[   ] Physical complaints
[   ] Bites nails
[   ] Involuntary muscle spasms
[   ] Lacks age-appropriate self-care
[   ] Seizures
[   ] Lack of physical mobility
[   ] Poor gross motor skills
[   ] Lacks fine motor coordination
[   ] Difficulty copying - paper or board
[   ] Chronic allergic conditions
[   ] Impaired hearing
[   ] Impaired vision
[   ] Poor physical fitness
[   ] Lethargic - tired and listless
[   ] Overweight/underweight (circle)
[   ] Asthma/epilepsy (circle)
[   ] Wets or soils clothes
[   ] Frequently gets hurt
[   ] Currently takes medication
[   ] Other (specify): _____
_____
_____

**Referring Person and Position:**

_Luther Davis-Lisedi  SLP_

**\*FOR SCHOOL-BASED COMMITTEE USE AND PRESCHOOL TRANSITION/PLACEMENT COMMITTEE USE ONLY**

Date Received by School-Based Committee: _3 / 26 /93_

Check Appropriately:
[   ] No Referral for Evaluation
[   ] Obtain Parental Permission for Evaluation (DEC 2)
[✓] Additional Information Needed (see below)

Comments (if any): _Send  DEC 8_ _____
_____
_____
_____
_____

**School-Based Committee Signatures:**
**Preschool Transition/Placement Committee Signatures**

| Name | Position |
|------|----------|
| _M. Rahul_ | _AP_ |
| _Cynthia D. Maples_ | _SSS_ |
| _Wanda Guy_ | _CC Resource Teacher_ |
| _Luther Davis-Lisedi_ | _SLP_ |

000111

270

## PSYCHOLOGICAL REPORT

NAME: Kousoul Chanthakaumonne      AGE: 12yrs. 6 mos.

SCHOOL: Tryon Hills      GRADE/PLACEMENT: 6th
                                     Hearing Impaired

DOB: 10/1/80      RACE/SEX: Asian/Male

REFERRED BY: SBC      Report Date: 5/26/93

EXAMINER:  C. Mobley      GRADE REPEATED: none

### EVALUATION COMPONENTS:
Cognitive   Psychomotor

### REASON FOR REFERRAL:

Kousoul was initially certified as Hearing Impaired (with speech as a related service) in March of 1991.  His disability was substantiated as a sensorineural hearing loss that would benefit from amplification (noted in medicalrecords).  The School Based Committee recommended. following Kousoul's receiving hearing aids, that his poor academic performance be monitored during the Spring of 1992. Despite Kousoul's use of the hearing aids, however, his academic performance remains problematic.  In addition to Kousoul's hearing loss, there is substantiated familial dysfunction and that frequently resulted in his experiencing emotional difficulties.  His present teacher stated that his motivation level is largely dependent on the amount of individual attention he receives.  He has successfully completed grade level assignments (following individual instruction and follow-up by the Assistant), and at other times, he completed no assignments and exhibited little effort. Kousoul received counseling services from the school and from Youth Services Bureau (Todd Dorsey).

### PROCEDURES ADMINISTERED:
Wechsler Intelligence Scale For Children- III    4/22/93
Developmental Test of Visual Motor Integration    4/22/93
Test of Nonverbal Intelligence-2                   4/23/93

### DATA REVIEWED:
Woodcock-Johnson Tests of Achievement      4/21/93
School Records
Student Interview

EVALUATION DATA:
(All instruments have a mean of 100 and SD of 15 unless
otherwise stated)

COGNITIVE ASSESSMENT:

Wechsler Intelligence Scale For Children -III

| | IQ/Index | Confidence level |
|---|---|---|
| Verbal | 88 | 83-94 |
| Performance | 107 | 100-113 |
| Full Scale | 96 | 91-101 |
| | | |
| VC | 85 | 80-92 |
| PO | 110 | 102-116 |
| FD | 98 | 91-106 |
| PS | 117 | 106-123 |

| Verbal | | Performance | |
|---|---|---|---|
| Information | 7 | Picture Completion | 9 |
| Similarities | 9 | Coding | 9 |
| Arithmetic | 10 | Picture Arrangement | 9 |
| Vocabulary | 6 | Block Design | 13 |
| Comprehension | 7 | Object Assembly | 15 |
| Digit Span | 9 | Symbol Search | 17 |

PSYCHOMOTOR ASSESSMENT:

VMI: visual-motor age  - 14 yrs. 6mos.

EDUCATIONAL ASSESSMENT:

Woodcock-Johnson Tests of Achievement

| | Grade | Standard Score |
|---|---|---|
| Reading | 5.7 | 94 |
| Mathematics | 5.5 | 89 |
| Written Lang. | 5.8 | 93 |
| Broad Knowledge | 4.7 | 88 |
| Skills | 5.6 | 92 |

DISCUSSION/RECOMMENDATIONS:

Kousoul initially related to this examiner in a guarded
manner.  As the testing proceeded, however, and he
experienced more success and praise of his performance, his
conversation became spontaneous and he was noticeably more
relaxed.  Kousoul's overall level of school learning ability
presently falls into the average range, according to the
WISC-III.  The Performance subscale additionally fell in

this range. while the Verbal subscale fell in the low-average range.

On the Verbal subtests, Kousoul scored in the average range on measures of his verbal abstract reasoning, his ability to compute math problems orally, and his short term memory and concentration skills. Measures of his general store of information, his expressive vocabulary, and his common sense reasoning skills fell in the low-average range.

On the Performance subtests, Kousoul scored in the very superior range on a measure of his visual discrimination and perceptual speed skills. He further scored in the superior range on a measure of his simple assembly skills and his ability to perceive spatial relationships. Kousoul's ability to perceive and reproduce complex geometric designs received a score in the high-average range. Lastly, the remaining measures, his ability to attend to fine detail, his visual-motor dexterity skills, and his visual sequencing skills all fell into the average range.

It is very apparent that Kousoul's perceptual-motor skills are strongly developed. Further evidence of this strength was substantiated by his VMI age score of 14 yrs. 6mos., two years beyond his chronological age. Kousoul's average range nonverbal IQ on the Toni again addresses his learning strengths in nonverbal abilities.

The achievement testing revealed Kousoul's academic performance to fall approximately a year below grade level. His hearing aids have not been worn consistently in the school setting and his home situation has been problematic for several years. Hence, possible factors contributing to his lower school performance are difficult to determine at present.

In summary, Kousoul's present level of school learning ability falls within the average range, according to the WISC-III. While his Verbal subscale was somewhat lower, he scored in the average range on the Verbal measure most indicative of higher intelligence (verbal abstract reasoning). Scores obtrained by Kousoul on the Performance subtests clearly reflected his learning strengths, particularly in percpetual-motor development. The following recommendations are presented to the School Based Committee for consideration:

a) Kousoul's Hearing Impaired certification will allow him to receive instruction in a resource setting, as his academic performance falls approximately one or more years below grade level.

b) Kousoul would benefit from continued counseling services. According to present teacher, his motivation level is a significant factor in his classroom performance.

c) Kousoul's very strongly developed perceptual-motor skills should be addressed through specialized educational planning.  He would greatly benefit from exposure to enrichment activities in the areas of art, design, construction, assembly, and other related areas.

Submitted by,

Cynthia N. Mobley
Student Services Specialist

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 3/HCA
12/91

# SUMMARY OF EVALUATION RESULTS

Student: _Kaeeul (Kuleekumoree_   Grade: (H_   Check Purpose
[ ] Initial
[✓] Reevaluation _____
School: _Tryon Hill_   [✓] Other: _Exit Sp/Lang_

| DATE | SCREENING INFORMATION | | RESULTS (if fail, must include results) |
|---|---|---|---|
| _/_/_ | Vision Screening | Pass/Fail | Far R20/____ L 20/____ Near R20/____ L20/____ |
| | | | (LD only) |
| _/_/_ | Hearing Screening | Pass/Fail | _____ dB (Intensity level)  _____ Hz (Frequencies) |
| _/_/_ | Speech/Language Screening | | |
| 4/22/93 | Motor Screening | VMI - high average  14yr. (ann) | |
| _/_/_ | Health Screening | | |
| _/_/_ | Other: _____ | | |

| DATE | EVALUATION INFORMATION | |
|---|---|---|
| 4/21/93 | Educational Evaluation | Test/Assessment: _Woodcock - Johnson_ |
| | Results: _Reading average  Math Low average  Wlan average_ |
| 4/22/93 | Psychological Evaluation | Test: _WISC-III_ |
| | Results: _Verbal Low average  Performance average_ |
| | _Full Scale average_ |
| _/_/_ | Behavioral-Emotional Evaluation | Test: _____ |
| | Results: _____ |
| 4/27/93 | Cognitive Evaluation | Test: _TONI_ |
| | Results: _Jo average range_ |
| _/_/_ | Speech-Language Evaluation | Test: _____ |
| | Results: _____ |
| | Adaptive-Behavior Evaluation | Test: _____ |
| | Results: _____ |
| 5/30/91 | Medical Evaluation/Health Evaluation Test: _Audiological - Kenneth W. Compton, M.D._ |
| | Results: _confirmed sensor, neural hearing loss_ |
| _/_/_ | Developmental Evaluation | Assessment: _____ |
| | Results: _____ |
| 10/13/92 | Other: _Audiological_   Test/Assessment: _Sound booth testing -_ |
| | Results: _Mild to severe bilateral high frequency_ |
| | _hearing loss - Mari Sloan-Clontz - School Audiologist_ |

## SUMMARY OF EVALUATION RESULTS/PRESENT LEVEL OF PERFORMANCE

Strengths: _Perceptual motor skills. visual academic_
_skills._

Needs: _verbal communication skills. (Expressive vocabulary)_

*********************************************************************
Actual copies of evaluation reports must be placed in child's folder.

Parent Copy sent/given _5/26/93_

White: EC Folder   Yellow: Parent's copy

000116

275

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 6/HCA

6-22-93

## RECOMMENDATION/APPROVAL FOR PLACEMENT

School: _Peyton Hills_

Student: _Kasouk Chanthakummane_     ID#: _0024730_

Address: _2530 Fort St._     Phone: _____

Date of Birth: _10-1-80_     Age: ____   Sex: _M_   Race: _A_   Grade: _6_

Name of Parent/Guardian _Kamenh Chanthakoummane_

Check Purpose: [  ] Initial Placement   [✓] Reevaluation   [✓] Change in Placement/Setting
[  ] Other: _____

**School-Based Committee/Preschool Transition/Placement Committee**          Date _5/26/93_

We have reviewed all the required documentation including the IEP and
(a) ___ do ___ do not recommend placement in the _____ program,
[✓] (b) recommend continued placement, _in the Hearing Impaired_ program,
___ (c) recommend a change in placement/setting to _____ , or
___ (d) recommend exit from the _____ program.
[✓] (e) recommend exit from _Speech Language_ related service.
___ recommend addition of _____ related service.

Comments _____

_____

_____

| Signature | Position |
|---|---|
| _Nancy Judy_ | _CC Resource Teacher_ |
| _Crystal Tisch_ | _Teacher_ |
| _Lillian Davis-Liesl_ | _SLP - Compliance Facilitator_ |
| _Jacki Plosta_ | _Elem Ca Manager_ |
| _Cynthia N Malte_ RSS | |
| _Maude P. Canfield_  _Teacher of HI_ | APC Rep., if combined<br>[✓] approval  [  ] disapproval |

**Administrative Placement Committee**          Date ___/___/___

We have reviewed all required documentation including the IEP, and the recommendation of the School-Based Committee.

[  ] Approval   [  ] Disapproval   [  ] Reconvene Committee   [  ] Other

Reason(s): _____

_____

_____

_____

| Signature | Position |
|---|---|
| | |
| | |
| | |
| | |

White: EC folder     Yellow: APC

000117

276

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 8/HCA
12/91

## PRIOR NOTICE FOR REEVALUATION

Student: _Kousoul  Chanthakoummane_          Date Sent: _3 . 26 93_

School: _Tryon  Hills_

Dear _Mr. & Mrs.  Chanthakoummane_:

Reevaluation of handicapped students must be completed every three years in order to determine whether or not a student continues to need a special education program. Reevaluation of AG students must be completed within three years of initial evaluation for a student who was identified prior to the second semester of the third grade. An AG student may also be reevaluated when performance indicates a need for such and/or when the program changes. The proposed reevaluations by qualified personnel will include the use of one or more tests to help determine his/her strengths and weaknesses. The test data and screenings described below may be needed:

| AREA | INFORMATION |
|---|---|
| Physical Health | Vision, hearing, motor, medical screening/evaluation |
| Educational | Reading, mathematics and other subjects - group/individual assessments, achievement tests; observation |
| Psychological | Mental ability, emotional development, perceptual developmental, and adaptive behavior screening/evaluation |
| Social Appraisal | Social, personal, behavioral and developmental history |
| Communication Skills | Understanding and using spoken language - screening/evaluation |
| Intellectual | Group or individual intelligence tests |
| Other: | |
| Developmental (Preschool only) | Cognitive, fine motor, gross motor, self-help skills |

A summary of the evaluations will be shared with you, and you are entitled to all the due process rights in the **Handbook of Parents' Rights** a copy/summary of which is attached. If you have any questions, please contact:

_Cynthia  Mobley_ (Name)          at _Tryon  Hills_ (School)

_343 - 5510_ (Phone)

**Note: A copy** must be retained in the child's folder.

White: EC Folder     Yellow: Parent

000118

277

6164.62
9/84

**Charlotte-Mecklenburg Schools**
**Exceptional Children**
**SPEECH/LANGUAGE DIAGNOSTIC SUMMARY**

Student _Krisoul Chanthaloummane_     Evaluator _L. Davis-Reseck_
School _Tryon Hills_                   Date _April 1993_

**Articulation**
   School Weighted Articulation Test:
   Other Test Scores:

   Oral Peripheral Examination

   Implications of Error Analysis
   _Mild articulation difference - typical of a moderate to severe sensori-neural hearing loss. Errors occur on high frequency sounds - but do not appear to distort or severely affect speech._

**Fluency** _Appears within normal limits_
   Fluency Rating Scale Score:
   Other procedures and findings:

**Voice**
   CMS Voice Rating Scale
      Other procedures and findings:
   _Slightly raspy and hoarse at times._

6164.52
6/91

# CHARLOTTE-MECKLENBURG SCHOOLS
# EXCEPTIONAL CHILDREN'S PROGRAM
### Report of Hearing Evaluation

NAME: *Kousoul Chantha Koumane*   SCHOOL: *Tyon Hills*

Your child's hearing was tested on ___*10-13-92*___ . The results are described in the sections checked below.

_____ Your child passed a hearing rescreening of 25dB HTL at 500, 1000, 2000, and 4000Hz bilaterally.

_____ Results indicate that your child has normal hearing at this time.

___✓___ There has been no significant change in hearing levels since the last test on record.

_____ A slight hearing loss was identified. At this time, the hearing loss does not warrant a medical referral, nor should it cause any communication difficulty.

_____ Needs further testing.

_____ Other _____

PLEASE NOTE THE FOLLOWING:

_____ Wax is noted in the right / left ear canal. You may wish to consult your physician about removal.

_____ The ventilation tube/s in the right / left ear appears to be working (tympanometry measures).

_____ The ventilation tube/s in the right / left ear does NOT appear to be working (tympanometry measures). Please contact the managing ear doctor.

_____ Another test useful in identifying middle ear problems (tympanometry) indicates pressure behind the eardrum/s. This often occurs when an ear infection is just beginning or ending, and is often associated with colds or congestion. Hearing may fluctuate with this pressure. You may wish to consult your physician.

PLEASE CALL ME AT 343-5455:   Office Hours: _____

_____ to discuss your child's hearing test results.

_____ to schedule a hearing evaluation by the CMS Audiology Department.

_____ to schedule the annual hearing evaluation.

_____ to schedule a hearing aid and/or FM system check.

_____ if you are aware of a hearing loss and your child has been evaluated within the last year.

RECOMMENDATIONS:

___✓___ Hearing should be retested annually.

___✓___ Hearing aid/s should be checked daily for function and use.

___✓___ Classroom interventions regarding hearing loss should continue. Please review recommendations in the cumulative folder.

___✓___ The hearing aid dispenser should be contacted to repair or replace hearing aid *R+L* earmold _____ or resupply batteries _____ .

___✓___ Please notify the audiologist of annual review and triennial certification conferences.

___✓___ Please refer this student to the audiologist if you suspect hearing has changed or is adversely affecting the child's education.

### TESTS ADMINISTERED

| | Yes R | L | No R | L | OTHER | Yes R | L | No R | L |
|---|---|---|---|---|---|---|---|---|---|
| otoscopic | ✓ | ✓ | | | | | | | |
| tympanometry | ✓ | ✓ | | | | | | | |
| pure tones | ✓ | ✓ | | | | | | | |

*Marti Sloan-Clark*
AUDIOLOGIST

This report should be made available to administrators, teachers, and parents upon request. The report should then be filed in the student's cumulative folder.

If there are any changes in the preceding recommendations an amended or superseding report will be sent. Until one arrives, this report should be assumed current.

White: EC Folder        Yellow: Parent

000120

FOR MEDICAL REFERRALS PLEASE HAVE P[...] I FILL OUT REVERSE SIDE OF THIS FORM AND RETU[...]TO AUDIOLOGIST

6164.56

# CHARLOTTE-MECKLENBURG SCHOOLS AUDIOLOGICAL EVALUATION
## Program for the Hearing Impaired/Hearing Conservation Program

Name: Kaisaul Chantha Kaumans     ID #: 0024730     Date of Test: 10-13-92

School: Tryon Hills     Grade: 6     Teacher: Tuck     DOB: _____

Parents/Guardian: _____     Phone (H): _____     (W): _____

Address: _____     City: _____     Zip: _____

Sex: (M)  F     Race: W  B  (A) Other: _____     Referred by: _____

Parent Permission: _____  Screening: _____  Known Case: ✓

Reliability: (Good)  Fair  Poor  Inconsistent
Validity: (Acceptable)  Questionable

Audiogram At School

**Speech Audiometry**

| | SAT/SRT | SD | @dB | SD Noise | @dB | S/N |
|---|---|---|---|---|---|---|
| Right | | % | | % | | |
| Left | | % | | % | | |
| Field | | % | | % | | |
| Aided | | % | | % | | |
| FM | | % | | % | | |

List _____  Live _____  Tape _____
HA _____  R _____  L _____

### FREQUENCY IN HERTZ - ANSI REFERENCE

dB HL / 125  250  500  1K  2K  4K  8K  12K
-10, 0, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100, 110, 120

**Tympanogram**
-400  -300  -200  -100  0  +100

Volume (cc)
R 1-6
L 1-7

Compliance
R 0-6
L 0-7

Pressure (mm water)
R -12
L -36

Otoscopic: Scars (R)  don't TM(L)

Comments: _____

Tymp Type:
R: A  L: A
Tubes:
R: _____ L: _____

**Acoustic Reflexes (Ipsi Contra)**

| | 500 | 1K | 2K | 4K |
|---|---|---|---|---|
| R | | | | |
| L | | | | |

Recommendations: (Annual)  (Retest)  Medical  Referral  (HAE)  HA  (Repair)  Earmolds  (Continue Certification)  FM

Results:  R:  Conductive  (Sensorineural)  Mixed  Normal  (Mild)/C Moderate  (Severe)  Profound  Flat/(Slope)  (Stable)
         L:  Conductive  (Sensorineural)  Mixed  Normal  (Mild)/C Moderate  (Severe)  Profound  Flat/(Slope)  (Stable)

Mari Sloan- Clant
Audiologist

**Legend**

| | AIR | Masked | Bone | Masked |
|---|---|---|---|---|
| RIGHT | 0 | Δ | < | [ |
| LEFT | x | □ | > | ] |
| Soundfield | Air | HA | FM | |
| | S | A | T | |

CNT- Couldn't Test
DNT- Didn't Test
↓/NR - No Response

*PHYSICIAN, PLEASE FILL OUT SUMMARY ON REVERSE SIDE

WHITE: CUMULATIVE     YELLOW: PARENT     PINK: NURSE

000121

280

Sandra
Perkins — et 1.31

FOR MEDICAL REFERRALS PLEASE HAVE PHYSICIAN FILL OUT REVERSE SIDE OF THIS FORM AND RETURN IT TO AUDIOLOGIST

6164.56
5/90

## CHARLOTTE-MECKLENBURG SCHOOLS AUDIOLOGICAL EVALUATION
### Program for the Hearing Impaired/Hearing Conservation Program

Name: _Kaisoul Chontha Kounmany_ ID #: _0024730_ Date of Test: _10-13-92_

School: _Tryon Hills_ Grade: _6_ Teacher: _Tuck_ DOB: _____

Parents/Guardian: _____ Phone (H): _____ (W): _____

Address: _____ City: _____ Zip: _____

Sex: (M) F   Race: W  B (A) Other: _____ Referred by: _____

Parent Permission: ___ Screening: ___ Known Case: ___

Reliability: (Good) Fair  Poor  Inconsistent
Validity: (Acceptable) Questionable

Audiogram _At School_

### FREQUENCY IN HERTZ · ANSI REFERENCE

### Speech Audiometry

| | SAT/SRT | SD | @dB | SD Noise | @dB | S/N |
|---|---|---|---|---|---|---|
| Right | | % | | % | | |
| Left | | % | | % | | |
| Field | | % | | % | | |
| Aided | | % | | % | | |
| FM | | % | | % | | |

List _____ Live _____ Tape _____
HA _____ R _____ L _____

### Tympanogram

Volume (cc)
R _1.6_
L _1.7_

Compliance
R _0.6_
L _0.7_

Pressure (mm water)
R _-12_
L _-36_

Otoscopic: _Scars (R) dark Tm (L)_

Tymp Type:
R: _A_ L: _A_

Tubes:
R: ___ L: ___

### Acoustic Reflexes (Ipsi Contra)

| | 500 | 1K | 2K | 4K |
|---|---|---|---|---|
| R | | | | |
| L | | | | |

Comments: _____

**Recommendations:** Annual (Retest) Medical  Referral (HAE) (HA) (Repair) Earmolds (Continue Certification) FM

**Results:** R: Conductive (Sensorineural) Mixed   Normal (Mild) Moderate (Severe) Profound  Flat / (Slope) (Stable)
L: Conductive (Sensorineural) Mixed   Normal (Mild) Moderate (Severe) Profound  Flat / (Slope) (Stable)

_Mari Sloan - Clont_
Audiologist

### Legend

| | AIR | Masked | Bone | Masked |
|---|---|---|---|---|
| RIGHT | 0 | Δ | < | [ |
| LEFT | X | □ | > | ] |
| Soundfield | Air | HA | FM | |

CNT- Couldn't Test
DNT - Didn't Test
↓/NR - No Response

000127
281

**PHYSICIAN, PLEASE FILL OUT SUMMARY ON REVERSE SIDE**

**Database Update**                                    3/92
**Exceptional Children**
**Charlotte-Mecklenburg Schools** 6-28-93   Reeval date

### Check Purpose

| | |
|---|---|
| ___ Initial | ___ Change of Exceptionality |
| ✓ Reevaluation | ___ Related Service |
| ✓ Change of Setting | ___ Change in Points |

___ Exit (Must Explain): _Speech - language - no longer_
_qualify for service in speech_

ID Number _0024730_          School _Tryon Hills_
Student Name _Rasoul Chonthakoumann_   Date Submitted ___
Evaluation Date _5-26-93_      Submitted by _Cynthia Mabry_

## I. Exceptionality

| | |
|---|---|
| ___ Autistic (AU) | ___ Orthopedically Impaired (OI) |
| ___ Behaviorally/Emotionally Handicapped (EH) | ___ Other Health Impaired (OH) |
| ___ Deaf/Blind (DB) | ___ Specific Learning Disa. (LD) |
| ✓ Hearing Impaired (HI) | *Speech-Language Impaired (SI) |
| ___ Mentally Handicapped | ___ Traumatic Brain Injured (TBI) |
| [ ] EMH [ ] TMH [ ] S/P | ___ Visually Impaired (VI) |
| ___ Multihandicapped (MU) | |

## II. Setting

| | |
|---|---|
| ✓ Regular (RG) | ___ Private Separate School (SP) |
| ___ Resource (RS) | ___ Public Residential Facility (PR) |
| ___ Separate (SE) | ___ Private Residential Facility (VR) |
| ___ Public Separate School (SD) | ___ Home/Hospital (HH) |

## III. Related Services   Date: _5-26-93_

| | |
|---|---|
| ___ None | XX *Speech/Language |
| ___ Audiology | ___ Transportation |
| ___ Counseling Services | ___ Other: |
| ___ Occupational Therapy | |
| ___ Physical Therapy | |

## IV. Speech/Language Information   Date:_____

Disorder:

| | | |
|---|---|---|
| ___ pts. Articulation | ___ pts. Language | ___ Speech Score ___ pts. |
| ___ pts. Fluency | ___ pts. Voice | |

000123

**White:** To be picked up by Data Manager          **Yellow:** EC Folder

Charlotte-Mecklenburg
Local School Administrative Unit

DEC/Due Process
12/91

# INVITATION TO CONFERENCE/PRIOR NOTICE

**Check Purpose**

[ ] Initial Placement     [ ] Change in Placement
[ ] Review     [ ] Exit from Program
[✓] Reevaluation     [✓] Other: _Exit Sp/Lang_

Dear _Mr. Chandhakumare_ :

Date Sent _5,19,93_

Re: _Kasul_ _____ (Student's Name)

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _Kasul's_ 's special needs.

At this meeting, we would like to discuss one or more of the following:

___✓___ Ways to meet the educational needs of your child
___✓___ Evaluation results
_____ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP), or Written Education Program (WEP).
_____ Change in placement
    _____ Educational Setting
    _____ Identification

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|---|---|---|---|
| _Cyn— Mally_ | _SSS_ | | |
| _Paula Cottrell_ | _H I Teacher_ | | |
| _Child_ | _Teacher_ | | |

The meeting is scheduled for (date) _3/26/93_ , at (time) _1:00_ , (place) _Same room_ . If this time is inconvenient, I will be happy to reschedule the meeting.

Please call (phone) _343-5811_ .

Sincerely,

_[signature]_

School-Based Committee Chairperson

_Lyn Field_
School

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:

[✓] I will be present for the Conference.
[ ] I cannot meet at this time, I will contact the school in order to arrange another time.
[ ] I cannot meet at this time. Please contact me to arrange another time.

Parent/Guardian Signature _K. Chuthaim_

Date _5-26-93_

### • • • PLEASE RETURN THIS FORM TO THE SCHOOL • • •

(Date Received: _5,26,93_

2nd Notice _/_ _/_ (Date)    Type of Notice _____

3rd Notice _/_ _/_ (Date)    Type of Notice _____

**Note: Retain a copy in child's folder.**

White: EC Folder    Yellow: Teacher    Pink: Parent

000124

283

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 3/HCA
11/91
(Part 2)

# INDIVIDUALIZED EDUCATION PROGRAM/SERVICE DELIVERY PLAN
### (To be completed after the IEP is developed)

Student: _Kousoul Chonthakoumane_

School: _Tryon Hills_

**Check Purpose:**
[  ] Initial Entry
[  ] Annual Review
[✔] Reevaluation

[  ] Change in Placement
[✔] Other: _Exat_ _Sp/Lang_

**I.  AREA OF IDENTIFICATION (ELIGIBILITY)** (mark only primary condition)*

[  ] Academically Gifted
[  ] Autistic
[  ] Behaviorally-Emotionally Handicapped
[  ] Deaf-Blind
[✔] Hearing Impaired
[  ] Mentally Handicapped
    [  ] EMH   [  ] S/PMH   [  ] TMH
[  ] Multihandicapped
[  ] Orthopedically Impaired

[  ] Other Health Impaired
[  ] Specific Learning Disabled
[  ] Speech-Language Impaired
[  ] Traumatic Brain Injured
[  ] Visually Impaired

**II.  RELATED SERVICES**

[  ] Audiology
[  ] Counseling Services
[  ] Occupational Therapy
[  ] Physical Therapy
[  ] Speech-Language
[  ] Transportation
[  ] Other: _____
[✔] None

*Child meets the eligibility criteria of the State Board of Education and is in need of special education.*

**III.  LEAST RESTRICTIVE ENVIRONMENT (PLACEMENT)**

**A.  Amount of Time in Exceptional Education:**

| Type of Service | Sessions Per Wk./Mo./Yr. | Min. Per Session | Hours Per Wk. |
|---|---|---|---|
| Consultation _HI_ | _1 X per mo_, | _< 30_ | —— |
| Direct Special Education | ———— | —— | —— |
| Related Services | ———— | —— | —— |
|  | ———— | —— | —— |
|  | ———— | —— | —— |

**B.  Continuum of Services:** Check the services considered by the committee, and circle the decision reached. Give reason(s) for options rejected and the decision reached. A continuum of services must be considered.

[✔] Regular - Less than 21% of day (up to 1 hr., 15 min.)
[✔] Resource - 21% - 60% of day (1 hr. 15 min. to 3 hrs. 30 min.)
[  ] Separate - 61% or more of day (more than 3 hrs. 30 min.)
[  ] Public Separate School - 100%

[  ] Private Separate School -100%
[  ] Public Residential - 100%
[  ] Private Residential - 100%
[  ] Home/Hospital - 100%

**Preschool**

[  ] Regular* - Up to 6 hours per week
[  ] Resource* - 6 to 18 hours per week
[  ] Separate* - more than 18 hours per week
[  ] Public Separate School - 100%

[  ] Private Separate School - 100%
[  ] Public Residential - 100%
[  ] Private Residential - 100%
[  ] Home/Hospital - 100%
[  ] Home/Family - minimum 1 hour per week

*Applicable only in a classroom setting*

**Agency:** Check where the student is receiving special services.
[✔] 1. LEA/School in Attendance Area
[  ] 2. LEA/School Not in Attendance Area

[  ] 3. Another LEA
[  ] 4. Other _____

Reason(s) for options rejected _John's hearing impairment continues to be a problem in the classroom but doesn't require a more restrictive placement._

Reason(s) for decision reached _John needs continued consultative services to develop self-help strategies regarding his hearing loss and use of aids._

White: Cumulative Folder     Yellow: Teacher     Pink: Parent

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5/HCA
11/91

(Part 2 continued)

**C. Regular Program Participation:** Circle the regular class(es) in which the student is enrolled and list the letter(s) for any modification(s) in the blank provided.

| | | |
|---|---|---|
| _____ Reading | n , b Language Arts | Library _____ For. Lang |
| _____ English | _____ Spelling | _____ Chapter I _____ Remediation |
| n , b Math | n , b Social Studies | _____ Homeroom |
| n , b Health | _____ Economics | Lunch |
| n , b Writing | Physical Education | Assemblies |
| _____ History | Music/Art | Recess |
| n , b Science | _____ Vocational | _____ Other |

**Appropriate Classroom Modification(s), if any:**

a. Grading
b. Peer Tutoring
c. Oral Test
d. Abbreviated Assignments
e. Alternative Materials
f. Extended Test Time (Tchr. Test)
g. Large Print Books

h. Audio Tapes
i. Tape Recorder
j. Interpreter
k. Auditory Trainer
l. Assistive Devices
m. Computer/Typewriter/Word Processor
n. Other preferential seating

For preschool children describe how the child is involved in a regular program: _NA_____

IV. **INDICATE VOCATIONAL SERVICES TO STUDENTS 14 YEARS AND OLDER:** *NA

*Vocational evaluation is needed?  [ ] Yes  [√] No

V. **TRANSITION PLAN IN EFFECT FOR STUDENTS 16 YEARS AND OLDER?**  [ ] Yes  [X] No

VI. **N.C. TESTING PROGRAM: Modifications Needed**  [ ] Yes (See part III on back)  [X] No

VII. **IS ADAPTED PHYSICAL EDUCATION REQUIRED?**  [ ] Yes  [X] No

VIII. **IEP COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**
The following were present and participated in the development and writing of the IEP:

| Signatures | Position | Date |
|---|---|---|
| Cynthia W. Maly    SSS | LEA Representative | 5/26/93 |
| Crystal Tint | Student's Teacher | 5/26/93 |
| R. Chatham | Parent | 5-26-93 |
| Maude V. Cantrell    HI | EC Teacher | 5-26-93 |

IX. **IEP ADDENDUM COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**
The following were present and participated in the development and writing of the addendum:

| Signatures | Position | Date |
|---|---|---|
| | LEA Representative | |
| | Student's Teacher | |
| | Parent | |
| | EC Teacher | |

White: Cumulative Folder     Yellow: Teacher     Pink: Parent

000120

285

STUDENT OBJECTIVE REPORT

TE-MECKLBG

LLS                        CHANTHAKOUMMAN KOS

6559 2C
AGE   11-10

| IVE | RIGHT POSSIBLE | % RIGHT | NST LVL |
|---|---|---|---|
| T/SENTENCE STRUCTURE | 1/4 | 25 | - |
| LOGICAL ORG. PATTERNS | 4/4 | 100 | + |
| ER AUTHOR'S MEANING | 1/2 | 50 | P |
| STINGUISH FACT/OPINION | 1/3 | 33 | - |
| E MORE EXACT VOCABULARY | 2/11 | 18 | - |
|  | 8/24 | 36 | 20 |
| NCTION OF IMAGERY | 1/3 | 33 | - |
| STINGUISH FACT/OPINION | 1/5 | 20 | - |
| EXAMPLE/PERSONIFICATION | 2/2 | 100 | + |
| CHAR. OF BIOGRAPHY | 0/1 | 0 | - |
| W CONCL/AUTHOR'S MEAN. | 2/4 | 50 | P |
| FADING/LITERATURE | 6/15 | 40 | 20 |
| ISE BY IMPROVING ORG. | 2/3 | 67 | P |
| INE OPENING SENTENCE | 1/2 | 50 | P |
| NTENCE COMBINING STRAT. | 4/8 | 50 | P |
| ONOUN/ANTECEDENT AGREE. | 3/3 | 100 | + |
| TT/SENTENCE STRUCTURE | 0/2 | 0 | - |
| SPECIFIC DETAILS | 0/4 | 0 | - |
| ITING | 10/22 | 45 | 17 |
| CATE ORIGIN/WORDS | 1/9 | 11 | - |
| NTIFY & USE HOMOPHONES | 0/4 | 0 | - |
| INE ROOT WORDS | 1/3 | 33 | - |
| NG. STRUCTURE & HISTORY | 2/16 | 13 | 0 |
| FNTIFY & LOCATE GLOSSARY | 1/1 | 100 | + |
| HAPTER HEADINGS | 0/3 | 0 | - |
| TIONARY/PARTS OF SPEECH | 0/2 | 0 | - |
| TUDY SKILLS | 1/6 | 17 | 33 |
| SIS STATEMENT | 0/4 | 0 | - |
| NSITIONAL EXPRESSIONS | 3/4 | 75 | + |
| T/VERB USAGE | 1/4 | 25 | - |
| ARACTERISTICS OF IRONY | 2/2 | 100 | + |
| FNTIFY SETTING/PROSE | 1/1 | 100 | + |
| RACTERISTICS OF SATIRE | 0/1 | 0 | - |
| DESCRIBE HYPERBOLE | 0/1 | 0 | - |
|  | 7/17 | 41 | 43 |
| ST AVG |  | 35 | 24 |

ED                    BATCH 920007-590      ID NUMBER  0024730
ALLY MASTERED         TEST DATE: 08/24/92   CODED INFO 4....2....
ASTERED               RUN DATE:  09/17/92   PAGE  157

STUDENT OBJECTIVE REPORT

TE-MECKLBG                                                    655920
ILLS                    CRENSHAW SHA A                        AGE  12-06
6

| IVE | RIGHT POSSIBLE | % RIGHT | MST LVL |
|-----|----------------|---------|---------|
| T/SENTENCE STRUCTURE | 1/4 | 25 | - |
| LOGICAL ORG. PATTERNS | 1/4 | 25 | - |
| IFER AUTHOR'S MEANING | 2/2 | 100 | + |
| STINGUISH FACT/OPINION | 1/3 | 33 | - |
| E MORE EXACT VOCABULARY | 1/11 | 9 | - |
|  | 6/24 | 25 | 20 |
| NCTION OF IMAGERY | 0/3 | 0 | - |
| STINGUISH FACT/OPINION | 1/5 | 20 | - |
| EXAMPLE/PERSONIFICATION | 0/2 | 0 | - |
| CHAR. OF BIOGRAPHY | 1/1 | 100 | + |
| W CONCL/AUTHOR'S MEAN. | 0/4 | 0 | - |
| EADING/LITERATURE | 2/15 | 13 | 20 |
| ISE BY IMPROVING ORG. | 0/3 | 0 | - |
| INE OPENING SENTENCE | 0/2 | 0 | - |
| NTENCE COMBINING STRAT. | 2/8 | 25 | - |
| ONOUN/ANTECEDENT AGREE. | 1/3 | 33 | - |
| T/SENTENCE STRUCTURE | 2/2 | 100 | + |
| SPECIFIC DETAILS | 0/4 | 0 | - |
| ITING | 5/22 | 23 | 17 |
| CATE ORIGIN/WORDS | 3/9 | 33 | - |
| NTIFY & USE HOMOPHONES | 1/4 | 25 | - |
| INE ROOT WORDS | 1/3 | 33 | - |
| ANG. STRUCTURE & HISTORY | 5/16 | 31 | 0 |
| ENTIFY & LOCATE GLOSSARY | 0/1 | 0 | - |
| HAPTER HEADINGS | 0/3 | 0 | - |
| TIONARY/PARTS OF SPEECH | 0/2 | 0 | - |
| TUDY SKILLS | 0/6 | 0 | 0 |
| SIS STATEMENT | 2/4 | 50 | P |
| NSITIONAL EXPRESSIONS | 3/4 | 75 | + |
| T/VERB USAGE | 1/4 | 25 | - |
| ARACTERISTICS OF IRONY | 0/2 | 0 | - |
| ENTIFY SETTING/PROSE | 0/1 | 0 | - |
| RACTERISTICS OF SATIRE | 1/1 | 100 | + |
| DESCRIBE HYPERBOLE | 0/1 | 0 | - |
|  | 7/17 | 41 | 29 |
| ST AVG |  | 25 | 17 |

ED                BATCH 920007-580      ID NUMBER  0026142
LLY MASTERED      TEST DATE: 08/24/92   CODED INFO 2....2....
ASTERED           RUN DATE:  09/17/92   PAGE  158

# CMS MATHEMATICS PORTFOLIO
# FORMAL LEARNING INVENTORY
# THROUGH OBSERVATION/INTERVIEW

Student _John Chantholoumon_          Year _92-93_

**M** - most of the time
**S** - some of the time
**N** - not yet

| | FALL | WINTER | SPRING |
|---|---|---|---|
| **REASONING:** | | | |
| Displays understanding of skills | N | N | S |
| Understands concepts | N | N | S |
| Chooses appropriate solution strategies | N | N | S |
| Solves problems accurately | N | N | S |
| **PARTICIPATION:** | | | |
| Works in an organized manner | M | S | S |
| Works neatly | S | S | S |
| Meets deadlines | S | S | S |
| Stays on task | M | S | M |
| Requests assistance when needed | M | N | S |
| Displays positive attitude | N | S | M |
| Tries alternative approaches | N | S | S |
| Shows patience and perseverance | M | S | S |
| Is willing to try | M | S | M |
| Goes beyond assigned task | N | N | N |
| Takes initiative to check work | N | N | N |
| **COOPERATIVE LEARNING:** | | | |
| Stays on task | —— | —— | —— |
| Listens to others | —— | —— | —— |
| Involves others in group work | —— | —— | —— |
| Helps others | —— | —— | —— |
| Considers and uses ideas of others | —— | —— | —— |
| Works well with others | —— | —— | —— |
| Defends choice of strategies | —— | —— | —— |

## CMS MATHEMATICAL SELF-ASSESSMENT SURVEY

Student _John Cheenthakumamon_   Date _10-5-92_

**Read each statement and choose the answer that best describes how you feel.**

| | yes | no | sometimes |
|---|---|---|---|
| 1. Math is important to me. | ✓ | | |
| 2. I think math is fun. | | | ✓ |
| 3. I see that math is used a lot in the real world. | | ✓ | |
| 4. Math scares me. | | | ✓ |
| 5. I like to be challenged by hard problems. | ✓ | | |
| 6. I get frustrated easily and quit. | ✓ | | |
| 7. I help others with math. | | ✓ | |
| 8. I usually need help to solve problems. | | | ✓ |
| 9. I am doing better in math. | ✓ | | |
| 10. I like math. | | ✓ | |
| 11. I ask for help in math when I need it. | ✓ | | |
| 12. I like to try new ways to solve a problem. | | ✓ | |
| 13. I hurry through my work just to finish. | | | ✓ |
| 14. I can usually solve problems by myself. | ✓ | | |
| 15. I feel good about the way I solve problems. | ✓ | | |
| 16. I will work to get an answer no matter how long it takes. | | | ✓ |

# CMS MATHEMATICS PORTFOLIO CONTENTS LOG

Student's Name: _Allen Cheathdkumar_

Grade _6_   Year _92-93_

Teacher: _W. Cameron_

School: _Pigeon Ffield_

| | | FALL | WINTER | SPRING |
|---|---|---|---|---|
| **BENCHMARKS:** | | | | |
| 1. CRT - score | | 2/170/Mth – 11 | | |
| | strengths | 1. multiplying with 2 digit x multiplier | ① Divide by whole # a decimal | ① Identify angles |
| | | | ② congruent figures | ② create & solve problem |
| | weaknesses | 1. Dividing with 2 digit ÷ divisor | ① Determine ⅜ of | ① Find % of a number |
| | | | ② Find % of percent/base | ② Use exponents |
| 2. END-OF-GRADE TEST | | N/A | N/A | N/A |
| 3. other: | | | | |
| **STUDENT WRITING** date/item | | | | |
| **SELF-ASSESSMENT** date/item | | 10/5/92 | | |
| **FORMAL LEARNING INVENTORY THROUGH OBSERVATION/INTERVIEW** | | | | |

STUDENT OBJECTIVE REPORT

CHARLOTTE-MECKLEN...
TCCS
TRYON HILLS                          CHANTISKROHMAN ROS            SSSSID
GRADE  6                                                          AGE  11 03

| OBJECTIVE | RIGHT/ POSSIBLE | % RIGHT | MST LVL |
|---|---|---|---|
| **SUBTEST 05** | | | |
| 1/A WRITE EXPANDED NUMERALS | 1/2 | 50 | ... |
| 1/B ADD & SUB. FREQ./MIXED #'S | 0/2 | 0 | ... |
| 5/A IDENTIFY ANGLES | 1/2 | 50 | P |
| 6/A DETERMINE SIMPLE RATIO | 1/2 | 50 | P |
| 7/1 PREDICT # OF ARRANGEMENTS | 0/2 | 0 | ... |
| AVERAGE | 3/10 | 30 | 0 |
| | | | |
| **NUMERATION SUBTEST** | | | |
| 1/C ROUND NUMBERS | 0/3 | 0 | ... |
| AVERAGE | 0/3 | 0 | 0 |
| | | | |
| **WHOLE NUMBERS SUBTEST** | | | |
| 2/A ADD/SUBTRACT NUMBERS | 2/3 | 67 | P |
| 2/C ESTIMATE SUMS | 0/3 | 0 | ... |
| AVERAGE | 2/6 | 33 | 0 |
| | | | |
| **FRACTIONS/DECIMALS SUBTEST** | | | |
| 3/A ADD/SUBTRACT MIXED #'S | 0/3 | 0 | ... |
| 3/B MUL/DIV WHOLE # BY FRAC | 2/3 | 67 | P |
| 3/D RENAME FRACTIONS AS DECIM. | 1/3 | 33 | ... |
| 3/E COMPARE 2 NUMBERS/DECIMALS | 1/3 | 33 | ... |
| 3/G DIV DEC BY WHOLE # OR DEC | 2/3 | 67 | P |
| 3/1 RENAME DEC - FRACTION OR % | 0/3 | 0 | ... |
| AVERAGE | 6/18 | 33 | 0 |
| | | | |
| **NUMBER THEORY SUBTEST** | | | |
| 4/B USE EXPONENTS | 1/3 | 33 | ... |
| 4/C FIND PRIME FACTORIZATIONS | 1/3 | 33 | ... |
| 4/D FIND GCF/LCM | 1/4 | 25 | ... |
| AVERAGE | 3/10 | 30 | 0 |
| | | | |
| **MEASUREMENT SUBTEST** | | | |
| 5/C DETERMINE VOL./REG. SOLID | 0/3 | 0 | ... |
| 5/E FIND CIRCUMF./AREA OF CIRCLE | 0/3 | 0 | ... |
| 5/G MEASURE ANGLES/NEAREST DEG | 1/3 | 33 | ... |
| 5/1 CONVERT UNITS/METRIC | 0/3 | 0 | ... |
| AVERAGE | 1/12 | 8 | 0 |
| | | | |
| **GEOMETRY SUBTEST** | | | |
| 6/A ID SPECIAL TRIANGLES/QUAD. | 0/3 | 0 | ... |
| 6/D DETERMINE LINE OF SYMMETRY | 2/3 | 67 | P |
| 6/G CONGRUENT FIGURES | 2/3 | 67 | P |
| AVERAGE | 4/9 | 44 | 0 |
| | | | |
| **PERCENT/RATIO SUBTEST** | | | |
| 7/A FIND PERCENT OF A NUMBER | 1/3 | 33 | ... |
| 7/B FIND % ONE # IS OF ANOTHER | 1/3 | 33 | ... |
| 7/C FIND % INCREASE/DECREASE | 0/3 | 0 | ... |
| 7/D MISSING TERM OF PROPORTION | 1/3 | 33 | ... |
| AVERAGE | 3/12 | 25 | 0 |
| | | | |
| **PROBABILITY/STATISTICS SUBTEST** | | | |
| 8/D LIST POSSIBLE OUTCOMES | 0/3 | 0 | ... |
| 8/F FRACTIONAL PROBABILITIES | 2/3 | 67 | P |
| 8/H MEASURES OF CENTRAL TEND. | 1/3 | 33 | ... |
| AVERAGE | 3/9 | 33 | 0 |

000132
291

```
*=MASTERED                    BATCH 830005-35         ID NUMBER   0024730
P=PARTIALLY MASTERED          TEST DATE: 01/06/93      CODID INFO
-=NOT MASTERED                RUN DATE: 01/20/93        PAGE  116
```

                              STUDENT OBJECTIVE REPORT

CHARLOTTE-MECKLBG
TUCK                                                              655810
DEVON HILL                    CHAUTIAN HUMAN K_C              AGE  12-03
GRADE  6

    OBJECTIVES                        RIGHT/        %          MST
                                      POSSIBLE     RIGHT       LVL

ALGEBRA SUBTEST
ALGEBRA SUBTEST
    9/A USE VARIABLE/PLACE HOLDER       0/3          0          -
    9/B VARIABLE EXPRESSION/EQUA.       1/3         33          -
    9/D ADD/SUB/MUL/DIV INTEGERS        1/3         33          -
    9/C INTEGERS ON A NUMBER LINE       2/3         67          P
        AVERAGE                        4/12         33          0

SUBTEST 07
    9/E CONVERT TO SCIENTIFIC NOT.      0/2          0          -
    5/A DETERMINE ELAPSED TIME          0/2          0          -
    7/D CONVERT FRAC/DEC TO %           1/2         50          P
    8/A READ & INTERPRET GRAPHS         1/2         50          P
    9/C ARRANGE INTEGERS IN ORDER       1/2         50          P
        AVERAGE                        3/10         30          0


```
*=MASTERED                    BATCH 830005-35         ID NUMBER   0024730
P=PARTIALLY MASTERED          TEST DATE: 01/06/93      CODID INFO 4....1....
-=NOT MASTERED                RUN DATE: 01/20/93        PAGE  116
```

000133

STUDENT OBJECTIVE REPORT

CHARLOTTE-MECKLENBURG
TUCK
TRYON HILLS                          CHAPTER 1/CHUGMAN K85                    SS-5910
GRADE  6                                                                     AGE  12-03

| OBJECTIVES | RIGHT/ POSSIBLE | % RIGHT | MST LVL |
|---|---|---|---|
| SUBTEST 05 | | | |
| 1/E WRITE EXPANDED NUMERALS | 1/2 | 50 | P |
| 3/D ADD & SUB. FRAC./MIXED #'S | 0/2 | 0 | - |
| 5/A IDENTIFY ANGLES | 1/2 | 50 | P |
| 6/A DETERMINE SIMPLE RATIOS | 1/2 | 50 | - |
| 7/E PREDICT # OF ARRANGEMENTS | 0/2 | 0 | - |
| AVERAGE | 3/10 | 30 | 0 |
| | | | |
| NUMERATION SUBTEST | | | |
| 1/C ROUND NUMBERS | 0/3 | 0 | - |
| AVERAGE | 0/3 | 0 | 0 |
| | | | |
| WHOLE NUMBERS SUBTEST | | | |
| 2/A ADD/SUBTRACT NUMBERS | 2/3 | 67 | P |
| 2/C ESTIMATE SUMS | 0/3 | 0 | - |
| AVERAGE | 2/6 | 33 | 0 |
| | | | |
| FRACTIONS/DECIMALS SUBTEST | | | |
| 3/A ADD/SUBTRACT MIXED #'S | 0/3 | 0 | - |
| 3/B MUL/DIV WHOLE # BY FRAC. | 2/3 | 67 | P |
| 3/E RENAME FRACTIONS AS DECIM. | 1/3 | 33 | - |
| 3/G COMPARE 2 NUMBERS/DECIMALS | 1/3 | 33 | - |
| 3/I DIV DEC BY WHOLE # OR DEC. | 2/3 | 67 | P |
| 3/I RENAME DEC · FRACTION OR % | 0/3 | 0 | - |
| AVERAGE | 6/18 | 33 | 0 |
| | | | |
| NUMBER THEORY SUBTEST | | | |
| 4/B USE EXPONENTS | 1/3 | 33 | - |
| 4/C FIND PRIME FACTORIZATIONS | 1/3 | 33 | - |
| 4/D FIND GCF/LCM | 1/4 | 25 | - |
| AVERAGE | 3/10 | 30 | 0 |
| | | | |
| MEASUREMENT SUBTEST | | | |
| 5/C DETERMINE VOL./REC. SOLID | 0/3 | 0 | - |
| 5/E FIND CIRCUM/AREA OF CIRCLE | 0/3 | 0 | - |
| 5/G MEASURE ANGLES/NEAREST DEG | 1/3 | 33 | - |
| 5/I CONVERT UNITS/METRIC | 0/3 | 0 | - |
| AVERAGE | 1/12 | 8 | 0 |
| | | | |
| GEOMETRY SUBTEST | | | |
| 6/A ID SPECIAL TRIANGLES/QUAD | 0/3 | 0 | - |
| 6/B DETERMINE LINE OF SYMMETRY | 2/3 | 67 | P |
| 6/C CONGRUENT FIGURES | 2/3 | 67 | P |
| AVERAGE | 4/9 | 44 | 0 |
| | | | |
| PERCENT/RATIO SUBTEST | | | |
| 7/A FIND PERCENT OF A NUMBER | 1/3 | 33 | - |
| 7/B FIND % ONE # IS OF ANOTHER | 1/3 | 33 | - |
| 7/C FIND % INCREASE/DECREASE | 0/3 | 0 | - |
| 7/D MISSING TERM OF PROPORTION | 1/3 | 33 | - |
| AVERAGE | 3/12 | 25 | 0 |
| | | | |
| PROBABILITY/STATISTICS SUBTEST | | | |
| 8/D LIST POSSIBLE OUTCOMES | 0/3 | 0 | - |
| 8/E FRACTIONAL PROBABILITIES | 2/3 | 67 | P |
| 8/F MEASURES OF CENTRAL TEND. | 1/3 | 33 | - |
| AVERAGE | 3/9 | 33 | 0 |

000134

STUDENT OBJECTIVE REPORT

CHARLOTTE-MECKLENBURG
TUCK                                                                                        SSSSID
TRYON HILLS                          CHANTIA CUSHAN KOY                                      AGE   12-09
GRADE   6

OBJECTIVE:                                    RIGHT/        %        MST
                                             POSSIBLE      RIGHT     LVL

ALGEBRA SUBTEST
ALGEBRA SUBTEST
  9/A USE VARIABLE/PLACE HOLDER                0/3           0        -
  9/B VARIABLE EXPRESSION/EQUA.                1/3          33        -
  9/D ADD/SUB/MUL/DIV INTEGERS                 1/3          33        -
  9/C INTEGERS ON A NUMBER LINE                2/3          67        P
        AVERAGE                                4/12         33           0

SUBTEST B7
  4/C CONVERT TO SCIENTIFIC NOT.               0/2           0        -
  5/A DETERMINE ELAPSED TIME                   0/2           0        -
  7/D CONVERT FRAC/DEC TO %                    ./2          50        P
  8/A READ & INTERPRET GRAPHS                  1/2          50        P
  9/C ARRANGE INTEGERS IN ORDER                1/3          50        P
        AVERAGE                                5/10         30           0


+=MASTERED                    BATCH 930005-35          ID NUMBER  0024730
P=PARTIALLY MASTERED          TEST DATE: 01/04/93      CODED INFO 4....1....
-=NOT MASTERED                RUN DATE:  01/20/93      PAGE   115

STUDENT OBJECTIVE REPORT

CHARLOTTE-MECKLBG
TUCK
TRYON HILLS
GRADE   6

CHANTHAKOUMMAN KOS

65591F
AGE   12

| OBJECTIVES | RIGHT/<br>POSSIBLE | %<br>RIGHT | MST<br>LVL |
|---|---|---|---|
| SUBTEST 5E | | | |
| 1/C CHANGE #'S/WORD TO STAN. | 1/2 | 50 | P |
| 1/H USE EXPONENTIAL NOTATION | 1/2 | 50 | P |
| 3/I GIVE PLACE VALUE/DECIMAL | 0/2 | 0 | - |
| 5/A IDENTIFY ANGLES | 2/2 | 100 | + |
| 6/C FIND PERCENT OF A NUMBER | 0/2 | 0 | - |
| AVERAGE | 4/10 | 40 | 20 |
| | | | |
| NUMERATION SUBTEST | | | |
| 1/D COMPARE TWO NUMBERS | 2/3 | 67 | P |
| AVERAGE | 2/3 | 67 | 0 |
| | | | |
| WHOLE NUMBERS SUBTEST | | | |
| 2/C ESTIMATE SUM/DIF/PROD/QUO | 1/3 | 33 | - |
| 2/D CREATE AND SOLVE PROBLEMS | 3/3 | 100 | + |
| AVERAGE | 4/6 | 67 | 50 |
| | | | |
| FRACTIONS/DECIMALS SUBTEST | | | |
| 3/A ADD/SUB MIXED #'S/REGROUP | 1/3 | 33 | - |
| 3/B MULT/DIV WHOLE # BY FRAC | 2/3 | 67 | P |
| 3/E RENAME FRACTION AS DECIMAL | 2/3 | 67 | P |
| 3/I ADD/SUB/MULT/DIV DECIMALS | 3/3 | 100 | + |
| 3/L RENAME DEC. AS FRAC. & % | 1/3 | 33 | - |
| AVERAGE | 9/15 | 60 | 20 |
| | | | |
| NUMBER THEORY SUBTEST | | | |
| 4/A ID PRIME & COMPOSITE #'S | 1/3 | 33 | - |
| 4/B USE EXPONENTS | 0/3 | 0 | - |
| 4/D FIND GCF/LCM | 2/3 | 67 | P |
| AVERAGE | 3/9 | 33 | 0 |
| | | | |
| MEASUREMENT SUBTEST | | | |
| 5/C DETERMINE VOLUME/RECTANGLE | 0/3 | 0 | - |
| 5/D FIND PERIMETER/AREA/VOLUME | 2/3 | 67 | P |
| 5/E FIND CIRCUM./AREA CIRCLE | 0/3 | 0 | - |
| 5/G MEASURE ANGLES | 1/3 | 33 | - |
| 5/H CONVERT UNITS/STANDARD | 1/3 | 33 | - |
| 5/I CONVERT UNITS/METRIC | 0/3 | 0 | - |
| AVERAGE | 4/18 | 22 | 0 |
| | | | |
| GEOMETRY SUBTEST | | | |
| 6/A ID SPECIAL TRIANGLE & QUAD | 1/3 | 33 | - |
| 6/B DETERMINE LINE OF SYMMETRY | 1/3 | 33 | - |
| AVERAGE | 2/6 | 33 | 0 |
| | | | |
| PERCENT/RATIO SUBTEST | | | |
| 7/A FIND PERCENT OF A NUMBER | 1/3 | 33 | - |
| 7/B FIND ONE #'S % OF ANOTHER | 2/3 | 67 | P |
| 7/C FIND % INCREASE/DECREASE | 1/3 | 33 | - |
| 7/D MISSING TERM OF PROPORTION | 1/3 | 33 | - |
| 7/E FIND EQUIVALENT RATIOS | 1/3 | 33 | - |
| 7/F SOLVE PROPORTIONS | 3/3 | 100 | + |
| AVERAGE | 9/18 | 50 | 17 |
| | | | |
| PROBABILITY/STATISTICS SUBTEST | | | |
| 8/E FRACTIONAL PROBABILITIES | 0/3 | 0 | - |
| 8/F MEASURES OF CENTRAL TEND. | 0/3 | 0 | - |
| AVERAGE | 0/6 | 0 | 0 |

000136

+=MASTERED

BATCH 920018-60

ID NUMBER   28524730

STUDENT OBJECTIVE REPORT

CHARLOTTE-MECKLBG
TUCK
TRYON HILLS                    CHANTHAKOUMMAN KOS                    65591E
GRADE   6                                                           AGE  12

| OBJECTIVES | RIGHT/ POSSIBLE | % RIGHT | MST LVL |
|---|---|---|---|
| ALGEBRA SUBTEST | | | |
| ALGEBRA SUBTEST | | | |
| 9/A USE VARIABLE/PLACE HOLDER | 2/3 | 67 | P |
| 9/B CONCEPT/VARIABLE EXPR/EQUA | 0/3 | 0 | - |
| 9/C ORDER & COMPARE INTEGERS | 0/3 | 0 | - |
| 9/D ADD/SUB/MUL/DIV INTEGERS | 1/3 | 33 | - |
| AVERAGE | 3/12 | 25 | 0 |
| | | | |
| SUBTEST E7 | | | |
| 2/A ESTIMATE SUM/DIF/PROD/QUO | 2/2 | 100 | + |
| 3/E FIND RECIPROCAL | 1/2 | 50 | P |
| 4/E CONV./SCIENTIFIC NOTATION | 0/2 | 0 | - |
| 7/E CREATE & SOLVE PROBLEMS | 0/2 | 0 | - |
| 8/A READ/INTERPRET GRAPH/TABLE | 2/2 | 100 | + |
| AVERAGE | 5/10 | 50 | 40 |

+=MASTERED            BATCH 920016-60       ID NUMBER  0024730
P=PARTIALLY MASTERED  TEST DATE: 04/12/93   CODED INFO 4....1....
-=NOT MASTERED        RUN DATE:  05/06/93   PAGE  121

CMS SUMMER PROGRAM REGISTRATION/PEP/STUDENT INFORMATION SHEET

6171.5
5/93

### (To be used for any student in grades 1-8 retained or repeating a course.)
#### (PLEASE PRINT OR TYPE)

GRID _321 D_   "John"   SUMMER SITE _Shamrock_

**A.   STUDENT INFORMATION:** (to be completed by home school)

STUDENT _Chantha Koummane, Kosoul_   _0024730_   _Tryon Hills_
LAST   FIRST   CMS # #   HOME SCHOOL

_10-1-80_   _6_   _Mark Robertson_   _Ms. Tuck_
BIRTHDATE   CURRENT GRADE   PRINCIPAL   TEACHER

_M_   _B_   _Komonh / Phongsavout_
SEX   RACE   RESIDES WITH   (PARENT)   GUARDIAN   OTHER

_2530 Fort St._   _28205_
ADDRESS   ZIP CODE   HOME PHONE   EMERGENCY PHONE

HEALTH ALERT: Health conditions about which summer program staff should be aware: _____

**B.   REASON FOR ATTENDING** (Circle one)   State 3   (State 6)   State 8   Local Retention   ESL

CRT TEST Scores:   PRESENT PLACEMENT   COURSEWORK NEEDED: Grades 7, 8
(Grades 3, 6, 8)   Reg. _✓_
Attach Profile Sheet
LD _____ Subject _Reading, Math_   Date to Attend _____

EMH _____

BEH _____ Subject _____   Date to Attend _____

Other _Hearing Impaired_

Specific Academic Strengths: _____

Specific Academic Needs: _Reading, Math_

Classroom Teacher _Mrs. Tuck_   Principal/Designee _____

Summer Program Teacher _Kay Schorn_   Others _____

**C.   END OF SUMMER REPORT:** (to be completed by summer program teacher and administrator)

Site _S. Gardens_   Days Absent _H 20_   Conduct _Excellent_   Grade(s): _Reading (A) / Math (B)_
Comments: _See attached feedback form_
Summer Program Teacher _Kay Schorn - reading_   Administrator _Connie S. McInnis_
_Melvin Jaynes - math_

**D.   PROMOTION/RETENTION DECISION:** (to be made by home school principal)
_✓_ Promoted   _____ Retained   _____ Attended Summer Program   _____ Did not attend Summer Program

Signature of home school principal _Kathy Smith_   Date _8/3/93_

NOTE: White and yellow copies are to be sent intact to Summer Program office at time of registration.
White and yellow copies are then returned to the home school at conclusion of summer classes.
Yellow copy is sent to the Summer Program office after promotion/retention decision is made.

White - Cumulative folder   Pink - Home School Copy (upon registration)   Yellow - Summer Program office   Gold - Student Copy (upon registration)

297

SUMMER SCHOOL FEEDBACK FORM
SHAMROCK GARDENS 1993

STUDENT _John Chanta Kovmmane_    GRADE _6_

SUMMER SCHOOL TEACHER _Kay Schorn - reading, Melva Jaynes - math_

RATING SCALE: M=Mastery  SP=Shows Progress  NI=Needs Improvement

Listed below are selected skills targeted for instruction in
summer school and feedback about the student's progress.

READING

1. _Comprehension_     _M_      6. _Root Words/Affixes_   _SP_
2. _Vocabulary_        _SP_     7. _Punctuation_          _M_
3. _Main Idea_         _M_      8. _Capitalization_       _M_
4. _Sequence_          _M_      9. _____        ___
5. _Cause/Effect_      _M_     10. _____        ___

COMMENTS: _John has done outstanding work in
summer school. He has worked extremely hard.
I'm very pleased with his progress.
Vocabulary tends to be a weakness._

MATH

1. _Geometry_          _M_      6. _Division_             _SP_
2. _Problem Solving_   _SP_     7. _Fractions_            _SP_
3. _Addition_          _M_      8. _____        ___
4. _Subtraction_       _M_      9. _____        ___
5. _Multiplication_    _M_     10. _____        ___

COMMENTS: _John had an excellent summer in math.
He worked very hard to improve all his skills.
I was especially pleased to see the progress
in fractions and problem solving._

000139

STUDENT OBJECTIVE REPORT

CHARLOTTE-MECKLBG
HICK
TRYON HILLS                          CHART-GRUMMAN KOS                          655420
GRADE  6                                                                        A&F  12-03

| OBJECTIVE | RIGHT/ POSSIBLE | % RIGHT | MST LVL |
|---|---|---|---|
| SUBTEST D5 | | | |
| 1/A DISTINGUISH FACT/FANTASY | 2/2 | 100 | + |
| 1/H DISTINGUISH FACT/OPINION | 0/2 | 0 | - |
| 1/T IDENTIFY IRONY | 0/2 | 0 | - |
| 2/U USE EFFECTIVE TRANSITIONS | 2/2 | 100 | + |
| 2/T INCLUDE SPECIFIC DETAILS | 1/2 | 50 | P |
| AVERAGE | 5/10 | 50 | 50 |
| | | | |
| LITERATURE/READING SUBTEST | | | |
| 1/B DISTINGUISH FACT/FANTASY | 3/3 | 100 | + |
| 1/D BIO/AUTOBIO/HIST. FICTION | 2/3 | 67 | P |
| 1/J DISTINGUISH FACT/OPINION | 1/3 | 33 | - |
| 1/G CONCLUDE AUTHOR'S MEANING | 1/3 | 33 | - |
| 1/P DEFINE PERSONIFICATION | 1/3 | 33 | - |
| 1/Q EXAMPLES/PERSONIFICATION | 2/3 | 67 | P |
| AVERAGE | 10/18 | 56 | 17 |
| | | | |
| WRITING SUBTEST | | | |
| 2/D ADD SPECIFIC/VIVID DETAILS | 0/3 | 0 | - |
| 2/E IMPROVE ORGANIZATION | 1/3 | 33 | - |
| 2/F REFINE OPENING SENTENCES | 1/3 | 33 | - |
| 2/B SENTENCE COMBINING STRAT. | 0/3 | 0 | - |
| 2/H INCREASE ELABORATION | 1/3 | 33 | - |
| 2/J PRONOUN/ANTECEDENT AGREE. | 1/3 | 33 | - |
| 2/K CORRECT SENTENCE STRUCTURE | 1/3 | 33 | - |
| 2/M STANDARD PUNCTUATION/SPELL | 2/3 | 67 | P |
| AVERAGE | 7/24 | 29 | 0 |
| | | | |
| LANGUAGE STRUC/HISTORY SUBTEST | | | |
| 3/B IDIOM-LITERAL MEANING/USE | 1/3 | 33 | - |
| 3/D CONNOTATION | 1/3 | 33 | - |
| 3/E MULTIPLE MEANING OF WORDS | 0/3 | 0 | - |
| 3/F DEFINE USING CONTEXT CLUES | 1/3 | 33 | - |
| 3/G IDENTIFY, DEFINE | 2/3 | 67 | P |
| 3/H DEFINE ROOTS | 2/3 | 67 | P |
| AVERAGE | 7/18 | 39 | 0 |
| | | | |
| STUDY SKILLS SUBTEST | | | |
| 6/A DICTIONARY/PARTS OF SPEECH | 1/3 | 33 | - |
| 6/D IDENTIFY & LOCATE GLOSSARY | 0/2 | 0 | - |
| 6/C USE GLOSSARY | 1/2 | 50 | P |
| 6/E USE CHAPTER HEADINGS | 0/3 | 0 | - |
| AVERAGE | 2/10 | 20 | 0 |
| | | | |
| SUBTEST D7 | | | |
| 1/A CHARACT./SHORT STORY | 0/2 | 0 | - |
| 1/G CHARACT. POETRY/BALLAD | 0/2 | 0 | - |
| 2/D ARGUMENTATIVE/PERSUASIVE | 1/2 | 50 | P |
| 2/H CORRECT VERB USAGE | 1/2 | 50 | P |
| 2/O MISPLACED MODIFIERS | 0/2 | 0 | - |
| AVERAGE | 2/10 | 20 | 0 |

+=MASTERED                    BATCH 930008-10          ID NUMBER  0024730
P=PARTIALLY MASTERED          TEST DATE: 01/06/93      CODED THRU 4 , 4,
-=NOT MASTERED                RUN DATE: 01/28/93       PAGE  59

000140

### SUMMER SCHOOL PROGRESS REPORT

Math-Mr. Jaynes
L.A./Reading-
Mrs. Sehorn

NAME *John Chantha Kounmane*

Date *July 9, 93*

MATH _____ S

LANGUAGE ARTS _____ S

READING _____ E

BEHAVIOR _____ E

E-Excellent   S-Satisfactory   U-Unsatisfactory

COMMENTS: John is doing outstanding work. I'm pleased with him! We are reading on my Honor and a reading test will be given on July 13. Our first spelling test is today - July 9. Encourage him to read (K. Sehorn - teacher) John is doing very well in math. He listens well and has performed well on quizzes.

Parent Signature _____

000141
300

<u>SUMMER SCHOOL PROGRESS REPORT</u>

Math-Mr.Jaynes
L.A./Reading-
     Mrs.Sehorn

NAME_ *John Chantha Lounane* _____

Date_ *July 16, 93*

MATH _____ *S* _____

LANGUAGE ARTS_____ *E* _____

READING _____ *S* _____

BEHAVIOR _____ *E* _____

E-Excellent   S-Satisfactory   U-Unsatisfactory

COMMENTS: John has such potential! He made
100 on the spelling test and 85 on the reading
test. Understanding of vocabulary words seems
to be a greatness. It is important that John
read as much as possible. He is a smart child!
John needs to work hard on improving his multiplication skills.
I am very pleased with his effort.

Parent Signature *Thong Chanthatoummane* _____

000142
301

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5/MCA
11/91
(Part 1)

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Student (John) Konsol Chanthaboumane

Grade 6   School Irwin4Dks

**A.** Present Level(s) of Performance
*(Summarize evaluation results including strengths and needs or behavioral weaknesses):*

John has a m/d bilateral sensorineural hearing loss with moderate to severe loss in high frequencies. Needs to wear aids during instruction and develop strategies to improve listening skills. Needs receptive, expressive skills in oral & manual communication.

**B.** Date of Beginning and Duration of Special Education and Related Services

From: 3 (month)  26 (day)  93 (year)

To: 5 (month)  25 (day)  94 (year)

**C.** *Annual Goal(s):* With appropriate and functional amplification John will maximize reception of auditory information given appropriate of the hearing impaired teacher.

**D.**

| Short-Term Instructional Objectives in Measurable Terms | Evaluation Procedures (How) | Evaluation Schedule (When) | Date Attained (must be completed for each objective) |
|---|---|---|---|
| Konsol John will: 1) wear appropriate & functioning amplification at school 2) seat himself 6'-8' of the speaker in class 3) use a buddy system to assist reception of instruction 4) ask for clarification when content understand | Teacher Observation #1 R9 Ed conferences Progress Reports Data Sheet of checklists Student Log | 1x per mo. | |

*This must be short-term instructional objectives for each annual goal.

OCD143

302

Use one sheet for each annual goal(s).

White: Cumulative Folder   Yellow: Teacher   Pink: Parent

Charlotte-Mecklenburg
Local School Administrative Unit

No. #3
DEC/Due Process
8/93

## INVITATION TO CONFERENCE/PRIOR NOTICE

**Check Purpose**

[ ] Initial Placement  [ ] Change in Placement
[ ✓ ] Review            [ ] Exit from Program
[ ] Reevaluation        [ ] Other: _____
[ ] Transition          _____

Dear M/M Chanthakaummar                     Date Sent 5 / 11 / 94

Re: Kosoul Chanthakou (Student's Name)

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____ Kosoul C _____ 's special needs.

At this meeting, we would like to discuss one or more of the following:
_____ Ways to meet the educational needs of your child
_____ Evaluation results
__✓__ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP).
_____ Change in placement
       _____ Educational Setting
       _____ Identification
_____ Develop or change the transition plan

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|------|----------|------|----------|
| L. Russell | Art Teacher | | |
| M. DeFalco | LEA Rep | | |
| B. Glenya | Teacher | | |
| | | | |
| | | | |

The meeting is scheduled for (date) 5/25/94 , at (time) 2:30 , (place) Ranson
_____. If this time is inconvenient, I will be happy to reschedule the meeting.
Please call (phone) 343-6800 . At this meeting, you are entitled to all the due process parental rights described in the Handbook of Parents' Rights.

Sincerely,

School-Based Committee Chairperson
Ranson Middle
School

## PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:

[ ] I will be present for the Conference.
[ ] I cannot meet at this time, I will contact the school in order to arrange another time.
[ ] I cannot meet at this time. Please contact me to arrange another time.

Not returned by parent -

Parent/Guardian Signature _____

Date _____

### * * * PLEASE RETURN THIS FORM TO THE SCHOOL * * *

(Date Received: ___ / ___ / ___ )

2nd Notice 5/18/94 (Date)   Type of Notice letter/home

3rd Notice 5/23/94 (Date)   Type of Notice phone call

*Note: Retain a copy in child's folder.

White: Cumulative folder   Yellow: Parent   Pink: Notice Documentation

000144
303

1994-95          8th          Ranson Middle
                              Teach - Higgenbotham

2530 Fort St.

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 6/HCA
7/92

# RECOMMENDATION/APPROVAL FOR PLACEMENT

Student: Kaisoul (John) Chanthakoummane   ID#: 00 24730

Address: 2530 Fort St. Charlotte 28205   Phone: 376-1815

Date of Birth: 10-1-80   Age: 14   Sex: M   Race: _____   Grade: 8

Name of Parent/Guardian: Kamanh + Mongsavaout Chanthakoummane

Check Purpose:   ( ) Initial Placement   ( ) Reevaluation   ☒ Change in Placement/Setting
( ) Other:

**School-Based Committee/Preschool Transition/Placement Committee**   Date 5/10/95

We have reviewed all the required documentation including the IEP and
____ (a) ✓ do ___ do not recommend placement in the __Hearing Impaired__ program,
____ (b) recommend continued placement,
____ ✓ (c) recommend a change in placement/setting to __Resource from Regular__ or
____ (d) recommend exit from the _____ program.
____ (e) recommend exit from _____ related service.
____ recommend addition of _____ related service.

Comments _____

_____

_____

| Signature | Position |
|---|---|
| Ditg R. Blake | EC teacher |
| Thomas Country | Psychologist |
| Rosa Knoll | AP |
| Al Dibler | SBC Chair |
| Kathleen Murphy | CT/AFC Rep |

APC Rep., if combined
( ☒ approval [ ] disapproval

**Administrative Placement Committee**   Date ___/___/___

We have reviewed all required documentation including the IEP, and the recommendation of the School-Based Committee.

[ ] Approval   [ ] Disapproval   [ ] Reconvene Committee   [ ] Other

Reason(s): _____

_____

_____

_____

| Signature | Position |
|---|---|
| | |
| | |
| | |
| | |

White: EC folder     Yellow: APC

000146

305

| | |
|---|---|
| Charlotte-Mecklenburg | DEC 8/HCA |
| Local School Administrative Unit | 12/91 |

## PRIOR NOTICE FOR REEVALUATION

Student: **Kousoul Chanthakoummane**     Date Sent: **3, 31, 95**

School: **Ranson Middle**

Dear **Mr + Mrs. Chanthakoummane**

Reevaluation of handicapped students must be completed every three years in order to determine whether or not a student continues to need a special education program. Reevaluation of AG students must be completed within three years of initial evaluation for a student who was identified prior to the second semester of the third grade. An AG student may also be reevaluated when performance indicates a need for such and/or when the program changes. The proposed reevaluations by qualified personnel will include the use of one or more tests to help determine his/her strengths and weaknesses. The test data and screenings described below may be needed:

| AREA | INFORMATION |
|---|---|
| Physical Health | Vision, hearing, motor, medical screening/evaluation |
| Educational | Reading, mathematics and other subjects - group/individual assessments, achievement tests; observation |
| Psychological | Mental ability, emotional development, perceptual developmental, and adaptive behavior screening/evaluation |
| Social Appraisal | Social, personal, behavioral and developmental history |
| Communication Skills | Understanding and using spoken language - screening/evaluation |
| Intellectual | Group or individual intelligence tests |
| Other: | |
| Developmental (Preschool only) | Cognitive, fine motor, gross motor, self-help skills |

A summary of the evaluations will be shared with you, and you are entitled to all the due process rights in the **Handbook of Parents' Rights** a copy/summary of which is attached. If you have any questions, please contact:

**J. Blake**     at     **Ranson Middle**
(Name)                        (School)

**343-6800**
(Phone)

**Note: A copy** must be retained in the child's folder.

White: EC Folder     Yellow: Parent

Charlotte-Mecklenburg
Local School Administrative Unit

DEC 3/HCA
11/92

# SUMMARY OF EVALUATION RESULTS

Student: Koysoul (John) Chanthakoumane Grade: 8

Check Purpose
[ ] Initial
[ ] Reevaluation
[X] Other: Change in Placement

School: Ranson Middle School

| DATE | SCREENING INFORMATION | | RESULTS (if fail, must include results) |
|---|---|---|---|
| / / | Vision Screening | Pass/Fail | Far R20/____ L 20/____ Near R20/____ L20/____ (LD only) |
| / / | Hearing Screening | Pass/Fail | ____ dB (Intensity level) ____ Hz (Frequencies) |
| / / | Speech/Language Screening | | |
| / / | Motor Screening | | |
| / / | Health Screening | | |
| / / | Other: ____ | | |

DATE      EVALUATION INFORMATION

4 25 95   Educational Evaluation   Test/Assessment: Brigance
Results: Math - 3rd Grade, Word Recognition - 10th Grade
Vocabulary Comprehension - 3rd Gr, Spelling - 10th Gr. Sentence Writing - 5th Gr.

4 12 93   Psychological Evaluation   Test: WISC III
Results: Verbal 88   Performance 107   Full Scale 96

/ /   Behavioral-Emotional Evlauation   Test: ____
Results: ____

/ /   Cognitive Evaluation   Test: ____
Results: ____

/ /   Speech-Language Evaluation   Test: ____
Results: ____

/ /   Adaptive-Behavior Evaluation   Test: ____
Results: ____

/ /   Medical Evaluation/Health Evaluation Test: ____
Results: ____

/ /   Other: ____   Test/Assessment: ____
Results: ____

## SUMMARY OF EVALUATION RESULTS/PRESENT LEVEL OF PERFORMANCE

Strengths: Whole Number Calculations, Word Recognition, Spelling

Needs: Calculating with fractions, decimals, solving equations organizational skills

Actual copies of evaluation reports must be placed in child's folder.

Parent Copy sent/given 5 9 95

White: EC folder      Yellow: Parent's copy

000148
307

CHARLOTTE-MECKLENBURG
ocal Service Administrative Unit

DEC 5/HCA
8/93
(Part 2)

## INDIVIDUALIZED EDUCATION PROGRAM/SERVICE DELIVERY PLAN
(To be completed after the IEP is developed)

Student: **Kousoul (John) Chanthakoummane**

School: **Ranson Middle School**

Check Purpose:
[ ] Initial Entry
[✓] Annual Review
[ ] Reevaluation
[✓] Change in Placement
[ ] Other: _____

**I.   AREA OF IDENTIFICATION (ELIGIBILITY)** (mark only primary condition)*

[ ] Academically Gifted
[ ] Autistic
[ ] Behaviorally-Emotionally Handicapped
[ ] Deaf-Blind
[✓] Hearing Impaired
[ ] Mentally Handicapped
　　　[ ] EMH   [ ] S/PMH   [ ] TMH
[ ] Multihandicapped
[ ] Orthopedically Impaired

[ ] Other Health Impaired
[ ] Specific Learning Disabled
[ ] Speech-Language Impaired
[ ] Traumatic Brain Injured
[ ] Visually Impaired
[ ] Preschool Developmentally
　　　Delayed

**II.   RELATED SERVICES**

[ ] Audiology
[ ] Counseling Services
[ ] Occupational Therapy
[ ] Physical Therapy
[ ] Speech-Language
[ ] Transportation
[ ] Other: _____
[✓] None

*Child meets the eligibility criteria of the State Board of Education and is in need of special education.

**III.   LEAST RESTRICTIVE ENVIRONMENT (PLACEMENT)**
　　A.   Amount of Time in Exceptional Education:

| Type of Service | Sessions Per Wk./Mo./Yr. | Min. Per Session | Hours Per Wk. |
|---|---|---|---|
| Consultation **HI** | **1 x per month** | **30** | **8.33** |
| Direct Special Education | **10** | **50** | |
| Related Services | | | |
| | | | |
| | | | |

　　B.   **Continuum of Services:** Check the services considered by the committee, and circle the decision reached. Give reason(s) for the decision reached. A continuum of services must be considered.

[✓] Regular - Less than 21% of day (up to 1 hr., 15 min.)
[✓] Resource - 21% - 60% of day (1 hr. 15 min. to 3 hrs. 30 min.)  ⟵(circled)
[ ] Separate - 61% or more of day (more than 3 hrs. 30 min.)
[ ] Public Separate School - 100%

[ ] Private Separate School - 100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%

Preschool **NA**

[ ] Regular* - Up to 6 hours per week
[ ] Resource* - 6 to 12 hours per week
[ ] Separate* - more than 12 hours per week
[ ] Public Separate School - 100%

[ ] Private Separate School - 100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%
[ ] Home/Family - minimum 1 hour per week

*Applicable only in a classroom setting

**Agency:** Check where the student is receiving special services.
[✓] 1. LEA/School in Attendance Area
[ ] 2. LEA/School Not in Attendance Area
[ ] 3. Another LEA
[ ] 4. Other _____

The committee reviewed the full continuum of services, considered those checked above, and selected this setting because: *John needs the one-on-one and small group instruction provided in a Resource Model to be more successful in school. He will attend EC study skills and EC math along with consultative services from the HI teacher. John's hearing impairment has caused gaps and a delay in his math skill development.*

White: EC Folder　　　Yellow: Parent　　　Pink: Teacher

000149

308　*Kam.et*

CHARLOTTE-MECKLENBURG - Local School Administrative Unit

DEC 5/HCA
8/93
(Part 2 continued)

C. **Regular Program Participation:** Circle the regular class(es) in which the student is enrolled and list the letter(s) for any modification(s) in the blank provided.

| | | | | | |
|---|---|---|---|---|---|
| _____ Reading | a, n | (Language Arts) | _____ Vocational | _____ Recess |
| _____ Math | _____ | Spelling | _____ Library | _____ Other |
| a, n (Health) | a, n | (Social Studies) | _____ Chapter I | _____ For. Lang. |
| _____ Writing | _____ | Economics | _____ Homeroom | _____ Remediation |
| _____ History | _____ | (Physical Education) | (Lunch) | |
| a, n (Science) | _____ | (Music/Art) | (Assemblies) | |

Appropriate Classroom Modification(s), if any: a, n

a. (circled) Grading
b. Peer Tutoring
c. Oral Test
d. Abbreviated Assignments
e. Alternative Materials
f. Extended Test Time (Tchr. Test)
g. Large Print Books

h. Audio Tapes
i. Tape Recorder
j. Interpreter
k. Auditory Trainer
l. Assistive Devices
m. Computer/Typewriter/Word Processor
n. (circled) Other _preferential seating_

For preschool children describe how the child is involved in a regular program:  _NA_

IV. **Transition services have been considered and:**  N A

[  ] Transition plan is attached.

[  ] Services are stated in the IEP.

V. **N.C. TESTING PROGRAM: Modifications Needed**  [✓] Yes (See part III)  [  ] No

VI. **IS ADAPTED PHYSICAL EDUCATION REQUIRED?**  [  ] Yes  [✓] No

VII. **EXTENDED SCHOOL YEAR (ESY) STATUS:**

[✓] Is not eligible for ESY.

[  ] Is eligible for ESY (See goal sheet).

[  ] Eligibility is under consideration and will be determined by _____ (date)

VIII. **IEP COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**

The following were present and participated in the development and writing of the IEP:

| Signatures | Position | Date |
|---|---|---|
| Joe R. Blake | LEA Representative | 5-9-95 |
| _(signature)_ Higginbotham | Student's Teacher | 5-9-95 |
| ✻ parent did not show for confer. | Parent ✻3 attempts noted on conference letter | |
| Maude P. Cantrell | Teacher of the Hearing Impaired | |

IX. **IEP ADDENDUM COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**

The following were present and participated in the development and writing of the addendum:

| Signatures | Position | Date |
|---|---|---|
| | LEA Representative | |
| | Student's Teacher | |
| | Parent | |

X. This IEP was reviewed following reevaluation and was found to be appropriate. An annual review of this IEP will be concluded on or before_____/_____/_____.

| Signatures | Position | Date |
|---|---|---|
| | LEA Representative | |
| | Student's Teacher | |
| | Parent | |

000150

White: EC Folder     Yellow: Parent     Pink: Teacher

309

Charlotte-Mecklenburg
Local School Administrative Unit

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

DECS/HCA
8993(Part 1)

**Student:** John Chanthakoummane

**Grade: 8    School:** Ranson Middle School

**A. Present levels of Performance**(Summarize evaluation results including strengths and needs or behavioral weaknesses):

Strengths: works cooperatively in a one-on-one situation

Needs: task completion, time management, organizational skills

**B. Date of Beginning and Duration of Special Education and Related Services**

**From:** 5 - 11 - 95
(month)   (day)   (year)

**To:**  5 - 10 - 96
(month)   (day)   (year)

**C. * Annual Goal:**

Given direct instruction by an EC teacher, John will improve his study skills in the areas of task completion, time management, and organizational skills.

| Short-Term Instructional Objectives In Measurable Terms | Evaluation Process (How) | Evaluation Schedule (When) | Date Attained(must be completed for each obj.) |
|---|---|---|---|
| 1) Given an assignment sheet, John will list all assignments on that sheet 100% of the time. | 1) Participation grades Assignment sheet check | 1) 9-25-95 1-25-96 end of IEP year | 9-25-95 Continue |
| 2) Given a specific block of time, John will manage the time to expedite the completion of required tasks with 90% accuracy. | 2) Making work schedules Goal-prioritizing activities | 2) 9-25-95 1-25-96 end of IEP year | 9-25-95 Sometimes 1-25-96 Expedite Continue |
| 3) Given an organizational format, John will keep an organized notebook divided by subjects to maintain classnotes, handouts, and quizzes with 80% accuracy. | 3) Weekly Notebook Checks Improved Grades Participation Grade | 3) 9-25-95 1-25-96 end of IEP year | 9-25-95 Continue  11-25-96 Expedite Schedule |

There must be short-term instructional objectives for each annual goal. Use one sheet for each goal. There must be present level of performance documentation to support each annual goal.    Reviewed by CF _____ Lam _____

000151

310

Charlotte-Mecklenburg
Local School Administrative Unit

DECS/HCA
8093(Part 1)

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Student:** John Chanthakoummane

**Grade:** 8     **School:** Ranson Middle School

**A. Present levels of Performance** (Summarize evaluation results including strengths and needs or behavioral weaknesses):

Strengths:Knows classroom expectations

Needs: maintain self–control, improve classroom compliance, and complete required assignments

**B. Date of Beginning and Duration of Special Education and Related Services**

From: 5 – 11 – 95
         (month)  (day)  (year)

To:    5 – 10 – 96
         (month)  (day)  (year)

**C. * Annual Goal:**

Given direct instruction from the EC teacher and classroom structure and support from his regular class teachers, John will improve his classroom compliance, maintain self–control, and complete task when assigned.

| Short–Term Instructional Objectives In Measurable Terms | Evaluation Process (How) | Evaluation Schedule (When) | Date Attained(must be completed for each obj) |
|---|---|---|---|
| 1)Given classroom structure and verbal support by teacher, John will maintain self–control and comply with established classroom procedures 90% of the time. | 1) Teacher Observation Student Demonstration of task | 1)9–25–95 1–25–96 end of IEP year | *(handwritten)* |
| 2)When given an assignment in class, John will work on the assignment until it is completed or for the specified duration 95% of the time. | 2) Class Record Book Student Demonstration of task | 2) 9–25–95 1–25–96 end of IEP year | *(handwritten)* |
| 3) While at school, John will report to his classes on time and remain for their duration 100% of the time. | 3) Class Record Book | 3) 9–25–95 1–25–96 end of IEP year | *(handwritten)* 1–2–95 Explained 1–25–96 Explained |

There must be short–term instructional objectives for each annual goal.  Use one sheet for each goal. There must be present level of performance documentation to support each annual goal.   Reviewed by CT _____

000152
311

Charlotte-Mecklenburg
Local School Administrative Unit

DEC5HCA
8i93(Part 1)

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

**Student:** John Chanthakoummane

**Grade:** 8   **School:** Ranson Middle School

**A. Present levels of Performance** (Summarize evaluation results including strengths and needs or behavioral weaknesses):

**B. Date of Beginning and Duration of Special Education and Related Services**

From: 5 - 11 - 95
(month) (day) (year)

To: 5 - 10 - 96
(month) (day) (year)

**C. * Annual Goal:**

When given direct instruction by the EC teacher, John will improve his math skills in the areas of operations of decimals, computation of fractions having like denominators, and solving simple equations.

Strengths:Able to do most whole number calculations

Needs: addition, subtraction, and multiplication of decimals, computation of fractions having like denominators, solving simple equations

| Short-Term Instructional Objectives In Measurable Terms | Evaluation Process (How) | Evaluation Schedule (When) | Date Attained(must be completed for each obj) |
|---|---|---|---|
| 1) Given 20 addition and/or subtraction of decimals problems, John will solve the problems with 80% accuracy. | 1) Teacher-made Assessment | 1) 9-25-95 1-25-96 | 9-25-95 [handwritten note] |
| 2) Given 20 multiplication and/or division of decimals problems, John will solve the problems with 80% accuracy. | 2) Teacher-made Assessment | 2) 9-25-95 1-25-96 | [handwritten note] |
| 3) Given 20 addition/subtraction/mult. and/or division of fractions having like denominators problems, John will solve the problems with 80% accuracy. | 3) Teacher-made Assessment | 3) 1-25-96 end of IEP year | [handwritten note] Expelled from school |
| 4) Given 10 simple equations, John will solve the equations with 80% accuracy. | 4) Teacher-made Assessment | 4) 1-25-96 end of IEP year | [handwritten note] Expelled from school |

There must be short-term instructional objectives for each annual goal. Use one sheet for each goal. There must be present level of performance documentation to support each annual goal.   Reviewed by CT _____

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

**INDIVIDUALIZED EDUCATION PROGRAM (IEP)**

DEC 5/HCA
8/93
(Part 1)

Student: John Chathikounman

Grade: 8    School: Ranson

A.    Present Level(s) of Performance
(Summarize evaluation results including strengths and needs or behavioral weaknesses):

John has a mild bilateral sensorineural hearing loss with moderate to severe high frequencies. No mild information is really to develop independent strategies. Visual discrimination skills are stronger. John is a pleasant student.

B.    Date of Beginning and Duration of Special Education and Related Services

| | From: | 5 - | 11 - | 95 |
|---|---|---|---|---|
| | | (month) | (day) | (year) |
| | To: | 5 - | 10 - | 96 |
| | | (month) | (day) | (year) |

C.    Annual Goal(s):

John will consult/confer on and manage amplification strategies by the teacher.
John will maximize his hearing impaired to maximize auditory reception in the classroom and develop and use strategies independently.

| Short-Term Instructional Objectives in Measurable Terms | Evaluation Procedures (How) | Evaluation Schedule (When) | Date Attained (must be completed for each objective) |
|---|---|---|---|
| ① John will independently 6:1, 6:8' from the speaker to improve signal to noise ratio so to by the time. | Teacher assigned test + student/HI Program Ed Consensus Progress Reports | 6-2-95, 9-21-95, 1-22-96, 4-29-96 | 6-2-95 continue in-service 9-21-95 in-service |
| ② ask for clarification from the teacher/buddy if he doesn't understand directions or assignment using a predetermined signal 80% of the time. | Progress Reports Student Ed | 6-2-95, 9-21-95, 1-22-96, 4-29-96 | 6-2-95 continue 9-21-95 ongoing ended school |

There must be short-term instructional objectives for each annual goal(s).    Use one sheet for each annual goal.
There must be present level of performance documentation to support each annual goal.

White: EC Folder    Yellow: Parent    Pink: Teacher

000154
313

Charlotte-Mecklenburg
Local School Administrative Unit

No. #3
DEC/Due Process
8/93

## INVITATION TO CONFERENCE/PRIOR NOTICE

Check Purpose
[ ] Initial Placement      [X] Change in Placement
[ ] Review                 [ ] Exit from Program
[ ] Reevaluation           [ ] Other: _____
[ ] Transition             _____

Dear **Mr. + Mrs. Chanthakoummane** :                    Date Sent **4/26/95**

Re: **Kousoul (John) Chanthakoummane** (Student's Name)

   For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____**John**_____ 's special needs.

   At this meeting, we would like to discuss one or more of the following:
   ✓ Ways to meet the educational needs of your child
   ✓ Evaluation results
   ✓ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP).
   ✓ Change in placement
   _____ Educational Setting
   _____ Identification
   _____ Develop or change the transition plan

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|------|----------|------|----------|
| J. Blake | LEA Rep | | |
| D. Higginbotham | EC teacher | | |
| M. Cantrell | Teacher of HI | | |

The meeting is scheduled for (date) **May 9** , at (time) **8:00 AM** , (place) **Ransom Middle School** . If this time is inconvenient, I will be happy to reschedule the meeting. Please call (phone) **343-6800** . At this meeting, you are entitled to all the due process parental rights described in the Handbook of Parents' Rights.

Sincerely,

**J. Blake**

~~School Based Committee Chairperson~~ LEA Rep.

**Ransom Middle**
School

## PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:

[✓] I will be present for the Conference.
[ ] I cannot meet at this time, I will contact the school in order to arrange another time.
[ ] I cannot meet at this time. Please contact me to arrange another time.

Parent/Guardian Signature  X *K. Chanth...*

Date **5-4-95**

### *** PLEASE RETURN THIS FORM TO THE SCHOOL ***

(Date Received: **5 / 4 / 95** )

2nd Notice **4/27/95** (Date)   Type of Notice **Home Visit (C.I.S)**

3rd Notice **5/8/95** (Date)   Type of Notice **Phone Call**

*Note: Retain a copy in child's folder.

**Database Update**
**Exceptional Children**
**Charlotte-Mecklenburg Schools**

D104.95
8/94

K Murphy
05 54 95

_____ Initial
_____ Reevaluation
_____ Change of Setting

_____ Change of Exceptionality
_____ Dropped Out
_____ Change in Points

Exit:   _____ Aged Out
Date: _____   _____ Declassified
_____ Legal Mandate
_____ No Placement
_____ Parent Request
_____ Released by Court

_____ Died
_____ Dropped Out
_____ Expelled
_____ Graduation Certificate
_____ Graduation Diploma
_____ Promoted, but No-Show
_____ Transferred

ID Number _____ DO24730
Student Name _____ Kousoul Chanthakoummane
Evaluation Date _____ 5·26·88   5·26·93

School _____ Ranson
Date Submitted _____ 5-10·95
Submitted by _____ J. Blake

**I. Exceptionality**
_____ Autistic (AU)
_____ Behaviorally/Emotionally Handicapped
_____ Deaf/Blind (DB)
__X__ Hearing Impaired (HI)
_____ Mentally Handicapped
        [ ] EMH   [ ] TMH   [ ] S/P
_____ Multihandicapped (MU)

_____ Orthopedically Impaired (OI)
_____ Other Health Impaired (OH)
_____ Specific Learning Disa. (LD)
_____ *Speech-Language Impaired (SI)
_____ Traumatic Brain Injured (TBI)
_____ Visually Impaired (VI)
_____ Willie M.

**II. Setting**
_____ Regular (RG)
__X__ Resource (RS)1
_____ Separate (SE)
_____ Public Separate School (SD)

_____ Private Separate School (SP)
_____ Public Residential Facility (PR)
_____ Private Residential Facility (VR)
_____ Home/Hospital (HH)
_____ Home Family (HF)

**III. Related Services**
__X__ None
_____ Audiology
_____ Counseling Services
_____ Occupational Therapy
_____ Physical Therapy
_____ Orientation/Mobility

Date: _____
_____ *Speech/Language
_____ Transportation
_____ Academically Gifted
_____ Hearing Impaired
_____ Visually Impaired
_____ Interpreter

Date: _____

**IV. Speech/Language Information**
Disorder:
_____ pts. Language
_____ pts. Articulation
_____ pts. Fluency
_____ pts. Voice
_____ Speech Score _____ pts.

**V. Language:**
_____ E-English
_____ N-Non-English
_____ Signing

Date: _____

**VI. Reading Medium:**
_____ A-Auditory Reader
_____ B- Braille Reader

_____ N-Non Reader
_____ P- Pre-Reader

__X__ V-Visual Reader

White: To be picked up by Coordinating Teacher    Yellow: EC Folder

000156

Charlotte-Mecklenburg
Local School Administrative Unit

DEC/Due Process
8/93

## ~~INVITATION TO CONFERENCE/PRIOR NOTICE~~

Check Purpose
[ ] Initial Placement        [ ] Change in Placement
[ ] Review                   [ ] Exit from Program
[ ] Reevaluation             [✓] Other: Addendum
[ ] Transition                    to add study
                                  skills

Dear _Mr. & Mrs Chanthakoumman_____ :        Date Sent _9/22/94_

Re: _Kousoul Chanthakoumman_ (Student's Name)

For a child to receive the education he/she needs, it is important for the school and the parents to work together. We are requesting that you attend a conference to discuss _____ Kousoul's _____ % special needs.

At this meeting, we would like to discuss one or more of the following:
_____ Ways to meet the educational needs of your child
_____ Evaluation results
_✓_____ Develop or change the Individualized Education Program (IEP), Group Education Program (GEP).
_____ Change in placement
_____ Educational Setting
_____ Identification
_____ Develop or change the transition plan

The following people will be involved with the meeting:

| Name | Position | Name | Position |
|------|----------|------|----------|
| Jill Blake | EC teacher | | |
| Maureen Isenhour | LEA Rep. | | |
| | | | |
| | | | |

The meeting is scheduled for (date) _10/5/94_ , at (time) _8:00 AM_ , (place) _Ranson Middle_ . If this time is inconvenient, I will be happy to reschedule the meeting.
Please call (phone) _____ . At this meeting, you are entitled to all the due process parental rights described in the Handbook of Parents' Rights.

Sincerely,

_Jill R. Blake_
~~School-Based Committee Chairperson~~  EC teacher
_Ranson Middle_
School

**PLEASE CHECK ONE, SIGN, AND RETURN TO SCHOOL:**          * parent did not show
                                                              for conference

[ ] I will be present for the Conference.
[ ] I cannot meet at this time, I will contact the school in order to arrange another time.
[ ] I cannot meet at this time. Please contact me to arrange another time.

Parent/Guardian Signature _Komanh Chanthaka___

Date _9-27-94_

**• • • PLEASE RETURN THIS FORM TO THE SCHOOL • • •**

(Date Received: _9/28/94_ )

2nd Notice _9/30/94_ (Date)     Type of Notice _Phone Call_

3rd Notice _10/3/94_ (Date)     Type of Notice _Note Home_

*Note: Retain a copy in child's folder.

White: Cumulative folder    Yellow: Parent    Pink: Notice Documentation

000157

316

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5/HCA
11/91
(Part 1)

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Student Kosoul Chanthakoumnane

Grade 8 School Ranson Middle

A. Present Level(s) of Performance
(Summarize evaluation results including strengths
and needs or behavioral weaknesses):

Strengths - writing down assignments, coming
to class prepared with notebook, paper and
pencil.

Needs - organizational skills, turning
in required assignments

B. Date of Beginning and Duration of Special Education and Related Services

From: 10 - 11 - 94
(month)   (day)   (year)

To: 5 - 24 - 95
(month)   (day)   (year)

C. Annual Goal(s) Given direct instruction and assistance
from the EC resource teacher and monitoring from
the reg.ed content teachers and with increased time
to complete assignments that EC study skills class
will provide, Kosoul will improve his organizational
skills and increase the frequency of handing in his
assignments.

| Short-Term Instructional Objectives in Measurable Terms | Evaluation Procedures (How) | Evaluation Schedule (When) | Date Attained (must be completed for each objective) |
|---|---|---|---|
| D. | | | |
| ① Given an organizational format, Kosoul will maintain a separate notebook with dividers for each class and keep them organized by sections for class notes, classwork, homework etc. as specified by content area teachers with 90% accuracy. | ① Weekly monitoring by EC teacher and recorded on log. | ① Dec. 15, 1994 March 15, 1995 End of IEP year | on going 12-15-94 on going 3-15-95 on going 4-26-95 |
| ② When given assignments from content area teachers, Kosoul will come to EC study skills class with those unfinished and/or difficult assignments for assistance and work on those assignments 80% of the time. | ② Teacher logs Grade Book. | ② Dec. 15, 1994 March 15, 1995 End of IEP year | on going 12-15-94 on going 3-15-95 on going 4-26-95 |

*These must be short-term instructional objectives for each annual goal(s).     Use one sheet for each annual goal.     White: Cumulative Folder     Yellow: Teacher     Pink: Parent

# INDIVIDUALIZED EDUCATION PROGRAM (IEP)

DEC 5HCA
8/93
(Part 1)

KLENB.
narrative:

Student: Kosaul Chanthabaunasor

Grade: 7      School: Rayu

A. Present Level(s) of Performance
(Summarize evaluation results including strengths and needs or behavioral weaknesses):

B. Date of Beginning and Duration of Special Education and Related Services

From:
(month) 5   (day) 25   (year) 94
To:
(month) 5   (day) 24   (year) 95

| Short-Term Instructional Objectives in Measurable Terms | Evaluation Procedures (How) | Evaluation Schedule (When) | Date Attained (must be completed for each objective) |
|---|---|---|---|
| | -student demonstration of tasks | Sept. 30, 1994 | on going 9-30-94 |
| | -teacher reports | Dec. 16, 1994 | ongoing 12-16-94 |
| | -collaboration between Regular & IT teacher | March 24, 1995 | on going 3-24-95 |
| | | May 24, 1995 | on going 4-26-95 |

*These must be short-term instructional objectives for each annual goal(s).      Use one sheet for each annual goal
These must present level of performance documentation to support each annual goal

White: EC Folder      Yellow: Parent      Pink: Teacher

000159
318

CHARLOTTE-MECKLENBURG
Local School Administrative Unit

DEC 5/HCA
(Part 2)

## INDIVIDUALIZED EDUCATION PROGRAM/SERVICE DELIVERY PLAN
### (To be completed after the IEP is developed)

Student: _Kousoul Chanthakoummam_

School: _Ranson Middle_

Check Purpose:
[ ] Initial Entry
[ ✓ ] Annual Review
[ ] Reevaluation
[ ] Change in Placement
[ ✓ ] Other: _Addendum to add EC Study Skills 10-5-9_

**I. AREA OF IDENTIFICATION (ELIGIBILITY)** (mark only primary condition)*

[ ] Academically Gifted
[ ] Autistic
[ ] Behaviorally-Emotionally Handicapped
[ ] Deaf-Blind
[ ✓ ] Hearing Impaired
[ ] Mentally Handicapped
   [ ] EMH   [ ] S/PMH   [ ] TMH
[ ] Multihandicapped
[ ] Orthopedically Impaired

[ ] Other Health Impaired
[ ] Specific Learning Disabled
[ ] Speech-Language Impaired
[ ] Traumatic Brain Injured
[ ] Visually Impaired
[ ] Preschool Developmentally Delayed

*Child meets the eligibility criteria of the State Board of Education and is in need of special education.*

**II. RELATED SERVICES**

[ ] Audiology
[ ] Counseling Services
[ ] Occupational Therapy
[ ] Physical Therapy
[ ] Speech-Language
[ ] Transportation
[ ] Other: _____

[ ✓ ] None

**III. LEAST RESTRICTIVE ENVIRONMENT (PLACEMENT)**

**A. Amount of Time in Exceptional Education:**

| Type of Service | Sessions Per Wk./Mo./Yr. | Min. Per Session | Hours Per Wk. |
|---|---|---|---|
| Consultation HI | twice/month | 30 | |
| Direct Special Education | 5 per week | 45 | 3.75 grb |
| Related Services | | | |

**B. Continuum of Services:** Check the services considered by the committee, and circle the decision reached. Give reason(s) for the decision reached. A continuum of services must be considered.

[ ✓ ] Regular - Less than 21% of day (up to 1 hr., 15 min.)
[ ✓ ] Resource - 21% - 60% of day (1 hr. 15 min. to 3 hrs. 30 min.)
[ ] Separate - 61% or more of day (more than 3 hrs. 30 min.)
[ ] Public Separate School - 100%

[ ] Private Separate School -100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%

**Preschool**
[ ] Regular* - Up to 6 hours per week
[ ] Resource* - 6 to 12 hours per week
[ ] Separate* - more than 12 hours per week
[ ] Public Separate School - 100%

[ ] Private Separate School - 100%
[ ] Public Residential - 100%
[ ] Private Residential - 100%
[ ] Home/Hospital - 100%
[ ] Home/Family - minimum 1 hour per week

*Applicable only in a classroom setting*

**Agency:** Check where the student is receiving special services.
[ ✓ ] 1. LEA/School in Attendance Area
[ ] 2. LEA/School Not in Attendance Area
[ ] 3. Another LEA
[ ] 4. Other _____

The committee reviewed the full continuum of services, considered those checked above, and selected this setting because: _Koso l needs continued consultative services to help him develop & strengthen organizational, auditory comprehension & listening skills. He also needs the assistance of the EC Resource & model study skills class inorder to be more successful in his core classes._

CHARLOTTE-MECKLENBURG · Local School Administrative Unit

DEC 5/HCA
8/92

(Part 2 continued)

**C. Regular Program Participation:** Circle the regular class(es) in which the student is enrolled and list the letter(s) for any modification(s) in the blank provided.

| | | | |
|---|---|---|---|
| h Reading | n (Language Arts) | _____ Vocational | _____ Recess |
| (Math) | _____ Spelling | _____ Library | _____ Other |
| n (Health) | _____ Social Studies | _____ Chapter I | _____ For. Lang. |
| Writing | _____ Economics | (Homeroom) | _____ Remediation |
| n (History) | n (Physical Education) | (Lunch) | |
| n (Science) | _____ Music/Art | (Assemblies) | |

**Appropriate Classroom Modification(s), if any:**

a. Grading
b. Peer Tutoring
c. Oral Test
d. Abbreviated Assignments
e. Alternative Materials
f. Extended Test Time (Tchr. Test)
g. Large Print Books

h. Audio Tapes
i. Tape Recorder
j. Interpreter
k. Auditory Trainer
l. Assistive Devices
m. Computer/Typewriter/Word Processor
(n.) Other Preferential seating

For preschool children describe how the child is involved in a regular program: N/A

IV. **Transition services have been considered and:** N/A

[ ] Transition plan is attached.

[ ] Services are stated in the IEP.

V. **N.C. TESTING PROGRAM: Modifications Needed** [ ] Yes (See part III) [✓] No

VI. **IS ADAPTED PHYSICAL EDUCATION REQUIRED?** [ ] Yes [✓] No

VII. **EXTENDED SCHOOL YEAR (ESY) STATUS:** N/A

[✓] Is not eligible for ESY. 9RB M.J

[ ] Is eligible for ESY (See goal sheet).

[ ] Eligibility is under consideration and will be determined by _____. (date)

VIII. **IEP COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE**

The following were present and participated in the development and writing of the IEP:

| Signatures | Position | Date |
|---|---|---|
| Cecil P. Tyler | LEA Representative | 5-25 |
| B. Gillispie | Student's Teacher | 5-25 |
| *parent did not show for conference | Parent after 3 attempts documented or | |
| Melanie RB EC Teacher | | F |

IX. **IEP ADDENDUM COMMITTEE/PRESCHOOL TRANSITION/PLACEMENT COMMITTEE** to add studi

The following were present and participated in the development and writing of the addendum:

| Signatures | Position |
|---|---|
| Maureen Lenton | LEA Representative |
| Jill B. Blake | Student's Teacher |
| *did not show to conference | Parent |
| letter has 3 attempts documented | |

X. This IEP was reviewed following reevaluation and was found to be appropriate. An annual review of this or before _____/_____/_____.

| Signatures | Position |
|---|---|
| _____ | LEA Representative |
| _____ | Student's Teacher |
| _____ | Parent |

000161

320

White: EC Folder     Yellow: Parent     Pink: Teacher

DATE: _10/27/95_

TO: _Eastway Middle_ _1st_ QUARTER _1995-96_ YEAR

STUDENT: _Kosoul John ChonthaKounrove_ (DOB - )

AT GATLING FROM _8/28/95 - 9/6/95 and 10/12/95_ TO _10/27/95_

TOTAL DAYS OF ATTENDANCE: _12_ *

GRADES ACHIEVED AT GATLING:

LANGUAGE ARTS/ENGLISH _A_

MATH _B_

SCIENCE _A_

SOCIAL STUDIES/DECISIONS _B_

_Health_ _A_

_Computer Studies_ _A_

_Reading_ _A_

COMMENTS: _____

_____

_____

BEHAVIOR: _Satisfactory_

*# *attendance calculated
through 10/27/95*

TEACHERS --
GARY KILLIAN
PENNY GREENWOOD
CHARLOTTE-MECKLENBURG SCHOOLS
COURIER #642
875-2922 - GATLING JDC

# Exhibit 3

Affidavit of Constance Lesesne

AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this date personally appeared Constance Lesesne  who upon his oath does hereby swear and affirm that the following statements are true and correct:

1.  My name is Constance Lesesne. I am a career teacher. I retired from teaching, came back for one year and then went back into retirement. I taught at Tryon Hills Elementary back in the 1990's. It was a school that served primarily low income children.

2.  I taught Kosoul Chanthakoummane in the fourth grade, back in 1990. I remember him clearly. I can almost see him. He was always more to himself than anything. He was calm and quiet. He functioned below grade level. He seemed to me to understand English better than he spoke it. He speech was choppy. I remember that he did not like being picked at.

3.  Kosoul did not seem to interact much with the other children He had maybe a few friends. He was just mostly quiet and to himself. If you aggravated him, he might lash out. Otherwise, he was no problem.

4.  I remember that he wanted to do things with the other students. He had that acceptance thing. He was more of a follower than a leader, in every sense of the word. He might get into little pranky things if someone else initiated it. He would fall into it, but not initiate it. I cannot remember him ever acting like a bully or trying to control the other children.

5.  I had very little contact with his parents that I recall. There was a language barrier. I think I may have seen the dad on one occasion when he came for a parent conference.

6.  I remember Kosoul after all these years partly because of his name. I could never pronounce it! And he was such a quiet child, unusually quiet. Children like that often have things going on that they don't talk about. I worried about him.

7. This is the first time anyone has contacted me about Kosoul. If they had
   contacted me, I would have shared this information with them. If subpoenaed, I
   would have been available at trial.

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

*Constance Seasons*

2-28-10

SUBSCRIBED AND SWORN BEFORE ME, the undersigned Notary Public, on this the 28th
day of February 2010.

*Deborah T. Grey*
Notary Public in and for
The State of North Carolina

12-13-2014
My commission expires

DEBORAH T. GREY
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 12-13-2014

324

# Exhibit 4

Affidavit of Marty Sloan-Clontz

AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this date personally appeared Marti Sloan-Clontz  who upon his oath does hereby swear and affirm that the following statements are true and correct:

1.  My name is Marti Sloan-Clontz and I am an audiologist with the Charlotte Mecklenburg School system. Before becoming an audiologist, I was a speech pathologist for nineteen years. I was working in the school system when Kosoul Chanthakoummane was a student and the records show that I tested his hearing in the fourth fifth and sixth grades, around 1990 to 1993.

2.  The school system had a system for screening and identifying children with problems hearing. The CMS system screened children for hearing and vision when they first came to school (kindergarten or first grade) as well as screened them if they were new to the school system. This initial screening was a mass screening, done in the school. If the child failed that screening beyond a certain level, they were then referred to the "CMS Audiology" which was the Charlotte Mecklenburg Schools Audiology Department. The child was brought into my office at that point, where a more sophisticated screening took place in the booth.

3.  I could make recommendations for accommodations, but I could not recommend hearing aids. That recommendation had to come from an ENT, a medical doctor. I would make a referral to an ENT if I felt hearing aids were indicated.

4.  The records show that Kosoul has a bilateral sensori-neural hearing loss that is moderate to severe in the higher frequencies. There are two types of hearing

loss: conductive and sensorineural. The conductive type is in the middle ear and most frequently comes from having numerous ear infections or fluid in the ears. Sensorineural hearing loss is in the inner ear, is often associated with aging and usually has nothing to do with ear infections. Once you have this type of hearing loss you will have it forever. This type of hearing loss can be genetic. It can come from exposure to extremely loud noises. It can occur in people who have had chemotherapy. Less likely, it could have come from numerous ruptures of his eardrum. I see from my notes in his record that the otological exam showed reddened and scarred tympanic membranes. This would indicate a history of ruptures.

5. The type of hearing loss that Kosoul had would have caused difficulties picking up on high frequency sounds like "s" and "th". The "s" gives you both plurality and possession, which has bearing on being able to hear and therefore understand these concepts. With Kosoul's type of hearing loss, he would be able to hear most vowel sounds but few consonant sounds. Speech to him would sound muffled, distorted and confusing. Of course, it also has a bearing on learning how to form and use these words when learning language. Kosoul was also learning a second language, which could potentially create further difficulties. The hearing loss could cause problems with learning language as well as delaying speech. Language in turn affects how we understand the world and how we connect with other people. It certainly affects a child's self esteem when it comes to feeling different from classmates. Among the ways children are effected is being ridiculed or teased for speech that is hard to understand or different; for not being able to understand things; and from not being able to hear and therefore not be able to learn at the same speed as classmates. For Kosoul, these difficulties would have been compounded by English being a second language on top of his hearing impairment.

6.  Children with this type of hearing difficulty are affected socially in other ways. They have problems misunderstanding what others may say and so may try to hold back from the situation in order to better attempt to assess what is going on. It is kind of like having a bubble over you with a lot of things going over and around you. This can lead to children not being fully engaged in the moment. Every child is different in terms of how they respond to this type of situation. It depends upon their background, their supports, and their temperament. Some will become frustrated at being so unable to grasp or understand what others seem to get so easily and they make act out. Others may withdraw. When I knew him, Kosoul was a very unhappy and withdrawn little boy. In my years of working with children from different countries, I have also seen that there are differing cultural responses to deafness. There is sometimes a fear that leads parents to refuse services. Among Asian populations, parents often do not want to hear that there is a hearing loss from the belief it makes you less of a person.

7.  I remember Kosoul well. One of the main reasons I remember him is that the school people could not pronounce his name and so they changed it to John. Neither he nor his parents were consulted about this and I felt horrible about it, it made me furious. That sort of thing would never happen these days. I made an effort to learn how to pronounce both of his names and to call him by name.

8.  I remember Kosoul as a very shy and very unhappy boy. I think I remember him because he was such a pitiful little guy. The first intervention that we tried with Kosoul was an FM system. This involved Kosoul wearing an FM receiver around his neck with earphones and he teacher wearing a microphone. The device was big, obvious- it made him stand out. Kosoul seemed to hate it and I think he was very unhappy about having to wear that receiver. Now the receiver and hearing aids are tiny but back then they were great big old things. Kosoul would withdraw or pull back when he saw me coming. I think he associated me with

328

having to wear the device. The receiver would be yet another thing that would make him feel like he did not fit in, that he was different.

9.  While I did audiograms on Kosoul, I could not recommend hearing aids so I referred him to an ENT who did recommend the hearing aids. Back then, hearing aids were bigger and more obvious than they are now. It is not at all uncommon for children to not want to wear their hearing aid. Children don't want to do anything that will make them stand out as different.

10. I remember Kosoul for another reason. I examined his ears on one occasion and one of the ears appeared to be quite packed with blackened wax. The wax was so hardened that I couldn't get it out. I remember that I tried to get the parents to take him to the doctor and they didn't do it. I had to initiate a referral for the school to take him to the doctor, which would have taken weeks. I later learned after he had been taken to the doctor that he had had a dead cockroach in his ear. Most likely the roach was alive when it crawled into his ear and then couldn't back its way out. It likely would have scrabbled around in his ear trying to get out. It would have been painful as well as scary for a child. The dead roach then stayed there and the wax grew all around it. I have been an audiologist for twenty years and I can remember something like this happened maybe once in all those years. My memories of Kosoul are kind of haunting. He was just such a sad and pitiful little guy and I wished there was more I could have done for him.

11. No one from Kosoul's defense team ever came to talk to me. I would have been happy to share this information with them if they had. If subpoenaed, I would have been available to testify.

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

(Marti)

Martha C. Sloan-Clonty

2-25-2010

SUBSCRIBED AND SWORN BEFORE ME, the undersigned Notary Public, on this the 25th day of February 2010.

Deborah Grey

Notary Public in and for the

State of North Carolina

DEBORAH T. GREY
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 12-13-2014

330  MSC

# Exhibit 5

Affidavit of Sopha Chanthakoummane

**AFFIDAVIT**

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this date personally appeared Monica (Sopha) *[signature]*

Chanthakoummane   who upon his oath does hereby swear and affirm that the following statements are true and correct:

1. My brother's attorneys talked to me about testifying in his case. I went to Texas and I was willing to testify. My grandfather died and I left to go back to N.C. for the funeral with my father.

2. The attorneys did not ask me if I would come back to testify. If they had asked me, of course I would have come back. They finished the case without me. I don't understand to this day why they did that.

3. I tried calling the lawyer's from North Carolina, I needed to talk to them about testifying. They never returned any of my phone calls. I think I called five times and no one called me back.

*[signature]*

03/14/10

Subscribed & sworn before me
the undersigned Notary Public
on this day March 14, 2010

Deborah T. Grey

DEBORAH T. GREY
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 12-13-2014

332

# Exhibit 6

Affidavit of Pam Freeburn

**AFFIDAVIT**

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this date personally appeared Pam Freeburn who upon his oath does hereby swear and affirm that the following statements are true and correct:

1. My name is Pam Freeburn and I work for the Mecklenburg County Department of Social Services. I remember the day that Mr. Chanthakoummane's attorneys came to our agency. I was the social work supervisor on call and spoke with them. I thought it unusual at the time that they came all this way but came to our agency without an appointment.

2. I remember that the client had an unusual last name and I recall looking it up. I did tell the attorneys that there was no record in Kosoul's name. I also told them that there were several records with the last name of Chanthakoummane- and that Mr. Chanthakoummane's record could also be listed under a parent name. The attorneys did not ask me about the other records under the name Chanthakoummane, nor did they give me any other family member names to check.

3. It was my observation that the attorneys seemed to be in a hurry. They said they had a plane to catch. They were not interested in follow up on the possibility of records under any other name. At their request, I wrote them a letter that we had no records under the name of Kosoul Chanthakoummane. Had they given me other family member names, I could have easily checked to see if we had records on this family.

4. My understanding is that a thorough records check has now been done and that both Child Protective Services and FACET records have been located. These records were available and could have been located in 2007 when the attorneys visited our agency.

334    pf

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

*Pam Frahm*

03-03-10

SUBSCRIBED AND SWORN BEFORE ME, the undersigned Notary Public, on this the 3rd day of March 2010.

*Deborah T. Grey*

Notary Public in and for the
State of North Carolina

```
DEBORAH T. GREY
NOTARY PUBLIC
FORSYTH COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES 12-13-2014
```

335

336

**THE STATE OF TEXAS**

**COUNTY OF COLLIN**

I, ANDREA STROH THOMPSON, DISTRICT CLERK OF THE DISTRICT COURTS, IN AND FOR COLLIN COUNTY, STATE OF TEXAS, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING CONTAINS A TRUE AND CORRECT COPY OF ALL THE PROCEEDINGS DIRECTED TO BE INCLUDED IN THE TRANSCRIPT ON THE 11.071 WRIT OF HABEAS CORPUS IN

**CAUSE NO.**          **W380-81972-07-HC**
**STYLED: EX PARTE:**     **KOSOUL CHANTHAKOUMMANE**

AS IT APPEARS FROM THE ORIGINALS NOW ON FILE AND OF RECORD IN THIS OFFICE IN THE CITY OF MCKINNEY, TEXAS, ON THIS THE 25TH DAY OF SEPTEMBER, 2012.

**ANDREA STROH THOMPSON, DISTRICT CLERK**
**COLLIN COUNTY, MCKINNEY, TEXAS**

BY: *Rebecca Henigsmith*
DEPUTY

337