

OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

February 18, 2014

Clerk, United States District Court
Eastern District, Sherman Division
101 East Pecan Street
216 Federal Bldg
Sherman, Texas 75090

Re: *Kosoul Chanthakoummane v. William Stephens, Dir., TDCJ-CID*
**Civil Action No. 4:13-cv-00067-LED**

Dear Clerk:

Enclosed please find copies of the petitioner's state court records for the above referenced case all contained on one CD. Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

FREDERICKA SARGENT
Assistant Attorney General
Criminal Appeals Division
(512) 936-1600

FS/cak
Enclosure

cc   Carlo D'Angelo
     Carlo D'Angelo PC
     100 East Ferguson, Suite 1210
     Tyler, TX 75702
     (LETTER ONLY)