

Clerk, U.S. District Court
Texas Eastern

to: Honorable Amos. L. Mazzant, United States District Judge
United States District Court - Eastern District of Texas
101 E. Pecan St.
Sherman, TX 75090

Monday 18th, September 2017

Re: E.D. Tex. No. 4:13-CV-00067-LED

Your Honorable Judge,

    Greetings, sir. My name is Kosoul Chanthakoummane, TDCJ inmate number: 999529. I am a death row inmate. I am communicating with your court for the purposes of bringing a problem to your attention. It concerns the appointment of co-counsel that you granted for me through a motion filed by my original federal counsel, Carlo D'Angelo. The counsel that I am speaking of is Gregory W. Gardner, federal bar number: 499514. I am having trouble with communicating with him in particular, through no fault of his. Rather, it is a TDCJ - Allan B. Polunsky unit mailroom clerk, Ofelia Olvany, who has continued to impede my communication with counsel Gregory W. Gardner.

    The first prevention of mailing my legal correspondence, which was returned to me by the prison unit's mailroom, is dated March 16, 2017. The reason being given was that he did not have a Colorado state bar number. In an 'Inmate Request To Official (I-60)' form, addressed to Polunsky unit mailroom supervisor - administrative assistant Sheila Morgan, that he is a federal attorney and has a federal bar number, and was in fact appointed to me as co-counsel by your court as it pertains to: E.D. Tex. No. 4:13-CV-00067-LED. The letter was eventually mailed and I presumed the matter was resolved.

As of late, my legal correspondence to counsel Gregory W. Gardner was again prevented from being mailed. Again, by the same TDCJ- Allan B. Polunsky mailroom clerk, Ofelia Olvany. The reason this time being given as having an incorrect address to legal correspondent. Further, written on the side of the TDCJ Non-Mailable Correspondence form informing me of this was his Post Office Box address: P.O. Box 2366, Boulder, CO 80306.

I cannot help but conclude that the mailroom clerk takes issue with my communicating with my attorney, through his residential address, which also includes his home office. I have been specifically asked by him and assured that he wishes for me to communicate with him through such manner. This can be verified by Mr. Gardner himself.

I am asking you to intervene because you appointed Mr. Gardner to assist with my state of appeal as it relates to my successor writ. It is of utmost importance that my communication with him be expediated in preperation of my evidentuary hearing in Collin county state district court, in light of my recent stay of execution in June of this year, as it relates to my successor state habeas writ petition. Vital information cannot wait, in a P.O. Box, with his busy schedule.

Because I am having problems with communicating with him as he has directed me to, I am communicating with this court to bring it to your attention. I have previously sought to resolve this with the mailroom supervisor on the unit but it doesn't appears so. I will also bring this to the attention of the unit warden, Todd E. Harris and the Texas Court of Criminal Appeal, in addition to my original federal counsel, Carlo D'Angelo. I do not know what else to do other than pray your court will intervene and validate his appointment as my co-counsel. His wish for me to communicate via his residential address should not mean to imply that it is neither his home office address.

Thank you for your time in this matter.

Sincerely
Kosoul Chanthakoummane
Polunsky unit #999529
3872 FM 350 South
Livingston, TX 77351

Allan B. Polunsky unit / Texas Department of Criminal Justice

Todd E. Harris, Warden

Sheila Morgan, Mailroom Supervisor / Administrative Assistant

Sherry Griffin, Access to the Courts Supervisor