To the Clerk of Court
In the United States District Court
for the Eastern District of Texas—
Sherman Division

RECEIVED
JUL 11 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Re: Civil No: 4:13-cv-00067; ACTIVE EXECUTION DATE FOR AUGUST 17, 2022

Thursday, 30th, June 2022

Dear Clerk of Court,

　　Please find enclosed this Amendment Pro-Se motion for Dismissal of Counsel and Appointment of Counsel due to Abandonment of Conflict of Interest, and Request for STAY OF EXECUTION.
　　Please file this motion with the Court and post it on my docket. Lastly, ensure this motion is brought to the attention of Honorable Judge:
　　　　　　　　Amos L. Mazzant
　　Thank you for your attention, time, and effort in this matter.

　　　　　　　Sincerely,
　　　　　　　Kosoul Chanthakoummane

Kosoul Chanthakoummane #999529
Polunsky unit
3872 FM 350 South
Livingston, TX 77351