IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KOSOUL CHANTHAKOUMMANE, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil No. 4:13-CV-067 |
| v. | § | |
| | § | |
| Director, | § | * DEATH PENALTY CASE * |
| TDJC-CID Texas Department, | § | |
| | § | |
| Respondent. | § | |

**MOTION TO EXPEDITE EX PARTE BUDGETING**

COMES NOW, Kosoul Chanthakoummane, by and through undersigned counsel, and files this Motion for the Court to Expedite Ex Parte Budgeting and shows as follows:

Kosoul Chanthakoummane is sentenced to death and scheduled to be executed on August 17, 2022. On July 14, 2022, he moved to proceed *ex parte* and under seal to file a proposed budget to develop a clemency claim to be presented to the Governor of Texas and the Texas Board of Pardons and Paroles. Because of the short time remaining between this filing and the date of execution, he respectfully requests that the Court expedite consideration of these motions.

1

WHEREFORE, Mr. Chanthakoummane prays the Court consider these motions and his proposed budget on an expedited basis.

        Respectfully submitted,
        **/S/ Eric Allen**
        ERIC J. ALLEN (0073384)
        The Law Office of Eric J Allen, LTD
        4200 Regent, Suite 200
        Columbus, Ohio 43219
        Tele No. 614.443.4840
        Fax No. 614.573.2924
        Email: eric@eallenlaw.com
        Admitted in the Eastern District of Texas

## CERTIFICATE OF SERVICE

I certify that on July 21, 2022 I filed a true and correct copy of this document electronically with the Clerk of the Court for the Eastern District of Texas, using the electronic case filing system. A "Notice of Electronic Filing" was sent to all counsel of record.

**/S/ Eric Allen**
Eric Allen