IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KOSOUL CHANTHAKOUMMANE, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil No. 4:13-CV-067 |
| v. | § | |
| | § | |
| Director, | § | * DEATH PENALTY CASE * |
| TDJC-CID Texas Department, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

The Court has considered Petitioner's Motion to Expedite Ex Parte Budgeting.

Upon due consideration, the Motion is GRANTED.

1