# EXHIBIT B

Filed: 10/18/2021 12:00 AM
Lynne Finley
District Clerk
Collin County, Texas
By Christina Joseph Deputy
Envelope ID: 58257145

CAUSE NO. 380-81972-07

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 380TH JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| KOSOUL CHANTHAKOUMMANE | § | COLLIN COUNTY, TEXAS |

## AGREED ORDER MODIFYING EXECUTION DATE

The Texas Court of Criminal Appeals having affirmed the prisoner's conviction, mandate having issued, and the United States Supreme Court having denied application for writ of certiorari, the direct appeal of the prisoner's conviction is final. *Chanthakoummane v. State*, No. AP-75,794, 2010 WL 1696789 (Tex. Crim. App. Apr. 4. 2010) (not designated for publication), *cert. denied*, 562 U.S. 1006 (2010). The Court of Criminal Appeals has denied the prisoner's original state application for habeas corpus relief. *Ex parte Chanthakoummane*, No. WR-78,107, 2013 WL 363124 (Tex. Crim. App. Jan. 30, 2013) (not designated for publication). The United States Court of Appeals for the Fifth Circuit has also affirmed the denial of federal habeas corpus relief. *Chanthakoummane v. Stephens,* 816 F.3d 62 (5th Cir. 2016), *cert. denied*, No. 15-9536 (U.S. Oct. 3, 2016). Consequently, the prisoner has exhausted his principal avenues of relief through the courts. The Court previously set an execution date of November 10, 2021. The State has moved to modify the execution date and the prisoner's counsel has agreed to the modification. In compliance with Articles 43.141 of the Texas Code of Criminal Procedure, this Court enters the following order.

IT IS ORDERED that the prisoner, Kosoul Chanthakoummane, who has been adjudged guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and the judgment of the Court at death, shall be kept in custody by the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, until **Wednesday, the 17th** day of **August, 2022**. Upon that day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, at any time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the Director, acting as provided by law, is commanded to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of Kosoul Chanthakoummane, and until Kosoul Chanthakoummane is dead, such procedure to be determined and supervised by the Director of the Institutional Division of the Texas Department of Criminal Justice.

1

Order Setting Execution--380-81972-07

The death warrant previously issued on June 16, 2021, is withdrawn.

The Clerk of this Court shall issue and deliver to the Sheriff of Collin County, Texas, certified copies of this order and a death warrant in accordance with this order, directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, commanding the Director to put into execution the judgment of death against Kosoul Chanthakoummane.

The Clerk of this Court shall transmit certified copies of this order to (1) Carlo D'Angelo, counsel for Kosoul Chanthakoummane, 100 E. Ferguson St., Suite 1210, Tyler, Texas 75702, (2) to the Office of Capital Writs, 1700 N. Congress Avenue, Suite 460, Austin, Texas 78701, and (3) the Collin County Criminal District Attorney's Office.

SIGNED AND ENTERED this 18th day of October, 2021.

*Benjamin N. Smith*
BENJAMIN N. SMITH
JUDGE PRESIDING

Approved as to form:

Carlo D'Angelo
Attorney for Kosoul Chanthakoummane

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Rolater
Bar No. 00791565
jrolater@co.collin.tx.us
Envelope ID: 58257145
Status as of 10/18/2021 12:08 PM CST

Associated Case Party: Kosoul Chanthakoummane

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carlo D'Angelo | | carlo@dangelolegal.com | 10/17/2021 10:59:44 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lisa Smith | | lsmith@co.collin.tx.us | 10/17/2021 10:59:44 PM | SENT |