# EXHIBIT C

Filed: 10/19/2021 3:16 PM
Lynne Finley
District Clerk
Collin County, Texas
By Erika Rhea Deputy
Envelope ID: 58334731

Cause No. 380-81972-07

| | | |
|---|---|---|
| State of Texas | § | In the 380th Judicial |
| | § | |
| V. | § | District Court of |
| | § | |
| Kosoul Chanthakoummane | § | Collin County, Texas |

### Article 64.04 Findings on Agreed DNA Testing

Pursuant to article 64.04 of the Texas Code of Criminal Procedure, the Court makes the following findings:

(1)  Kosoul Chanthakoummane was convicted of capital murder and sentenced to death in 2007. His execution is scheduled for August 17, 2022. By agreement of the parties, two items from the crime scene were submitted to the Southwestern Institute for Forensic Sciences (SWIFS) for DNA testing, namely, a plant stand (State's Exhibit 65) and a foot from the plant stand (State's Exhibit 66).

(2)  SWIFS issued a report on September 10, 2021 documenting the results of the testing. The parties met remotely on September 22, 2021 via Zoom with Dr. Stacy McDonald of SWIFS to discuss the results.

(3)  The results are as follows:

   a. SWIFS collected three stains and two swabbings from the stand; SWIFS collected one swabbing from the foot.

   b. SWIFS extracted DNA from all of the stains and swabbings. The extracts were simplified using the Polymerase Chain Reactions method and typed using the Qiagen Investigator 24plex QS kit. After amplification, each DNA profile was interpreted using SWIFS guidelines for STR profile interpretation and classified as a single source or a mixture.

c. A single source profile matching the profile of the victim, Sarah Walker, was found on two of the stains from the stand (T1 and T2). The match is statistically strong. You would find the profile 1 in 10 trillion people. Chanthakoummane was excluded as a possible source of the profile found in the stains.

d. The remaining DNA extracts found on the stand and foot could not be interpreted for source attribution given the limited genetic information obtained from the extracts.

e. The swabbing from the foot yielded a single source profile which included both the victim, Sarah Walker, and Chanthakoummane. The statistical significance of the result was weak. You would find the profile 75 in 100 people.

(4)  The Court finds that had these results been available during the trial of the offense, it is NOT reasonably probable that Chanthakoummane would not have been convicted.

Signed and entered October ____, 2021.
                              20

Filed: October 20, 2021    8:37 AM
Lynne Finley
District Clerk
Collin County, Texas
By: Rhea, Erika           Deputy

*Benjamin N. Smith*
Judge Benjamin N. Smith
380th Judicial District Court
Collin County, Texas

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Smith
Bar No. 787131
lsmith@co.collin.tx.us
Envelope ID: 58334731
Status as of 10/20/2021 8:31 AM CST

Associated Case Party: Kosoul Chanthakoummane

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carlo D'Angelo | | carlo@dangelolegal.com | 10/19/2021 3:16:59 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lisa  Smith | | lsmith@co.collin.tx.us | 10/19/2021 3:16:59 PM | SENT |
| Carlo D'Angelo | | carlo@deangelolegal.com | 10/19/2021 3:16:59 PM | ERROR |